UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                          Chapter 7

IVAN NILES LATIMORE,                            Case No. 25-15276-MAM

    Debtor.
_____/

FERRARI FINANCIAL SERVICES, INC.                Adv. Case No. 25-01273-MAM

    Plaintiff,

v.

IVAN NILES LATIMORE,

    Defendant.
_____/

## MOTION FOR ENTRY OF CLERK'S DEFAULT

Plaintiff, FERRARI FINANCIAL SERVICES, INC., through undersigned counsel, respectfully requests this Court enter a default against Defendant, IVAN NILES LATIMORE, for failing to serve an answer or otherwise responding to the Complaint as required by Federal Rule of Bankruptcy Procedure 7012(a) and states as follows:

1. This adversary action was filed on August 11, 2025 [DE 1].

2. Service of the Summons and Complaint by regular first class mail and certified mail was duly effectuated in compliance with the Federal Rules of Bankruptcy Procedure on August 13, 2025 [DE 4]. True and correct copies of the receipt and confirmation of refusal of delivery are attached hereto as Composite Exhibit "A."

3. Defendant's answer to the Complaint was due on or before September 11, 2025.

4. The defendant failed to file a responsive pleading or motion within the time specified.

Adv. Case No. 25-01273-MAM

WHEREFORE, FERRARI FINANCIAL SERVICES, INC. respectfully requests that this Court enter a default against Defendant, IVAN NILES LATIMORE.

Dated: September 12, 2025

        **SAUL EWING LLP**
        Attorneys for Ferrari Financial Services, Inc.

By:   */s/ Carmen Contreras-Martinez*
       Carmen Contreras-Martinez
       Florida Bar No. 93475
       Turner N. Falk
       *Admitted Pro Hac Vice*
       701 Brickell Avenue, Suite 1700
       Miami, Florida 33131
       Telephone: 305-428-4500
       carmen.contreras-martinez@saul.com
       turner.falk@saul.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on September 12, 2025, a true and correct copy of the foregoing was served on Defendant, Ivan Niles Latimore, 340 Royal Poinciana Way, Suite 328-322, Palm Beach, Florida 33480 via U.S. Mail and via Certified Mail, Return Receipt Requested.

       */s/ Carmen Contreras-Martinez*
       Carmen Contreras-Martinez

56258062.2

# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ivan Niles Latimore
340 Royal Poinciana Way
328-322
Palm Beach, FL 33480

9590 9402 5991 0062 0631 55

2. Article Number (Transfer from service label)
7020 0090 0000 7325 8724

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $_____
☐ Return Receipt (electronic)  $_____
☐ Certified Mail Restricted Delivery  $_____
☐ Adult Signature Required  $_____
☐ Adult Signature Restricted Delivery $_____

Postage  $ 12.98

Total $

Sent To: Ivan Niles Latimore
Street and Apt. No., or PO Box No.: 340 Royal Poinciana Way  328-322
City, State, ZIP+4: Palm Beach, FL 33480

Postmark Here

7020 0090 0000 7325 8724

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70200090000073258724

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was refused by the addressee at 9:44 am on September 4, 2025 in PALM BEACH, FL 33480 and is being returned to the sender.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Alert
**Refused**
PALM BEACH, FL 33480
September 4, 2025, 9:44 am

### Reminder to Schedule Redelivery of your item
August 23, 2025

### Available for Pickup
PALM BEACH
340 ROYAL POINCIANA WAY STE 328
PALM BEACH FL 33480-9998
M-F 0900-1730
August 18, 2025, 10:33 am

### Out for Delivery
PALM BEACH, FL 33480
August 18, 2025, 8:43 am

### Arrived at Post Office
WEST PALM BEACH, FL 33401

Feedback

August 18, 2025, 8:32 am

**In Transit to Next Facility**
August 17, 2025

**Arrived at USPS Regional Facility**
WEST PALM BEACH FL DISTRIBUTION CENTER
August 16, 2025, 4:30 pm

**Arrived at USPS Regional Facility**
OPA LOCKA FL DISTRIBUTION CENTER
August 15, 2025, 3:18 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

## Text & Email Updates

**Select what types of updates you'd like to receive and how. Send me a notification for:**

| Text | Email | |
|---|---|---|
| ☐ | ☐ | All Below Updates |
| ☐ | ☐ | Expected Delivery Updates ⓘ |
| ☐ | ☐ | Day of Delivery Updates ⓘ |
| ☐ | ☐ | Package Delivered ⓘ |
| ☐ | ☐ | Available for Pickup ⓘ |
| ☐ | ☐ | Delivery Exception Updates ⓘ |
| ☐ | ☐ | Package In-Transit Updates ⓘ |

## USPS Tracking Plus® ⌄

## Product Information ⌄

See Less ∧

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**