UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| IVAN NILES LATIMORE, | Case No. 25-15276-MAM |
| Debtor. _____/ | |
| FERRARI FINANCIAL SERVICES, INC. | Adv. Case No. 25-01273-MAM |
| Plaintiff, | |
| v. | |
| IVAN NILES LATIMORE, | |
| Defendant. _____/ | |

**<u>NOTICE OF WITHDRAWAL OF MOTION FOR ENTRY OF CLERK'S DEFAULT</u>**

Plaintiff, FERRARI FINANCIAL SERVICES, INC., through counsel, withdraws its Motion for Entry of Clerk's Default [DE 5].

Date: September 12, 2025

          **SAUL EWING LLP**
          Attorneys for Ferrari Financial Services, Inc.

          By:    */s/ Carmen Contreras-Martinez*
                   Carmen Contreras-Martinez
                   Florida Bar No. 93475
                   Turner N. Falk
                   *Admitted Pro Hac Vice*
                   701 Brickell Avenue, Suite 1700
                   Miami, Florida 33131
                   Telephone: 305-428-4500
                   carmen.contreras-martinez@saul.com
                   turner.falk@saul.com

Adv. Case No. 25-01273-MAM

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on September 12, 2025, a true and correct copy of the foregoing was served on Defendant, Ivan Niles Latimore, 340 Royal Poinciana Way, Suite 328-322, Palm Beach, Florida 33480 via U.S. Mail and via Certified Mail, Return Receipt Requested.

*/s/ Carmen Contreras-Martinez*
Carmen Contreras-Martinez

56286771.1