United States Bankruptcy Court
Southern District of Florida

Ferrari Financial Services, Inc.,
    Plaintiff

Adv. Proc. No. 25-01273-MAM

Latimore,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 16, 2025 | Form ID: CGFD61 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| dft | + Email/PDF: showup33@icloud.com | Sep 16 2025 23:18:00 | Ivan Niles Latimore, 340 Royal Poinciana Way, 328-322, Palm Beach, FL 33480-4048 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 18, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carmen Contreras-Martinez | on behalf of Plaintiff Ferrari Financial Services  Inc. carmen.contreras-martinez@saul.com, aida.mclaughlin@saul.com;litigationdocketing@saul.com |
| Turner N Falk | on behalf of Plaintiff Ferrari Financial Services  Inc. turner.falk@saul.com, tnfalk@recap.email |

TOTAL: 2

Form CGFD61  (9/19/08)

**United States Bankruptcy Court**
**Southern District of Florida**
www.flsb.uscourts.gov

**Case Number:** 25–15276–MAM                              **Adversary Number:** 25–01273–MAM

In re:

**Name of Debtor(s):** Ivan Niles Latimore

 _____/

**Ferrari Financial Services, Inc.**

Plaintiff(s)

**VS.**

**Ivan Niles Latimore**

Defendant(s)

 _____/

# ENTRY OF DEFAULT

   A motion for entry of default has been filed pursuant to Local Rule 7055–1. It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law:

| Name: **Ivan Niles Latimore** |
|---|

   Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

**Dated: 9/16/25**                                   **CLERK OF COURT**
                                                    By: Lucie Fleurimond
                                                    Deputy Clerk (561) 514–4100

The clerk shall serve a copy of the Entry of Default on all parties to the adversary proceeding