UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| IVAN NILES LATIMORE, | Case No. 25-15276-MAM |
| Debtor. _____/ | |
| FERRARI FINANCIAL SERVICES, INC. | Adv. Case No. 25-01273-MAM |
| Plaintiff, v. | |
| IVAN NILES LATIMORE, | |
| Defendant. _____/ | |

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on October 10, 2025, the *Motion for Entry of Final Judgment Against Defendant* [DE 10] and the *Notice of Hearing* setting same [DE 11] were served on Defendant, Ivan Niles Latimore, 340 Royal Poinciana Way, #328-322, Palm Beach, FL 33480 via regular U.S. Mail.

Dated: October 10, 2025

          **SAUL EWING LLP**

By: */s/ Carmen Contreras-Martinez*
Carmen Contreras-Martinez
Florida Bar No. 093475
Turner N. Falk (admitted *pro hac vice*)
701 Brickell Avenue, Suite 1700
Miami, Florida  33131
Telephone: 305-428-4500
carmen.contreras-martinez@saul.com
turner.falk@saul.com

*Attorneys for Ferrari Financial Services, Inc.*

56529318.1