UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                              Chapter 7

IVAN NILES LATIMORE,                                 Case No. 25-15276-MAM

    Debtor.
_____/

FERRARI FINANCIAL SERVICES, INC.         Adv. Case No. 25-01273-MAM

    Plaintiff,
v.

IVAN NILES LATIMORE,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on October 15, 2025, the *Summons in an Adversary Proceeding* [DE 3], *Adversary Complaint* [DE 1] and *Order Setting Scheduling Conference and Establishing Procedures and Deadlines* [DE 2] were served on Defendant, Ivan Niles Latimore via email to Showup33@icloud.com, as directed by the Court at the October 15, 2025 hearing in this matter.

Dated: October 15, 2025

                              **SAUL EWING LLP**

                       By:   */s/ Carmen Contreras-Martinez*
                              Carmen Contreras-Martinez
                              Florida Bar No. 093475
                              Turner N. Falk (admitted *pro hac vice*)
                              701 Brickell Avenue, Suite 1700
                              Miami, Florida 33131
                              Telephone: 305-428-4500
                              carmen.contreras-martinez@saul.com
                              turner.falk@saul.com

                              *Attorneys for Ferrari Financial Services, Inc.*

56554319.1