UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| IVAN NILES LATIMORE, | Case No. 25-15276-MAM |
| Debtor. _____/ | |
| FERRARI FINANCIAL SERVICES, INC. | Adv. Case No. 25-01273-MAM |
| Plaintiff, v. | |
| IVAN NILES LATIMORE, | |
| Defendant. _____/ | |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on October 20, 2025, the *Order Continuing Scheduling Conference and Hearing on Motion for Entry of Final Judgment* [ECF 14] was served on Defendant, Ivan Niles Latimore, via electronic mail at: Showup33@icloud.com.

Dated: October 20, 2025

                                            **SAUL EWING LLP**

By:   */s/ Carmen Contreras-Martinez*
       Carmen Contreras-Martinez
       Florida Bar No. 093475
       Turner N. Falk (admitted *pro hac vice*)
       701 Brickell Avenue, Suite 1700
       Miami, Florida 33131
       Telephone: 305-428-4500
       carmen.contreras-martinez@saul.com
       turner.falk@saul.com

       *Attorneys for Ferrari Financial Services, Inc.*