United States Bankrupty Court
Southern District of Florida

CASE # 25-15276-MAM
Adversary # 25-01273-MAM

NAME of Debtor:
        Ivan Latimore

Ferrari Financial Services
Plaintiff
        VS

Ivan Latimore

Defendant

FILED-USBC, FLS-WPB
'25 OCT 24 AM 11:18

Objection to Claims in
Adversary Proceedings

I. Ivan Latimore did purchase a 2019
Protofino Ferrari.
    I reported the car stolen to my insurance
company State farm
Exhibit A:
_____
        All police Reports and Emails with
        State farm and Ferrari. detailing
        the loss of theft

Ferrari still filed a case when they Knew
I reported the car stolen.

    Ferrari made claims my insurance didot
pay bt because they contacted them
and informed them they got a Judgment
on me



# Fax Cover Sheet

Date _____     Number of pages _____ (including cover page)

## To:

Name _____

Company _____

Telephone _____

Fax _____

## From:

Name _____

Company _____

Telephone _____

Comments _____

_____

_____

_____



**\*4900\***
**Fax - Local Send**



**\*4901\***
**Fax - Domestic Send**



**\*4902\***
**Fax - International Send**

**fedex.com 1.800.GoFedEx 1.800.463.3339**

© 2025 FedEx. All rights reserved. Products, services and hours vary by location. 725.MK16.001                    2188309R

My insurance company then requested and EUO after the fact of being in touch with FERRARI investigator and LAWYERS. this is a deceitful tactic to not pay out. The Car Registration was said to get renewed because the original temporary plate that was issued was not valid and there was no valid plate attached to the car. The detective was trying to enter CAR in the NCIC System. They also made claims I took car to a tire place. I was not in the United States as my passport stamps can be seen in Exhibit C. DAVID LAWrence project Proposal why house was Knocked down. Another issue 5755 gun club has nothing to do with ferrari. The property was sold to stop dept I incurred to another company CKA De greatness LLC at which I am not a part of that they keep claiming. I never said I didnt report the Vehicle stolen. If you read the police report it says 2022. the Detective who took the report Dated it April 4th 2024 to put in the NCIC System. I claimed I had an interest in the property solely to Assure the Mortgage on the Property was Discharged



# Fax Cover Sheet

Date _____    Number of pages _____ (including cover page)

## To:

Name _____

Company _____

Telephone _____

Fax _____

## From:

Name _____

Company _____

Telephone _____

Comments _____

_____

_____

_____



**\*4900\***
**Fax - Local Send**



**\*4901\***
**Fax - Domestic Send**



**\*4902\***
**Fax - International Send**

**fedex.com 1.800.GoFedEx 1.800.463.3339**

© 2025 FedEx. All rights reserved. Products, services and hours vary by location. 725.MK16.001    2188309R

I have filed the bankruptcy because I lost all my financial stability and had 3 deaths in my imediate family that caused me severe pain and stress to have to help my family out. I own nothing I have clothes and Backpacks. I have worked hard my whole life I the last thing I would do is conceal assetts I worked hard to aquirne. I requet my discharge be granted that way I can regain some sort of normal life without all of these lawyers making me out to be something I am not.

Dated October 17th 2025

IVAN LATIMORE
Showup33 @ Icloud. Com



# Fax Cover Sheet

Date _____     Number of pages _____ (including cover page)

## To:

Name _____

Company _____

Telephone _____

Fax _____

## From:

Name _____

Company _____

Telephone _____

Comments _____

_____

_____

_____



**\*4900\***
**Fax – Local Send**



**\*4901\***
**Fax – Domestic Send**



**\*4902\***
**Fax – International Send**

**fedex.com 1.800.GoFedEx 1.800.463.3339**

© 2025 FedEx. All rights reserved. Products, services and hours vary by location. 725.MK16.001          2188309R

# Certificate of Service

I hereby Certify that on October 24
2025, a true and Correct copy
of the foregoing was Served via
Electronic Mail on All parties listed
to receive Electronic notice in this
Matter.

Carmen.Contreras-martinez @ Saul.Com

Turner.Falk @ Saul.Com

Attorneys for Ferrari Financial Service inc

Ivan Latimore

showup33 @ Iclov.com



# Fax Cover Sheet

Date _____  Number of pages _____ (including cover page)

## To:

Name _____

Company _____

Telephone _____

Fax _____

## From:

Name _____

Company _____

Telephone _____

Comments _____

_____

_____

_____



**\*4900\***
**Fax – Local Send**



**\*4901\***
**Fax – Domestic Send**



**\*4902\***
**Fax – International Send**

**fedex.com 1.800.GoFedEx 1.800.463.3339**

© 2025 FedEx. All rights reserved. Products, services and hours vary by location. 725.MK16.001

2188309R

# EXHIBIT A

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL

**VEHICLE REPORT**

STOLEN VEH

CHP 180 (Rev. 4-16) OPI 061

RD 0807

FCN 274 240 950 3055

NOTE: CHP 180 IS FURNISHED TO ALL PEACE
OFFICERS BY THE CALIFORNIA HIGHWAY PATROL

| REPORTING DEPARTMENT | LOCATION CODE | DATE / TIME OF REPORT | NOTICE OF STORED VEHICLE DELIVERED PERSONALLY ☐ | FILE NO. |
|---|---|---|---|---|
| LAPD — WLA | 1942 | 4/4/24, 1515 | | 24-08-07595 |

| LOCATION TOWED / STORED FROM | ODOMETER READING | VIN CLEAR IN SVS? ☐ YES ☒ NO | DATE / TIME DISPATCH NOTIFIED | LOG NO. |
|---|---|---|---|---|
| 2807 N. BEVERLY GLEN BLVD | UNK | LIC. CLEAR IN SVS? ☐ YES ☒ NO | 4/4/24, 1410 | N 629 |

| YEAR | MAKE | MODEL | BODY TYPE | COLOR | LICENSE NO. | ☒ ONE MONTH / YEAR | STATE |
|---|---|---|---|---|---|---|---|
| 19 | FERRARI | PORTOFINO | 2-DR | BLK | 95BDKL | ☐ TWO 06/25 | FL |

| VEHICLE IDENTIFICATION NO. | ENGINE NO. | VALUATION BY ☐ OFFICE ☒ OWNER |
|---|---|---|
| ZFFB9FPA6K0239003 | UNK | ☐ 0-500 ☐ 501-4000 ☐ 4001+ ☒ $ 200-2501 |

| REGISTERED OWNER | | LEGAL OWNER |
|---|---|---|
| IVAN N. LATIMORE #317 340 ROYAL POINCIANA WAY PALM BEACH FL 33480 | ☒ SAME AS R/O | |

| ☐ STORED | ☐ IMPOUNDED | RELEASED | ☒ RECOVERED - VEHICLE / COMPONENT |
|---|---|---|---|

TOWING / STORAGE CONCERN (NAME, ADDRESS, PHONE)                                    STORAGE AUTHORITY / REASON

| REASON FOR STOP | AIRBAG? ☐ YES ☐ NO | ☐ 1 ☐ 2 DRIVEABLE? ☐ YES ☐ NO ☐ JUNK ☐ UNK | VIN SWITCHED? ☐ YES ☐ NO |
|---|---|---|---|

| CONDITION | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | TIRES / WHEELS | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WRECKED | | | SEAT (FRONT) | | | REGISTRATION | | | CAMPER | | | LEFT FRONT | |
| BURNED HULK per 431(c) CVC | | | SEAT (REAR) | | | ALT. / GENERATOR | | | VESSEL AS LOAD | | | RIGHT FRONT | |
| VANDALIZED | | | RADIO | | | BATTERY | | | FIREARMS | | | LEFT REAR | |
| ENG. / TRANS. STRIP | | | TAPE DECK | | | DIFFERENTIAL | | | OTHER | | | RIGHT REAR | |
| MISC. PARTS STRIP | | | TAPES | | | TRANSMISSION | | | | | | SPARE | |
| BODY METAL STRIP | | | OTHER RADIO | | | AUTOMATIC | | | | | | HUB CAPS | |
| SURGICAL STRIP per 431(b) CVC | | | IGNITION KEY | | | MANUAL | | | | | | SPECIAL WHEELS | |

| RELEASE VEHICLE TO: ☐ R/O OR AGENT ☐ AGENCY HOLD ☐ 22850.3 CVC | GARAGE PRINCIPAL / AGENT STORING VEHICLE (SIGNATURE) | DATE / TIME |
|---|---|---|

NAME OF PERSON / AGENCY AUTHORIZING RELEASE        I.D. NO.        DATE

CERTIFICATION: I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT I AM LEGALLY
AUTHORIZED AND ENTITLED TO TAKE POSSESSION OF THE ABOVE DESCRIBED VEHICLE.

SIGNATURE OF PERSON AUTHORIZING RELEASE        SIGNATURE OF PERSON TAKING POSSESSION

| ☒ STOLEN VEHICLE / COMPONENT | ☐ EMBEZZLED VEHICLE | ☐ PLATE(S) REPORT |
|---|---|---|

| DATE / TIME OF OCCURRENCE | DATE / TIME REPORTED | NAME OF REPORTING PARTY (R/P) | DRIVER LICENSE NO. / STATE |
|---|---|---|---|
| 9/9/22, 0000 — 9/12/22, 1200 | 4/4/24, 1200 | R/O | FLORIDA D-L # L356-424-74-887 |

| LAST DRIVER OF VEHICLE | DATE / TIME | ADDRESS OF R/P | TELEPHONE OF R/P |
|---|---|---|---|
| R/O / NA | 8/3/22, 1200 | R/O | (808)399-3069 |

I CERTIFY OR DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF
THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNATURE OF PERSON MAKING REPORT    +33755531779 TELEPHONE

**REMARKS**
[LIST PROPERTY, TOOLS, VEHICLE DAMAGE, ARRESTS]

| DRIVER'S NAME | ARRESTED / SECTION? ☐ YES ☐ NO | REPORTED BY | CARGO / TYPE? ☐ YES ☐ NO | VALUE $ ☐ BILL OF LADING ATTACHED |
|---|---|---|---|---|

INC # 240404 0026BB

| SIGNATURE OF OFFICER TAKING REPORT | I.D. NO. | SUPERVISOR | REQUIRED NOTICES SENT TO REGISTERED AND LEGAL OWNERS PER 22852 CVC? ☒ YES ☐ NO | DATE NOTIFIED |
|---|---|---|---|---|
| Ruiz | 42815 | 39277 | | 4/4/24 |

*An Internationally Accredited Agency*

Chp180_0416.pdf



Mail Drop 537 M
Motor Vehicle Division
1801 W Jefferson St
PO Box 2100
Phoenix AZ 85001-2100

**COURT ABSTRACT**

[ ] Amended

| Customer Name(first, middle, last, suffix) IVAN NILES LATIMORE | | | | | | Date of Birth 06/27/1974 | |
|---|---|---|---|---|---|---|---|
| Street Address 1650 LINTON LAKE DR | | | | City DELRAY BEACH | State FLORIDA | | Zip 33445 |
| Driver License/ID Number | | | Class | State | Vehicle Plate Number | State | Make |
| Court ID Number JP203 | Citing Agency DPS | Violation Date 06/24/2018 | Approx. Speed | Lawful Speed | Accident [ ] Yes [ ] No | Serious Physical Injury [ ] Yes [ ] No | Fatality [ ] Yes [ ] No |
| Drugs (13-2401) 28-1381A1 [ ] Yes [ ] No | | Alcohol Class /Treatment [ ] Yes [ ]No | | Commercial Vehicle [ ] Yes [ ] No | Hazardous Material [ ]Yes [ ]No | 16 or more Passengers [ ]Yes [ ]No | |
| [ ] Drug Only No Intoxicating Liquor (Effective 01/01/2017) Is the Court Ordering Ignition Interlock? [ ] Yes  [ ] No | | | | Court has ordered ignition interlock for an additional | | Sentencing Authority (28-661) [ ] B[ ] C | |
| Court Docket # J0203TR201801717 | | | | | | | |

| COMPLAINT | CHARGE COUNT | OFFENSE CLASS | VIOL CODE | DISPO CODE | DISP DATE |
|---|---|---|---|---|---|
| 909654318175001 | A | CT | 28-4135A | 43 Dismissed | 08/01/2023 |

**MANDATORY INSURANCE SUSPENSION**   pursuant to:

[ ] 28-4135A
[ ] 28-4135B
[ ] 28-4135C

| Number of Months Suspended | [ ] Court directs MVD to suspend | [ ] Driving Privilege |
|---|---|---|
| | | [ ] Vehicle Registration |
| | | [ ] Driving Privilege and vehicle Registration |

**JUVENILE/UNDER AGE SUSPENSION** pursuant to the Court has:

[ ] 8-323 **Suspended** driving privilege
[ ] 8-323 **Restricted** driving privilege

[ ] 28-3320A7 **Suspended** driving privilege
[ ] 28-3320D **Suspended** driving privilege
[ ] 28-3320B **Restricted** driving privilege

[ ] 28-3322B Restricted driving privilege 4-244 (34) for ages 18-20

| Beginning Suspension Date | Ending Suspension Date | Beginning Restriction Date | Ending Restriction Date |
|---|---|---|---|
| | | Restricted To: | |

**OTHER ACTIONS**

| | [ ] Court has restricted the driving privilege | Beginning Date | Ending Date |
|---|---|---|---|
| Pursuant to | [ ] Court has revoked the driving privilege | | |
| | [ ] Court has suspended the driving privilege | | |

| I certify that the information above is true and correct | Customer Signature | Date |
|---|---|---|
| | Court Clerk Signature *Bonnie Jankovic*   **Bonnie Jankovic** | Date   08/01/2023 |

This is proof that Ivan Niles Latimore was a victim of Identity theft and Judge Staggs dismissed the charges.

This case is closed.



**ARIZONA DEPARTMENT OF PUBLIC SAFETY**
**ARIZONA TRAFFIC TICKET AND COMPLAINT**

| Report Number |
|---|

| | COLLISION | | COMMERCIAL |
|---|---|---|---|
| | FATALITY | | HAZ MAT |
| | SERIOUS INJURY | | 16 PASSENGER |

| Complaint | Driver's License Number | State | Class | Military | | Other Language | |
|---|---|---|---|---|---|---|---|
| 909654318175001 | L356414742270 | FL | E | ☐ Yes | Interpreter Required ☐  Spanish Only ☐ | | |

| Name: First | Middle | Last |
|---|---|---|
| IVAN | NILES | LATIMORE |

| Residential/Commercial Address | City | State | Zip Code | Phone | | Cell Phone ☐ |
|---|---|---|---|---|---|---|
| 1650 LINTON LAKE DR | DELRAY BEACH | FL | 33445-0000 | | | |

| Mailing Address | City | State | Zip Code | Email Address |
|---|---|---|---|---|
| | | | | |

| SSN | Gender | Eyes | Hair | Height | Weight | Origin | DOB | Endorsements | Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| | M | GRY | BRO | 6-04 | 215 | W | 06/27/1974 | | |

| Year | Make | Model | Style | Color | License Plate | State | Expire. Date | Vehicle Identification Number (VIN) |
|---|---|---|---|---|---|---|---|---|
| 1998 | INFI | QX4 | 4DSW | BLK | 6MSK527 | CA | 07/22/2018 | JNRAR05Y6WW024897 |

| Registered Owner | Address | City | State | Zip Code |
|---|---|---|---|---|
| RIVERAGOMEZ NELY MARIA | 19517 ARMINTA ST | RESEDA | CA | 91335 |

**THE UNDERSIGNED CERTIFIES THAT:**

| Date | Time | | Approx | Posted | R&P | Speed Measurement Device | Equipment Number | Direction Of Travel | Lane |
|---|---|---|---|---|---|---|---|---|---|
| 06/24/2018 | 09:02 | SPEED | 75 | 75 | | OTH | OTHER | W | |

| On-Highway | Highway | Milepost | Location | | Precinct | County | STATE OF ARIZONA |
|---|---|---|---|---|---|---|---|
| YES | I10 | 298 | | | 0203 | COCHISE | |

**THE DEFENDANT COMMITTED THE FOLLOWING:**

| Section | Statute | Violation | | | | Domestic Violence Case |
|---|---|---|---|---|---|---|
| 28-4135A | A | NO MANDATORY INSURANCE  $965 M  $36.60 | | | | ☐ Criminal  ☑ Civil Traffic |
| Docket Number | Disposition Codes | Disposition Date | Sanction | | | ☐ Criminal Traffic  ☐ Petty Offense |
| R2080717 | | 7/28/1-23 | | | | |

| Section | Statute | Violation | | | | Domestic Violence Case |
|---|---|---|---|---|---|---|
| | | | | | | ☐ Criminal  ☐ Civil Traffic |
| Docket Number | Disposition Codes | Disposition Date | Sanction | | | ☐ Criminal Traffic  ☐ Petty Offense |

| Section | Statute | Violation | | | | Domestic Violence Case |
|---|---|---|---|---|---|---|
| | | | | | | ☐ Criminal  ☐ Civil Traffic |
| Docket Number | Disposition Codes | Disposition Date | Sanction | | | ☐ Criminal Traffic  ☐ Petty Offense |

| Section | Statute | Violation | | | | Domestic Violence Case |
|---|---|---|---|---|---|---|
| | | | | | | ☐ Criminal  ☐ Civil Traffic |
| Docket Number | Disposition Codes | Disposition Date | Sanction | | | ☐ Criminal Traffic  ☐ Petty Offense |

| Section | Statute | Violation | | | | Domestic Violence Case |
|---|---|---|---|---|---|---|
| | | | | | | ☐ Criminal  ☐ Civil Traffic |
| Docket Number | Disposition Codes | Disposition Date | Sanction | | | ☐ Criminal Traffic  ☐ Petty Offense |

| Court | Court No. | AT OR BEFORE THE DATE AND TIME INDICATED | Date | Time |
|---|---|---|---|---|
| BENSON JC | 0203 | | 07/25/2018 | 10:00 |
| Court Phone No. | Business Address | | City, State, Zip Code | |
| (520) 586-8100 | 126 W. 5TH ST. STE. # 1 | | BENSON    AZ 85602 | |

| CRIMINAL: ☐ | Without admitting guilt, I promise to appear as directed herein. | ☐ VICTIM? | ☐ FINGERPRINTED? |
|---|---|---|---|
| CIVIL: ☑ | Without admitting responsibility, I acknowledge receipt of this complaint | ☐ VICTIM NOTIFIED? | ☐ IN CUSTODY |

I certify upon reasonable grounds, I believe the person named above committed the acts described and I have served a copy of this complaint upon the defendant.

X _____

| T. LA | | 07721 | |
|---|---|---|---|
| COMPLAINANT | | BADGE NO. | LOCATION CODE |

---

*I hereby certify that the information contained herein is a true and correct abstract of the record in this case.*

JUDGE: _____

BY: _____    Clerk of the Court

DATE: _____

IDTheftReport_148316403.pdf                                                                8/28/22, 1:56 PM



FEDERAL TRADE COMMISSION
# Identity Theft Report

FTC Report Number:
148316403

I am a victim of identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| IVAN | N | LATIMORE |
| Address: | Phone: | Email: |
| 4947 DOMAN AVE TARZANA , CA 91356 USA | 516-448-1198 | RACCO33@ICLOUD.COM |

## Personal Statement

My credit cards were taken unknowingly to me as I was traveling and have multiple wallets with separate credit cards and did not notice there were 4 separate cards missing along with my ID. There were substantial charges on multiple credit cards without my authorization or knowledge and need it to be know as unauthorized charges.

## Accounts Affected by the Crime

| Credit Card Opened by the Thief | |
|---|---|
| Company or Organization: | Barclays |
| Date that I discovered it: | Total fraudulent amount: |
| 5/2022 | $ 1800 |

| Credit Card Opened by the Thief | |
|---|---|
| Company or Organization: | amex |
| Account Number: | NA |
| Date that I discovered it: | Total fraudulent amount: |
| 5/2022 | $ 3000 |

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
|---|---|
| Credit Inquiries | Bank of America, amex, gm financial |

---

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

Ivan n latimore
Ivan n latimore

7/19/2023
Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.



**FEDERAL TRADE COMMISSION**

# Identity Theft Report

FTC Report Number:
146739652

I am a victim of identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | | Last Name: | |
|---|---|---|---|
| Ivan | | Latimore | |
| **Address:** | **Phone:** | | **Email:** |
| USA | 516-448-1198 | | racco33@icloud.com |

## Personal Statement

there are 9 more inquires that are fraud march 19,2022 JPMCB, WE Florida financial march 19,2022 ,TRUIST services march 19,2022 ,Kia motor march 19,2022 ,ALLY financial march 19,2022 ,rick case sunrise march 19,2022, capital one bank USA January 26,2022, Ferrari of central Florida Inc, December 16,2021 , XACTUS march 8,2021 . they are fraud My driver license was stolen and was used in multiple DUI in another state and I have been fighting those charges since 2013 and a Florida judge dismissed charges in 2017 due to me proving documentation from my USA passport being out of the country. Florida then changed my DL number fro L356414742270 to L356414742271 .

## Accounts Affected by the Crime

| Other Identity Theft | |
|---|---|
| **Company or Organization:** | woodside fin svcs |
| **Date that I discovered it:** | |
| 4/2022 | |

| Other Identity Theft | |
|---|---|
| **Company or Organization:** | COAF |
| **Date that I discovered it:** | |
| 4/2022 | |



# Case Report
## Summary



| | | | |
|---|---|---|---|
| **Print Date/Time:** | 09/19/2022 13:04 | BEVERLY HILLS POLICE DEPARTMENT | |
| **Login ID:** | dcoursey | **ORI Number:** | CA0191000 |
| **Case Number:** | 2022-00039566 | | |

## Case

| | | | |
|---|---|---|---|
| **Case Number:** | 2022-00039566 | **Incident Type:** | VEHICLE - STOLEN |
| **Location:** | 300 BLOCK N PALM DR | **Occurred From:** | 06/01/2022 00:00 |
| | BEVERLY HILLS, CA 90210 | **Occurred Thru:** | 06/18/2022 23:59 |
| **Reporting Officer ID:** | 05076 - COOKE | **Disposition:** | |
| | | **Disposition Date:** | |
| | | **Reported Date:** | 09/12/2022 20:36 Monday |

## Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| 1 | State | 240 | 487(D) PC-F | GRAND THEFT AUTO | 2 |

## Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| VICTIM | 1 | LATIMORE, IVAN NILES | 320 N PALM DR 204 BEVERLY HILLS, CA 90210 | | BLACK | MALE | |

## Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|
| | | | | | |

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|
| 09/12/2022 | STOLEN | VEHICLE | DODGE | DURANGO | 2 SKINNY RED RACING STIRPES. HELLCAT PACKAGE. | | |
| 09/12/2022 | STOLEN | VEHICLE | CHEVY | SEE DESCRIPTION | 2 BLACK RACING STRIPES. #3 AND SKULL NEAR REAR LICENSE PLATE. | | |

## Vehicles

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

IDTheftReport_148739662.pdf                                                                4/19/22, 12:21 PM

**Other Identity** ▓▓▓▓▓

| **Company or Organization:** | west palm beech kia |
| --- | --- |

**Date that I disco** ▓▓▓▓

| 4/2022 |
| --- |

**Other Identity Theft**

| **Company or Organization:** | kia motor fin |
| --- | --- |

**Date that I discovered it:**

| 4/2022 |
| --- |

**Other Identity Theft**

| **Company or Organization:** | capital one |
| --- | --- |

**Date that I discovered it:**

| 4/2022 |
| --- |

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

| Ivan Latimore | 4/19/2022 |
| --- | --- |
| Ivan Latimore | Date |

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.



FEDERAL TRADE COMMISSION
# Identity Theft Report

FTC Report Number:
161902001

I am a victim of identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| Ivan | n | latimore |
| **Address:** | **Phone:** | **Email:** |
| 340 royal poinciana way , 328 palm beach , FL 33480 USA | 808-399-3069 | ucanphuckoff@yahoo.com |

## Personal Statement

The dmv of Florida issued me a new DL number due to extensive identity theft and fraud with obtaining loans, apartments, car rentals, boats, and credit cards were all opened without my knowledge or permission. I am a victim of identity theft as a judge dismissed a case due to me providing my passport proving I was out of the country at the time of the tickets issued to me. This has been going on for 8 to 10 years and it has been causing me problems in multiple states. There have been multiple cars stolen with all my personal information that was obtained and used. I have filed multiple police reports over the years. There was also 2 Bank of America business credit cards totaling over 25k in opened and used.

## Accounts Affected by the Crime

| Fraudulent Driver's License | | |
|---|---|---|
| **Company or Organization:** | New York | |
| **Date fraud began:** | **Date that I discovered it:** | **Total fraudulent amount:** |
| 1/2017 | 5/2019 | $ 0 |

| Fraudulent Driver's License | | |
|---|---|---|
| **Company or Organization:** | florida california arizona | |
| **Date fraud began:** | **Date that I discovered it:** | **Total fraudulent amount:** |
| 1/2014 | 5/2019 | $ 0 |

## Fraudulent Information on Credit Reports

# EXHIBIT B





Due to Fraud
FLORIDA DMV
Changed my DL #

TR201817717





you can see
my new number
changed the last
Digit from 0 to 1

**11:23**

 

**❮ Sent**                                    ∧   ∨

 **Doug Goldman**          9/22/22
To: racco33@icloud.com ❯

# I am working on getting you a contact

Claim: 5937M511L

Mr. Latimore-

Mr. Diaz is out of the office today. I am working on getting you another contact . I will email you when I have it.

Thank you.


Doug

**Douglas Goldman**  CLU, CIFI, FCLS, ARM, MIAAI
**State Farm Insurance Companies**
Claim Specialist
Special Investigative Unit
South Florida

         

**11:25**

 

‹ Sent    **59-54Q4-85T**    ∧    ∨

**Douglas Goldman**  CLU, CIFI, FCLS, ARM, MIAAI

**State Farm Insurance Companies**

Claim Specialist

Special Investigative Unit

South Florida

(Desk)    309-994-1391

(Cell)    305-206-0396

FL Adjuster Lic A099289

Providing Insurance and Financial Services
Home Office, Bloomington, IL.                     🔴 State Farm®

August 23, 2023

Ivan Latimore                              State Farm Claims
340 Ryl Poinc Way Ste 328                   PO Box 52257
Palm Beach FL 33480-4006                    Phoenix AZ 85072-2257

RE:    Claim Number:    59-54Q4-85T
       Policy Number:    J97761859A
       Date of Loss:     September 19, 2022

Dear Ivan Latimore:

The loss you reported to State Farm® Insurance has been reassigned to our Special Investigative Unit. The reassignment allows for a more detailed investigation.

I will be the claim representative working with you to resolve your claim. If we have not spoken by the time this letter has been received, please contact me to discuss the ongoing investigation.

Sincerely,

Doug Goldman
Claim Specialist- SIU
(800) 331-1169 Ext. 3099941391
Fax: (844) 238-3646

For your protection, when emailing State Farm, please do not include sensitive personal information such as Social Security Number, credit/debit card number (financial account number), driver's license number, or health/medical information in an email. Please contact us at (800) 331-1169 Ext. 3099941391 to discuss sensitive information.

State Farm Mutual Automobile Insurance Company

**11:26**

< **Sent**    ∧    ∨

Found in racco33@icloud.com l...    🗀

 **Doug Goldman**    3/19/24
To: racco33@icloud.com >

# Your case # 202200039564

**Douglas Goldman**  CLU, CIFI, FCLS, ARM, MIAAI
**State Farm Insurance Companies**
Claim Specialist
Special Investigative Unit
South Florida

(Desk)    309-994-1391
(Cell)    305-206-0396

FL Adjuster Lic A099289

            

**11:26**



‹ **Sent**    **59-54Q4-85T**    ∧    ∨

(Desk)    309-994-1391
(Cell)    305-206-0396

FL Adjuster Lic A099289



Providing Insurance and Financial Services
Home Office, Bloomington, IL.                                    🍀 **State Farm**

April 3, 2024

Ivan Latimore                              **State Farm Claims**
340 Ryl Poinc Way Ste 328                  PO Box 52257
Palm Beach FL 33480-4006                   Phoenix AZ 85072-2257

RE:   Claim Number:        59-54Q4-85T
      Date of Loss:        September 19, 2022
      Our Insured:         Ivan Latimore
      Policy Number:       J97761859A

Dear Ivan Latimore:

As per our last conversation, I was checking on the status of your contact with the police in California to confirm if they have updated your vehicle as being stolen and listed on NCIC the national theft database for law enforcement.

Please let me know the status of your conversations with the police department regarding the theft reporting.

Thank you.

If you have questions or need assistance, call us at (800) 331-1169 Ext. 3099941391.

Sincerely,

Doug Goldman
Claim Specialist
(800) 331-1169 Ext. 3099941391
Fax: (844) 236-3646
statefarmclaims@statefarm.com
For your protection, when emailing State Farm, please do not include sensitive personal information such as Social Security Number, credit/debit card number (financial account number), driver's license number, or health/medical information in an email. Please contact us at (800) 331-1169 Ext. 3099941391 to discuss sensitive information.

State Farm Mutual Automobile Insurance Company

            

11:27

〈 **Sent**                    ∧    ∨

Found in racco33@icloud.com I...    🗀

 **Doug Goldman**          8/26/24
To: racco33@i... & 2 more 〉   📎

# Mr. Latimore Status update - Reservation of Rights

Mr. Latimore –

Our investigation is continuing since your Examination Under Oath.  Please find the updated Reservation of Rights where we raise questions of coverage.  This letter updates you on potential coverage issues we are investigating.

If you have any questions, please contact Mr. Kirwan's office or myself or if you have legal counsel, please have them contact us.

Thank you.

Doug

            

11:30

‹ **Sent**                                   ∧    ∨

To: Doug Goldman ›

## Re: 5954Q485T

**I was waiting for the call my phone didn't ring**

**Mr.Latimore**

On Sep 7, 2023, at 2:19 PM, Doug Goldman <<u>doug.goldman.ctrb@statefarm.com</u>> wrote:

Mr. Latimore-

Tried to call you for our <u>2 PM</u> recorded statement on 9/7/2023, but you did not answer. I could not leave you a voice mail and your voice mail was not set up.

Thank you.

   

**11:34**



**‹ Inbox   Records 22-395... ∧ ∨**

**Sent:** Monday, September 19, 2022 12:38 PM
**To:** PD Records Mailbox
<PD_Records_Mailbox@beverlyhills.org>
**Subject:** Records

CAUTION: External Sender
Use caution when clicking links or opening attachments

───────────────────────

Hello this is Ivan latimore
I would like a copy of report #22-39566
For my State Farm insurance thank you.



Racco33@icloud.com

The City keeps a copy of all E-mails sent
and received for a minimum of 2 years. All
retained E-mails will be treated as a
Public Record per the California Public
Records Act, and may be subject to
disclosure pursuant to the terms, and
subject to the exemptions, of that Act.

   

 Inbox  

**To:** HOME CLMS-STATE... >  

# Latimore

2 Cases dismissed due to identity theft and licenses changed by Florida DMV
LAPD Delagana took report sept 12 2022 Also spoke to operators 258, 757 and 444 Also Hollywood police 323 464 1402
44426@lapd.online was email I was given. If there are any other questions just let me know. Thank you .



📄 pdf  **TR201801717 Ivan Latimore Records.pdf**
4.4 MB  

Mr.Latimore

   

**11:45**

〈 Inbox    **8 Messages**
**59-54Q4-85T**    ∧ ∨

Claim: 5954Q485T
Insured : Ivan Latimore
Vehicle: 2019 Ferrari Portofino

*This Email
is Due to
Ferrari And SF
working together.*

Mr. Latimore-

Per your policy conditions, we will need a follow up
Examination Under Oath, as we have additional
investigation that needs to take place following the
receipt of your recent police report , and per other
information that we have received that is material to
our investigation.  Mr. Kirwan's office will contact you
with a date to schedule your Examination Under
Oath.  If you are hiring an attorney to represent you
for the follow up Examination Under Oath, please
provide letter of representation to Mr. Kirwan.

Should you no longer cooperate with our
investigation then you may be jeopardizing your
insurance coverage for your 2019 Ferrari.

Doug Goldman

See More    

 **Optimus Prime**    4/22/24
Bro there will be no other EUO...

↰ **Doug Goldman**    4/9/24

            

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*



August 17, 2023

Ivan Latimore                                    **State Farm Claims**
340 Ryl Poinc Way Ste 328                        PO Box 52257
Palm Beach FL 33480-4006                         Phoenix AZ 85072-2257

RE:    Claim Number:           59-54Q4-85T
       Date of Loss:           September 19, 2022
       Our Insured:            Ivan Latimore

Dear Mr. Latimore:

Thank you for taking my call today.

Per our discussion, please forward police report information with contact names and numbers and documentation showing your identity was stolen.

I will order the police report but please continue efforts on your end.

I look forward to talking to you soon.

If you have questions or need assistance, call us at (800) 331-1169 Ext. 3099942787.

Sincerely,

Debbie Meadows
Claim Specialist
FL License # E089240
(800) 331-1169 Ext. 3099942787

State Farm Mutual Automobile Insurance Company

11:43

< Inbox    **4 Messages**    ∧  ∨

Found in racco33@icloud.com...  ➤

**OP**  **Optimus Prime**    3/13/24
To: William Belmont >

*FERRARI investigator*

# Re: 2019 Ferrari Portofino

I've been waiting on insurance myself
So there is nothing I can do. They paid out on the other cars that were stolen so LAPD is backlogged 28 months on providing a police report
.

On Mar 13, 2024, at 3:46 PM, William Belmont <bill@thebelmontgrp.com> wrote:

See More    

            

**11:44**

2 Messages

< Inbox **2019 Ferrari Por...** ∧ ∨

**Found in racco33@icloud.com...** ✈



**Optimus Prime**                4/16/24
**To:** William Belmont >

That's not what happened the car was registered cause ==State Farm said it wasn't on NCIC so the police said it needed to be registered.== Please stop contacting me

On Apr 16, 2024, at 12:31PM, William Belmont <bill@thebelmontgrp.com> wrote:

Ivan,

I hope all is well.

FL DMV is reporting that you found the Ferrari and registered it on March 27. Great news. Can we arrange to pick it up from you?

   

11:47

7 Messages

< Inbox  DR# 24-08-075...  ∧  ∨

 **OMAR RUIZ**    4/4/24
To: latimore Goodson >

Here is your copy of the police report that I wrote. The report number is the DR#

24-08-07595

Officer Ruiz #42815
LAPD - West LA Div
Auto Table
310-444-1535

_____

**From:** SafeQScan@lapd.online
<SafeQScan@lapd.online>
**Sent:** Thursday, April 4, 2024 3:31 PM
**To:** OMAR RUIZ <42815@lapd.online>
**Subject:** Your scanned document

## The document scanned by OMAR RUIZ on 2024-04-04 is attached in this e-mail.



   

11:36



3 Messages

‹ Inbox   **Ferrari Financial...**   ∧   ∨

**Latimore G**                    2/7/23
To: Carmen Contreras-Ma... ›

Hello yes I spoke with him as I gave him all the information I have .

Mr.Latimore

See More                          

Found in pem1776@icloud.com...  📁

 **Carmen Contreras-...** 2/3/23
To: Latimore G ›

Good morning,

I understand you contacted Mr. Belmont yesterday regarding the police report issue.

Please kindly contact me at on my cell below or provide me with a

            

⟨ Inbox    **16 Messages**    ∧    ∨

# RE: EUO***Latimore, Ivan (EUO) ; [claim] 5954Q485T ; Matter# 23-29239:

Good Morning,

Please see attached, did your attorney not relay the information to you?

Topic: EUO of Ivan Latimore*23-29239 *595Q485T
Time: Jul 30, 2024 09:00 AM Eastern Time (US and Canada)

Join Zoom Meeting
https://ucrinc.zoom.us/j/82168233193?pwd=QgCXdrB7t8hNuoG0bjqEevloHsvdEk.1

Meeting ID: 821 6823 3193
Passcode: 877308

**Christy Christopher**
**Legal Assistant to Christopher Kirwan, Esq.**
200 South Andrews Avenue
8th Floor
Fort Lauderdale, Florida 33301
Phone:954.463.3008
Fax:954.463.3010
cchristopher@kdapa.com

11:40

 Inbox **2 Messages**
**59-54Q4-85T**  

As you can see they sent me multiple emails in regards to the fraud and identity theft
**From:** Fraud <Fraud@flhsmv.gov>
**Date:** February 15, 2022 at 1:45:30 PM EDT
**To:** ice Latimore <racco33@icloud.com>
**Subject: FW: fraud form**

Thank you for contacting the Florida Department of Highway Safety and Motor Vehicles regarding your driver license. We received the fraud investigation form via fax requestion DL number change.

The Driver License number is a unique combination of numbers, which represents your first- last- middle name, DOB and Gender. Even if a person changes his/her name, the old number will be tied to the new one. For example, if you search the old number in the system, it will bring you to the new number.

Please read the following information as it pertains to the question "Would the victim like to have his/her record flagged?" Reply "Yes or No?"

The "Verify ID Flag" may be helpful in preventing a person from trying/continuing to pretend to be you in the following ways:

The "Verify ID Flag" may be helpful in preventing a person from trying/continuing to pretend to be you in the following ways:

Law enforcement will know that someone may be using your identity. The officer should require two or more pieces of identification from the person. "However, if you are stopped by law enforcement, you

Fraud on my FL DL they changed my Number. In 2022.

   

# EXHIBIT C



# David Lawrence Architecture Inc.

1655 Palm Beach Lakes Blvd. Suite 503          West Palm Beach, FL 33401
Ph 561.588.5070
License number                                                    AR 0016260
E-mail: dbl@dlarchitect.com

January 19, 2023

## Contract for Architectural Services

Client:                                                              Architect:

Mr. Ivan Latimore                                          David Lawrence Architecture Inc
5555 Gun Club Road                                      1655 Palm Beach Lakes Blvd.
West Palm Beach Gardens, FL                       West Palm Beach, FL  33401

**The scope of work**:

The scope of work is as follows:   A two-story single-family home at the above referenced address.  The style is to be modern. The square footage will be around 13,500 square feet under air. The fee is valid for a variance of up to five percent larger or smaller.  If the variance exceeds five percent, the architect is entitled to additional fees since our engineering costs are determined by the square footage.   The list of spaces is as follows:

Foyer
Living room
Dining room
Family room
Kitchen & butler's pantry for a chef to prepare meals for parties of ten or more
10 bed rooms each with full bath and walk in closets.
Pool bath
Powder room (2)
Fitness/gym area
Game room
Rehabilitation area
          Hot/cold plunge pools
          In water treadmill
Dressing area for basketball court
Full regulation size indoor basketball court with large screen similar to commercial courts
3 car garage
Covered porches off of living areas with a summer kitchen
Elevated roof deck for entertaining
Elevator serving the two floors

Site features:

Swimming pool with jacuzzi and sun shelf
Pickleball court(s)
Walls fences and gates as needed
Driveways and parking areas

General:

We will organize the house,walls and landscape so there is privacy from the street and the
subdivision on the east side of the canal.
Gated entry to motor court.

The description of spaces is preliminary and will  be finalized with the client prior to
commencement with the design.

**Phase I:  Design development**

David Lawrence Architecture Inc. hereafter referred to, as "The architect" will provide a design
development package consisting of floor plans and elevations based on the client's list of spaces.
Schematic design does not include any zoning services as none are anticipated.  The fee is
based on a "linear" approval process, outlined as follows:

1. The architect will visit the site and complete his analysis of site conditions.
2. The owner and architect will revised the list of spaces for house. The list will be reviewed
   and approved by the client before we proceed with the design.
3. The Architect will prepare the floor plan layout.  Based on your comments, we will adjust
   the layout.  The Architect will prepare up to four layouts and adjust it as necessary for the
   client to be satisfied with the plan as part of the base fee.  Additional layouts are at the
   hourly rates as shown in the general conditions.
4. We will then develop the elevations to achieve the look of the building.  We will adjust
   based on your comments.  During this phase we will develop an exterior three-
   dimensional computer model of the building and give you a walk around in our office.
   Detailed modeling of the interior of the building is not included in the base fee.

Once one of the steps is complete and accepted by the client, revisiting previous decisions may
result in additional costs if the changes cause us to revise work previously completed.   Changes
made after drawings are complete or while the project is under construction will be at the hourly
rates indicated in the general conditions.

When the design is complete, we will present the client with a design development package for
final review and acceptance. Commencement of work on the construction plans constitutes
acceptance, provided the client is aware that construction documents have commenced.
The interior elevations and material selections will be done by the interior designer.

**Phase II: Construction documents**

Architectural services:

Phase II, or the construction documents phase, will begin once the client has approved the
architect's design development package or authorized commencement with the construction
documents. Documentation shall include drawings as necessary for permitting and construction
of the structure. The base construction plans, to use a term of art, are a "builders set". It does not
contain interior elevations, finish specifications, plumbing or lighting selections. Cabinetry
elevations are not included in the design development package. If the owner elects for the
architect to do the interior design, this is an additional service.  The kitchen company will do the
kitchen design. The cabinet contractor will prepare shop drawings for review and approval. Once
complete, the architect will turn electronically signed and sealed pdf's to the contractor who will
handle application for building permit. The pool and deck layout will be by the architect and the
pool contractor will prepare engineered shop drawings for the pool.

Structural engineering:

A structural engineer will be retained to provide structural analysis and construction documents for the structural portion of the house. The fee is based on the following structural system:

1. Poured concrete slab for first floor.
2. Exterior balconies above grade to be poured concrete.
3. Exterior walls will be masonry and reinforced concrete walls.
4. Foundation system will be on slab on grade
5. Second floor to poured concrete or wood truss at owner's option
6. The roof will be pre-engineered wood trusses.

The fee assumes that the soils conditions will not require pilings. Pilings will result in a higher structural engineering fee as the foundation system is more complicated to create. To date, none of our houses along this part of Flagler have required pilings. We have an add alternate in the engineering fee in the event pilings are included. The base fee does not include the add alternate.

Mechanical Design:

The fee will include the design of the air conditioning and ventilation systems.
The fee includes the manual J load calculations and the energy calculations required for building permit.

Electrical Design:

The fee includes design of the buildings electrical system including placement of all electrical light fixtures and receptacles. The base fee includes provisions for a partial or whole house generator. The lighting control system will be by others if you choose to have one. Landscape lighting is included.

Plumbing Design:

The fee includes all plumbing waste risers and diagrams required by code. Fresh water risers are not required or included. The fee includes a gas riser for gas appliances and generator.

Geotechnical engineering:

This service is not included in the contract. The owner will contract these services directly and furnish a soils report to the engineer before he commences his work.

Landscape Architecture

Design of the landscaping and irrigation is included in this proposal. The landscape design will be more minimal in nature, complying with the code requirements as well as needed screening.

Interior design

The interior designer will be selected by the owner. The project will be a team approach, meaning the owner, architect and designer will have meetings to discuss the project. If the interior designer is going to offer opinions with respect to the building exterior, the architect needs to be present at those meetings to discuss their input. The architect is the prime professional when it comes to the exterior of the building.

4

Grading and drainage plan by Civil Engineer

This service is excluded in the contract.  A drainage plan will be required to apply for and obtain a building permit.   The owner will furnish topographic survey data (not included) so the engineer can do the grading plan.

Surveys

Surveys are not included in this contract.  The architect will be furnished with a boundary survey with all easements as well as a topographic survey.  We need a recent and valid survey to commence.

**Phase III: Bidding Assistance.**

If the owner elects to competitively bid the house, the architect will assist with providing a list of bidders.  We will hold a pre-bid meeting with the bidders.   During the bidding process we will field questions from the bidders and issue clarifications to all bidders. Once the bids are turned in, we will do a comparative analysis and make recommendations.

**Phase IV:  Permitting**                                                                                       included in fee

The architect and his consultants will turn over electronically signed and sealed plans to the contractor who will handle application for building permit. He will need to fill out the building applications as well as provide the truss shop drawings needed for building application.  Fees quoted do not include the cost of a permit, impact fees or application costs. Fees include any revisions required to obtain a building permit.

The contractor will furnish the truss shop drawings (if needed) and product approvals.  The architect's fee does not include preparation of the product approval package. This shall be done by the general contractor. The architect and his consultant will review and stamp them as part of the base fee.  We will respond to the plan review comments and provide the contractor with the revised sheets.  We will meet with the building plan reviewer if needed to resolve issues as part of the base fee. The fee does not include any permit fees.

**Phase V: Construction period phase:  Administration of the Construction Contract**

During the construction process, the contractor may have questions and require clarifications. Also, the architect will need to visit the job site and review work to see it conforms with the intent of the design at critical construction phases. The architectural shop drawing review is included in the fee.   We do not charge for visits required to address issues with the drawings.
We also strongly recommend using a roofing consultant to inspect the roof work.

**General conditions**

Fee Structure: The fee for design and construction documents is as follows:

| | |
|---|---|
| Design development | $25,000 |
| Construction Documents | |
|     Architectural | $50,000 |
|     Structural Engineering (add alt. pilings $4,000) | $32,000 |
|     Mechanical, Electrical and Plumbing | $24,000 |
|     Grading plan (Civil) | $6,000 |
|     Landcape architecture | $8,000 |
| | |
| **Fee for construction documents and design** | **$145,000** |

5

Bidding assistance                    hourly rates
Construction period services          hourly rates
Roofing consultant inspections        pass-through billing

Additional services:

**Payment Schedule:**
Retainer:                                                        $5,000
Upon acceptance of design                                       $20,000
Upon submittal of 50% bid package                               $35,000
Upon receipt of plans for bid or permit                         $80,000
Upon receipt of approval of comments from plan review            $5,000
**Fee for documents**                                          **$145,000**

Construction period services shall be at the hourly rates as outlined in the general conditions. Full-time on-site construction supervision is not included in the fee. Interior design services are not included in the scope of work except as described in the design development section of the contract or as an additional service. We will select exterior colors and materials at no additional cost if the owner wishes as part of the base fee. If the architect is expected to sign the A.I.A certificate of payment documents, the owner must notify the architect in advance so he may make periodic visits to review the work as it progresses. Additional design services for work outside the scope will be provided at the owner's request as additional services in the line item above.

Hourly fees for services are:

Architect                      $200    Project Manager/Sr. Draftsman       $115
Draftsman                       $90    Office Staff                         $55
Structural Engineer            $150    Civil Engineer                      $150

Truss shop drawing review      included        Concrete testing review      included
E-mail of plot files to printer   no charge
Copies and postage             reimbursable expense at 1.25 times cost

Once the architect has received owner approval of the design development package, changes will be at the hourly rates shown in the general conditions. Should there be changes to reduce costs, the architects and the consultants will make changes based on hourly rates outlined above and in the consultant's documents. We will endeavor to work with the client to design the building using what we agree (client and architect) are the most economical methods of construction prior to commencement of final construction plans.

Either party may terminate this contract for any or no reason. The architect shall be compensated for services rendered up to the point of termination of the contract. In the unlikely event that any dispute leads to litigation, the owner and architect agree to submit to binding arbitration. If the owner terminates the contract, they are entitled to use the design to complete the project.

Except as outlined above, costs for document reproductions shall be at the rates shown above. The owner may elect to use his own printing service if he so chooses. The architect will furnish progress prints at intermediate progress, and sets as necessary as part of the fee. Prints for bidding are not included. We will furnish you with PDF's for bidding. If the project is placed on hold prior to application for building permit, the plans are good for the code version they are designed in. Additionally, if the project is placed on hold during design, the fee for engineering and architectural plans quoted in this proposal is good for six months from the date of the contract.

6

The designs and documents including electronic files are instruments of service of David Lawrence Architecture Inc. and are licensed for this singular use for the fee quoted.  This agreement permits the architect to take and use photographs and drawings of the building for marketing in any chosen media. The name, location and cost of the project will be withheld if the owner requests. This contract permits the architect to place his professional sign on the property.

**Limitation of Liability**:  To the fullest extent permitted by law, the total liability of Architect and Architect's officers, directors, employees, and agents to Client and any one claiming by, through or under Client, for any and all injuries, claims, losses, expenses, or damages arising out of or in any way related to Architect's services, the project or this Agreement, from any cause or causes whatsoever, including but not limited to, the negligence, errors, omissions, strict liability, breach of contract, breach of warranty of Engineer or its officers, directors, employees, agents, or any of them, shall not exceed $300,000 or the amount paid to Architect for professional services provided under this Agreement, whichever is greater. Client and Architect agree that this limitation of liability clause bears a reasonable commercial relationship to this Agreement and that this limitation is negotiated in large measure to allocate certain risks of Architect.  The client agrees that it may obtain a higher limitation of liability for an additional negotiated cost prior to commencement of Architect's professional services under this Agreement.

The Client and Architect waive all claims against each other for consequential damages arising out of or relating to the services provided pursuant to this Agreement, including, but not limited to, claims for rental expenses, losses of use, income, profit, financing, business, and reputation, and for loss of management or employee productivity out of the services of such persons.

PURSUANT TO FLORIDA STATUTE § 558.035, AN INDIVIDUAL EMPLOYEE OR AGENT OF DAVID LAWRENCE ARCHITECTURE, INC. MAY NOT BE HELD INDIVIDUALLY LIABLE FOR DAMAGES RESULTING FROM NEGLIGENCE OCCURRING WITHIN THE COURSE AND SCOPE OF PROFESSIONAL SERVICES RENDERED UNDER THIS AGREEMENT.

The undersigned is authorized to execute contracts as owner for the property.

Accepted by:

_____              _____
Signature                                      Date

_____
Ivan Latimore
(Please print name of signer)
Client



Out of USA

NICE CÔTE D'AZUR
20.08.24 78
+251

ROISSY - CDG
15.08.24 78
R 544

23.05.24 50

## UNITED STATES OF AMERICA

Type / Type  P   USA

Surname / Nom / Apellidos
**LATIMORE**

Given Names / Prénoms / Nombres
**IVAN NILES**

Nationality / Nationalité / Nacionalidad
**UNITED STATES OF AMERICA**

Date of birth / Date de naissance / Fecha de nacimiento
**27 Jun 1974**

Place of birth / Lieu de naissance / Lugar de nacimiento
**NEW YORK, U.S.A.**

Date of issue / Date de délivrance / Fecha de expedición
**03 Oct 2017**

Date of expiration / Date d'expiration / Fecha de caducidad
**02 Oct 2027**

Endorsements / Mentions Spéciales / Anotaciones
**SEE PAGE 51**

Sex / Sexe / Sexo
**M**

Authority / Autorité / Autoridad
**United States
Department of State**

USA

P<USALATIMORE<<IVAN<NILES<<<<<<<<<<<<<<<<<<
5612537913USA7406276M2710028504033638<877554





27 Jun 1974
Place of birth / Lieu de naissance / Lugar de nacimiento
NEW YORK, U.S.A.
Date of issue / Date de délivrance / Fecha de expedición
03 Oct 2017
Date of expiration / Date d'expiration / Fecha de caducidad
02 Oct 2027
Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 51

Sex / Sexe / Sexo
M
Authority / Autorité / Autoridad
United States
Department of State
USA

My Passport Picture to Validate at of USA
At time of Accusations

P<USALATIMORE<<IVAN<NILES<<<<<<<<<<<<<<<<<<<<<<
5612537913USA7406276M2710028504033638<877554



8-20-24

then France
8-15-24

In Geneva
5-23-24

So I cant be
getting Times changed on
a stolen car while in France