UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| IVAN NILES LATIMORE, | Case No. 25-15276-MAM |
| Debtor. | |
| FERRARI FINANCIAL SERVICES, INC. | Adv. Case No. 25-01273-MAM |
| Plaintiff, | |
| v. | |
| IVAN NILES LATIMORE, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on January 6, 2026, a true and correct copy of the **Order Setting Filing and Disclosure Requirements for Pretrial and Trial [DE 20]** was served via electronic mail on Ivan Niles Latimore at Showup33@icloud.com

Dated: January 9, 2026

**SAUL EWING LLP**

By:  */s/ Carmen Contreras-Martinez*
Carmen Contreras-Martinez
Florida Bar No. 93475
Turner N. Falk (admitted *pro hac vice*)
701 Brickell Avenue
Suite 1700
Miami, Florida  33131
Telephone: 305-428-4500
carmen.contreras-martinez@saul.com
turner.falk@saul.com
*Attorneys for Ferrari Financial Services, Inc.*

57030840.1