UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                  Chapter 7

IVAN NILES LATIMORE,                     Case No. 25-15276-MAM

          Debtor.
_____/

FERRARI FINANCIAL SERVICES, INC.      Adv. Case No. 25-01273-MAM

          Plaintiff,

v.

IVAN NILES LATIMORE,

          Defendant.
_____/

## FERRARI FINANCIAL SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, FERRARI FINANCIAL SERVICES, INC. ("**FFS**") by this motion ("**Motion**") moves the Court for summary judgment, pursuant to Fed. R. Civ. P. 56, made applicable in this adversary proceeding by Fed. R. Bank. P. 7056, and for entry of judgment against IVAN NILES LATIMORE (the "**Debtor**") and in support states as follows:

### I.  PROCEDURAL BACKGROUND

1.      On August 11, 2025, FFS commenced this Adversary Proceeding by filing a complaint [DE 1] ("**Complaint**") against the Debtor.  A copy of the Complaint and the exhibits are attached as  **Exhibit A**.

2.      On October 24, 2025, the Debtor filed a letter purportedly answering the Complaint [DE 17] (the "**Letter**"), attached as **Exhibit B**.  The Letter does not respond to each allegation in the Complaint in orderly numbered paragraphs.

Adv. Case No. 25-01273-MAM

3.      On June 12, 2025, the 341 meeting of creditors took place, and the Debtor appeared and gave testimony under oath.  A copy of the transcript of the 341 meeting is attached as **Exhibit C**.

4.      On July 29, 2025, a hearing on FFS's objection to the Debtor's claimed exemptions took place, and the Debtor appeared and made argument.  A copy of the transcript of this hearing is attached as **Exhibit D**.

5.      On January 12, 2026, counsel for FFS served the Debtor with discovery requests, including the requests for admissions ("**RFA**") attached as **Exhibit E**.

6.      On January 12, 2026, the Debtor responded to service of the discovery requests, stating he would not respond to further discovery and would "see you in court."  A copy of this email is attached as **Exhibit F**.  The Debtor has not answered the RFAs or otherwise responded to discovery requests since that date.

7.      On May 16, 2025, the Debtor filed his Schedules and Statement of Financial Affairs (collectively the "**Schedules**") [DE # 18], attached as **Exhibit G**.

## II. UNDISPUTED MATERIAL FACTS

### A.      Background and Prepetition Collections

8.      On December 17, 2021, the Debtor entered into a Retail Installment Sale Contract (the "**Contract**"), which was later assigned to FFS, for the purchase on credit of a 2019 Ferrari Portofino, VIN # ZFF89FPA6K0239003 (the "**Vehicle**"). Ex. A at ¶¶ 7-8.

9.      The Debtor defaulted on the terms of the Contract by failing to make the regular monthly payments when due. The Debtor made only six (6) of the eighty-four (84) required payments due under the Contract. The Debtor's last payment was made in 2022 and no further payments on his loan have been made since. Ex. A ¶¶ 9-10 and Exhibit B attached thereto.

10.     On November 2, 2022, FFS filed a verified complaint against the Debtor in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida styled *Ferrari Financial Services, Inc. v. Ivan Latimore*, Case No. 50-2022-CA-010741-XXXX ("**State Action**"). The Complaint included counts for replevin, breach of contract, and unjust enrichment.  In August 24, 2023, the court in the State Action entered a final judgment by default (the "**Judgment**") in the amount of $301,290.61, with interest accruing from that date.  Ex. A ¶¶ 11-12, 36 and Exhibit C attached thereto; Ex. E ¶ 1.

11.     Following the entry of the Judgment, FFS undertook efforts to collect the amount owed in execution proceedings, including by garnishing the Debtor's bank accounts.  The Debtor closed these bank accounts in order to hinder FFS's attempts to garnish these accounts.  Ex. A ¶ 36; Ex. C 22:15-23:10; Ex. E ¶ 3.

**B.     Theft of the Vehicle**

12.     The Debtor alleges that the Vehicle was stolen between September 9 through 12, 2022.  Ex. C 16:21.

13.     The Debtor also claims that three other vehicles were stolen from the same California garage at the same time.  Ex. C 14:4-14:7.

14.     The Debtor filed an insurance claim for the Vehicle, but it was denied because the Debtor had not filed a police report.  Ex. C 10:11-10:15.

15.     The Debtor was able to make a police report for the theft of the other cars, but alleges that he could not make a contemporaneous police report for the theft of the Vehicle because it was located in a different police jurisdiction from the other cars parked at the same location.  Ex. C 17:1-17:20.

16.     The Debtor waited in excess of two years to report the alleged theft of the Vehicle. Ex. E ¶ 15.

17.     The Schedules allege that the Vehicle was stolen.  Ex. G at 16.

18.     The Debtor is in possession of the Vehicle.  Ex. E ¶ 14.

19.     On June 17, 2024, the Debtor, using the alias of "Ice Latimore," took the Vehicle to Star Tires Plus Wheels in Hartford, Connecticut for tire services.  Ex. E ¶ 14; see also Exhibit D attached to Ex. A.

**C.     Fraudulent Transfer of the Property to CASA**

20.     On April 9, 2023, the Debtor allegedly transferred his interest in the real property located at 5555 Gun Club Road, West Palm Beach, FL 33415 (the "**Property**") to a purported entity named CASA DE GREATNESS LLC ("**CASA**") for no consideration.  Ex. E ¶¶ 10-11.

21.     The Debtor is or was a member of CASA.  Ex. E ¶¶ 7-8.

22.     CASA is an alter ego of the Debtor.  Ex. E ¶ 9.

23.     The Debtor stated on the record that CASA was a "company out of Wyoming" that is "under the other person's name…that I don't know."  Ex. D 9:21-10:9.

24.     The Debtor testified that CASA was controlled by a man named Jeff Remington, who the Debtor had done business with "for years."  Ex. C 19:20-20:1.

25.     On his Schedules, the Debtor listed an interest in the Property.  Ex. G at 3.

26.     At the 341 meeting, the Debtor testified that he had no remaining interest in the Property, which was "sold" to CASA.  Ex. C 19:9-19:11.

27.     After the 341 meeting, at a June 29, 2025 hearing before this Court, the Debtor argued that he could exempt the Property because "The deed is still in my name…[but] the title is not."  Ex. D 11:3-11:10.

**D.     Admitted Financial Misconduct Justifying Denial of Discharge**

28.     The Debtor concealed his property within one year of the Petition Date with the intent to hinder, delay or defraud a creditor.  Ex. E. ¶ 21.

29.    The Debtor, without justification, concealed, destroyed, mutilated, falsified, or failed to keep or preserve any recorded information, including books, documents, records, and papers, from which his financial condition or business transactions might be ascertained.  Ex. E. ¶ 22.

30.    The Debtor knowingly and fraudulently made material misstatements in or in connection with the bankruptcy case.  Ex. E. ¶ 23.

31.    The Debtor cannot satisfactorily explain the loss of his assets or why his assets are insufficient to meet his liabilities.  Ex. E. ¶ 24.

### III. ARGUMENT

**A.    <u>Legal Standard</u>**

32.    Fed. R. Civ. P. 56(a), as made applicable via Fed. R. Bankr. P. 7056, provides that upon the motion of a party, the Court "shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law."

33.    The burden is on the moving party to show that no genuine issue of material fact is in dispute. *Celotex Corp. v. Catrett*, 477 U.S. 317 (1986). There is no genuine issue for trial if the record, taken as a whole, does not lead a rational trier of fact to find for the non-moving party. *Matsushita Elec. Indus. Co., Ltd. v. Zenith Radio Corp.*, 475 U.S. 574 (1986).

34.    Fed. R. Civ. P. 36, governing requests for admissions, is intended to "give an admission a conclusively binding effect, for purposes only of the pending action, unless the admission is withdrawn or amended. In form and substance a Rule 36 admission is comparable to an admission in pleadings or a stipulation drafted by counsel for use at trial, rather than to an evidentiary admission of a party."  Fed. R. Civ. P. 36, Advisory Committee Notes (1970).

35.    Similarly, an allegation in a complaint (other than one relating to damages) "is admitted if a responsive pleading is required and the allegation is not denied."  Fed. R. Civ. P. 8, applicable in bankruptcy pursuant to Fed. R. Bankr. P. 7008.

36.    On summary judgment, a party may establish uncontested material facts based upon deemed admissions arising from a failure to answer requests for admissions, or if the filed answer does not deny a factual allegation in the complaint.  *In re Izaguirre*, 166 B.R. 484, 489 (Bankr. N.D. Ga. 1994) (party moving for summary judgment "has established three of the four elements" of its claim based upon non-moving party's failure to respond to applicable requests for admission); *Burlington N.R. Co. v. Huddleston*, 94 F.3d 1413, 1415 (10th Cir. 1996) ("By failing to submit an answer or other pleading denying the factual allegations of Plaintiff's complaint, Defendant admitted those allegations, thus placing no further burden upon Plaintiff to prove its case factually.").

37.    For the avoidance of doubt, the Letter filed by the Debtor, purportedly as an answer to the Complaint, does not attempt to address the allegations in the Complaint by responding to each numbered paragraph.  Even if interpreted liberally as a purported answer, the letter does not attempt to respond to or contest two relevant sets of facts.  First, the Letter does not contest the basic prepetition background facts that FFS is a prepetition creditor with a judgment in excess of $300,000 or that FFS undertook collections actions on its prepetition judgment.  See Ex. A ¶¶ 7-14.  Second, the Letter does not address the allegation that the Debtor closed his bank accounts specifically to hinder FFS's collections efforts.  See Ex. A ¶¶ 36.

38.    FFS relies on the deemed admission of facts due to the improper method of answering the Complaint only as to these two items; all other undisputed material facts are based upon other sources of factual information.

**B.**   **Plaintiff is Entitled to Summary Judgment in its Favor on Count I: Denial of Discharge Pursuant to 11 U.S.C. 727(a)(2)**

39.     To prevail on a claim under 11 U.S.C. 727(a)(2), a plaintiff must state (i) the debtor, with intent to hinder, delay, or defraud a creditor or an officer of the estate charged with custody of property under this title, (ii) has transferred, removed, destroyed, mutilated, or concealed, or has permitted to be transferred, removed, destroyed, mutilated, or concealed (iii) property of the debtor, within one year before the date of the filing of the petition; or (iv) property of the estate, after the date of the filing of the petition.

40.     Here, by his own admission at the 341 meeting, the Debtor transferred and concealed all funds previously in his bank accounts specifically for the purpose of frustrating FFS's garnishment efforts.

41.     He closed these accounts and kept all funds in cash, in order to hinder valid collections activity, within a year of the Petition Date.

42.     The Debtor has concealed, and continues to conceal, the location of the Vehicle, which he falsely reported as stolen.  After reporting it stolen, he took the Vehicle for new tires.

43.     The Debtor took these actions both within one year of the Petition Date, and during the pendency of this bankruptcy case.

44.     The undisputed facts show that FFS is entitled to summary judgment in its favor on Count I of the Complaint.

**C.**   **Plaintiff is Entitled to Summary Judgment in its Favor on Count II: Denial of Discharge Pursuant to 11 U.S.C. 727(a)(3)**

45.     To prevail on a claim under 11 U.S.C. 727(a)(3), a plaintiff must state that the debtor has concealed, destroyed, mutilated, falsified, or failed to keep or preserve any recorded information, including books, documents, records, and papers, from which the debtor's financial

condition or business transactions might be ascertained, unless such act or failure to act was justified under all of the circumstances of the case.

46.     Here, the Debtor has failed to keep or produce key financial information from which his financial condition might be ascertained, including any documentation about the transfer of the Property, his key asset, for no consideration.

47.     The Debtor has taken a number of contradictory positions in his Schedules and at hearings before this Court about whether he owns or does not own the Property, and what he received in exchange for the transfer of the Property.

48.     The lack of information is material, as it implicates what is likely the Debtor's largest asset: the Property, or the chapter 7 trustee's cause of action to avoid the transfer of the Property under chapter 5 of the Bankruptcy Code.

49.     The undisputed facts show that FFS is entitled to summary judgment in its favor on Count II of the Complaint.

**D.     Plaintiff is Entitled to Summary Judgment in its Favor on Count III: Denial of Discharge Pursuant to 11 U.S.C. 727(a)(4)**

50.     To prevail on a claim under 11 U.S.C. 727(a)(4), a plaintiff must state (i) the debtor knowingly and fraudulently, (ii) in or in connection with the case (iii) made a false oath or account (iv) such false oath was material.

51.     Here, the Debtor made numerous false oaths or accounts – primarily by swearing to or admitting contradictory facts.

52.     He alleged that the Vehicle was stolen, and admitted he still had possession of the Vehicle.

53.     He alleged that he had no interest in the Property, then tried to exempt it on account of his interest in the Property.

54.     He alleged that he did not know who controlled CASA, then alleged that it was controlled by a certain Jeff Remington, with whom he had done business for years, and also admitted that CASA is his alter ego.

55.     Each of these false statements was made knowingly, via the Debtor's own testimony, admissions, or written documents generated by the Debtor during the bankruptcy.

56.     Each of these false statements was made fraudulently, because they contradict a knowing statement taking the opposite factual position, showing a complete disregard for the truth of any of these statements.

57.     Each of these false statements was material, because each statement directly pertained to valuable assets (the Vehicle, the Property) that should be monetized by the estate for the benefit of creditors.

58.     The undisputed facts show that FFS is entitled to summary judgment in its favor on Count III of the Complaint.

**E.      Plaintiff is Entitled to Summary Judgment in its Favor on Count IV: Denial of Discharge Pursuant to 11 U.S.C. 727(a)(5)**

59.     To prevail on a claim under 11 U.S.C. 727(a)(5), a plaintiff must show that (i) the debtor has failed to explain satisfactorily, before determination of denial of discharge under this paragraph, any loss of assets or  (ii) deficiency of assets to meet the debtor's liabilities.

60.     Here, the Debtor is unable to explain key events in his financial history, or has offered obviously-implausible explanations for the loss of his assets.

61.     The Debtor purchased and financed the Vehicle – to the tune of over $270,000 – and defaulted almost immediately.  Just before FFS could repossess the Vehicle, it was conveniently "stolen" along with three other cars.  The Debtor was able to obtain a police report and insurance recovery for the other two cars, but did not get a police report for the Vehicle for nearly two years.

His explanation for the lack of a report is that the police were either trying to trick him, or that the Vehicle was stolen from a different police jurisdiction from the cars parked at the same location. This is not a sufficient explanation, especially when the Vehicle was taken for new tires – under the Debtor's nickname – years after the alleged theft.

62.     Similarly, the Debtor cannot get his story straight on the CASA entity, the recipient of a real property transfer on terms the Debtor cannot recall and does not understand.  He variously alleges that he knew and did not know the principal of CASA, that he was and was not involved with the entity, and that he sold the Property to CASA but also still owns it.

63.     These are the most important financial events in the Debtor's relevant history; if he had not "lost" the Vehicle and Property under these unjustifiable circumstances, it is plausible that his assets may have been sufficient to pay his liabilities in full.

64.     The policy purpose of 11 U.S.C. 727(a)(5) is to prevent a debtor from obtaining the fresh start of a bankruptcy discharge if the debtor cannot explain how them came into financial trouble.  That purpose is well-served here by the denial of the Debtor's discharge: the Debtor had extensive assets that allegedly left his control for reasons he cannot plausibly explain.  The Debtor is now left with extensive liabilities, including over $300,000 owed to FFS, and no assets.

65.     Based upon the Debtor's own testimony, he readily admitted that he permanently stopped using bank accounts to protect himself from FFS's collections.  He is savvy enough to do this, but simply cannot explain much larger asset transfers in a manner that passes the "smell test."

66.     The undisputed facts show that FFS is entitled to summary judgment in its favor on Count IV of the Complaint.

Adv. Case No. 25-01273-MAM

## CONCLUSION

67.     For all the foregoing reasons, Plaintiff is entitled to summary judgment pursuant to

Fed. R. Civ. P. 56 and Fed. R. Bankr. P. 7056 on Counts I-IV of the Complaint.

WHEREFORE, Plaintiff, FERRARI FINANCIAL SERVICES, INC., respectfully requests

that the Court grant summary judgment on Counts I-IV of the Complaint and enter judgment against

Defendant-Debtor, IVAN NILES LATIMORE, denying his discharge, together with such other

relief deemed just and proper.

Dated: March 6, 2026

**SAUL EWING LLP**
Attorneys for Ferrari Financial Services, Inc.

By:     */s/ Carmen Contreras-Martinez*
        Carmen Contreras-Martinez
        Florida Bar No. 93475
        Turner N. Falk
        *Admitted Pro Hac Vice*
        701 Brickell Avenue, Suite 1700
        Miami, Florida  33131
        Telephone: 305-428-4500
        carmen.contreras-martinez@saul.com
        turner.falk@saul.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on March 6, 2026, a true and correct copy of the foregoing

was served on Defendant, Ivan Niles Latimore, via email to showup33@icloud.com.

        */s/ Carmen Contreras-Martinez*
        Carmen Contreras-Martinez

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                          Chapter 7

IVAN NILES LATIMORE,                            Case No. 25-15276-MAM

     Debtor.

_____/

FERRARI FINANCIAL SERVICES, INC.                Adv. Case No. _____

     Plaintiff,

v.

IVAN NILES LATIMORE,

     Defendant.

_____/

## <u>ADVERSARY COMPLAINT</u>

Creditor, Ferrari Financial Services, Inc. ("**FFS**"), by and through its undersigned counsel, pursuant to 11 U.S.C. § 727 and Fed. R. Bankr. P. 7001, files this adversary complaint against the above-captioned Debtor-Defendant and in support Plaintiff alleges:

## <u>JURISDICTION AND VENUE</u>

1.     This is an adversary proceeding filed under Federal Rules of Bankruptcy Procedure, Rule 7001, et seq., to object to the Debtor's discharge pursuant to 11 U.S.C. §§ 727(a)(2), 727(a)(3), 727(a)(4), and 727(a)(5).

2.     This Court has jurisdiction over the subject matter of this proceeding pursuant to 28 U.S.C. §§ 157(b) and 1334.

3.     This is a core proceeding pursuant to the provisions of 28 U.S.C. § 157(b).

4.     Venue is proper in this jurisdiction pursuant to 28 U.S.C. § 1409.

## PARTIES

5.      Plaintiff, FFS, is a Delaware corporation headquartered in New Jersey, authorized to transact business in Florida.

6.      Defendant, Ivan Niles Latimore ("**Debtor**" or "**Defendant**"), is an individual residing in Palm Beach, Florida.

## BACKGROUND

7.      On December 17, 2021, the Debtor entered into a Retail Installment Sale Contract (the "**Contract**") for the purchase on credit of a 2019 Ferrari Portofino, VIN # ZFF89FPA6K0239003 (the "**Vehicle**"). A copy of the Contract is attached as **Exhibit A**.

8.      The Contract, by its terms, was assigned to FFS. *See* Exhibit A.

9.      The Debtor defaulted on the terms of the Contract by, *inter alia*, failing to make the regular monthly payments when due. *See* Ex. A, Section 3(b). Defendant made only six (6) of the eighty-four (84) required payments due under the Contract. The payment history is attached as **Exhibit B.**

10.      The Debtor's last payment was made in 2022 and no further payments on his loan have been made since. *See* Exhibit B.

11.      On November 2, 2022, FFS filed a verified complaint (the "**Complaint**") against the Debtor in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida styled *Ferrari Financial Services, Inc. v. Ivan Latimore*, Case No. 50-2022-CA-010741-XXXX ("**State Action**"). The Complaint included counts for replevin, breach of contract, and unjust enrichment.

12.      In August 24, 2023, the court in the State Action entered a final judgment by default (the "**Judgment**") in the amount of $301,290.61, with interest accruing from that date.  See a copy of the Judgment attached as **Exhibit C**.

13.     Following the entry of the Judgment, FFS undertook efforts to collect the amount owed in execution proceedings, including by garnishing the Debtor's bank accounts.

14.     On December 23, 2022, a writ of replevin was issued in the State Action which writ was returned unexecuted as the Palm Beach County Sheriff was unable to locate the Vehicle.

15.     The Debtor alleges that the Vehicle was stolen between September 9 through 12, 2022.

16.     The Debtor also claims that two other vehicles were stolen from the same California garage at the same time.

17.     Upon information and belief, the Debtor made a claim to his insurance carrier on account of these alleged thefts.

18.     The insurance carrier did not pay out, and upon information and belief, its reason for denying coverage was that the Debtor still had the Vehicle.

19.     FFS hired a private investigator to recover the Vehicle.

20.     This private investigator discovered that the Debtor had renewed the registration on the Vehicle, in his own name, on a date after he reported the Vehicle stolen.

21.     On June 17, 2024, the Debtor, using his known alias of "Ice Latimore," took the Vehicle to Star Tires Plus Wheels in Hartford, Connecticut for tire services.

22.     On that date, the Debtor signed and paid an invoice to Star Tires Plus Wheels, which is attached as **Exhibit D**.

23.     On April 9, 2023, the Debtor allegedly transferred his interest in the real property located at 5555 Gun Club Road, West Palm Beach, FL 33415 (the "**Property**") to a purported entity named CASA DE GREATNESS LLC ("**CASA**") for no consideration.

24.     Upon information and belief, the purported CASA entity is an alter ego of the Debtor.

3

25.    The Debtor transferred the Property to CASA in order to hinder and delay FFS's attempts to collect on the Judgment.

26.    Upon information and belief, the residential home that formerly stood on the Property was destroyed.

27.    FFS instituted supplemental proceedings in the State Action to avoid and recover the fraudulent transfer of the Property.

28.    The State Court Action was stayed by the filing of this bankruptcy case.

29.    On May 12, 2025 ("**Petition Date**"), the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code, which commenced the above-captioned Chapter 7 case.

30.    On May 16, 2025, the Debtor filed his Schedules and Statement of Financial Affairs (collectively the "**Schedules**") [DE # 18].

31.    The Schedules falsely allege that the Vehicle was stolen.

32.    On June 12, 2025, the Debtor had his 341(a) meeting of creditors (the "**Creditors Meeting**"). The Debtor indicated at the Creditors Meeting that he no longer had the Vehicle because it was allegedly stolen.

33.    Incredibly, the Debtor stated he did not report the Vehicle as "stolen" to the police for several years, until April 4, 2024.

34.    The Debtor first alleged that the police refused to prepare a police report for this Vehicle because the Vehicle – but not the other two vehicles allegedly stolen from the same garage at the same time – was across a county line and outside of their jurisdiction.

35.    The Debtor then admitted that he obtained a police report several years after the theft, solely to assist him in collecting from insurance.

36.     When asked at the Creditors Meeting whether he had any bank accounts, the Debtor testified that he closed all his bank accounts when FFS began garnishment proceedings, and that he did so specifically for the purpose of preventing FFS from garnishing from him.

37.     On his Schedules and at the Creditors Meeting, the Debtor testified that he had no remaining interest in the Property, which was transferred to CASA.

38.     At a June 29, 2025 hearing before this Court, the Debtor argued that he still retained an interest in the Property, because he still had title even though a deed purportedly transferring the Property to CASA had been executed.

39.     The Debtor has intentionally and fraudulently transferred and concealed assets in order to frustrate creditors, and has lied about it on his Schedules, in the Creditors Meeting and before this Court.  His discharge must be denied.

### COUNT I
### Denial of Discharge Pursuant to 11 U.S.C. 727(a)(2)

40.     Plaintiff restates and realleges the above paragraphs as if fully set forth herein.

41.     Section 727(a)(2) of the Bankruptcy Code provides that the court shall grant a discharge unless:

> the debtor, with intent to hinder, delay, or defraud a creditor or an officer of the estate charged with custody of property under this title, has transferred, removed, destroyed, mutilated, or concealed, or has permitted to be transferred, removed, destroyed, mutilated, or concealed—
> (A) property of the debtor, within one year before the date of the filing of the petition; or
> (B) property of the estate, after the date of the filing of the petition

11 U.S.C. § 727(a)(2).

42.     Within one year of the filing of the petition, the Debtor concealed the Vehicle with the intent to hinder FFS's collections efforts.

43.     Within one year of the filing of the petition, the Debtor withdrew all cash from his bank accounts and closed them for the express purpose of frustrating FFS's collections efforts.

44.     Within one year of the filing of the petition, the Debtor continued his efforts by transferring the Property to the CASA entity to frustrate the collections efforts of FFS and his other creditors.

**WHEREFORE**, for the reasons set forth herein, Ferrari Financial Services, Inc. respectfully requests the Court deny the Debtor's discharge pursuant to 11 U.S.C. § 727(a)(2), and for such other relief as is just and proper under the circumstances.

<u>COUNT II</u>
**Denial of Discharge Pursuant to 11 U.S.C. 727(a)(3)**

45.     Plaintiff restates and realleges the above paragraphs as if fully set forth herein.

46.     Section 727(a)(3) of the Bankruptcy Code provides the following exception to the general discharge provisions:

> (a)     The court shall grant the debtor a discharge, unless—
>
> (3)     the debtor has concealed, destroyed, mutilated, falsified, or failed to keep or preserve any recorded information, including books, documents, records, and papers, from which the debtor's financial condition or business transactions might be ascertained, unless such act or failure to act was justified under all of the circumstances of the case

11 U.S.C. § 727(a)(3).

47.     The principal concern of section 727(a)(3) is to provide creditors and the bankruptcy court complete and accurate information concerning the status of the debtor's affairs and to test the completeness of the disclosure requisite to a discharge. *In re Buda*, 373 B.R. 189, 192 (Bankr. S.D. Fla. 2007) (citations omitted). The statute further ensures that the trustee and creditors are supplied with dependable information on which they can rely in tracing a debtor's financial history for a reasonable time period. *Id.*

6

48.     Here, the Debtor stated that the Vehicle was "stolen" but he did not report it to the police.

49.     Debtor's failure to obtain a police report and/or provide further information regarding the whereabouts of the Vehicle demonstrates a failure to act that is not justified under all of the circumstances of the case.

50.     The Debtor also allegedly transferred the Property to CASA, but has not been able to show that CASA actually exists, or the basis for the transfer.

51.     The Debtor's failure to substantiate any aspect of this purported transfer is not justified under the circumstances of the case.

**WHEREFORE**, for the reasons set forth herein, Ferrari Financial Services, Inc. respectfully requests the Court deny the Debtor's discharge pursuant to 11 U.S.C. § 727(a)(3), and for such other relief as is just and proper under the circumstances.

## COUNT III
### Denial of Discharge Pursuant to 11 U.S.C. 727(a)(4)

52.     Plaintiff restates and realleges the above paragraphs as if fully set forth herein.

53.     Section 727(a)(4)(A) of the Bankruptcy Code provides the following exception to the general discharge provisions:

> (a) The court shall grant the debtor a discharge, unless—
>
>> (4) the debtor knowingly and fraudulently, in or in connection with the case—
>>
>>> (A) made a false oath or account

11 U.S.C. § 727(a)(4)(A).

54.     "Section 727(a)(4) was established to ensure that the trustee and the creditors would receive reliable information in order to assist the trustee in the administration of the estate." *In re Cutaia*, 410 B.R. 733, 741 (Bankr. S.D. Fla. 2008). In order to meet the initial burden under

§ 727(a)(4)(A), the plaintiff must establish that: 1) the debtor made a material false oath, and 2) the false oath was made knowingly and fraudulently. *Id.*

55. Here, the Defendant, based on information and belief, made false statements at the Creditors Meeting and in his Schedules regarding the circumstances involving the "stolen" Vehicle. The Defendant has yet to provide any evidence that indicates the Vehicle was stolen.

56. In fact, the Debtor himself has possession of the Vehicle, as shown by his renewing the registration and taking the Vehicle for tire services after it was allegedly stolen.

57. The Debtor further made false representations on his Schedules alleging that he did not have an interest in the Property.

58. At a subsequent hearing, the Debtor alleged that he did have an interest in the Property such that his statements on the Schedules were knowingly false and fraudulent.

59. The issue of whether the Debtor has possession of the Vehicle and an interest in the Property are material issues with bearing on the amounts to be paid to creditors in this case.

**WHEREFORE**, for the reasons set forth herein, Ferrari Financial Services, Inc. respectfully requests the Court deny the Debtor's discharge pursuant to 11 U.S.C. § 727(a)(4)(a), and for such other relief as is just and proper under the circumstances.

### COUNT IV
### Denial of Discharge Pursuant to 11 U.S.C. 727(a)(5)

60. Plaintiff restates and realleges the above paragraphs as if fully set forth herein.

61. Section 727(a)(5) of the Bankruptcy Code provides the following exception to the general discharge provisions:

(a) The court shall grant the debtor a discharge, unless—

(5) the debtor has failed to explain satisfactorily, before determination of denial of discharge under this paragraph, any loss of assets or deficiency of assets to meet the debtor's liabilities

11 U.S.C. § 727(a)(5).

62.     The Debtor has failed to explain the loss of the Vehicle, which does not appear to have been stolen and is still in the Debtor's possession.

63.     The Debtor has failed to explain why the house on the Property was destroyed, which reduced the value of that real property and increased the Debtor's deficiency of assets.

64.     The Debtor has failed to explain why he transferred the Property to CASA.

**WHEREFORE**, for the reasons set forth herein, Ferrari Financial Services, Inc. respectfully requests the Court deny the Debtor's discharge pursuant to 11 U.S.C. § 727(a)(5), and for such other relief as is just and proper under the circumstances.

Dated: August 11, 2025

<div align="center">

**SAUL EWING LLP**

</div>

By:     */s/ Carmen Contreras-Martinez*
Carmen Contreras-Martinez
Florida Bar No. 093475
Turner N. Falk (admitted *pro hac vice*)
701 Brickell Avenue
Suite 1700
Miami, Florida 33131
Telephone: 305-428-4500
carmen.contreras-martinez@saul.com
turner.falk@saul.com

*Attorneys for Ferrari Financial Services, Inc.*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on August 11, 2025, a true and correct copy of the foregoing

was served via electronic mail on all parties listed  to receive electronic notice in this matter and

via U.S. Mail on:

Ivan Niles Latimore
340 Royal Poinciana Way
328-322
Palm Beach, FL 33480

/s/ Carmen Contreras-Martinez
Carmen Contreras-Martinez

# EXHIBIT A

**RETAIL INSTALLMENT SALE CONTRACT**
**SIMPLE FINANCE CHARGE**

DEAL# 17590
CUST# 15643

086892

| Buyer Name and Address | Co-Buyer Name and Address | Seller - Creditor (Name and Address) |
|---|---|---|
| IVAN LATIMORE<br>5555 GUN CLUB RD<br>WEST PALM BEACH, FL 33415<br>PALM BEACH | N/A | FERRARI OF CENTRAL FLORIDA INC.<br>4891 VINELAND ROAD<br>ORLANDO, FL 32811<br>407-667-4300 |
| Buyer's Birth Month: **June** | Co-Buyer's Birth Month: | |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller-Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis at the Base Rate of _____4.99_ % per year. The Truth-In-Lending Disclosures below are part of this contract.
You have thoroughly inspected, accepted, and approved the vehicle in all respects.

| New/Used/<br>Demo | Year | Make and Model | Weight<br>(lbs.) | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| **USED** | **2019** | **FERRARI<br>PORTOFINO** | **N/A** | **ZFF89FPA6K0239003** | Personal, family, or household unless<br>otherwise indicated below<br>☐ business  ☐ __N/A__<br>☐ agricultural |

You agree that we advised you whether, based on seller's knowledge, the vehicle was titled, registered, or used as a taxicab, police vehicle, short term rental or is a vehicle that is rebuilt or assembled from parts, a kit car, a replica, a flood vehicle, or a manufacturer buy back.

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL<br>PERCENTAGE<br>RATE<br>The cost of<br>your credit as<br>a yearly rate. | FINANCE<br>CHARGE<br>The dollar<br>amount the<br>credit will<br>cost you. | Amount<br>Financed<br>The amount of<br>credit provided<br>to you or<br>on your behalf. | Total of<br>Payments<br>The amount you<br>will have paid after<br>you have made all<br>payments as<br>scheduled. | Total Sale<br>Price<br>The total cost of<br>your purchase on<br>credit, including<br>your down<br>payment of<br>$ **10584.34** is |
|---|---|---|---|---|
| **4.99** % | $ **49794.09** | $ **256491.11** | $ **316285.20** | $ **326869.54** |

(e) means an estimate

**Your Payment Schedule Will Be:**

| Number of<br>Payments | Amount of<br>Payments | When Payments<br>Are Due |
|---|---|---|
| **84** | **3765.30** | Monthly beginning<br>**01/16/2022** |
| **N/A** | **N/A** | **N/A** |

Or As Follows:

**N/A**

Late Charge. If payment is not received in full within __10__ days after it is due, you will pay a late charge of __5__ % of each installment.

Prepayment. If you pay early, you may have to pay a penalty.

Security Interest. You are giving a security interest in the vehicle being purchased.

Additional Information: See this contract for more information including information about nonpayment, default, prepayment penalties, any required repayment in full before the scheduled date and security interest.

Returned Payment Charge: If any check or other payment instrument you give us is dishonored or any electronic payment you make is returned unpaid, you will pay a charge of $25 if the payment amount is $50 or less; $30 if the payment amount is over $50 but not more than $300; $40 if the payment amount is over $300; or such amount as permitted by law.

Florida documentary stamp tax required by law in the amount of $_____932.75___ has been paid or will be paid directly to the Department of Revenue.
Certificate of Registration No. _____.

You assign all manufacturer rebates and cash back incentives used as a downpayment on this contract to seller. You agree to complete all documents required for assignment of rebates and incentives.

### APPLICABLE LAW
Federal and the law of the state of Florida apply to this contract.

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance): If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft, concealment, skip). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. **You may choose the insurance company through which the VSI insurance is obtained.** If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ _____N/A___ and is also shown in item 5B of the itemization of Amount Financed. The coverage is for the initial term of the contract.

You authorize us to purchase Vendor's or Lender's Single Interest Insurance.

Buyer Signs X ___N/A___ Co-Buyer Signs X __N/A__ Date: __N/A__

| Trade-In Vehicle | Trade-In Vehicle |
|---|---|
| Year _2016_ Make _____FERRARI_____ | Year __N/A__ Make _____ |
| Model _488 GTB_ | Model _____ |
| VIN __ZFF79ALA4G0214421__ | VIN ___N/A___ |
| Gross Trade-In Allowance $ _____260000.00_____ | Gross Trade-In Allowance $ _____N/A_____ |
| Payoff Made by Seller $ _____259415.66_____ (e) | Payoff Made by Seller $ _____N/A_____ (e) |
| Lienholder __FERRARI FINANCIAL SVCS__ | Lienholder _____ |

You assign to Seller all of your rights, title and interest in such trade-in vehicle(s). Except as expressly stated to Seller in writing, you represent that your trade-in vehicle(s) has not been involved in an accident, has not had any major body damage or required any major engine repair, and was not previously used as a taxicab, police vehicle, short term rental or is a vehicle that is rebuilt or assembled from parts, a kit car, a replica, a flood vehicle, or a manufacturer buy back.

Buyer Initials __VU__  Co-Buyer Initials _N/A_

Trade-In Payoff Agreement: Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle to arrive at the trade-in payoff amount shown above and in item 2 of the Itemization of Amount Financed as the Pay Off Made by Seller. You understand that the amount quoted is an estimate.
Seller agrees to pay the payoff amount shown above and in item 2 to the lienholder or lessor of the trade-in vehicle, or its designee. If the actual payoff amount is more than the amount shown above and in item 2 you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown above and in item 2 Seller will refund to you any overage Seller receives from your prior lienholder or lessor. Except as stated in the "NOTICE" on page 4 of this contract, any assignee of this contract will not be obligated to pay the Pay Off Made by Seller shown above and in item 2 or any refund.

Buyer Signature X _[signature]_  Co-Buyer Signature X ____N/A____

ITEMIZATION OF AMOUNT FINANCED

| | | |
|---|---|---|
| 1 Cash Price (including $ 649.70 sales tax) | $ 270644.70 | (1) |
| 2 Total Downpayment = | | |
| Gross Trade-In Allowance | $ 260000.00 | |
| Less Pay Off Made By Seller (e) | $ 259415.66 | |
| Equals Net Trade In | $ 584.34 | |
| + Cash | $ 10000.00 | |
| + Other N/A | $ N/A | |
| + Other N/A | $ N/A | |
| (If total downpayment is negative, enter "0" and see 5J below) | $ 10584.34 | (2) |
| 3 Unpaid Balance of Cash Price (1 minus 2) | $ 260060.36 | (3) |
| 4 Predelivery Service Fees | | |
| A Predelivery Service Charge | $ N/A | |
| B Electronic Registration Filing Fee | $ N/A | |
| C N/A | $ N/A | |
| These charges represent costs and profit to the dealer for items such as inspecting, cleaning, and adjusting vehicles, and preparing documents related to the sale. | | |
| Total Predelivery Service Fees | $ N/A | (4) |
| 5 Other Charges Including Amounts Paid to Others on Your Behalf | | |
| (Seller may keep part of these amounts): | | |
| A Cost of Optional Credit Insurance Paid to Insurance Company or Companies. | | |
| Life $ N/A | | |
| Disability $ N/A | $ N/A | |
| B Vendor's Single Interest Insurance Paid to Insurance Company | $ N/A | |
| C Other Optional Insurance Paid to Insurance Company or Companies | $ N/A | |
| D Optional Gap Contract | $ N/A | |
| E Official Fees Paid to Government Agencies | $ N/A | |
| F Government Documentary Stamp Taxes | $ 932.75 | |
| G Government Taxes Not Included in Cash Price | $ 288.00 | |
| H Government License and/or Registration Fees | | |
| LICENSE FEE | $ 410.00 | |
| I Government Certificate of Title Fees | $ N/A | |
| J Other Charges (Seller must identify who is paid and describe purpose) | | |
| to N/A for Prior Credit or Lease Balance (e) | $ 0.00 | |
| to N/A for N/A | $ N/A | |
| to N/A for N/A | $ N/A | |
| to FERRARI OF CENTRAL FLORIDA SERVICE CONTRACT | $ 4800.00 | |
| to N/A for N/A | $ N/A | |
| to N/A for N/A | $ N/A | |
| to N/A for N/A | $ N/A | |
| to N/A for N/A | $ N/A | |
| to N/A for N/A | $ N/A | |
| to N/A for N/A | $ N/A | |
| Total Other Charges and Amounts Paid to Others on Your Behalf | $ 6430.75 | (5) |
| 6 Loan Processing Fee Paid to Seller (Prepaid Finance Charge) | $ N/A | (6) |
| 7 Amount Financed (3 plus 4 plus 5) | $ 266491.11 | (7) |

OPTION: ☐ You pay no finance charge if the Amount Financed, item 7, is paid in full on or before N/A , Year N/A . SELLER'S INITIALS N/A

OPTIONAL GAP CONTRACT. A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 5D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term N/A Mos.     N/A
                              Name of Gap Contract

I want to buy a gap contract.
Buyer Signs X N/A

**Other Optional Insurance**

| | | |
|---|---|---|
| ☐ N/A | | N/A |
| Type of Insurance | | Term |
| Premium $ N/A | | |
| Ins. Co. Name & Address N/A | | |
| N/A | | |
| N/A | | |

| | | |
|---|---|---|
| ☐ N/A | | N/A |
| Type of Insurance | | Term |
| Premium $ N/A | | |
| Ins. Co. Name & Address N/A | | |
| N/A | | |
| N/A | | |

| | | |
|---|---|---|
| ☐ N/A | | N/A |
| Type of Insurance | | Term |
| Premium $ N/A | | |
| Ins. Co. Name & Address N/A | | |
| N/A | | |
| N/A | | |

| | | |
|---|---|---|
| ☐ N/A | | N/A |
| Type of Insurance | | Term |
| Premium $ N/A | | |
| Ins. Co. Name & Address N/A | | |
| N/A | | |

Insurance. You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked on page 1 of this contract. Your choice of insurance providers will not affect our decision to sell you the vehicle or extend credit to you.

If any insurance is included in this contract, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:
**Optional Credit Insurance**

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
Term N/A

☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both
Term N/A

Premium:
Credit Life $ N/A
Credit Disability $ N/A

Insurance Company Name
N/A

Home Office Address
N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in item 5A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments.

If the box above is checked to indicate that you want credit life insurance, please read and sign the following acknowledgments:
1. You understand that you have the option of assigning any other policy or policies you own or may procure for the purpose of covering this extension of credit and that the policy need not be purchased from us in order to obtain the extension of credit.

X N/A                                      N/A
Buyer                                        Date

X N/A                                      N/A
Co-Buyer                                    Date

2. You understand that the credit life coverage may be deferred if, at the time of application, you are unable to engage in employment or unable to perform normal activities of a person of like age and sex. (You need not sign this acknowledgement if the proposed credit life insurance policy does not contain this restriction.)

X N/A                                      N/A
Buyer                                        Date

X N/A                                      N/A
Co-Buyer                                    Date

3. You understand that the benefits under the policy will terminate when you reach a certain age and affirm that your age is accurately represented on the application or policy.

X N/A                                      N/A
Buyer                                        Date

X N/A                                      N/A
Co-Buyer                                    Date

Other Optional Insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked in this box.

X N/A                                      N/A
Buyer Signature                            Date

X N/A                                      N/A
Co-Buyer Signature                         Date

LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED IN THIS CONTRACT.

JURY TRIAL WAIVER. By entering this contract, you agree to waive your right to trial by jury.

Buyer Signature X _____     Co-Buyer Signature X N/A

Buyer Initials X _____     Co-Buyer Initials X N/A     75500*1*FCF-FI

12/17/2021, 04:00 pm
LAW 553-FL-eps-14 9/19 v1   Page 2 of 4

## 1. FINANCE CHARGE AND PAYMENTS

a. **How we will figure Finance Charge.** We will treat any Prepaid Finance Charge as fully earned on the date of this contract. We will figure the rest of the finance charge on a daily basis at the Base Rate on the unpaid part of your Principal Balance. Your Principal Balance is the sum of the Amount Financed and the Prepaid Finance Charge, if any.

b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of your Principal Balance and to other amounts you owe under this contract in any order we choose as the law allows.

c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

d. **You may prepay.** You may prepay all or part of your Principal Balance at any time. If the contract is paid in full within six months after the date you sign it, we may impose an acquisition charge, not exceeding $75, for services performed on your behalf for processing this contract. If you prepay, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

e. **You may ask for a payment extension.** You may ask us for a deferral of the scheduled due date of all or any part of a payment (extension). If we agree to your request, we may charge you a $15 extension fee. You must maintain the physical damage insurance required by this contract (see below) during any extension. If you do not have this insurance, we may buy it and charge you for it as this contract says. You may extend the term of any optional insurance you bought with this contract to cover the extension if the insurance company or your insurance contract permits it, and you pay the charge for extending this insurance.

If you get a payment extension, you will pay additional finance charges at the Base Rate on the amount extended during the extension. You will also pay any additional insurance charges resulting from the extension, and the $15 extension fee if we charge you this fee.

## 2. YOUR OTHER PROMISES TO US

a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. **Security Interest.**

You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

d. **Insurance you must have on the vehicle.**

You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. You agree to name us on your insurance policy as an additional insured and as loss payee.If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge at the highest rate the law permits. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we obtain a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

## 3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

a. **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

Buyer Initials X _____  Co-Buyer Initials X __N/A__

If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
- You do not pay any payment on time;
- You give false, incomplete, or misleading information during credit application;
- You start a proceeding in bankruptcy or one is started against you or your property; or
- You break any agreements in this contract.

The amount you will owe will be the unpaid part of your Principal Balance plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay collection costs.** If we hire an attorney to collect what you owe, you will pay the attorney's fee and court costs as the law allows. This includes any attorneys' fees we incur as a result of any bankruptcy proceeding brought by or against you under federal law.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

## 4. WARRANTIES SELLER DISCLAIMS

**Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

## 5. Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

**Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

## 6. OPTIONAL SERVICE CONTRACTS

You are not required to buy a service contract to obtain credit. Your choice of service contract providers for any service contracts you buy will not affect our decision to sell or extend credit to you.

## 7. REJECTION OR REVOCATION

If you are permitted under Florida's Uniform Commercial Code to reject or revoke acceptance of the vehicle and you claim a security interest in the vehicle because of this, you must either: (a) post a bond in the amount of the disputed balance; or (b) deposit all installment payments as they become due into the registry of a court of competent jurisdiction.

## 8. SERVICING AND COLLECTION CONTACTS

You agree that we may try to contact you in writing, by e-mail, or using pre-recorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

**Seller's Right to Cancel**

a. Seller agrees to deliver the vehicle to you on the date this contract is signed by Seller and you. You understand that it may take a few days for Seller to verify your credit, locate financing for you on the exact terms shown on page 1 of this contract, and assign this contract to a financial institution. You agree that Seller has the number of days stated below to assign this contract. You agree that if Seller is unable to assign this contract within this time period to any one of the financial institutions with whom Seller regularly does business under an assignment acceptable to Seller, Seller may cancel this contract. Seller's right to cancel this contract ends upon assignment of this contract.

b. If Seller elects to cancel per Paragraph a above, Seller will give you written notice (or in any other manner in which actual notice is given to you). In that event, you may have the option of negotiating and signing a new contract with different financing terms (for example, a larger down payment, a higher annual percentage rate, a required cosigner, etc.) or you may pay with alternate funds arranged by you.

c. Upon receipt of the notice of cancellation, you must return the vehicle to Seller within 48 hours in the same condition as when sold other than reasonable wear for the time you had it. Except as described below, Seller must give you back all consideration Seller has received from you in connection with this contract.

d. If you do not return the vehicle within 48 hours after receipt of the notice of cancellation, you agree that Seller may use any lawful means to take it back (including repossession if done peacefully) and you will be liable for all expenses incurred by Seller in taking the vehicle from you, including reasonable attorney's fees. If you fail to return the vehicle within 48 hours after receipt of the notice of cancellation, you agree to pay Seller the charge shown in the Seller's Right to Cancel provision below for each day you do not return the vehicle after receipt of the notice of cancellation.

e. While the vehicle is in your possession, all terms of this contract, including those relating to use of the vehicle and insurance for the vehicle, are in full force and you assume all risk of loss or damage to the vehicle. You must pay all reasonable costs for repair of any damage done to the vehicle while the vehicle is in your possession. Seller may deduct from any consideration due to you under paragraph c. above Seller's reasonable costs to repair the vehicle and any daily charges you incur if you fail to return the vehicle within 48 hours after receipt of the notice of cancellation. If Seller cancels this contract, the terms of this Seller's Right to Cancel provision (including those below) remain in effect even after you no longer have possession of the vehicle.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The preceding NOTICE applies only to goods or services obtained primarily for personal, family or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

**SELLER'S RIGHT TO CANCEL** - If Buyer and Co-buyer sign here, the provisions of the Seller's Right to Cancel section above, which gives the Seller the right to cancel if Seller is unable to assign this contract within _____ N/A _____ days, will apply. If you fail to return the vehicle within 48 hours after receipt of the notice of cancellation, you agree to pay Seller a charge of $ _____ N/A _____ per day from the date of cancellation until the vehicle is returned or repossessed.

X _____ N/A _____                                          X _____ N/A _____
Buyer Signs                                                    Co-Buyer Signs

**NO COOLING OFF PERIOD**

State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.    Buyer Signs X _____ *a/Cu* _____    Co-Buyer Signs X __N/A__
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See the rest of this contract for other important agreements.

**NOTICE TO THE BUYER:** a) Do not sign this contract before you read it or if it contains any blank spaces. b) You are entitled to an exact copy of the contract you sign. Keep it to protect your legal rights.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _____                              Date 12/17/2021  Co-Buyer Signs X __N/A__ _____ Date __N/A__
If the "business" use box is checked in "Primary Use for Which Purchased": Print Name __N/A__                          Title __N/A__
Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____                                   Address _____
Seller Signs FERRARI OF CENTRAL FLORIDA INC. _____ Date 12/17/2021  By X _____                                   Title _____

| Seller assigns its interest in this contract to FERRARI FINANCIAL SERVICES INC | (Assignee) under the terms of Seller's agreement(s) with Assignee. |
|---|---|
| ☐ Assigned with recourse | ☒ Assigned without recourse | ☐ Assigned with limited recourse |

| Seller FERRARI OF CENTRAL FLORIDA INC. | By | | Title |
|---|---|---|---|

FORM NO. 553-FL-ops-14 (REV 3/19)
©2019 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR
FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.   75500*1*FCF-FI

12/17/2021, 04:00 pm
LAW 553-FL-ops-14 9/19 v1   Page 4 of 4

# EXHIBIT B



FINANCIAL SERVICES
P.O. BOX 510
WILLIAMSVILLE, NY 14231

Date: 10/31/2022
Account Number: 0270031676

IVAN N LATIMORE
340 ROYAL POINCINA WAY
PALM BEACH, FL 33480

Dear IVAN N LATIMORE,

Attached you will find the Payment History Statement you requested which provides a schedule of amounts assessed and applied to your account.

Listed below is the original contract information.

| | | | |
|---|---|---|---|
| Contract Date: | 12/17/2021 | Year: | 2019 |
| Term: | 84 | Make: | FERRARI |
| Payment Amount: | $3,765.30 | Model: | PORTOFINO |
| | | VIN: | ZFF89FPA6K0239003 |

Should you have any questions in regards to your Payment History Statement or need other assistance with your account, please contact us at 1-800-206-9828.

Sincerely,

Customer Service Department
Ferrari Financial Services

# Payment History Statement of Account

**Name:  IVAN N LATIMORE**                                  **Account:  0270031676**

| Effective Date | Transaction Date | Posting Code | Total Amount | Payment Type |
|---|---|---|---|---|
| 10/26/2022 | 10/26/2022 | LATE CHARGE | $188.27 | Invoiced |
| 10/16/2022 | 10/17/2022 | PAYMENT AMOUNT | $3,765.30 | Invoiced |
| 09/26/2022 | 09/26/2022 | LATE CHARGE | $188.27 | Invoiced |
| 09/16/2022 | 09/16/2022 | PAYMENT AMOUNT | $3,765.30 | Invoiced |
| 08/26/2022 | 08/26/2022 | LATE CHARGE | $188.27 | Invoiced |
| 08/16/2022 | 08/16/2022 | PAYMENT AMOUNT | $3,765.30 | Invoiced |
| 07/26/2022 | 07/26/2022 | LATE CHARGE | $188.27 | Invoiced |
| 07/16/2022 | 07/18/2022 | PAYMENT AMOUNT | $3,765.30 | Invoiced |
| 06/29/2022 | 06/29/2022 | PAYMENT AMOUNT | ($3,765.00) | Payment |
| 06/27/2022 | 06/27/2022 | LATE CHARGE | $188.27 | Invoiced |
| 06/27/2022 | 06/27/2022 | LATE CHARGE | ($50.00) | Invoiced |
| 06/16/2022 | 06/16/2022 | PAYMENT AMOUNT | $3,765.30 | Invoiced |
| 05/26/2022 | 05/26/2022 | LATE CHARGE | $188.27 | Invoiced |
| 05/16/2022 | 05/16/2022 | PAYMENT AMOUNT | $3,765.30 | Invoiced |
| 04/22/2022 | 04/22/2022 | PAYMENT AMOUNT | ($3,765.30) | Payment |
| 04/16/2022 | 04/18/2022 | PAYMENT AMOUNT | $3,765.30 | Invoiced |
| 03/24/2022 | 03/24/2022 | PAYMENT AMOUNT | ($3,765.30) | Payment |
| 03/16/2022 | 03/16/2022 | PAYMENT AMOUNT | $3,765.30 | Invoiced |
| 03/11/2022 | 03/11/2022 | PAYMENT AMOUNT | ($3,765.30) | Payment |
| 02/28/2022 | 02/28/2022 | PAYMENT AMOUNT | ($3,765.30) | Payment |
| 02/28/2022 | 02/28/2022 | LATE CHARGE | $188.27 | Invoiced |
| 02/18/2022 | 02/18/2022 | RETURN ITEM FEE | $25.00 | Invoiced |
| 02/16/2022 | 02/18/2022 | PAYMENT AMOUNT | $0.30 | Reversed |
| 02/16/2022 | 02/18/2022 | PAYMENT AMOUNT | $3,765.00 | Reversed |
| 02/17/2022 | 02/17/2022 | RETURN ITEM FEE | $25.00 | Invoiced |
| 02/15/2022 | 02/17/2022 | PAYMENT AMOUNT | $3,765.00 | Reversed |
| 02/16/2022 | 02/16/2022 | PAYMENT AMOUNT | ($0.30) | Payment |
| 02/16/2022 | 02/16/2022 | PAYMENT AMOUNT | ($3,765.00) | Payment |
| 02/16/2022 | 02/16/2022 | PAYMENT AMOUNT | $3,765.30 | Invoiced |
| 02/15/2022 | 02/15/2022 | PAYMENT AMOUNT | ($3,765.00) | Payment |
| 01/26/2022 | 01/26/2022 | LATE CHARGE | $188.27 | Invoiced |
| 01/20/2022 | 01/20/2022 | RETURN ITEM FEE | $25.00 | Invoiced |
| 01/18/2022 | 01/20/2022 | PAYMENT AMOUNT | $3,765.30 | Reversed |
| 01/18/2022 | 01/18/2022 | PAYMENT AMOUNT | ($3,765.30) | Payment |
| 01/16/2022 | 01/18/2022 | PAYMENT AMOUNT | $3,765.30 | Invoiced |
| 12/17/2021 | 12/20/2021 | PRINCIPAL | $266,491.11 | |

# EXHIBIT C

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR PALM
BEACH COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.: CASE NO.: 50-2022-CA-
010741-XXXX

FERRARI FINANCIAL SERVICES, INC.,
a Delaware corporation,

 Plaintiff,

v.

IVAN LATIMORE, an individual,

 Defendant.

/

## DEFAULT FINAL JUDGMENT

 THIS CAUSE came before the Court for hearing  on August 17, 2023 (the "Hearing"), for consideration on Plaintiff's, **FERRARI FINANCIAL SERVICES , INC**., *Motion for Entry of Default Final Judgment Against Defendant Ivan Latimore* dated June 28, 2023 (the "Motion"). The Court having reviewed the file, having listened to argument of both Plaintiff's counsel and pro se Defendant, Ivan Latimore, and good cause having been shown, it is hereby:

      **ORDERED AND ADJUDGED AS FOLLOWS:**

      1.     Plaintiff's Motion is **GRANTED**.

      2.     A Default Final Judgment is hereby entered in favor of Plaintiff, FERRARI FINANCIAL SERVICES, INC., ("Plaintiff") and against Defendant, IVAN LATIMORE ("Defendant").

      3.     The Court has subject matter jurisdiction over this matter, and jurisdiction over the Defendant.

      4.     The Court finds that Defendant had adequate notice of the Hearing, did in fact appear and make argument at the Hearing, but failed to present any valid legal argument which would defeat the Plaintiff's Motion.

Case No. 50-2022-CA-010741-XXXX-MB

5.       Accordingly, a Default Final Judgment for breach of contract and resulting damages is entered against Defendant, IVAN LATIMORE, in which the Court finds no material disputes and that Plaintiff is entitled to its damages and attorney's fees and costs. *Fla. R. Civ. P.* 1.510; *Volusia County v. Aberdeen at Ormond Beach*, L.P., 760 So.2d 126, 130 (Fla. 2000).

6.       As demonstrated in Plaintiff's Motion, Plaintiff shall recover from Defendant damages in the amount of $260,442.57, plus $16,033.77 in pre-judgment interest. In addition, Plaintiff shall recover its reasonable attorney's fees and costs incurred in this litigation pursuant to the Contract between Plaintiff and Defendant, in an amount of $24,814.27, for a grand total sum of $**301,290.61**, for which let execution lie.

7.       The total sum mentioned in paragraph 6 will bear interest at the prevailing statutory interest rate of 6.58% per year from this date through December 31 of this current year. Thereafter, on January 1 of each succeeding year until the judgment is paid, the interest rate will adjust in accordance with Fla. Stat. §55.03.

8.       Plaintiff's last known address <u>is 250 Sylvan Avenue, Englewood Cliffs, New Jersey 07632</u>.

9.       Defendant's last known mailing address is <u>5555 Gun Club Road, West Palm Beach, Florida 33415</u> and last known e-mail addresses are pem1776@icloud.com and racco33@icloud.com. The Court notes that at the Hearing, Defendant claimed these are no longer valid addresses, but refused to provide the Court with an alternate mailing address, email address, or phone number where he can otherwise be contacted.

10.       It is further ordered and adjudged that Defendant shall complete under oath Florida Rule of Civil Procedure Form 1.977(a)(Fact Information Sheet for Individuals), including all required attachments, and serve them on Plaintiff's attorney within 45 days of this Default Final Judgment, unless it is satisfied or post-judgment discovery is stayed.

Case No. 50-2022-CA-010741-XXXX-MB

      11.      Jurisdiction of this case is retained to enter further Orders that are proper, including, but not limited to, orders authorizing writs of garnishment, orders authorizing writs of execution, and orders compelling Defendant, as a judgment debtor, to complete Form 1.977(a), including all required attachments, and serve it on Plaintiff's attorney.

  **DONE AND ORDERED** in Chambers at Palm Beach County, Florida

FINAL DISPOSITION FORM
(Fla.R.Civ.P. Form 1.998)
THE CLERK IS DIRECTED TO CLOSE THIS
FILE MEANS OF FINAL DISPOSITION

Disposed by Judge

50-2022-CA-010741-XXXX-MB   08/24/2023
Carolyn Bell
Circuit Judge

A copy of this order is being served on the following parties by E-Filing Portal:

Carmen Contreras-Martinez
*Counsel for Plaintiff*
Saul Ewing LP
701 Brickell Avenue, Suite 1700
Miami, Florida, 33131

Plaintiff's counsel shall serve a copy of  this order on the following parties immediately and file a certificate of service in this court file:

Ivan Latimore
*Defendant*
5555 Gun Club Road
West Palm Beach, Florida 33415
Racco33@icloud.com
peml776@icloud.com

# EXHIBIT D

I hereby authorize the repair work listed herein, including necessary materials. You and your employees may operate the described vehicle for the purposes of testing, inspection or delivery at my risk. An express lien is acknowledged on said vehicle to secure the amount of repairs thereto. You will not be held responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft, accident or any other cause beyond your control. Customer agrees to pay all collection costs and/or attorneys fees in the event that default is made in any payment due. If vehicle is returned to customer without repair service being performed, a diagnostic and handling fee (including reassembly) may be charged. I have read and understand the above and acknowledge receipt of an estimate.

**Star Tires Plus Wheels**

888 Wethersfield Ave.
Hartford, CT 06114
(860) 296-9799
Lowest Prices on Tires and Wheels
Thank You for your Business!

X _____

Signed 6/17/2024 9:03AM

Terms: CASH unless arrangements made prior to authorization. Vehicles left after repair is completed may be subject to a storage fee.

**Invoice #**          **77631**

**ICE LATIMORE**
224 OCEAN TERR
Palm Beach, FL 33480

(808) 399-3069 Home

**2019 Ferrari Portofino Base**

**VIN: ZFF89FPA6K0239003**
Engine: V8 3.9L, 3855cc, DOHC, GAS, FI
Trans:

License #
Odom: 31330
Color:
Mfg. Date:

**Unit #**

Inv Date: 6/17/2024 @ 9:01am

Service Writer: Jen R
Status: Posted
Driver: LATIMORE, ICE
PO #
Key Tag / Hat #

| Vehicle Problems   Requests for Service   Services Performed | Hrs | Qty | Price | | Ext |
|---|---|---|---|---|---|
| **Customer requests that: Both Front Tires Need Replacement** | | | | | **425.80** |
| Labor Service - Spin Balance 19"-22" | 2.00 | | 19.95 | | 39.90 |
| *New     LXNST202035040     Lexani 245-35-20 LX-Twenty 95W XL BK (STG) - 2453520* | | 2.00 | 189.95 | | 379.90 |
| Labor Service - Tire Disposal | 2.00 | | 3.00 | | 6.00 |
| Labor Service - Customer has been advised AWD/4WD vehicles should have matching tread depths and matching tread patterns.  Customer acknowledges this information and release Star Tire from all liability with the installation of anything other than the vehicle  manufacturer recommendations. | 1.00 | | | | 0.00 |
| **Customer requests that: STPW has done a courtesy check for recalls** | | | | | **0.00** |
| Labor Service - A manufacturer recall search has been performed on your car. A recall has been found. We have printed the report and have attached it for you. You must contact your local dealer to make arrangements for the repair through them. On the report we printed is a recall number that appears at the top, you should use this number when scheduling the service. Feel free to check at any time in the future as something may be added. https://www.nhtsa.gov/recalls | 1.00 | | | | 0.00 |

**Warranties and Notices**

* *All new tires have a lifetime workmanship and materials warranty and are pro-rated to 2/32". If a defect appears, STPW at our option, will repair the tire at our expense or replace it. In the case of replacement, you pay only for what you used, pro-rate, based on tread depth. Tires, which have become unserviceable due to weather cracking, are covered from three years from the date of purchase. If your tire has a mileage warranty and your tires wear out evenly to the tread indicators before the stated mileage, STPW will give you a credit towards the purchase of replacement tires, based on the mileage not received, by the odometer reading. All warranty claims must be accompanied by the original sale invoice. Transfer of ownership voids warranty.

*All warranties shall become invalid if the customer does not permit STPW to install the necessary parts needed to restore the system that has been repaired on the vehicle to the original working standards. All warranties do not in any way extend to consequential damage. There are no warranties expressed or implied beyond those listed. No Star Tire Plus Wheels employee or agent has the authority to make any representation, promise of agreement, except as stated herein.

*Deposits on special orders and lay-a-ways are non-refundable and non-transferable. Lay-a-ways expire after 90 days.Customer is responsible for freight, restocking fees and othe costs on cancelled orders; customer agrees to pay all costs incurred if in excess of deposit.

*Star Tires Plus Wheels does not provide customers with copies of vehicle history or receipts.

*Any tires and/or wheels left more than 3 days will be discarded.

*NO REFUNDS ON ALL PURCHASES AND USED TIRES ARE SOLD AS IS. NO HAY REEMBOLSOS EN TODAS LAS COMPRAS Y LAS GOMAS USADAS SE VENDEN COMO ESTÁN.

I hereby authorize the repair work listed herein including such work as necessary with necessary materials. You and your employees may operate the described vehicle for the purposes of testing, inspection or delivery at my risk. An express lien is acknowledged on said vehicle to secure the amount of repairs thereto. You will not be held responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft, accident or any other cause beyond your control. Customer agrees to pay all collection costs and/or attorneys fees in the event that default is made in any payment due. If vehicle is returned to customer without repair service being performed, a diagnostic and handling fee (including reassembly) may be charged. I have read and understand the above and acknowledge receipt of an estimate.

# Star Tires Plus Wheels

888 Wethersfield Ave.
Hartford, CT 06114
(860) 296-9799
Lowest Prices on Tires and Wheels
Thank You for your Business!

X _____   Signed 6/17/2024 9:03AM

Terms: CASH unless arrangements made prior to authorization. Vehicles left after repair is completed may be subject to a storage fee.

**Invoice #**      **77631**

| ICE LATIMORE | 2019 Ferrari Portofino Base | License # | Inv Date: 6/17/2024 @ 9:01am |
|---|---|---|---|

Continued from previous page

| **Warranty** | **Posted 6/17/24 10:01AM** | | **Invoice Summary** | |
|---|---|---|---|---|
| Auto repair labor warranty - 60 days. Deposits on special orders and layaways are not refundable ortransferable. Layaways expire after 90 days. RIMS SHOULD BE WASHED WITH MILD SOAP. ALL LUG NUTS ON NEW WHEELS MUST BE RETORQUED AT 30 MILES OR STAR WILL NOT BE RESPONSIBLE FOR ANY POSSIBLE DAMAGE. TODAS LAS TUERCAS EN AROS NUEVOS DEBEN SER RETORNADOS A 30 MILLAS O STAR NO SERÁ RESPONSABLE DE NINGÚN DAÑO POSIBLE. | Cash | 452.83 | Parts | 379.90 |
| | | | Labor | 45.90 |

We do not warranty low profile tires due to the condition of Connecticut roads, please contact CTDOT with any concerns.
The items you are buying are first quality products covered by applicable manufacturers' limited warranties. They are, however, available in limited quantities at this time and are not expected to be available in the future.

X _____   Signed 6/17/2024 10:03AM

Customer acknowledges receipt of merchandise and services and warranty and notice as stated above.

| | |
|---|---|
| Sub Total | 425.80 |
| Sales Tax (DEF) | 27.03 |

Page 2 of 2        Discard old parts        Original Estimate:    452.83    **Total**    **452.83**

# EXHIBIT B

United states BANKrpty Court
Southern District of FLORIDA

CASE # 25-15276-MAM
Adversary # 25-01273-MAM

NAME of Debtor:
    IVAN LATIMORE

Ferrari Financial Services
Plaintiff
    VS

IVAN LATIMORE
Defendant

FILED-USBC, FLS-WPB
'25 OCT 24 AM 11:18

OBJection to Claims in
ADversary Proceedings

I. IVAN LATIMORE did purchase a 2019
Protofino FERRARI.
    I reported the CAR stolen to My insurance
company State farm
Exhibit A:
    All police Reports and Emails with
        State farm and Ferrari detailing
        the loss of theft

Ferrari still filed a case when they knew
I reported the CAR stolen.

    Ferrari Made claims My insurance didot
Pay it because they Contacted them
and informed them they got a Judgment
on me



# Fax Cover Sheet

Date _____    Number of pages _____ (including cover page)

## To:

Name _____

Company _____

Telephone _____

Fax _____

## From:

Name _____

Company _____

Telephone _____

Comments _____

_____

_____

_____


*4900*
Fax - Local Send


*4901*
Fax - Domestic Send


*4902*
Fax - International Send

**fedex.com 1.800.GoFedEx 1.800.463.3339**

© 2025 FedEx. All rights reserved. Products, services and hours vary by location. 725.MK16.001

2188309R

My insurance company then requested and EUO after the fact of being in touch with FERRARI investigator and LAWYERS. this is a deceitful tactic to not pay out. The Car Registration was said to get renewed because the original temporary plate that was issued was not valid and there was no valid plate attached to the Car. The detetive was trying to enter CAR in the NCIC System. They also made claims I took car to a tire place. I was not in the United States as my passport Stamps can be seen in Exhibit C. DAVID LAWRENCE project Proposal why house was Knocked down. Another issue 5r55 gun club has nothing to do with ferrari. The property was sold to stop debt I incurred to another company CKA De greatness LLC of which I am not a part of that they keep claiming. I never said I didnt report the Vehicle stolen. If you read the police report it says 2022. The Detective who took the report dated it April 4th 2024 to put in the NCIC System. I claimed I had an interest in the property solely to Assure the Mortgage on the property was Discharged



# Fax Cover Sheet

Date _____     Number of pages _____ (including cover page)

## To:

Name _____

Company _____

Telephone _____

Fax _____

## From:

Name _____

Company _____

Telephone _____

Comments _____

_____

_____

_____



**\*4900\***
**Fax - Local Send**



**\*4901\***
**Fax - Domestic Send**



**\*4902\***
**Fax - International Send**

**fedex.com 1.800.GoFedEx 1.800.463.3339**

© 2025 FedEx. All rights reserved. Products, services and hours vary by location. 725.MK16.001

2188309R

I have filed the bankrupsy because I lost all my financial stabilty and had 3 deaths in my imediate family that caused me severe pain and stress to have to help my family out. I own nothing I have clothes and Backpacks. I worked hard my whole life the last thing I would do is conceal assetts I worked hard to aquire. I requet my discharge be granted that way I can regain some sort of normal life without all of these lawyers making me out to be something I am not.

Dated October 17th 2025

IvAN LATIMORE

Showup33 @ Icloud. com



# Fax Cover Sheet

Date _____     Number of pages _____ (including cover page)

## To:

Name _____

Company _____

Telephone _____

Fax _____

## From:

Name _____

Company _____

Telephone _____

Comments _____

_____

_____

_____



**\*4900\***
**Fax – Local Send**



**\*4901\***
**Fax – Domestic Send**



**\*4902\***
**Fax – International Send**

**fedex.com 1.800.GoFedEx 1.800.463.3339**

© 2025 FedEx. All rights reserved. Products, services and hours vary by location. 725.MK16.001

2188309R

# Certificate of Service

I hereby Certify that on October 24
2025, a true and correct copy
of the foregoing was served via
Electronic Mail on All parties listed
to receive Electronic notice in this
Matter.

Carmen.Contreras-Martinez@saul.com
Turner.Falk@saul.com
Attorneys for Ferrari Financial Services inc

Ivan Latimore
showup33@Icloud.com



# Fax Cover Sheet

Date _____

Number of pages _____ (including cover page)

## To:

Name _____

Company _____

Telephone _____

Fax _____

## From:

Name _____

Company _____

Telephone _____

Comments _____

_____

_____

_____

_____



**\*4900\***
**Fax - Local Send**



**\*4901\***
**Fax - Domestic Send**



**\*4902\***
**Fax - International Send**

**fedex.com 1.800.GoFedEx 1.800.463.3339**

© 2025 FedEx. All rights reserved. Products, services and hours vary by location. 725.MK16.001

2188309R

# EXHIBIT A

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL

STOLEN VEH

**VEHICLE REPORT**

NOTE: CHP 180 IS FURNISHED TO ALL PEACE OFFICERS BY THE CALIFORNIA HIGHWAY PATROL

CHP 180 (Rev. 4-16) OPI 061    RD 0807    FCN 274 240 950 3055

| REPORTING DEPARTMENT | LOCATION CODE | DATE / TIME OF REPORT | NOTICE OF STORED VEHICLE DELIVERED PERSONALLY | FILE NO. |
|---|---|---|---|---|
| LAPD - WLA | 1942 | 4/4/24, 1315 | ☐ | 24-08-07595 |

| LOCATION TOWED / STORED FROM | ODOMETER READING | VIN CLEAR IN SVS? | DATE / TIME DISPATCH NOTIFIED | LOG NO. |
|---|---|---|---|---|
| 2807 N. BEVERLY GLEN BLVD | UNK | ☐ YES ☒ NO    LIC. CLEAR IN SVS? ☐ YES ☒ NO | 4/4/24, 1410 | N 629 |

| YEAR | MAKE | MODEL | BODY TYPE | COLOR | LICENSE NO. | ☒ ONE MONTH / YEAR | STATE |
|---|---|---|---|---|---|---|---|
| 19 | FERRARI | PORTOFINO | 2-DR | BLK | 95BDKL | ☐ TWO 06/25 | FL |

| VEHICLE IDENTIFICATION NO. | ENGINE NO. | VALUATION BY ☐ OFFICE ☒ OWNER |
|---|---|---|
| ZFFB9FPA6K0239003 | UNK | ☐ 0-500 ☐ 501-4000 ☐ 4001+ ☒ $ 200-250↑ |

REGISTERED OWNER
IVAN N. LATIMORE #317
340 ROYAL POINCIANA WAY
PALM BEACH FL 33480

☒ SAME AS R/O    LEGAL OWNER

---

| ☐ STORED | ☐ IMPOUNDED | RELEASED | ☒ RECOVERED - VEHICLE / COMPONENT |
|---|---|---|---|

| TOWING / STORAGE CONCERN (NAME, ADDRESS, PHONE) | | STORAGE AUTHORITY / REASON |
|---|---|---|

| REASON FOR STOP | AIRBAG? ☐ YES ☐ NO | ☐ 1 ☐ 2 DRIVEABLE? ☐ YES ☐ NO ☐ JUNK ☐ UNK | VIN SWITCHED? ☐ YES ☐ NO |
|---|---|---|---|

| CONDITION | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | TIRES / WHEELS | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WRECKED | | | SEAT (FRONT) | | | REGISTRATION | | | CAMPER | | | LEFT FRONT | |
| BURNED HULK per 431(c) CVC | | | SEAT (REAR) | | | ALT. / GENERATOR | | | VESSEL AS LOAD | | | RIGHT FRONT | |
| VANDALIZED | | | RADIO | | | BATTERY | | | FIREARMS | | | LEFT REAR | |
| ENG. / TRANS. STRIP | | | TAPE DECK | | | DIFFERENTIAL | | | OTHER | | | RIGHT REAR | |
| MISC. PARTS STRIP | | | TAPES | | | TRANSMISSION | | | | | | SPARE | |
| BODY METAL STRIP | | | OTHER RADIO | | | AUTOMATIC | | | | | | HUB CAPS | |
| SURGICAL STRIP per 431(b) CVC | | | IGNITION KEY | | | MANUAL | | | | | | SPECIAL WHEELS | |

| RELEASE VEHICLE TO: ☐ R/O OR AGENT ☐ AGENCY HOLD ☐ 22850.3 CVC | GARAGE PRINCIPAL / AGENT STORING VEHICLE (SIGNATURE) | DATE / TIME |
|---|---|---|

| NAME OF PERSON / AGENCY AUTHORIZING RELEASE | I.D. NO. | DATE | CERTIFICATION: I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT I AM LEGALLY AUTHORIZED AND ENTITLED TO TAKE POSSESSION OF THE ABOVE DESCRIBED VEHICLE. |
|---|---|---|---|

| SIGNATURE OF PERSON AUTHORIZING RELEASE | SIGNATURE OF PERSON TAKING POSSESSION |
|---|---|

---

| ☒ STOLEN VEHICLE / COMPONENT | ☐ EMBEZZLED VEHICLE | ☐ PLATE(S) REPORT |
|---|---|---|

| DATE / TIME OF OCCURRENCE | DATE / TIME REPORTED | NAME OF REPORTING PARTY (R/P) | DRIVER LICENSE NO. / STATE |
|---|---|---|---|
| 9/9/22, 1200 - 9/12/22, 1200 | 4/4/24, 1200 | R/O    FLORIDA D-L #L356-424-74-287 | |

| LAST DRIVER OF VEHICLE | DATE / TIME | ADDRESS OF R/P | TELEPHONE OF R/P |
|---|---|---|---|
| R/O / NA | 8/3/22, 1200 | R/O | (808)399-3069 |

I CERTIFY OR DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNATURE OF PERSON MAKING REPORT +33755531779 TELEPHONIC

---

**REMARKS**
[LIST PROPERTY, TOOLS, VEHICLE DAMAGE, ARRESTS]

| DRIVER'S NAME | ARRESTED / SECTION? ☐ YES ☐ NO | REPORTED BY | CARGO / TYPE? ☐ YES ☐ NO | VALUE $ ☐ BILL OF LADING ATTACHED |
|---|---|---|---|---|

INC #2404040026BB

---

| SIGNATURE OF OFFICER TAKING REPORT | I.D. NO. | SUPERVISOR | REQUIRED NOTICES SENT TO REGISTERED AND LEGAL OWNERS PER 22852 CVC? | DATE NOTIFIED |
|---|---|---|---|---|
| RUIZ | 42815 | 39277 | ☒ YES ☐ NO | 4/4/24 |

*An Internationally Accredited Agency*    Chp180_0416.pdf



**ADOT**
Motor Vehicle Division

Mail Drop 537 M
Motor Vehicle Division
1801 W Jefferson St
PO Box 2100
Phoenix AZ 85001-2100

# COURT ABSTRACT

[ ] Amended

| Customer Name(first, middle, last, suffix) IVAN NILES LATIMORE | | | | | | | Date of Birth 06/27/1974 |
|---|---|---|---|---|---|---|---|

| Street Address 1650 LINTON LAKE DR | | | City DELRAY BEACH | State FLORIDA | Zip 33445 |
|---|---|---|---|---|---|

| Driver License/ID Number | | Class | State | Vehicle Plate Number | State | Make |
|---|---|---|---|---|---|---|

| Court ID Number JP203 | Citing Agency DPS | Violation Date 06/24/2018 | Approx. Speed | Lawful Speed | Accident [ ] Yes [ ] No | Serious Physical Injury [ ] Yes [ ] No | Fatality [ ] Yes [ ] No |
|---|---|---|---|---|---|---|---|

| Drugs (13-2401) 28-1381A1 [ ] Yes [ ] No | Alcohol Class /Treatment [ ] Yes [ ]No | Commercial Vehicle [ ] Yes [ ] No | Hazardous Material [ ]Yes [ ]No | 16 or more Passengers [ ]Yes [ ]No |
|---|---|---|---|---|

| [ ] Drug Only No Intoxicating Liquor (Effective01/01/2017) Is the Court Ordering Ignition Interlock? [ ] Yes [ ] No | Court has ordered ignition interlock for an additional | Sentencing Authority (28-661) [ ] B [ ] C |
|---|---|---|

Court Docket # J0203TR201801717

| COMPLAINT | CHARGE COUNT | OFFENSE CLASS | VIOL CODE | DISPO CODE | DISP DATE |
|---|---|---|---|---|---|
| 909654318175001 | A | CT | 28-4135A | 43 Dismissed | 08/01/2023 |

**MANDATORY INSURANCE SUSPENSION** pursuant to:

| [ ] 28-4135A | Number of Months Suspended | [ ] Court directs MVD to suspend | [ ] Driving Privilege |
|---|---|---|---|
| [ ] 28-4135B | | | [ ] Vehicle Registration |
| [ ] 28-4135C | | | [ ] Driving Privilege and vehicle Registration |

**JUVENILE/UNDER AGE SUSPENSION** pursuant to the Court has:

[ ] 8-323 **Suspended** driving privilege     [ ] 28-3320A7 **Suspended** driving privilege
[ ] 8-323 **Restricted** driving privilege     [ ] 28-3320D **Suspended** driving privilege
                                                                            [ ] 28-3320B **Restricted** driving privilege

[ ] 28-3322B Restricted driving privilege 4-244 (34) for ages 18-20

| Beginning Suspension Date | Ending Suspension Date | Beginning Restriction Date | Ending Restriction Date |
|---|---|---|---|
| | | Restricted To: | |

**OTHER ACTIONS**

| Pursuant to | [ ] Court has restricted the driving privilege [ ] Court has revoked the driving privilege [ ] Court has suspended the driving privilege | Beginning Date | Ending Date |
|---|---|---|---|

| I certify that the information above is true and correct | Customer Signature | Date |
|---|---|---|
| | Court Clerk Signature *Bonnie Jankovic* **Bonnie Jankovic** | Date 08/01/2023 |

<mark>This is proof that Ivan Niles Latimore was a victim of Identity theft and Judge Staggs dismissed the charges.</mark>

This case is closed.

**ARIZONA DEPARTMENT OF PUBLIC SAFETY**

# ARIZONA TRAFFIC TICKET AND COMPLAINT

Report Number: 

| COLLISION | | COMMERCIAL |
|---|---|---|
| ☐ FATALITY | | ☐ HAZ MAT |
| ☐ SERIOUS INJURY | | ☐ 18 PASSENGER |

**Complaint:** 909654318175001
**Driver's License Number:** L356414742270
**State:** FL **Class:** E **Military:** ☐ Yes
**Interpreter Required:** ☐ **Spanish Only:** ☐ **Other Language:**

**Name: First** IVAN **Middle** NILES **Last** LATIMORE

**Residential/Commercial Address** 1650 LINTON LAKE DR **City** DELRAY BEACH **State** FL **Zip Code** 33445-0000 **Phone** **Cell Phone** ☐

**Mailing Address** **City** **State** **Zip Code** **Email Address**

**SSN** **Gender** M **Eyes** GRY **Hair** BRO **Height** 6-04 **Weight** 215 **Origin** W **DOB** 06/27/1974 **Endorsements** **Restrictions**

**Year** 1998 **Make** INFI **Model** QX4 **Style** 4DSW **Color** BLK **License Plate** 6MSK527 **State** CA **Expire. Date** 07/22/2018 **Vehicle Identification Number (VIN)** JNRAR05Y6WW024897

**Registered Owner** RIVERAGOMEZ NELY MARIA **Address** 19517 ARMINTA ST **City** RESEDA **State** CA **Zip Code** 91335

**THE UNDERSIGNED CERTIFIES THAT:**

**Date** 06/24/2018 **Time** 09:02 SPEED **Approx** 75 **Posted** 75 **R&P** **Speed Measurement Device** OTH **Equipment Number** OTHER **Direction Of Travel** W **Lane**

**On-Highway** YES **Highway** I10 **Milepost** 298 **Location** **Precinct** 0203 **County** COCHISE **STATE OF ARIZONA**

**THE DEFENDANT COMMITTED THE FOLLOWING:**

| | Section | Statute | Violation | | | |
|---|---|---|---|---|---|---|
| A | 28-4135A | A | NO MANDATORY INSURANCE $965 m $36.60 | | ☐ Domestic Violence Case | |
| | Docket Number | Disposition Codes | Disposition Date 7/29/?-23 | Sanction Drive State | ☐ Criminal ☑ Civil Traffic | ☐ Criminal Traffic ☐ Petty Offense |
| | Section | Statute | Violation | | ☐ Domestic Violence Case | |
| | Docket Number | Disposition Codes | Disposition Date | Sanction | ☐ Criminal ☐ Civil Traffic | ☐ Criminal Traffic ☐ Petty Offense |
| | Section | Statute | Violation | | ☐ Domestic Violence Case | |
| | Docket Number | Disposition Codes | Disposition Date | Sanction | ☐ Criminal ☐ Civil Traffic | ☐ Criminal Traffic ☐ Petty Offense |
| | Section | Statute | Violation | | ☐ Domestic Violence Case | |
| | Docket Number | Disposition Codes | Disposition Date | Sanction | ☐ Criminal ☐ Civil Traffic | ☐ Criminal Traffic ☐ Petty Offense |
| | Section | Statute | Violation | | ☐ Domestic Violence Case | |
| | Docket Number | Disposition Codes | Disposition Date | Sanction | ☐ Criminal ☐ Civil Traffic | ☐ Criminal Traffic ☐ Petty Offense |

**Court** BENSON JC **Court No.** 0203 **AT OR BEFORE THE DATE AND TIME INDICATED** **Date** 07/25/2018 **Time** 10:00

**Court Phone No.** (520) 586-8100 **Business Address** 126 W. 5TH ST. STE. # 1 **City, State, Zip Code** BENSON AZ 85602

**CRIMINAL:** ☐ Without admitting guilt, I promise to appear as directed herein.
**CIVIL:** ☑ Without admitting responsibility, I acknowledge receipt of this complaint

☐ VICTIM?
☐ VICTIM NOTIFIED?
☐ FINGERPRINTED?
☐ IN CUSTODY

I certify upon reasonable grounds, I believe the person named above committed the acts described and I have served a copy of this complaint upon the defendant.

X _____

**COMPLAINANT** T. LA **BADGE NO.** 07721 **LOCATION CODE**

---

*I hereby certify that the information contained herein is a true and correct abstract of the record in this case.*

JUDGE: _____

BY: _____ Clerk of the Court

DATE: _____

IDTheftReport_148316403.pdf                                            8/28/22, 1:56 PM

 FEDERAL TRADE COMMISSION
## Identity Theft Report

FTC Report Number:
148316403

I am a victim of identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| IVAN | N | LATIMORE |

| Address: | Phone: | Email: |
|---|---|---|
| 4947 DOMAN AVE TARZANA , CA 91356 USA | 516-448-1198 | RACCO33@ICLOUD.COM |

## Personal Statement

My credit cards were taken unknowingly to me as I was traveling and have multiple wallets with separate credit cards and did not notice there were 4 separate cards missing along with my ID. There were substantial charges on multiple credit cards without my authorization or knowledge and need it to be know as unauthorized charges.

## Accounts Affected by the Crime

| Credit Card Opened by the Thief | |
|---|---|
| **Company or Organization:** | Barclays |

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 5/2022 | $ 1800 |

| Credit Card Opened by the Thief | |
|---|---|
| **Company or Organization:** | amex |
| **Account Number:** | NA |

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 5/2022 | $ 3000 |

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
| --- | --- |
| Credit Inquiries | Bank of America, amex, gm financial |

**Under penalty of perjury, I declare this Information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

Ivan n latimore                           7/19/2023

Ivan n latimore                           Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

IDTheftReport_146739652.pdf

4/19/22, 12:21 PM



FEDERAL TRADE COMMISSION
# Identity Theft Report

FTC Report Number:
146739652

I am a victim of identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | | Last Name: | |
|---|---|---|---|
| Ivan | | Latimore | |
| **Address:** | **Phone:** | | **Email:** |
| USA | 516-448-1198 | | racco33@icloud.com |

## Personal Statement

there are 9 more inquires that are fraud march 19,2022 JPMCB, WE Florida financial march 19,2022 ,TRUIST services march 19,2022 ,Kia motor march 19,2022 ,ALLY financial march 19,2022 ,rick case sunrise march 19,2022, capital one bank USA January 26,2022, Ferrari of central Florida inc, December 16,2021 , XACTUS march 8,2021 . they are fraud My driver license was stolen and was used in multiple DUI in another state and I have been fighting those charges since 2013 and a Florida judge dismissed charges in 2017 due to me proving documentation from my USA passport being out of the country. Florida then changed my DL number fro L356414742270 to L356414742271 .

## Accounts Affected by the Crime

| Other Identity Theft | |
|---|---|
| **Company or Organization:** | woodside fin svcs |
| **Date that I discovered it:** | |
| 4/2022 | |

| Other Identity Theft | |
|---|---|
| **Company or Organization:** | COAF |
| **Date that I discovered it:** | |
| 4/2022 | |



# Case Report
## Summary



| | | |
|---|---|---|
| **Print Date/Time:** | 09/19/2022 13:04 | |
| **Login ID:** | dcoursey | |
| **Case Number:** | 2022-00039566 | |

BEVERLY HILLS POLICE DEPARTMENT

**ORI Number:** CA0191000

## Case

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 2022-00039566 | | **Incident Type:** | VEHICLE - STOLEN |
| **Location:** | 300 BLOCK N PALM DR | | **Occurred From:** | 06/01/2022 00:00 |
| | BEVERLY HILLS, CA 90210 | | **Occurred Thru:** | 06/18/2022 23:59 |
| **Reporting Officer ID:** | 05076 - COOKE | | **Disposition:** | |
| | | | **Disposition Date:** | |
| | | | **Reported Date:** | 09/12/2022 20:36 Monday |

## Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| 1 | State | 240 | 487(D) PC-F | GRAND THEFT AUTO | 2 |

## Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| VICTIM | 1 | LATIMORE, IVAN NILES | 320 N PALM DR 204<br>BEVERLY HILLS, CA 90210 | | BLACK | MALE | |

## Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|
| 09/12/2022 | STOLEN | VEHICLE | DODGE | DURANGO | 2 SKINNY RED RACING STRIPES. HELLCAT PACKAGE. | | |
| 09/12/2022 | STOLEN | VEHICLE | CHEVY | SEE DESCRIPTION | 2 BLACK RACING STRIPES. #3 AND SKULL NEAR REAR LICENSE PLATE. | | |

## Vehicles

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|---|---|---|---|---|---|---|---|---|

IDTheftReport_148739662.pdf                                                                4/19/22, 12:21 PM

**Other Identity**

> **Company or Organization:**          west palm beach kia

**Date that I disco**

> 4/2022

**Other Identity Theft**

> **Company or Organization:**          kia motor fin

> **Date that I discovered it:**

> 4/2022

**Other Identity Theft**

> **Company or Organization:**          capital one

> **Date that I discovered it:**

> 4/2022

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

Ivan Latimore                                                     4/19/2022
Ivan Latimore                                                     Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

IDTheftReport_161902001.pdf

7/19/23, 11:14 AM



FEDERAL TRADE COMMISSION
# Identity Theft Report

FTC Report Number:
161902001

I am a victim of identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| Ivan | n | latimore |
| **Address:** | **Phone:** | **Email:** |
| 340 royal poinciana way , 328 palm beach , FL 33480 USA | 808-399-3069 | ucanphuckoff@yahoo.com |

## Personal Statement

The dmv of Florida issued me a new DL number due to extensive identity theft and fraud with obtaining loans, apartments, car rentals, boats, and credit cards were all opened without my knowledge or permission. I am a victim of identity theft as a judge dismissed a case due to me providing my passport proving I was out of the country at the time of the tickets issued to me. This has been going on for 8 to 10 years and it has been causing me problems in multiple states. There have been multiple cars stolen with all my personal information that was obtained and used. I have filed multiple police reports over the years. There was also 2 Bank of America business credit cards totaling over 25k in opened and used.

## Accounts Affected by the Crime

| Fraudulent Driver's License | | |
|---|---|---|
| **Company or Organization:** | New York | |
| **Date fraud began:** | **Date that I discovered it:** | **Total fraudulent amount:** |
| 1/2017 | 5/2019 | $ 0 |

| Fraudulent Driver's License | | |
|---|---|---|
| **Company or Organization:** | florida california arizona | |
| **Date fraud began:** | **Date that I discovered it:** | **Total fraudulent amount:** |
| 1/2014 | 5/2019 | $ 0 |

## Fraudulent Information on Credit Reports

# EXHIBIT B





Due to Fraud
FLORIDA DMV
Changed my DL #

TR201817717





you can see
my new number
changed the last
Digit from 0 to 1

**11:23**

**DG**  **Doug Goldman**    9/22/22

To: racco33@icloud.com ›

# I am working on getting you a contact

Claim: 5937M511L

Mr. Latimore-

Mr. Diaz is out of the office today. I am working on getting you another contact . I will email you when I have it.

Thank you.


Doug


**Douglas Goldman**  CLU, CIFI, FCLS, ARM, MIAAI
**State Farm Insurance Companies**
Claim Specialist
Special Investigative Unit
South Florida

   



11:25

 

‹ Sent    **59-54Q4-85T**    ∧  ∨

---

**Douglas Goldman**  CLU, CIFI, FCLS, ARM, MIAAI

**State Farm Insurance Companies**

Claim Specialist

Special Investigative Unit

South Florida

(Desk)   309-994-1391
(Cell)    305-206-0396

FL Adjuster Lic A099289

---

Providing Insurance and Financial Services
Home Office, Bloomington, IL

 **State Farm**

August 23, 2023

Ivan Latimore                          **State Farm Claims**
340 Ryl Poinc Way Ste 328              PO Box 52257
Palm Beach FL 33480-4006               Phoenix AZ 85072-2257

RE:   Claim Number:   59-54Q4-85T
      Policy Number:   J97761859A
      Date of Loss:    September 19, 2022

Dear Ivan Latimore:

The loss you reported to State Farm® Insurance has been reassigned to our Special
Investigative Unit. The reassignment allows for a more detailed investigation.

I will be the claim representative working with you to resolve your claim. If we have not spoken
by the time this letter has been received, please contact me to discuss the ongoing
investigation.

Sincerely,

Doug Goldman
Claim Specialist- SIU
(800) 331-1169 Ext. 3099941391
Fax: (844) 238-3646
For your protection, when emailing State Farm, please do not include sensitive personal information such as Social Security
Number, credit/debit card number (financial account number), driver's license number, or health/medical information in an email.
Please contact us at (800) 331-1169 Ext. 3099941391 to discuss sensitive information.

State Farm Mutual Automobile Insurance Company

---

         

**11:26**

⟨ **Sent**     ∧  ∨

Found in racco33@icloud.com I...  🗀

DG  **Doug Goldman**    3/19/24
    **To:** racco33@icloud.com ⟩

# Your case # 202200039564

**Douglas Goldman**  CLU, CIFI, FCLS, ARM, MIAAI
**State Farm Insurance Companies**
Claim Specialist
Special Investigative Unit
South Florida

(Desk)   309-994-1391
(Cell)    305-206-0396

FL Adjuster Lic A099289

      

11:26 

‹ Sent    **59-54Q4-85T** ∧ ∨

(Desk)   <u>309-994-1391</u>
(Cell)   <u>305-206-0396</u>

FL Adjuster Lic A099289

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL.*       **State Farm**

April 3, 2024

Ivan Latimore
340 Ryl Poinc Way Ste 328
Palm Beach FL 33480-4006

State Farm Claims
PO Box 52257
Phoenix AZ 85072-2257

RE:   Claim Number:      59-54Q4-85T
     Date of Loss:      September 19, 2022
     Our Insured:      Ivan Latimore
     Policy Number:      J97761859A

Dear Ivan Latimore:

As per our last conversation, I was checking on the status of your contact with the police in California to confirm if they have updated your vehicle as being stolen and listed on NCIC the national theft database for law enforcement.

Please let me know the status of your conversations with the police department regarding the theft reporting.

Thank you.

If you have questions or need assistance, call us at (800) 331-1169 Ext. 3099941391.

Sincerely,

Doug Goldman
Claim Specialist
(800) 331-1169 Ext. 3099941391
Fax: (844) 236-3646
<u>statefarmclaims@statefarm.com</u>
*For your protection, when emailing State Farm, please do not include sensitive personal information such as Social Security Number, credit/debit card number (financial account number), driver's license number, or health/medical information in an email. Please contact us at (800) 331-1169 Ext. 3099941391 to discuss sensitive information.*

State Farm Mutual Automobile Insurance Company

                  

11:27

‹ Sent ∧ ∨

Found in racco33@icloud.com I... 🗁

 **Doug Goldman**     8/26/24
To: racco33@i... & 2 more ›   📎

# Mr. Latimore Status update - Reservation of Rights

Mr. Latimore –

Our investigation is continuing since your Examination Under Oath. Please find the updated Reservation of Rights where we raise questions of coverage. This letter updates you on potential coverage issues we are investigating.

If you have any questions, please contact Mr. Kirwan's office or myself or if you have legal counsel, please have them contact us.

Thank you.

Doug

   

**11:30**

 Sent

## Re: 5954Q485T

## I was waiting for the call my phone didn't ring

## Mr.Latimore

On Sep 7, 2023, at 2:19 PM, Doug Goldman <<u>doug.goldman.ctrb@statefarm.com</u>> wrote:

Mr. Latimore-

Tried to call you for our <u>2 PM</u> recorded statement on 9/7/2023, but you did not answer. I could not leave you a voice mail and your voice mail was not set up.

Thank you.



**11:34**

〈 **Inbox  Records 22-395...  ∧  ∨**

**Sent:** Monday, September 19, 2022 12:38 PM
**To:** PD Records Mailbox
<PD_Records_Mailbox@beverlyhills.org>
**Subject:** Records

CAUTION: External Sender
Use caution when clicking links or opening attachments

Hello this is Ivan latimore
I would like a copy of report #22-39566
For my State Farm insurance thank you.



Racco33@icloud.com
The City keeps a copy of all E-mails sent
and received for a minimum of 2 years. All
retained E-mails will be treated as a
Public Record per the California Public
Records Act, and may be subject to
disclosure pursuant to the terms, and
subject to the exemptions, of that Act.

   

11:39

 Inbox

To: HOME CLMS-STATE... >

# Latimore

2 Cases dismissed due to identity theft and licenses changed by Florida DMV
LAPD Delagana took report sept 12 2022 Also spoke to operators 258, 757 and 444 Also Hollywood police
323 464 1402
44426@lapd.online was email I was given. If there are any other questions just let me know. Thank you .



**TR201801717 Ivan Latimore Records.pdf**
4.4 MB

Mr.Latimore

**11:45**

.ıll 🛜 70

< **Inbox**  **8 Messages**
**59-54Q4-85T**  ∧  ∨

Claim: 5954Q485T
Insured : Ivan Latimore
Vehicle: 2019 Ferrari Portofino

*This Email*
*is Due to*
*Ferrari And S.F*
*working together.*

Mr. Latimore-

==Per your policy conditions, we will need a follow up==
==Examination Under Oath, as we have additional==
==investigation that needs to take place following the==
==receipt of your recent police report , and per other==
==information that we have received that is material to==
==our investigation.==  Mr. Kirwan's office will contact you
with a date to schedule your Examination Under
Oath.  If you are hiring an attorney to represent you
for the follow up Examination Under Oath, please
provide letter of representation to Mr. Kirwan.

Should you no longer cooperate with our
investigation then you may be jeopardizing your
insurance coverage for your 2019 Ferrari.

Doug Goldman

**See More**  

 **Optimus Prime**  4/22/24
**OP**  Bro there will be no other EUO...

↰ **Doug Goldman**  4/9/24

      

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*

 **StateFarm®**

August 17, 2023

Ivan Latimore
340 Ryl Poinc Way Ste 328
Palm Beach FL 33480-4006

**State Farm Claims**
PO Box 52257
Phoenix AZ 85072-2257

RE:  Claim Number:      59-54Q4-85T
     Date of Loss:      September 19, 2022
     Our Insured:       Ivan Latimore

Dear Mr. Latimore:

Thank you for taking my call today.

Per our discussion, please forward police report information with contact names and numbers and documentation showing your identity was stolen.

I will order the police report but please continue efforts on your end.

I look forward to talking to you soon.

If you have questions or need assistance, call us at (800) 331-1169 Ext. 3099942787.

Sincerely,

Debbie Meadows
Claim Specialist
FL License # E089240
(800) 331-1169 Ext. 3099942787

State Farm Mutual Automobile Insurance Company

**11:43**

‹ **Inbox**   **4 Messages**   ∧ ∨

Found in racco33@icloud.com...



**OP** **Optimus Prime**   3/13/24
To: William Belmont ›

*Ferrari investigator*

# Re: 2019 Ferrari Portofino

I've been waiting on insurance myself
So there is nothing I can do. They paid out on the other cars that were stolen so LAPD is backlogged 28 months on providing a police report.

On Mar 13, 2024, at 3:46 PM, William Belmont <bill@thebelmontgrp.com> wrote:

**See More**

   

**11:44**



 **Inbox** **2019 Ferrari Por...** ∧ ∨

2 Messages

Found in racco33@icloud.com...  ✈

 **Optimus Prime**          4/16/24
**To:** William Belmont ›

That's not what happened the car was registered cause State Farm said it wasn't on NCIC so the police said it needed to be registered. Please stop contacting me

On Apr 16, 2024, at 12:31PM, William Belmont <bill@thebelmontgrp.com> wrote:

Ivan,

I hope all is well.

FL DMV is reporting that you found the Ferrari and registered it on March 27. Great news. Can we arrange to pick it up from you?

         



**11:47**

7 Messages

< Inbox **DR# 24-08-075...** ∧ ∨

 **OMAR RUIZ**          4/4/24
To: latimore Goodson > 

Here is your copy of the police report that I wrote. The report number is the DR#

24-08-07595

Officer Ruiz #42815
LAPD - West LA Div
Auto Table
310-444-1535

———————————————

**From:** SafeQScan@lapd.online
<SafeQScan@lapd.online>
**Sent:** Thursday, April 4, 2024 3:31 PM
**To:** OMAR RUIZ <42815@lapd.online>
**Subject:** Your scanned document

**The document scanned by OMAR RUIZ on 2024-04-04 is attached in this e-mail.**

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL

STOLEN VEH

**VEHICLE REPORT**
CHP 180 (Rev. 4-18) OPI 061

NOTE: CHP 180 IS FURNISHED TO ALL PEACE OFFICERS BY THE CALIFORNIA HIGHWAY PATROL.

RD 0807          FCN 24 240 950 3055

LAPD—WLA  1942 4/4/24, 1310          24-08-07595

2807 N. BEVERLY GLEN BLVD  UNK      4/4/24, 1410 W1629

19. FERRARI PORTOFINO  2-DR  BLK  95BDKL      06 25  FL

ZFF89FPA6K0239003  UNK

IVAN N. LATIMORE #313
240 ROYAL POINCIANA WAY
PALM BEACH FL 33480

         

11:36

3 Messages
< Inbox **Ferrari Financial...** ∧ ∨

---

**MG**  **Latimore G**                    2/7/23
To: Carmen Contreras-Ma... >

---

Hello yes I spoke with him as I gave him all the information I have .

Mr.Latimore

See More ↩

---

📁 Found in pem1776@icloud.com...

↩ **CC**  **Carmen Contreras-...** 2/3/23
To: Latimore G >

Good morning,

I understand you contacted Mr. Belmont yesterday regarding the police report issue.

Please kindly contact me at on my cell below or provide me with a

   

**11:47**

〈 **Inbox**  **16 Messages**  ∧ ∨

# RE: EUO***Latimore, Ivan (EUO) ; [claim] 5954Q485T ; Matter# 23-29239:

Good Morning,

Please see attached, did your attorney not relay the information to you?

Topic: EUO of Ivan Latimore*23-29239 *595Q485T
Time: Jul 30, 2024 09:00 AM Eastern Time (US and Canada)

Join Zoom Meeting
https://ucrinc.zoom.us/j/82168233193?pwd=QgCXdrB7t8hNuoG0bjqEevloHsvdEk.1

Meeting ID: 821 6823 3193
Passcode: 877308

**Christy Christopher**
**Legal Assistant to Christopher Kirwan, Esq.**
200 South Andrews Avenue
8th Floor
Fort Lauderdale, Florida 33301
Phone:954.463.3008
Fax:954.463.3010
cchristopher@kdapa.com

   

As you can see they sent me multiple emails in regards to the fraud and identity theft
**From:** Fraud <Fraud@flhsmv.gov>
**Date:** February 15, 2022 at 1:45:30 PM EDT
**To:** ice Latimore <racco33@icloud.com>
**Subject: FW: fraud form**

Thank you for contacting the Florida Department of Highway Safety and Motor Vehicles regarding your driver license. We received the fraud investigation form via fax requestion DL number change.

The Driver License number is a unique combination of numbers, which represents your first- last- middle name, DOB and Gender. Even if a person changes his/her name, the old number will be tied to the new one. For example, if you search the old number in the system, it will bring you to the new number.

Please read the following information as it pertains to the question "Would the victim like to have his/her record flagged?" Reply "Yes or No?"

The "Verify ID Flag" may be helpful in preventing a person from trying/continuing to pretend to be you in the following ways:

The "Verify ID Flag" may be helpful in preventing a person from trying/continuing to pretend to be you in the following ways:
    Law enforcement will know that someone may be using your identity. The officer should require two or more pieces of identification from the person. "However, if you are stopped by law enforcement, you

Fraud on my FL DL They Changed my Number. In 2022.

# EXHIBIT C



# David Lawrence Architecture Inc.

1655 Palm Beach Lakes Blvd. Suite 503        West Palm Beach, FL 33401
Ph 561.588.5070
License number                               AR 0016260
E-mail:  dbl@dlarchitect.com

January 19, 2023

## Contract for Architectural Services

Client:                                      Architect:

Mr. Ivan Latimore                            David Lawrence Architecture Inc
5555 Gun Club Road                           1655 Palm Beach Lakes Blvd.
West Palm Beach Gardens, FL                  West Palm Beach, FL  33401

**The scope of work**:

The scope of work is as follows:   A two-story single-family home at the above referenced address.  The style is to be modern. The square footage will be around 13,500 square feet under air. The fee is valid for a variance of up to five percent larger or smaller.  If the variance exceeds five percent, the architect is entitled to additional fees since our engineering costs are determined by the square footage.   The list of spaces is as follows:

Foyer
Living room
Dining room
Family room
Kitchen & butler's pantry for a chef to prepare meals for parties of ten or more
10 bed rooms each with full bath and walk in closets.
Pool bath
Powder room (2)
Fitness/gym area
Game room
Rehabilitation area
        Hot/cold plunge pools
        In water treadmill
Dressing area for basketball court
Full regulation size indoor basketball court with large screen similar to commercial courts
3 car garage
Covered porches off of living areas with a summer kitchen
Elevated roof deck for entertaining
Elevator serving the two floors

Site features:

Swimming pool with jacuzzi and sun shelf
Pickleball court(s)
Walls fences and gates as needed
Driveways and parking areas

General:

We will organize the house, walls and landscape so there is privacy from the street and the subdivision on the east side of the canal.
Gated entry to motor court.

The description of spaces is preliminary and will be finalized with the client prior to commencement with the design.

**Phase I:  Design development**

David Lawrence Architecture Inc. hereafter referred to, as "The architect" will provide a design development package consisting of floor plans and elevations based on the client's list of spaces. Schematic design does not include any zoning services as none are anticipated.  The fee is based on a "linear" approval process, outlined as follows:

1.  The architect will visit the site and complete his analysis of site conditions.
2.  The owner and architect will revised the list of spaces for house. The list will be reviewed and approved by the client before we proceed with the design.
3.  The Architect will prepare the floor plan layout.  Based on your comments, we will adjust the layout.  The Architect will prepare up to four layouts and adjust it as necessary for the client to be satisfied with the plan as part of the base fee.  Additional layouts are at the hourly rates as shown in the general conditions.
4.  We will then develop the elevations to achieve the look of the building.  We will adjust based on your comments.  During this phase we will develop an exterior three-dimensional computer model of the building and give you a walk around in our office. Detailed modeling of the interior of the building is not included in the base fee.

Once one of the steps is complete and accepted by the client, revisiting previous decisions may result in additional costs if the changes cause us to revise work previously completed.   Changes made after drawings are complete or while the project is under construction will be at the hourly rates indicated in the general conditions.

When the design is complete, we will present the client with a design development package for final review and acceptance. Commencement of work on the construction plans constitutes acceptance, provided the client is aware that construction documents have commenced.
The interior elevations and material selections will be done by the interior designer.

**Phase II: Construction documents**

Architectural services:

Phase II, or the construction documents phase, will begin once the client has approved the architect's design development package or authorized commencement with the construction documents. Documentation shall include drawings as necessary for permitting and construction of the structure. The base construction plans, to use a term of art, are a "builders set". It does not contain interior elevations, finish specifications, plumbing or lighting selections. Cabinetry elevations are not included in the design development package. If the owner elects for the architect to do the interior design, this is an additional service.  The kitchen company will do the kitchen design. The cabinet contractor will prepare shop drawings for review and approval. Once complete, the architect will turn electronically signed and sealed pdf's to the contractor who will handle application for building permit. The pool and deck layout will be by the architect and the pool contractor will prepare engineered shop drawings for the pool.

Structural engineering:

A structural engineer will be retained to provide structural analysis and construction documents for the structural portion of the house. The fee is based on the following structural system:

1. Poured concrete slab for first floor.
2. Exterior balconies above grade to be poured concrete.
3. Exterior walls will be masonry and reinforced concrete walls.
4. Foundation system will be on slab on grade
5. Second floor to poured concrete or wood truss at owner's option
6. The roof will be pre-engineered wood trusses.

The fee assumes that the soils conditions will not require pilings. Pilings will result in a higher structural engineering fee as the foundation system is more complicated to create. To date, none of our houses along this part of Flagler have required pilings. We have an add alternate in the engineering fee in the event pilings are included. The base fee does not include the add alternate.

Mechanical Design:

The fee will include the design of the air conditioning and ventilation systems.
The fee includes the manual J load calculations and the energy calculations required for building permit.

Electrical Design:

The fee includes design of the buildings electrical system including placement of all electrical light fixtures and receptacles. The base fee includes provisions for a partial or whole house generator. The lighting control system will be by others if you choose to have one. Landscape lighting is included.

Plumbing Design:

The fee includes all plumbing waste risers and diagrams required by code. Fresh water risers are not required or included. The fee includes a gas riser for gas appliances and generator.

Geotechnical engineering:

This service is not included in the contract. The owner will contract these services directly and furnish a soils report to the engineer before he commences his work.

Landscape Architecture

Design of the landscaping and irrigation is included in this proposal. The landscape design will be more minimal in nature, complying with the code requirements as well as needed screening.

Interior design

The interior designer will be selected by the owner. The project will be a team approach, meaning the owner, architect and designer will have meetings to discuss the project. If the interior designer is going to offer opinions with respect to the building exterior, the architect needs to be present at those meetings to discuss their input. The architect is the prime professional when it comes to the exterior of the building.

4

Grading and drainage plan by Civil Engineer

This service is excluded in the contract.  A drainage plan will be required to apply for and obtain a building permit.   The owner will furnish topographic survey data (not included) so the engineer can do the grading plan.

Surveys

Surveys are not included in this contract.  The architect will be furnished with a boundary survey with all easements as well as a topographic survey.  We need a recent and valid survey to commence.

**Phase III: Bidding Assistance.**

If the owner elects to competitively bid the house, the architect will assist with providing a list of bidders.  We will hold a pre-bid meeting with the bidders.   During the bidding process we will field questions from the bidders and issue clarifications to all bidders. Once the bids are turned in, we will do a comparative analysis and make recommendations.

**Phase IV:  Permitting**                                              included in fee

The architect and his consultants will turn over electronically signed and sealed plans to the contractor who will handle application for building permit. He will need to fill out the building applications as well as provide the truss shop drawings needed for building application.  Fees quoted do not include the cost of a permit, impact fees or application costs. Fees include any revisions required to obtain a building permit.

The contractor will furnish the truss shop drawings (if needed) and product approvals.  The architect's fee does not include preparation of the product approval package. This shall be done by the general contractor. The architect and his consultant will review and stamp them as part of the base fee.  We will respond to the plan review comments and provide the contractor with the revised sheets.  We will meet with the building plan reviewer if needed to resolve issues as part of the base fee. The fee does not include any permit fees.

**Phase V: Construction period phase:  Administration of the Construction Contract**

During the construction process, the contractor may have questions and require clarifications. Also, the architect will need to visit the job site and review work to see it conforms with the intent of the design at critical construction phases. The architectural shop drawing review is included in the fee.   We do not charge for visits required to address issues with the drawings. We also strongly recommend using a roofing consultant to inspect the roof work.

**General conditions**

Fee Structure: The fee for design and construction documents is as follows:

| | |
|---|---|
| Design development | $25,000 |
| Construction Documents | |
|     Architectural | $50,000 |
|     Structural Engineering (add alt. pilings $4,000) | $32,000 |
|     Mechanical, Electrical and Plumbing | $24,000 |
|     Grading plan (Civil) | $6,000 |
|     Landcape architecture | $8,000 |
| | |
| **Fee for construction documents and design** | **$145,000** |

| | |
|---|---|
| Bidding assistance | hourly rates |
| Construction period services | hourly rates |
| Roofing consultant inspections | pass-through billing |

Additional services:

**Payment Schedule:**

| | |
|---|---|
| Retainer: | $5,000 |
| Upon acceptance of design | $20,000 |
| Upon submittal of 50% bid package | $35,000 |
| Upon receipt of plans for bid or permit | $80,000 |
| Upon receipt of approval of comments from plan review | $5,000 |
| **Fee for documents** | **$145,000** |

Construction period services shall be at the hourly rates as outlined in the general conditions. Full-time on-site construction supervision is not included in the fee. Interior design services are not included in the scope of work except as described in the design development section of the contract or as an additional service. We will select exterior colors and materials at no additional cost if the owner wishes as part of the base fee. If the architect is expected to sign the A.I.A certificate of payment documents, the owner must notify the architect in advance so he may make periodic visits to review the work as it progresses. Additional design services for work outside the scope will be provided at the owner's request as additional services in the line item above.

Hourly fees for services are:

| | | | |
|---|---|---|---|
| Architect | $200 | Project Manager/Sr. Draftsman | $115 |
| Draftsman | $90 | Office Staff | $55 |
| Structural Engineer | $150 | Civil Engineer | $150 |

| | | | |
|---|---|---|---|
| Truss shop drawing review | included | Concrete testing review | included |
| E-mail of plot files to printer | no charge | | |
| Copies and postage | reimbursable expense at 1.25 times cost | | |

Once the architect has received owner approval of the design development package, changes will be at the hourly rates shown in the general conditions. Should there be changes to reduce costs, the architects and the consultants will make changes based on hourly rates outlined above and in the consultant's documents. We will endeavor to work with the client to design the building using what we agree (client and architect) are the most economical methods of construction prior to commencement of final construction plans.

Either party may terminate this contract for any or no reason. The architect shall be compensated for services rendered up to the point of termination of the contract. In the unlikely event that any dispute leads to litigation, the owner and architect agree to submit to binding arbitration. If the owner terminates the contract, they are entitled to use the design to complete the project.

Except as outlined above, costs for document reproductions shall be at the rates shown above. The owner may elect to use his own printing service if he so chooses. The architect will furnish progress prints at intermediate progress, and sets as necessary as part of the fee. Prints for bidding are not included. We will furnish you with PDF's for bidding. If the project is placed on hold prior to application for building permit, the plans are good for the code version they are designed in. Additionally, if the project is placed on hold during design, the fee for engineering and architectural plans quoted in this proposal is good for six months from the date of the contract.

The designs and documents including electronic files are instruments of service of David Lawrence Architecture Inc. and are licensed for this singular use for the fee quoted.  This agreement permits the architect to take and use photographs and drawings of the building for marketing in any chosen media. The name, location and cost of the project will be withheld if the owner requests. This contract permits the architect to place his professional sign on the property.

**Limitation of Liability**:  To the fullest extent permitted by law, the total liability of Architect and Architect's officers, directors, employees, and agents to Client and any one claiming by, through or under Client, for any and all injuries, claims, losses, expenses, or damages arising out of or in any way related to Architect's services, the project or this Agreement, from any cause or causes whatsoever, including but not limited to, the negligence, errors, omissions, strict liability, breach of contract, breach of warranty of Engineer or its officers, directors, employees, agents, or any of them, shall not exceed $300,000 or the amount paid to Architect for professional services provided under this Agreement, whichever is greater. Client and Architect agree that this limitation of liability clause bears a reasonable commercial relationship to this Agreement and that this limitation is negotiated in large measure to allocate certain risks of Architect.  The client agrees that it may obtain a higher limitation of liability for an additional negotiated cost prior to commencement of Architect's professional services under this Agreement.

The Client and Architect waive all claims against each other for consequential damages arising out of or relating to the services provided pursuant to this Agreement, including, but not limited to, claims for rental expenses, losses of use, income, profit, financing, business, and reputation, and for loss of management or employee productivity out of the services of such persons.

## PURSUANT TO FLORIDA STATUTE § 558.035, AN INDIVIDUAL EMPLOYEE OR AGENT OF DAVID LAWRENCE ARCHITECTURE, INC. MAY NOT BE HELD INDIVIDUALLY LIABLE FOR DAMAGES RESULTING FROM NEGLIGENCE OCCURRING WITHIN THE COURSE AND SCOPE OF PROFESSIONAL SERVICES RENDERED UNDER THIS AGREEMENT.

The undersigned is authorized to execute contracts as owner for the property.

Accepted by:

_____          _____
Signature                                                          Date

_____
Ivan Latimore
(Please print name of signer)
Client







27 Jun 1974
Place of birth / Lieu de naissance / Lugar de nacimiento
NEW YORK, U.S.A.
Date of issue / Date de délivrance / Fecha de expedición
03 Oct 2017
Date of expiration / Date d'expiration / Fecha de caducidad
02 Oct 2027
Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 51

Sex / Sexe / Sexo
M
Authority / Autorité / Autoridad
United States
Department of State
USA

My Passaot Pictue to Validity at of USA At June of Accusations

P<USALATIMORE<<IVAN<NILES<<<<<<<<<<<<<<<<<<<<<
5612537913USA7406276M2710028504033638<877554



8-20-24

20.08.24   78
NICE CÔTE D'AZUR
1251

15.08.24   78
ROISSY - CDG
B 544

23.05.24   50
GENÈVE

MAY 23 2024

then   France
8-15-24

In   Geneva
5-23-24

So   I   cant   be
getting   Times   changed   on
a   stolen   car   while   in   France

## CourtAlert® Case Management

**From:** FLSB_ECF_Notification@flsb.uscourts.gov
**Sent:** 10/24/2025 4:31:53 PM
**To:** Courtmail@flsb.uscourts.gov
**Subject:** 25-01273-MAM Answer to Complaint Ferrari Financial

**\*\*EXTERNAL EMAIL\*\* - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

### U.S. Bankruptcy Court

### Southern District of Florida

Notice of Electronic Filing

The following transaction was received from Eisenberg, Randy entered on 10/24/2025 at 12:30 PM EDT and filed on 10/24/2025
**Case Name:** Ferrari Financial Services, Inc. v. Latimore
**Case Number:** 25-01273-MAM
**Document Number:** 17

**Docket Text:**
(Letter Construed as) Answer to Complaint Filed by Ivan Niles Latimore . (Eisenberg, Randy)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 25-1273.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1068065210 [Date=10/24/2025] [FileNumber=61289699 -0] [7ba57b209f5c6baf1505ced703648901963e93f8babe96a69bdbe006f79ae830a fb3295bf29eb2f47a3f5f46cf3066ab5e2ea4fcbecd3976f73d34cb48368e25]]

**25-01273-MAM Notice will be electronically mailed to:**

Carmen Contreras-Martinez on behalf of Plaintiff Ferrari Financial Services, Inc.
carmen.contreras-martinez@saul.com, aida.mclaughlin@saul.com;litigationdocketing@saul.com

Turner N Falk on behalf of Plaintiff Ferrari Financial Services, Inc.
turner.falk@saul.com, tnfalk@recap.email

**25-01273-MAM Notice will not be electronically mailed to:**

Ivan Niles Latimore
340 Royal Poinciana Way
328-322
Palm Beach, FL 33480

# EXHIBIT C

Page 1

1               UNITED STATES BANKRUPTCY COURT
                  SOUTHERN DISTRICT OF FLORIDA
2

3

IN RE:                        CASE NO. 25-15276-MAM
4

   IVAN NILES LATIMORE,
5

                 Debtor.
6    _____/

7

8                    341 MEETING OF CREDITORS

9                       June 12, 2025

10          The above-entitled cause came on for a Section

11   341 Meeting of Creditors before NICOLE TESTA-MEHDIPOUR,

12   one of the trustees in the UNITED STATES BANKRUPTCY COURT,

13   in and for the SOUTHERN DISTRICT OF FLORIDA, via Zoom, on

14   June 12, 2025, and the following proceedings were had.

15

16

17

18

19

20

21

22          Transcribed from a digital recording by:
                  Cheryl L. Jenkins, RPR, RMR
23

24

25

Page 2

1

2                       APPEARANCES VIA ZOOM:

3
                   NICOLE TESTA-MEHDIPOUR, Trustee
4
                          SAUL EWING, by
5                       TURNER FALK, Esquire
              On behalf of Ferrari Financial Services
6
                          - - - - - - -
7

8
                       WITNESS
9    Ivan Niles Latimore                            Page
       Examination by Ms. Testa-Mehdipour        4,21
10      Examination by Mr. Falk                     15
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          MS. TESTA-MEHDIPOUR:  The next case on the

2    docket is Ivan Niles Latimore, 25-15276.

3          MR. LATIMORE:  Good morning, ma'am.

4          MS. TESTA-MEHDIPOUR:  Okay, good morning,

5    sir.  This is Mr. Latimore?

6          MR. LATIMORE:  Yes, ma'am.

7          MS. TESTA-MEHDIPOUR:  May I have you start

8    your video, please?

9          MR. LATIMORE:  There you go.

10          MS. TESTA-MEHDIPOUR:  Okay.  How are you

11    today, sir?

12          MR. LATIMORE:  I'm good.  Thank you.

13          MS. TESTA-MEHDIPOUR:  Okay, and you're not

14    represented by a lawyer, is that right?

15          MR. LATIMORE:  No, ma'am.

16          MS. TESTA-MEHDIPOUR:  Okay, that's correct,

17    yes?

18          MR. LATIMORE:  Ah, yes, ma'am.

19          MS. TESTA-MEHDIPOUR:  Very good.

20          Let me swear you in first, please, sir.  If

21    you would raise your right hand.

22          Do you affirm to tell the truth, the whole

23    truth, and nothing but the truth under penalty of perjury?

24          MR. LATIMORE:  Yes, ma'am.

25    Thereupon,

Page 4

```
 1                    IVAN NILES LATIMORE,
 2   having been first duly sworn, was examined and testified
 3   as follows:
 4                       EXAMINATION
 5   BY MS. TESTA-MEHDIPOUR:
 6           Q.    Please state your full name for the record.
 7           A.    Ivan Niles Latimore.
 8           Q.    Thank you.
 9                 MS. TESTA-MEHDIPOUR:  Are there any
10   creditors here for Mr. Latimore?
11                 MR. FALK:  Yes, Ms. Mehdipour, this is
12   Turner Falk, counsel for Ferrari Financial Services.
13                 MS. TESTA-MEHDIPOUR:  Okay.  Yes, good
14   morning, Counsel.
15                 Let's see here.  All right, and will you be
16   asking any questions today?
17                 MR. FALK:  I guess it depends on what comes
18   before me, but likely, yes.
19                 MS. TESTA-MEHDIPOUR:  Sure.  Okay, and I'll
20   give you that opportunity.
21                 All right, and anyone else here?  I was
22   checking the waiting room to see if anybody joined late,
23   but I don't seem to see anyone.
24                 (No verbal response.)
25                 MS. TESTA-MEHDIPOUR:  Okay.  All right.
```

Page 5

1   I've reviewed the proof of Social Security and photo ID,

2   and it matches those as indicated on the 341 notice.

3              All right.  Just one moment, please.

4   BY MS. TESTA-MEHDIPOUR:

5        Q.   Okay.  Mr. Latimore, did you use a

6   bankruptcy petition preparer, or any other person to

7   assist you with the preparation or the filing of your

8   bankruptcy?

9        A.   No, ma'am.

10       Q.   Okay.  Thank you, sir.

11              And I don't see any real estate listed.  Are

12  you -- let me rephrase that.

13              You did list a property in West Palm Beach,

14  and you wrote in quotes, I was the owner.  Are you still

15  on the deed?  Is that still in your name, the -- I don't

16  want to read --

17       A.   The mortgage --

18       Q.   -- the address into the record.

19       A.   The mortgage is still active.

20       Q.   Okay, and it looks like they're trying to

21  get stay relief from -- to pursue the foreclosure

22  judgment.

23              Are you going to dispute that in any way?

24       A.   I mean, I don't know what that means,

25  actually.

1          Q.    Okay.  There's a hearing set for June 17th

2    at 10 a.m. on the lender's motion for stay relief, and I

3    can't give you legal advice, but if you believe you have a

4    position on that property, then you would need to attend

5    that hearing in front of the judge.

6          A.    Okay.

7          Q.    Okay.

8          A.    I mean, there's still the mortgage that was

9    in my name that I needed to get discharged, so I don't

10   know --

11         Q.    Okay.

12         A.    -- if that's on there.

13         Q.    Are you living there, at that property?

14         A.    No, that -- no.

15         Q.    Okay.

16         A.    There's no home on the property.

17         Q.    There's what?

18         A.    There's no home on the property.

19         Q.    There's no home on the property?  Was it

20   demolished?

21         A.    Yeah.

22         Q.    I see.  Okay, so it's just land now?

23         A.    Correct.

24         Q.    I see.

25         A.    All right, but there's still two mortgages

Page 7

1    on the property.

2            Q.    I understand.  Okay.  I understand now.

3                  All right, and then you list the 2022

4    Telluride, and it says I sold car.  So that is no longer

5    in your possession, and you're not --

6            A.    Correct.

7            Q.    -- on the title to that?

8            A.    The vehicle was sold as far as -- to another

9    person, so they have the notarized documents that it sold,

10   and they're working to get it out of the creditors -- out

11   of my name, into their name.

12           Q.    How much did you receive for the sale of

13   that car?

14           A.    They're taking over the payments.  I didn't

15   receive any money.

16           Q.    Thank you.

17                 Okay.  Do you currently have a car that

18   you're driving?

19           A.    No.

20           Q.    Okay.  No car in your name?

21           A.    No.

22           Q.    No car registered in your name?

23           A.    Just the Telluride.

24           Q.    Okay.

25           A.    They're working --

Page 8

1          Q.    Just that.

2          A.    -- to get it out of my name.

3          Q.    Thank you.

4          A.    Yes.

5          Q.    All right.  Did you sign your bankruptcy

6    petition, statements, schedules, and related papers, and

7    is the signature yours?

8          A.    Yes, ma'am.

9          Q.    Did you read those papers before signing

10   them?

11         A.    Yes, ma'am.

12         Q.    Are you personally familiar with all of the

13   information contained in those papers?

14         A.    Yes, ma'am.

15         Q.    Does the address on your bankruptcy petition

16   match your current address?

17         A.    Yes, ma'am.

18         Q.    Okay.  Have you listed all of your assets

19   and all of your creditors?

20         A.    Yes, ma'am.

21         Q.    Is this your first bankruptcy?

22         A.    Yes, ma'am.

23         Q.    And please tell me why you filed, sir.

24         A.    Financial hardship, multiple deaths in my

25   family that I had to be taken away from my job, and then I

Page 9

```
 1    got a DUI, which now I can't drive to the jobs that I had
 2    had.  So that's why I'm unemployed, and I'm unable to
 3    work --
 4              Q.    Okay.
 5              A.    -- and the financial hardship took me under.
 6              Q.    Okay.  So at this point right now, as you
 7    sit here, you're unemployed, is that right?
 8              A.    Yes, ma'am.
 9              Q.    Okay, and does anyone owe you money?
10              A.    No, ma'am.
11              Q.    Do you have any domestic support obligations
12    like child support or alimony?
13              A.    No, ma'am.
14              Q.    I have your tax returns for '23 and '24.
15    Are those true and correct copies of what you filed with
16    the IRS?
17              A.    Yes, ma'am.
18              Q.    Were you married in '23 or '24?
19              A.    No, ma'am.
20              Q.    Is anyone holding, other than the Telluride
21    that you just testified regarding, is anyone holding any
22    of your assets or property?
23              A.    No, ma'am.
24              Q.    Are you entitled to life insurance proceeds
25    or an inheritance as a result of someone's death?
```

(305) 358-8875

Page 10

1              A.      No, ma'am.

2              Q.      If that were to happen within 180 days from

3    the day you filed this bankruptcy, do you understand that

4    that money, or those assets would be property of this

5    bankruptcy estate, to pay your creditors, and you'd have

6    to tell me about it?

7              A.      Yes, ma'am.

8              Q.      Okay.  All right.  You list in your papers

9    Ferrari, quote, stolen car, 360-K, close quote.  Can you

10   please explain what happened there to me?

11             A.      Yeah, I purchased the car in 2021 from

12   Florida, Central Florida Ferrari.  The vehicle was stolen

13   from me.  State Farm, I filed a claim, and then they tried

14   to deny the claim based off of me not filing the police

15   report on time, and then Ferrari put a judgment on me.

16                   So Ferrari's here, because they want to take

17   the money, and they were in cahoots with State Farm.

18   State Farm didn't want to pay it, so now Ferrari's coming

19   after me.  So that's an unfair assessment of what they're

20   trying to do.

21             Q.      When you purchased the Ferrari, what year

22   did you say that was?

23             A.      It was December 2021.

24             Q.      Okay.  At that time, were you working?

25             A.      I was.

1          Q.    What was your annual salary at that time?

2          A.    I believe it was, what, 280, or 425 --

3          Q.    Okay.

4          A.    -- 425,000.

5          Q.    What kind of Ferrari did you purchase and

6    what year?

7          A.    It was a 2019 Portofino.

8          Q.    Okay.  How much was the purchase price?

9          A.    224, maybe, something like that.

10         Q.    Okay, and you said -- did you purchase it --

11         A.    I traded a 488 GTB in, and there was still

12   money owed on that car.  So through that, they rolled the

13   money over, which was owed, and I still put money down --

14         Q.    Okay.

15         A.    -- to be able to get that vehicle.

16         Q.    So let's break that apart.

17               When you -- what did you get on the trade-in

18   toward the purchase, approximately?

19         A.    About 200,000, I believe.  I mean, it's hard

20   to say how they do these things.  You know, the GTB was

21   250,000, then there's money owed, however they do it,

22   you've got to pay the dealer fees.  There's always some

23   gimmick.

24         Q.    What was your down --

25         A.    So you never get ahead on the dealer.

1      Q.    What was your down payment on the Portofino?

2      A.    I believe it was 10,000.

3      Q.    Okay, and did you finance it through

4 Ferrari?

5      A.    Ferrari Financial.

6      Q.    Who?

7      A.    Yes, they have their own bank.

8      Q.    Okay.  So you did it through Ferrari.

9            So did anyone co-sign on that loan?

10      A.    I've never had a co-sign on anything.

11      Q.    Okay.

12      A.    Everything's been in my name.

13      Q.    Okay.  You had the -- you said it was a GTB?

14      A.    Yeah, the 288 -- 488 GTB.

15      Q.    Is that also a Ferrari?

16      A.    Yes.

17      Q.    How did you afford that vehicle at that

18 point?

19      A.    I mean, I was working.  I was making -- I

20 was building gyms.  I was traveling.  I was training.  I

21 mean, I had substantial income.

22      Q.    Okay, and where you list in your papers, GM

23 Financial, stolen car.  That's a totally separate thing

24 from this?

25      A.    I mean, I had four cars that were stolen

Page 13

1    from me because I was out of the country, and somebody
2    obviously knew that I was into exotic cars.
3            Q.    Okay, and where -- let's go back to the
4    Ferrari.  Where was that housed?
5            A.    That was in California, actually.  It was in
6    Florida, but I did a car show, and it was transferred to
7    Blue Star, to my property in Beverly Hills, and it was
8    stolen --
9            Q.    Okay.
10           A.    -- while I was out of the country.
11           Q.    So the Ferrari was in Beverly Hills.  Was
12   that a property -- was that real -- did you own real
13   property in Beverly Hills or were you renting?
14           A.    That was a rental property.
15           Q.    Okay.
16           A.    And there's a police report on that as well.
17           Q.    Okay.
18           A.    So there was a police report given on that
19   vehicle from the Los Angeles Police Department, and State
20   Farm didn't want to honor that.
21           Q.    Okay.  So did you present that California
22   police report to State Farm as part of your claim?
23           A.    Yes, I did.
24           Q.    Okay.  So were the other vehicles stolen at
25   the same time as the Ferrari?

1          A.    Yes, they were.

2          Q.    So there were --

3          A.    They paid for the other ones.

4          Q.    Okay.  So a total of how many cars were

5     stolen at that point?

6          A.    Four vehicles.

7          Q.    Four vehicles.

8                Okay, and did you own any of the other

9     vehicles that had been stolen, other than the --

10         A.    They were all financed --

11         Q.    -- Portofino?

12         A.    They were just -- I mean, obviously when you

13    finance a car, they say you own it, but obviously you're

14    financing it.

15         Q.    Okay.

16         A.    So they were all financed through other

17    banks.

18         Q.    Right, but they were financed in your name,

19    and you were paying --

20         A.    Yes.

21         Q.    -- for them, right?

22         A.    Yes.

23         Q.    Okay.  Thank you.

24               MS. TESTA-MEHDIPOUR:  While we're on this

25    area, Counsel, do you want to ask any questions?

Page 15

1            MR. FALK:  Yes, I would like to.

2            MS. TESTA-MEHDIPOUR:  Go ahead.

3                     EXAMINATION

4   BY MR. FALK:

5        Q.    Mr. Latimore --

6        A.    Yes, sir.

7        Q.    -- the trustee had mentioned the listing in

8   your schedules for $25,000 to GM Financial for a stolen

9   car.  Which car does that relate to?

10        A.    That's a Corvette that was stolen that was

11   recovered, and they auctioned the car for $90,000.  There

12   was still $25,000 owed on the loan.

13        Q.    And when you said that insurance paid for

14   three of the four stolen cars, did you mean that it also

15   paid for this GM car?

16        A.    No, the GM -- so State Farm agreed to fix

17   the car.  I didn't want the car to be fixed because it was

18   -- if you would have saw what these people did to the car

19   that stole it, no one would want to be in a car that was

20   cigarette holes in a brand new car.  So they were supposed

21   to get everything done, they never did, so they took the

22   car.

23        Q.    I see.

24            And you said you bought the -- going back to

25   the Ferrari.  You said you bought the Ferrari in December

1    2021, right?

2          A.    Yes, sir.

3          Q.    And when did you say it was stolen?

4          A.    August, about the same time that car was

5    stolen, the same time the Corvette was, and the Durango.

6          Q.    August of which year?

7          A.    I have to look at the police report.  Let me

8    see.  If you give me a second, I don't want to get the

9    date incorrect.  Oh, I don't have that paper on me.  Can

10   you give me a second?  Let me look to see the --

11         Q.    I actually have a copy of the police report.

12   I can just sort of refresh your --

13         A.    Okay.

14         Q.    So, let's see.  The police report says that

15   you're alleging that this vehicle was stolen between

16   December 9th and 12th, 2022.  Does that sound right?

17         A.    That's not -- it says August, it should say

18   August, not December.

19         Q.    I'm sorry, September.

20         A.    September.

21         Q.    September 9th to 12th, 2022, is that roughly

22   when you're saying it was stolen?

23         A.    I believe so, yes.

24         Q.    And when did you make this California police

25   report?

Page 17

1          A.    The same time I made the other ones, and

2    State Farm is -- State Farm has a special investigator,

3    this guy Doug Goldman.  They didn't do their work, so he

4    made me go -- let me give you an example.  Beverly Hills

5    is here, Los Angeles is here.  One police department works

6    with the other.

7               So, when I called Beverly Hills, they said

8    they didn't take it because it was on Beverly Glen.  So,

9    Beverly Glen on this side is Los Angeles.  So, there's two

10   different jurisdictions based on the side where the car

11   was dropped off at.

12              So, then I filed it with Los Angeles.

13   Los Angeles then sent me back to Beverly Hills.  Beverly

14   Hills took the other two cars because they were on this

15   side of the street.  So, it's real technical, the

16   situation that was going on.  That's why one report was

17   filed on time, and the other wasn't filed on time, because

18   they were two different jurisdictions.  That's the whole

19   nickel and dime of why this situation is being really

20   tricky on -- there's two police reports.

21        Q.    And would it surprise you if I said the

22   police report reporting the Ferrari stolen looks like it

23   was filed in April of 2024?

24        A.    See, that's where you're incorrect, because

25   Mr. Goldman said he was doing his homework, and he

1    couldn't get it from LAPD.

2               So, I finally got a detective on that day to

3    write the report, on April 24th.  That's not when it was

4    taken.  He wrote in the report on the day that it

5    happened.  So, Mr. Goldman tried to trick me up, and had

6    me get a report, because he said their investigator

7    couldn't get it.

8               Okay.  So, I called a detective to be able

9    to get that report on April 24th, after Mr. Goldman said

10   he couldn't get it.  So, it wasn't when it was filed.  It

11   was filed way back in 2021 with the Corvette and the

12   Durango.

13        Q.    Would it surprise you to learn that someone

14   tried to renew the registration of this Ferrari in your

15   name after the date that you reported it stolen?

16        A.    Yeah, Mr. Bomont (phonetic), the attorney

17   told me that.  DMV told me that.  And the same thing with

18   the other vehicle, there was a wrecker's name put on it,

19   and the detective, I contacted him and said this was a

20   problem, Mr. Bomont from Boca Raton.

21               So, there were multiple vehicles that were

22   stolen that they ran the VIN number.  Obviously, it wasn't

23   me.

24        Q.    Do you have any idea who might have been

25   trying to renew that registration?

1          A.    I have no idea.  I'm nowhere near there.

2     I'm in upstate New York.

3               MR. FALK:  I see.

4               Ms. Mehdipour, this is the end of my line of

5     questioning about the car, but I did have two or three

6     questions about the real property, which is not --

7               MS. TESTA-MEHDIPOUR:  Sure, go right ahead.

8     BY MR. FALK:

9          Q.    Mr. Latimore, have you ever heard of a

10    company called Casa de Greatness, LLC?

11         A.    Yeah, that's who I sold the property to.

12         Q.    The property that no longer has a house on

13    it?

14         A.    Correct.

15         Q.    And how much did you sell the property for?

16         A.    I don't have any of that paperwork on me.  I

17    don't really know how that worked.  I knew that I was in

18    financial trouble with the person that I sold it to.  So,

19    whatever was owed to them was sold in a quick claim deed.

20         Q.    And what was the name of the person you

21    interacted with at Casa de Greatness?

22         A.    Jeff Remington.

23         Q.    And how did you come to meet Jeff or

24    Casa de Greatness?

25         A.    They had been doing multiple, like, security

Page 20

1    jobs for my properties and vehicles for years.

2        Q.    And when did you make this sale to

3    Casa de Greatness?

4        A.    I believe when I had to leave town.  Like I

5    said, I had multiple deaths in my family and I left town.

6        Q.    Roughly when was that?

7        A.    Let me see.  I could look at the death

8    certificate maybe.  2023, 2023.

9        Q.    And just to be clear, you do not recall how

10   much you sold this property for?

11       A.    No.  I did a quick claim deed, as I said.  I

12   owed this person quite a substantial amount of money over

13   the years for their work that I was unable to pay.

14       Q.    All right.  So this was basically them

15   forgiving the debt in exchange for getting the quick claim

16   deed?

17       A.    Correct.

18       Q.    And how much debt did you owe them at the

19   time that they forgave it?

20       A.    450, 600,000, something like that.  I'm not

21   100 percent sure of the exact amount.

22            MR. FALK:  Ms. Mehdipour, that concludes my

23   questioning for now, but I'm going to reserve the right to

24   come back in if I need to.

25            MS. TESTA-MEHDIPOUR:  Sure, sure.

1          Are you intending to take a 2004?

2          MR. FALK:  I guess I'll have to consult with

3    my client about --

4          MS. TESTA-MEHDIPOUR:  Okay.

5          MR. FALK:  -- the go-forward strategy.

6          MS. TESTA-MEHDIPOUR:  Sure.  Would you let

7    me know?

8          MR. FALK:  I will.

9          MS. TESTA-MEHDIPOUR:  Thank you so much,

10   Counsel.

11                  CONTINUED EXAMINATION

12   BY MS. TESTA-MEHDIPOUR:

13        Q.   Okay.  Mr. Latimore, just a couple of other

14   questions.

15             You have another entry here that says,

16   Synchrony, stolen Polaris, $6,000.

17        A.   Yes, ma'am.

18        Q.   Was that part of the theft that took place

19   in the September 9th, '22 police report, or was that

20   separate?

21        A.   I'm not sure exactly when that was, but

22   there was -- it's on my credit report, that insurance paid

23   it, but they didn't pay what was -- I guess, $1,200 that

24   was left over on the payments.

25        Q.   Okay.  Do you have --

Page 22

1           A.     That's why I listed it, as on the credit
2    report.
3           Q.     Okay.  Do you have any documentation to show
4    what insurance paid, for example, copies of the checks, or
5    a statement, or anything along those lines for any of
6    these claims that you made to your insurance company?
7           A.     I don't have any paperwork, just this last
8    bankruptcy stuff.
9           Q.     Okay.
10          A.     I literally don't keep stuff.
11          Q.     Okay, but if you received any insurance
12   proceeds, would you have deposited those checks into a
13   bank account?
14          A.     No, I don't have a bank account.
15          Q.     Okay, and when was the last time you had a
16   bank account in your name?
17          A.     When Ferrari garnished my last wages.
18          Q.     And when was that?
19          A.     I think two years ago.
20          Q.     So, two years ago?
21          A.     Yeah, Mr. Falk may know the exact date.
22   Contreras (phonetic), I tried to stop them from garnishing
23   wages.  They got a stay to garnish wages out of Bank of
24   America, Chase --
25          Q.     Okay.

Page 23

1           A.    -- Wells Fargo.  So I closed all those
2  accounts.
3           Q.    Okay.  So you at one point had three
4  accounts with Bank of America, Wells Fargo, and Chase?
5           A.    Yes, ma'am.
6           Q.    Okay, and that could have been sometime in
7  '23?
8           A.    Yeah, I believe whenever State Farm -- or
9  whenever Ferrari started garnishing the wages, I closed
10 them down.
11          Q.    Okay.  Latimore Enterprises, is that
12 operating?
13          A.    No.
14          Q.    When did it stop operating, and what did it
15 do?
16          A.    Latimore Enterprises built gyms, worked with
17 a lot of police officers, as far as training.  Yeah,
18 that's -- high-end physical fitness, high-end knowledge of
19 mixed martial arts, building gyms, building facilities.
20          Q.    When did that entity stop operating?
21          A.    When I had multiple deaths in my family, I
22 had to go take care of family members.
23          Q.    Do you recall what year that was?
24          A.    It had to be 2023.
25          Q.    Okay, and then what about -- so is it

Page 24

```
 1    correct to say that Latimore Enterprises has no assets and
 2    no bank accounts?
 3            A.    Correct.
 4            Q.    What is Gifted 30, 3-0, LLC?
 5            A.    That was a company that I did start in
 6    Florida, just to have a company in Florida, because
 7    Latimore Enterprises was in California.  So I started
 8    Gifted 30, I was transferring it over from Latimore
 9    Enterprises to Gifted 30, because Latimore Enterprises was
10    (inaudible) -- so I needed to get an LLC.  That's why I
11    was transitioning, but I've since closed Gifted 30 down.
12            Q.    Okay, and when did you stop operating or
13    using that name, Gifted 30, LLC?
14            A.    Right, when Ferrari was trying to take money
15    from me, when State Farm wasn't willing to pay for a car
16    that I'm paying insurance for 30 years on, that I've had
17    insurance for 30 years with State Farm, and they stopped
18    paying --
19            Q.    So what year was that then?
20            A.    -- (inaudible) vehicle?
21                  2023, I believe.
22            Q.    Okay, and Gifted 30, LLC has no assets right
23    now?
24            A.    No.
25            Q.    As of the date of your petition, the same
```

Page 25

1    thing, no assets?

2         A.    Yes, ma'am.

3         Q.    No bank accounts?

4         A.    No.

5              MS. TESTA-MEHDIPOUR:  Okay.  All right.  I

6    do have other cases, and so what I'm going to do is reach

7    out to you, Mr. Latimore, if we need to take any further

8    depositions.

9    BY MS. TESTA-MEHDIPOUR:

10        Q.    You did -- one thing, though.  You did list

11   cash.  Are you holding $2,000 in cash?

12        A.    That's been spent, that was a month ago.

13        Q.    Okay, but as of the day you filed for

14   bankruptcy, which is a snapshot of what you had, did you

15   have the $2,000 in cash?

16        A.    Yes, ma'am.

17        Q.    Okay.  Nothing more than that?

18        A.    No.

19        Q.    All right, and then on your Statement of

20   Financial Affairs, specifically Number 18, you list an

21   entry that says, all tools stolen 75,000.  Is that right?

22        A.    Yes, ma'am.

23        Q.    And that's part of the same theft or

24   separate?

25        A.    That was a separate theft that was filed

Page 26

1    with the LoanCare Insurance, and they paid out to the loan
2    company.

3            Q.    Okay.

4            A.    I didn't get any money.

5            Q.    Was that -- did you say that was with
6    State Farm, I couldn't hear you, or another company?

7            A.    No, that was the -- that's the forced place
8    insurance on the property.

9            Q.    Thank you.

10               All right.  Just a couple more questions.

11               Other than everything you've testified to
12   today, and what you have in your bankruptcy papers, have
13   you transferred any of your property or assets with a
14   value of more than $2,500 in the last four years?

15           A.    No, ma'am.

16               Besides the property, you said, correct?

17           Q.    Besides anything in your papers or what
18   you've told us about today.

19           A.    Yeah, yeah, no, ma'am.

20           Q.    Okay.  Have you borrowed money from any
21   friends or family, and in the year before your bankruptcy
22   repaid those monies?

23           A.    No, ma'am.

24           Q.    And have you read the bankruptcy information
25   sheet that's posted by the U.S. Trustee's Office?

Page 27

1           A.    Yes, ma'am.

2                 MS. TESTA-MEHDIPOUR:  All right.  So, I will

3     conclude the 341, wish you the best of luck, sir, and if

4     we need anything further, I will reach out to you, okay?

5     You may disconnect.

6                 MR. LATIMORE:  All right.  Thank you.

7                 MS. TESTA-MEHDIPOUR:  Thank you.  Thank you,

8     Counsel.

9

10

11

12

13                (Thereupon, the 341 Meeting of Creditors was

14    concluded.)

15

16

17

18

19

20

21

22

23

24

25

Page 28

1

2                          CERTIFICATION

3

4    STATE OF FLORIDA        :

5    COUNTY OF MIAMI-DADE    :

6

7              I, Cheryl L. Jenkins, RPR, RMR, Shorthand

8    Reporter and Notary Public in and for the State of Florida

9    at Large, do hereby certify that the foregoing Section 341

10   Meeting of Creditors was transcribed by me from a digital

11   recording made on the date and at the place as stated in

12   the caption hereto on page 1; that the foregoing

13   computer-aided transcription is a true record to the best

14   of my ability of said proceedings.

15              WITNESS my hand this 10th day of

16   February, 2026.

17

18

19          _____

20             CHERYL L. JENKINS, RPR, RMR

21             Court Reporter and Notary Public
            in and for the State of Florida at Large
22                 Commission #HH 715336
                    December 27, 2029
23

24

25

# EXHIBIT D

Page 1

1              UNITED STATES BANKRUPTCY COURT

               SOUTHERN DISTRICT OF FLORIDA

2                WEST PALM BEACH DIVISION

3

4                            CASE NO. 25-15276-MAM

5

6    IN RE:

7     IVAN NILES LATIMORE,

8                Debtor.

     _____/

9

10

11

12

13                  ECF# (41) and (44)

14                   July 29, 2025

15              The above-entitled cause came on for hearing

16   before the Honorable ERIK P. KIMBALL, Chief Judge of the

17   UNITED STATES BANKRUPTCY COURT, in and for the SOUTHERN

18   DISTRICT OF FLORIDA, at 1515 North Flagler Drive, West

19   Palm Beach, Palm Beach County, Florida, on July 29, 2025,

20   commencing at or about 10:00 a.m., and the following

21   proceedings were had.

22          Transcribed from a Digital Recording By:

              Anna M. Meagher, Shorthand Reporter

23

24

25

Page 2

1                          APPEARANCES:

                    (Via Zoom Video Conference:)

2

3                      Furr & Cohen, P.A., by

                     Alan R. Crane, Esquire

4            On behalf of the Chapter 7 Trustee

                 Email:  Acrane@furrcohen.com

5

6              Saul Ewing Arnstein & Lehr, by

                    Turner N. Falk, Esquire

7          On behalf of Ferrari Financial Services, Inc.

                 Email:  Turner.falk@saul.com

8

9                  Ivan Niles Latimore, Pro Se

10

11                      - - - - - - -

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    THE CLERK:  The next matter we have is Ivan

2    Niles Latimore, Case No. 25-15276.

3                    Mr. Latimore?

4                    MR. LATIMORE:  Good morning.

5                    THE COURT:  Good morning.

6                    THE CLERK:  Mr. Falk?

7                    MR. FALK:  Good morning, Your Honor.

8                    THE CLERK:  Mr. Crane, are you appearing for

9    this case?

10                   MR. CRANE:  Yes.

11                   Good morning, Your Honor.  Alan Crane on

12   behalf of Nicole Testa Mehdipour, the Chapter 7 trustee in

13   the case.

14                   THE CLERK:  I believe that's it.

15                   THE COURT:  Is -- Mr. Falk?

16                   MR. FALK:  Yes, Your Honor.  Turner Falk of

17   Saul Ewing, counsel for -- I guess, objector/movant,

18   Ferrari Financial Services.

19                   THE COURT:  Right.  And so it is your -- why

20   don't we hear from you first, and then I'll hear from the

21   trustee.

22                   MR. FALK:  Certainly, Your Honor.

23                   And I'll just point out before I begin that

24   I believe the trustee's objection to the exemptions is

25   identical with some of the bases asserted in Ferrari's

Page 4

1  objection.

2              THE COURT:  Yes, I've read both.

3              MR. FALK:  Wonderful, Your Honor.

4              So Ferrari Financial Services has filed this

5  objection to the debtor's claimed exemption that appears

6  to be an attempt to claim a homestead-like exemption in a

7  piece of real property.  But both legally and factually,

8  this exemption is invalid.

9              The first thing that I'll point out, Your

10 Honor, is that no response has been filed.  This objection

11 is unopposed and should be granted on that basis alone.

12             THE COURT:  Well, you should hit the

13 substance of the objection, because in this court, we

14 don't require a response unless the rules provide that a

15 response is required, or we enter an order saying so.

16             So, of course, there can be a response

17 during this hearing, which I assume would follow your

18 presentation.

19             MR. FALK:  Thank you, Your Honor.

20             And just so that I can be sure that I'm not

21 sort of skipping something procedurally that I can't get

22 back to, what I'd like to do is outline, on a legal basis,

23 what the objection is, and then, if Your Honor believes

24 it's appropriate, since Mr. Latimore is here on the call

25 with us, I would intend to call him as a witness to ask

Page 5

1    him just a very few questions.

2                    THE COURT:  This is not an evidentiary

3    hearing.  If there is a dispute with regard to a factual

4    matter, which is necessary to resolve the objection, it

5    would be heard on another day.

6                    So if you could launch into your

7    presentation, that would be useful.  This is the motion

8    calendar, and there are other people here.  So we're not

9    devoting a half an hour to this.

10                   MR. FALK:  Understood.  Thank you, Your

11   Honor.

12                   THE COURT:  Go ahead.

13                   MR. FALK:  I'll be brief.

14                   Your Honor can take judicial notice of the

15   contents of the debtor's schedules.  On the debtor's

16   schedules, he asserts that he does not own a specific

17   piece of real property at 555 Gun Club Road, West Palm

18   Beach, Florida.  He asserts in the schedules that he

19   transferred that property away to some other person prior

20   to the filing of the bankruptcy.

21                   On his Schedule C, where the exemptions are

22   listed, he then attempts to exempt, allegedly, $600,000 in

23   some unspecified real estate.  It is a legal necessity

24   that the debtor own property he is seeking to exempt, and

25   he says he does not own this property, so he cannot exempt

1    it.  That's the first basis that this exemption should be

2    denied.

3              The second basis is that an exemption is

4    only valid if there is a legitimate legal basis for that

5    exemption.  The schedules don't specify any legal basis

6    for the exemption.  I have sort of filled in the gaps that

7    this may be an attempt to claim a homestead exemption, but

8    it is both larger than the permitted homestead exemption

9    allowed under the Code.  The debtor alleges that he is not

10   claiming an exemption in excess of $214,000, and then

11   claims an exemption in excess of $214,000.  Without any

12   legal basis, the debtor can't succeed in proving out his

13   exemption, and that is a separate second basis on which

14   this exemption should be denied.

15             And the third legal basis is that if we

16   interpret things in the light most friendly to the debtor,

17   we could say this might be an attempt to avail himself of

18   Florida's homestead exemption law, but this debtor can't,

19   based on his own admissions in the schedules.  This

20   particular property is not listed as the debtor's

21   residential address on the schedules.  The Florida -- the

22   applicable Florida law -- I believe it's the Constitution

23   of Florida that's actually the underlying source for this

24   homestead exemption -- requires that a property that's

25   exemptible as a homestead fit within an acreage

1    limitation, be owned by the person claiming the exemption,

2    and be the residence of the person claiming the exemption.

3    The debtor on his schedules swears that he does not reside

4    here, and, in fact, he can't reside here because this is

5    actually a piece of raw land that used to have a house on

6    it, but that house has been destroyed.  No one can reside

7    there.

8              And, additionally, the house -- this parcel

9    land is too large to fit within the area limitation, but I

10   believe that even with just the information you can take

11   judicial notice of from the debtor's schedules, he's sworn

12   he does not live here, and so he cannot claim a homestead

13   exemption based on a residence where he does not reside.

14   This is the third separate basis for denial of the

15   exemption.

16             THE COURT:  Anything else?

17             MR. FALK:  Without -- just based on the

18   legal arguments and the things that Your Honor may

19   judicially notice, this is all.

20             THE COURT:  Thank you.

21             Mr. Crane.

22             MR. CRANE:  Yes, Your Honor.  Let me tell

23   you more about what was going on.

24             On May 7th, 2021, Mr. Latimore purchased a

25   property located at 555 Gun Club Road.  On October 30th of

Page 8

1    2023, Mr. Latimore quick claimed that property to Casa de

2    Greatness, LLC.  It is believed that that was an entity

3    owned by Mr. Latimore based upon my review of the

4    foreclosure complaint.  But Sunbiz does not record -- does

5    not have a listed Casa de Greatness, LLC on it, so I don't

6    know if it's another -- if it was never formed, but

7    certainly the property appraiser's office says that in

8    October 30th of 2023, there was a deed transferring the

9    property from the debtor to Casa de Greatness.  Then there

10   was a foreclosure proceeding that happened in state court.

11   There's a surplus of about $38,000 that's sitting in the

12   court registry, as far as I can tell.

13              The property was then -- on March 19th,

14   2025, a certificate of title was issued in favor of

15   someone who purchased the property at the foreclosure

16   sale, and that sale was confirmed by the clerk's office.

17   So when the bankruptcy was filed, Mr. Latimore does not

18   have and had not had a homestead interest in the property.

19              And so reiterating what counsel for creditor

20   said, I wanted to give you the flavor, and this is -- or

21   the rest of it, based upon my reading of the court files

22   and the property appraiser's office.

23              THE COURT:  Thank you.

24              Mr. Latimore.

25              MR. LATIMORE:  Good morning, sir.  How are

Page 9

1    you?

2              THE COURT:  Good.  How are you?

3              So what is your response?

4              MR. LATIMORE:  I have a -- I have a

5    response.  First off Ferrari Financial shouldn't be

6    involved in this, because the vehicle that they're

7    claiming was stolen --

8              THE COURT:  Okay.  Stop.  They have a

9    judgment.

10             Next, what is your next response?

11             MR. LATIMORE:  So I'm not allowed to --

12             THE COURT:  No.  No, they have a judgment.

13   They have standing to participate in your bankruptcy case,

14   so go on to the next argument.

15             Also the trustee --

16             MR. LATIMORE:  Okay.  So --

17             THE COURT:  -- the trustee has lodged the

18   same objection, and the trustee clearly has standing to

19   state the objection.

20             So next.

21             MR. LATIMORE:  Okay.  So the lawyers are

22   claiming that -- they keep claiming this Casa de Greatness

23   is my name.  That's false.  And if they did their

24   homework, it's not on the Sunbiz.  It's another company

25   out of Wyoming --

Page 10

```
 1                    THE COURT:  Okay.  So --
 2                    MR. LATIMORE:  -- so --
 3                    THE COURT:  -- let me --
 4                    MR. LATIMORE:  -- it's under --
 5                    THE COURT:  -- let me -- stop --
 6                    MR. LATIMORE:  -- it's under the other
 7     person's name --
 8                    THE COURT:  -- stop --
 9                    MR. LATIMORE:  -- that I don't know.
10                    THE COURT:  -- stop.  Don't talk when I'm
11     talking.
12                    So what is the address of the building that
13     we're talking about 5555, is it four fives in a row?
14                    MR. LATIMORE:  Yes.
15                    MR. CRANE:  Yes.
16                    THE COURT:  Okay.  Well, both counsel used
17     only three fives.
18                    And so do you own that home or any property
19     there, Mr. Latimore?
20                    MR. LATIMORE:  The property was still in a
21     deed.  So there's a title and there's a deed, so --
22                    THE COURT:  Okay.  No --
23                    MR. LATIMORE:  -- the deed is not --
24                    THE COURT:  -- yeah, I want you to answer my
25     question.  It's a yes or no question.
```

Page 11

```
 1                    You, Ivan Latimore, do you own the property
 2   at 555 --
 3                    MR. LATIMORE:  The deed is still in my
 4   name --
 5                    THE COURT:  The deed --
 6                    MR. LATIMORE:  -- the deed is still --
 7                    THE COURT:  -- is still in your name?
 8   Really?
 9                    MR. LATIMORE:  Yeah, the title is not.  The
10   deed is.
11                    THE COURT:  Okay.  The objection is
12   sustained for all the reasons stated in the trustee's
13   objection.  You may tender a proposed order each of you.
14                    Mr. Latimore, you are --
15                    MR. LATIMORE:  (Inaudible.)
16                    THE COURT:  Mr. Latimore, your admissions in
17   your own schedules indicate that you cannot claim an
18   exemption in this property.  I am sustaining the
19   objections.  I'll expect an order from each counsel.
20                    MR. FALK:  Thank you, Your Honor.
21                    THE COURT:  Thank you.
22                    MR. LATIMORE:  What an idiot.
23                    (Whereupon, the hearing was concluded.)
24
25
```

Page 12

1

2

3                              CERTIFICATION

4

5   STATE OF FLORIDA        :

6   COUNTY OF BREVARD        :

7

8              I, Anna M. Meagher, Shorthand Reporter, do

9   hereby certify that the foregoing proceedings were

10  transcribed by me from a digital recording held on the

11  date and from the place as stated in the caption hereto on

12  Page 1 to the best of my ability.

13              WITNESS my hand this 7th day of

14  January, 2026.

15

16  _____

17              ANNA M. MEAGHER,

             Shorthand Reporter

18

19

20

21

22

23

24

25

# EXHIBIT E

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                          Chapter 7

IVAN NILES LATIMORE,                            Case No. 25-15276-MAM

      Debtor.

_____/

FERRARI FINANCIAL SERVICES, INC.                Adv. Case No. 25-01273-MAM

      Plaintiff,

v.

IVAN NILES LATIMORE,

      Defendant.

_____/

**FERRARI FINANCIAL SERVICES, INC.'S FIRST SET OF INTERROGATORIES,
REQUESTS FOR PRODUCTION OF DOCUMENTS, AND REQUESTS FOR
ADMISSIONS**

Plaintiff, FERRARI FINANCIAL SERVICES, INC. ("**FFS**"), through undersigned

counsel, hereby requests pursuant to Rules 33, 34, and 36 of the Federal Rules of Civil Procedure

(the "**Federal Rules**") as made applicable herein pursuant to Rules 7033, 7034, and 7036 of the

Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") that IVAN NILES LATIMORE

("**Defendant**" or "**Debtor**"), (i) answer the following interrogatories (each an "**Interrogatory**") in

writing, separately, and under oath, (ii) respond to the following requests for production of

documents (each a "**Document Request**") and produce documents responsive to the Document

Requests to FFS via email: **Saul Ewing LLP, 1735 Market Street, Centre Square West, 34**[th]

**Floor, Philadelphia PA 19103, Attn: Turner N. Falk**, turner.falk@saul.com and (iii) answer the

following requests for admissions (each an "**RFA**").  The Interrogatories, Document Requests and

RFAs (collectively, the "**Discovery Requests**") are to be read and responded to in accordance with

the following Definitions and Instructions.

## DEFINITIONS

As used herein, unless specifically indicated otherwise, the following terms shall have the indicated meanings:

1.      As used herein, "Debtor" means IVAN NILES LATIMORE.

2.      As used herein, "Petition Date" means May 12, 2025, the date petition was filed commencing the Debtor's bankruptcy case.

3.      As used herein, the "Vehicle" means a 2019 Ferrari Portofino, VIN # ZFF89FPA6K0239003.

4.      As used herein, the "Property" means the real property located at 5555 Gun Club Road, West Palm Beach, FL 33415

5.      As used herein, "CASA" means a purported entity named CASA DE GREATNESS LLC.

6.      As used herein, "you" and "your" or "Defendant" means the Debtor, the defendant in this adversary proceeding and his officers, directors, representatives, servants, workmen, representatives, employees, contractors, accountants, attorneys, investigators, indemnitors, insurers, consultants, sureties, agents, and other persons acting or purporting to act in the Debtor's name. "You" and "your" or "Defendant" shall be construed to mean also the Debtor's predecessors in interest, including, where applicable, the Debtor.

7.      As used herein, "persons" means any natural person or entity, including without limitation individuals, partnerships, firms, associations, joint ventures, corporations, or other entities, whether real or fictitious.

8.      As used herein, "Complaint" means the complaint that was filed under the adversary case number appearing on the caption of the instant document including any amendments thereto, at Adv. D.I. 1.

9.      As used herein, "Answer" means the Debtor's purported answer to the Complaint filed in the instant adversary proceeding, including any amendments thereto.

10.     As used herein, "Document" means and includes all written, recorded, transcribed or graphic matter of every nature, type and kind, however and by whoever produced, reproduced, disseminated, including but not limited to any writings, recordings, or photograph, whether original or duplicate, as defined in Federal Rules of Evidence 1001, Federal Rule of Civil Procedure 34(a), and Bankruptcy Rule 7034, inclusively, including (but not limited to) inter-office memorandum, general credit policy(ies) regarding the Debtor's account, notes to file, facsimile transmissions between the FFS and Defendant (irrespective of sender), email correspondence between the FFS and Defendant (irrespective of sender) and information obtained from outside reporting services, UCC searches, legal searches and through discussions at industry trade group meetings.

11.     As used herein, "debt" means liability on a claim, as defined in section 11 U.S.C. § 101(12).

12.     As used herein, "ESI" has the meaning ascribed to it in Federal Rules of Civil Procedure 16, 26, and 34(a).

13.     As used herein, the term "identify" when used in reference to a person, means to set forth:

    A.      The person's name;

    B.      The person's present or last known business address, email, and telephone number;

    C.      The person's present or last known residence address and telephone number;

    D.      The person's present employer and position.

3

14.     As used herein, the term "identify" when used in reference to a Document, means to set forth:

      A.     its date and approximate date of preparation;

      B.     its title, if any;

      C.     the type of Document (e.g., letter, memorandum);

      D.     its substance;

      E.     the present or last known location and custodian of it and of any copies; and

      F.     the identity if each person who was its author and/or signatory, along with all of the information specified in paragraph 11 above concerning such person(s).

15.     As used herein, the term "identify" when used in reference to a payment or to the transfer of property, means to set forth:

      A.     if the payment or other transfer was completed in the course of a single day, state the date of that day;

      B.     if the payment or other transfer was not completed in the course of a single day, state:

            1.     the date the transferor sent the property to the transferee; and

            2.     the date the transferee received the property.

      C.     the method of payment or other transfer (i.e., check, cash, cashier's check);

      D.     if the payment or other transfer was by check, state:

            1.     the date of the check;

            2.     the amount of the check;

            3.     the payor of the check;

            4.     the payee of the check;

            5.     the endorser of the check;

            6.     the date the check was cashed or deposited by the payee; and

            7.     if the check was returned for insufficient funds and later redeposited, the date the check was returned and the subsequent date on which the check was honored.

      E.     state the transferor and transferee of the property transferred;

      F.     state the nature and amount of the property transferred;

      G.     state the benefit or consideration received by the transferor in exchange for the property transferred; and

      H.     state all Documents relating or referring to the payment or other transfer.

16.     The term "or" includes "and."

17.     The term "any" includes "all."

18.     The use of either the singular or plural shall not be deemed a limitation and the use of the singular should be considered to include the plural and vice versa.

19.     As used herein, the term "creditor" shall be defined as set forth in 11 U.S.C. § 101(10).

## INSTRUCTIONS

A.     The Discovery Requests are continuing so as to require supplementation if additional information or documents hereafter are obtained or discovered which may augment or otherwise modify the information that You provide and documents that You produce. Supplementary information in response to Interrogatories and documents in response to Document Requests must be served and/or produced reasonably promptly after receipt or discovery of such information or documents.

B.     Your duty to respond to the Discovery Requests includes furnishing of all information, documents and materials which are in Your possession, custody or control or otherwise available to You, including all information, documents and materials which can be obtained from additional sources or in the possession of Your agents, representatives, employees, investigators, attorneys, or anyone acting on Your behalf.  If You are unable to locate any requested information or document after exercising due diligence to secure such information or document, then You are required to so state and include all relevant detail regarding Your efforts to locate any such requested information or documents.

C.      In the event that any Document requested herein is not presently in Your possession or subject to Your control, please identify each person You have reason to believe had or has possession of such Document or knowledge of its contents.

D.      If any Document is not produced under a claim of privilege or discovery doctrine, for each such Document identify the nature of the privilege or discovery doctrine that is being claimed, indicate the Document Request to which the Document is responsive, and provide the following information, unless divulgence of such information would cause disclosure of the allegedly privileged information: (1) the type of Document, including the number of pages, and attachments or appendices; (2) the date of the Document; (3) the author of the Document; (4) each addressee of the Document, and, where not apparent, the relationship of the author and the addressee(s) to each other; (5) the general subject matter of the Document; and (6) such other information sufficient to identify the Document for a subpoena *duces tecum*.

E.      In the event You assert common interest privilege as a ground for non-production of any Document or provision of any information in response to the Discovery Requests, state the date of such executed common interest agreement, the general subject matter thereof, parties to such common interest agreement, and produce a copy of such agreement.

F.      In the event that any Document responsive to a Document Request has been destroyed, discarded, or otherwise disposed of, identify the Document by stating its: (a) author or preparer; (b) addressee(s); (c) indicated or blind copies; (d) date; (e) subject matter; (f) number of pages; (g) attachments or appendices; (h) all Persons to whom it was distributed to or shown; (i) date of destruction of other disposition; (j) manner of destruction or other disposition; (k) reason for destruction or other disposition; (1) Person destroying or disposing of the Document; and (m) the Document Request or Document Requests to which the Document is responsive.

G.      Documents produced in response to these Discovery Requests shall be in full,

without abridgment, abbreviation, or expurgation.

H.    To the extent this request seeks production of ESI, such information should be produced in its Native Format, on a hard drive or other digital storage media that does not otherwise detract from the original format of the files, or that by default may exclude or somehow alter any metadata associated with said files. The information produced should include any original or existing full file path, file or fold structure, or other source referencing data, and be fully inclusive of all supporting and underlying data, the absence of which would render the information incomplete or unusable. For purposes of this Instruction, the term "Native Format" shall mean the format that the data was original created in. This should include, but not limited to, information about the software that the data was created in, stored in, or was used, or is used to read, write, alter, modify, or in any way change or manipulate the data.

I.    All archived data being produced in response to the Discovery Requests should be provided with the means to view and export such data. Paper Documents that are not otherwise contained, stored, or recoverable by electronic means should be provided either in paper format, or via a scanned image in a .TIFF format. Colored pages, photographs or other material among such paper Documents that would otherwise loose the color format should be scanned in .JPEG or other standard color format.

J.    All Documents shall be produced as they are kept in the usual or ordinary course of business with any identifying labels, file markings or similar identifying features, and shall be organized and segregated in accordance with the numbered and lettered paragraphs and subparagraphs herein, pursuant to Federal Rule 45, made applicable to this Adversary Proceeding by Bankruptcy Rule 9016.

## **INTERROGATORIES**

1.      Identify the country in which You currently reside.

2.      Explain why the police report from Beverly Hills Police Department dated September 12, 2022 does not include a report that the Vehicle was stolen.

3.      Explain why You did not cooperate with State Farm Insurance Company in making a claim for insurance coverage for the purportedly stolen vehicles.

4.      Explain Your basis for the allegation that State Farm Insurance Company acted in concert with FFS to deny insurance coverage for the alleged theft of the Vehicle.

5.      Explain all actions You took to protect Your assets from FFS following the entry of a money judgment in favor of FFS.

6.      Identify all contracts and services provided by CASA to You or any business You control.

7.      Explain Your background with CASA including how to came to know this business, when CASA provided goods or services to you, the amount paid on account of those goods or services, and the amount owed but unpaid for those goods or services.

8.      Identify the value of the Property on the date You allegedly transferred it to CASA, and all consideration You received in exchange for the transfer of the Property.

## REQUESTS FOR PRODUCTION

1.      All documents You relied upon in responding to the Interrogatories.

2.      All contracts, agreements, invoices, purchase orders or other Documents evidencing or concerning the terms of the Debtor's business relationship with CASA.

3.      All deeds or other Documents relating to the purported transfer of title to the Property to CASA.

4.      All Documents relating to the alleged use of the Debtor's identity by others.

5.      All Documents relating to the alleged theft of the Vehicle or any other vehicles owned by the Debtor.

6.      All documents evidencing Your travel out of the United Stated between July 1, 2022 and September 30, 2022.

7.      All documents evidencing Your travel out of the United Stated between June 1, 2024 and July 30, 2024.

8.      All Documents upon which You intend to rely or introduce into evidence to support any claim in the Answer and not produced in response to the preceding requests.

## REQUESTS FOR ADMISSION

1.     Admit that on August 24, 2023, a judgment in the amount of $301,290.61, with interest accruing from that date, was entered against you and in favor of FFS.

2.     Admit that FFS took collections actions against You following the entry of this judgment, including garnishing Your bank accounts.

3.     Admit that You closed your bank accounts prior to the Petition Date in order to hinder FFS's attempts to garnish these accounts.

4.     Admit that You have no interest in the Property.

5.     Admit that You have a present interest in the Property.

6.     Admit that CASA is a limited liability company that has been organized under the law of the applicable state.

7.     Admit that You are a member of CASA.

8.     Admit that You were previously a member of CASA.

9.     Admit that CASA is Your alter ego.

10.     Admit that You transferred the Property to CASA.

11.     Admit that You transferred the Property to CASA without receiving consideration in exchange.

12.     Admit that the Property is presently raw land with no structure upon it.

13.     Admit that the structure located on the Property burned down.

14.     Admit that You are in possession of the Vehicle.

15.     Admit that You waited in excess of two years to report the alleged theft of the Vehicle.

16.     Admit that on June 17, 2024, You, using the alias of "Ice Latimore," took the Vehicle to Star Tires Plus Wheels in Hartford, Connecticut for tire services.

Adv. Case No. 25-01273-MAM

17.    Admit that Exhibit A to the Complaint is genuine and authentic.

18.    Admit that Exhibit B to the Complaint is genuine and authentic.

19.    Admit that Exhibit C to the Complaint is genuine and authentic.

20.    Admit that Exhibit D to the Complaint is genuine and authentic.

21.    Admit that You concealed Your property within one year of the Petition Date with the intent to hinder, delay or defraud a creditor.

22.    Admit that You have, without justification, concealed, destroyed, mutilated, falsified, or failed to keep or preserve any recorded information, including books, documents, records, and papers, from which the Your financial condition or business transactions might be ascertained.

23.    Admit that You knowingly and fraudulently made material misstatements in or in connection with the bankruptcy case.

24.    Admit that You cannot satisfactorily explain the loss of Your assets or why your assets are insufficient to meet the Your liabilities.


Dated: January 12, 2026


                          **SAUL EWING LLP**
                          Attorneys for Ferrari Financial Services, Inc.

                          By:    */s/ Carmen Contreras-Martinez*
                                 Carmen Contreras-Martinez
                                 Florida Bar No. 93475
                                 Turner N. Falk
                                 *Admitted Pro Hac Vice*
                                 701 Brickell Avenue, Suite 1700
                                 Miami, Florida  33131
                                 Telephone: 305-428-4500
                                 carmen.contreras-martinez@saul.com
                                 turner.falk@saul.com

### **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on January 12, 2026, a true and correct copy of the foregoing

was served on Defendant, Ivan Niles Latimore, via email, to showup33@icloud.com.


<div style="margin-left:40%;">

*/s/ Carmen Contreras-Martinez*
Carmen Contreras-Martinez

</div>

# EXHIBIT F

**Falk, Turner N.**

| | |
|---|---|
| **From:** | Latimore Latimore <showup33@icloud.com> |
| **Sent:** | Monday, January 12, 2026 2:06 PM |
| **To:** | Falk, Turner N. |
| **Subject:** | Re: Ferrari v. Latimore: Rule 26 Initial Disclosures and First Set of Discovery Requests |

**\*\*EXTERNAL EMAIL\*\* - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.**

I have no documentation of anything other than what I've submitted. I will see you in court as the judge said .
Respect 🙏🏿

On Jan 12, 2026, at 19:19, Falk, Turner N. <turner.falk@saul.com> wrote:

Mr. Latimore,
Please find attached Ferrari Financial Services' Initial Disclosures and First Set of Discovery Requests.  The Complaint is also attached for your convenience.

Thank you,



**Turner N. Falk**
Associate
(215) 972-8415    (732) 773-3533
turner.falk@saul.com

1735 Market Street, Suite 3400
Philadelphia, PA 19103-7504
CA • DE • FL • IL • MA • MD • MN • NJ • NY • PA • DC

<FFS_Latimore - Rule 26 Initial Disclosures(57037576.2).pdf>
<FFS_Latimore - RFAs_ Rogs and RFPs(57016685.1).pdf>
<56047800-v1-2025-08-11 - DE59 - Adversary case 25-01273. Complaint by Ferrari Financial Services, Inc. against Ivan Niles Latimore. - 25-15276 - Filed +5.pdf>

# EXHIBIT G



Fill in this information to identify your case:

Debtor 1 **Ivan niles Latimore**
First Name / Middle Name / Last Name

Debtor 2
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(if known)

FILED-USBC, FLS-WPB
'25 MAY 16 PM 1:50
☐ Check if this is an
amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

Your assets
Value of what you own

1. *Schedule A/B: Property.* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* ..................................   $ 0

   1b. Copy line 62, Total personal property, from *Schedule A/B* .....................   $ 3,000

   1c. Copy line 63, Total of all property on *Schedule A/B* ...............................   $ 0

### Part 2:  Summarize Your Liabilities

Your liabilities
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ...........   $ 520,000

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ..................................   $ 360,000

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ..........................   + $ _____

   Your total liabilities   $ 880,000

### Part 3:  Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* .................................................   $ 0

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ..................................................   $ 2500

Debtor 1 Ivan niles Latimore

Case number (if known) 25-15276-MAM

First Name    Middle Name    Last Name

---

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. What kind of debt do you have?

☑ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

$ 0.

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F.*

Total claim

From Part 4 on *Schedule E/F,* copy the following:

9a. Domestic support obligations (Copy line 6a.)    $ 0

9b. Taxes and certain other debts you owe the government. (Copy line 6b.)    $ 0

9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)    $ 0

9d. Student loans. (Copy line 6f.)    $ 0

9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)    $ 0

9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)    + $ 0

9g. Total. Add lines 9a through 9f.    $ 0

---

Fill in this information to identify your case and this filing:

Debtor 1    Juan        Miles        Latimore
            First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the:  _____ District of _____

Case number   25-15276-MAM

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1.  5555 Gun Club Rd
     Street address, if available, or other description

West Palm Bch Fl 33415
City              State   ZIP Code

Palm Beach
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other_____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  Current value of the portion you own?
$ 600K?                                $ 0

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.  I was the owner

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

1.2. _____
    Street address, if available, or other description

_____

_____
City              State   ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other_____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  Current value of the portion you own?
$_____                      $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
_____

☐ Check if this is community property (see instructions)

Debtor 1  Ivan Alex Latimere
First Name   Middle Name   Last Name

Case number (if known)  25-15276  MAM

**1.3.**

Street address, if available, or other description

City   State   ZIP Code

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?

$_____   $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ....................➔  $_____

---

**Part 2:**  **Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.** Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☐ Yes

**3.1.** Make:  KIA
Model:  Telluride
Year:  2022
Approximate mileage:  30K
Other information:
I sold car, I am the reg. 3rd party

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?

$ ?   $ 0

If you own or have more than one, describe here:

**3.2.** Make:  _____
Model:  _____
Year:  _____
Approximate mileage:  _____
Other information:
_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?

$_____   $_____

Debtor 1 _____     Case number (if known) _____
         First Name    Middle Name    Last Name

**3.3.** Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other Information:

[ _____ ]

| Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|
| ☐ Debtor 1 only | |
| ☐ Debtor 2 only | |
| ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? Current value of the portion you own? |
| ☐ At least one of the debtors and another | |
| ☐ Check if this is community property (see instructions) | $_____ $_____ |

**3.4.** Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other Information:

[ _____ ]

| Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|
| ☐ Debtor 1 only | |
| ☐ Debtor 2 only | |
| ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? Current value of the portion you own? |
| ☐ At least one of the debtors and another | |
| ☐ Check if this is community property (see instructions) | $_____ $_____ |

**4.** Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☐ Yes

**4.1.** Make: _____

Model: _____

Year: _____

Other Information:

[ _____ ]

| Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|
| ☐ Debtor 1 only | |
| ☐ Debtor 2 only | |
| ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? Current value of the portion you own? |
| ☐ At least one of the debtors and another | |
| ☐ Check if this is community property (see instructions) | $_____ $_____ |

If you own or have more than one, list here:

**4.2.** Make: _____

Model: _____

Year: _____

Other Information:

[ _____ ]

| Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|
| ☐ Debtor 1 only | |
| ☐ Debtor 2 only | |
| ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? Current value of the portion you own? |
| ☐ At least one of the debtors and another | |
| ☐ Check if this is community property (see instructions) | $_____ $_____ |

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ..................................................→  $[_____]

Debtor 1  Luba Niles Latimore.     Case number (if known) 25-15276 MAM
          First Name  Middle Name  Last Name

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. Household goods and furnishings
   Examples: Major appliances, furniture, linens, china, kitchenware
   ☑ No
   ☐ Yes. Describe.........    $ 0

7. Electronics
   Examples: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe.........  Portable Speakers for Phone, Cell phones   $ 500.00

8. Collectibles of value
   Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☑ Yes. Describe.........  Personal family Pictures, Art Made from my son   $ NA

9. Equipment for sports and hobbies
   Examples: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☑ Yes. Describe.........  golf clubs, Pickleball padel, Frisbee, Board games   $ 600 ?

10. Firearms
    Examples: Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.........   $ 0

11. Clothes
    Examples: Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe.........  Clothes  sneakers, Jackets   $ not sure the Value

12. Jewelry
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☑ No
    ☐ Yes. Describe.........  Necklace, bracelets  sunglasses   $ its not sure old stuff

13. Non-farm animals
    Examples: Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe.........   $ 0

14. Any other personal and household items you did not already list, including any health aids you did not list
    ☑ No
    ☐ Yes. Give specific information...........   $ 0

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...........................   → $ 1100 00

Debtor 1 ___Ivan_niles_Latimore___  Case number (if known) _25-15276 MAM_

| First Name | Middle Name | Last Name |

| **Part 4:** | **Describe Your Financial Assets** |

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. Cash
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☐ No
   ☑ Yes ............................................................................................ Cash: 2,000.00   $ 2,000.00

17. Deposits of money
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☑ No
   ☐ Yes ....................    Institution name:

   17.1. Checking account:     $
   17.2. Checking account:     $
   17.3. Savings account:      $
   17.4. Savings account:      $
   17.5. Certificates of deposit: $
   17.6. Other financial account: $
   17.7. Other financial account: $
   17.8. Other financial account: $
   17.9. Other financial account: $

18. Bonds, mutual funds, or publicly traded stocks
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ☑ No
   ☐ Yes ...............    Institution or issuer name:

                           $
                           $
                           $

19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture

   ☐ No
   ☐ Yes. Give specific    Name of entity:                        % of ownership:
   information about                                               0%    %     $
   them...............                                             0%    %     $
                                                                   0%    %     $

Schedule A/B: Property                                                          page 5

Debtor 1  Lauren niles Latimore

First Name   Middle Name   Last Name

Case number (if known)  25-15276-MAM

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them.............

| Issuer name: |
|---|

$_____

$_____

$_____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each account separately.

Type of account:   Institution name:

401(k) or similar plan:   $_____

Pension plan:   $_____

IRA:   $_____

Retirement account:   $_____

Keogh:   $_____

Additional account:   $_____

Additional account:   $_____

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes.............

Institution name or individual:

Electric:   $_____

Gas:   $_____

Heating oil:   $_____

Security deposit on rental unit:   $_____

Prepaid rent:   $_____

Telephone:   $_____

Water:   $_____

Rented furniture:   $_____

Other:   $_____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes.............

Issuer name and description:

$_____

$_____

$_____

Schedule A/B: Property

Debtor 1  Luan niles Latimore
First Name   Middle Name   Last Name

Case number (if known)  25-15276 MAM

24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes ..................................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

$ _____
$ _____
$ _____

25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit

☑ No
☐ Yes. Give specific information about them.... 

$ _____

26. Patents, copyrights, trademarks, trade secrets, and other intellectual property
Examples: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them....

$ _____

27. Licenses, franchises, and other general intangibles
Examples: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them....

$ _____

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

28. Tax refunds owed to you

☐ No
☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ..................

2024 TAX return

Federal:  $ 3762
State:    $ _____
Local:    $ _____

29. Family support
Examples: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information..............

Alimony:             $ _____
Maintenance:         $ _____
Support:             $ _____
Divorce settlement:  $ _____
Property settlement: $ _____

30. Other amounts someone owes you
Examples: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information..............

$ _____

Schedule A/B: Property

Debtor 1 _Juan niles Latimore_    Case number (If known) _25 15276-MAM_

First Name   Middle Name   Last Name

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☐ No

☐ Yes. Give specific information. ............        $

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

☐ Yes. Describe each claim. .................        $

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No

☐ Yes. Describe each claim. .................        $

**35. Any financial assets you did not already list**

☐ No

☐ Yes. Give specific information. ............        $

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...........................................................➔  $ 3762

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☐ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe........        $

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No

☐ Yes. Describe........        $

---

Debtor 1 ___Ivan___ ___Miles___ ___Latimore___
First Name    Middle Name    Last Name

Case number *(if known)* 25-15276-MAM

40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade
☑ No
☐ Yes. Describe........ [                                    ] $_____

41. Inventory
☑ No
☐ Yes. Describe........ [                                    ] $_____

42. Interests in partnerships or joint ventures
☑ No
☐ Yes. Describe....... Name of entity:                           % of ownership:
_____                              ___% $_____
_____                              ___% $_____
_____                              ___% $_____

43. Customer lists, mailing lists, or other compilations
☑ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
    ☐ No
    ☐ Yes. Describe........ [                        ] $_____

44. Any business-related property you did not already list
☑ No
☐ Yes. Give specific
    information ......... _____ $_____
_____ $_____
_____ $_____
_____ $_____
_____ $_____
_____ $_____

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
    for Part 5. Write that number here ................................. → $_____

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
☑ No. Go to Part 7.
☐ Yes. Go to line 47.

Current value of the
portion you own?
Do not deduct secured claims
or exemptions.

47. Farm animals
*Examples:* Livestock, poultry, farm-raised fish
☑ No
☐ Yes.................... [                        ] $_____

page 9

Debtor 1 _Ivan Miles Catmani_     Case number (if known) _25-15276-MAM_

First Name   Middle Name   Last Name

48. Crops—either growing or harvested
- ☑ No
- ☐ Yes. Give specific information ..........     $ _____

49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade
- ☑ No
- ☐ Yes .................     $ _____

50. Farm and fishing supplies, chemicals, and feed
- ☑ No
- ☐ Yes .................     $ _____

51. Any farm- and commercial fishing-related property you did not already list
- ☑ No
- ☐ Yes. Give specific information ..........     $ _____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here .............................................. ➔     $ _____

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?

*Examples:* Season tickets, country club membership
- ☑ No
- ☐ Yes. Give specific information ..........     $ _____
    $ _____
    $ _____

54. Add the dollar value of all of your entries from Part 7. Write that number here ............................ ➔     $ _____

## Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ......................................................................... ➔     $ _____

56. Part 2: Total vehicles, line 5     $ _____

57. Part 3: Total personal and household items, line 15     $ _____

58. Part 4: Total financial assets, line 36     $ _____

59. Part 5: Total business-related property, line 45     $ _____

60. Part 6: Total farm- and fishing-related property, line 52     $ _____

61. Part 7: Total other property not listed, line 54     + $ _____

62. Total personal property. Add lines 56 through 61. ....................     $ _____   Copy personal property total ➔ + $ (1100?)

63. Total of all property on Schedule A/B. Add line 55 + line 62...................................................     $ 4342?

**Fill in this information to identify your case:**

Debtor 1 _Juan Niles Cashmore_
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(If known)

☐ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt                04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| Brief description: _____ <br> Line from *Schedule A/B*: _____ | $_____ | ☐ $_____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____ <br> Line from *Schedule A/B*: _____ | $_____ | ☐ $_____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____ <br> Line from *Schedule A/B*: _____ | $_____ | ☐ $_____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1 _____   Case number (if known) 25-15276-MAM
          First Name    Middle Name    Last Name

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: Propuy is in Forclusento<br>Line from Schedule A/B: | $ 600K | ☐ $ 600K<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from Schedule A/B: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

**Fill in this information to identify your case:**

Debtor 1    Ivan    Miley    Cahmore
　　　　　　 First Name　　Middle Name　　Last Name

Debtor 2
(Spouse, if filing)  First Name　　Middle Name　　Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(if known)

☐ Check if this is an
　 amended filing

# Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:  List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.1** Loan CARE
Creditor's Name
2501  t Place Suit  20
Number    Street
Suite 300
Homewoon  AL  35223
City    State    ZIP Code

Describe the property that secures the claim:
5555 gun club RD
single family

As of the date you file, the claim is: Check all that apply.
☐ Contingent  ?
☐ Unliquidated
☐ Disputed

$ 600K  $ _____  $ _____

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  5-31-2021

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  7 2 2 8

**2.2** CritiCare Loan Adm
Creditor's Name
425 Phillips Blvd
Number    Street
Ewing  NJ  08618
City    State    ZIP Code

Describe the property that secures the claim:
Second Mortgage

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 80,000  $ _____  $ _____

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  7 1 5 6

Add the dollar value of your entries in Column A on this page. Write that number here:  $ _____

Debtor 1  Iysh Miley Latimore

Case number (if known) 25-15276-MAM

| | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **Part 1:** | | | | |

---

**Ferrari Financial**

Creditor's Name

75, Remittance Drive
Number    Street

Suite 1738

Chicago IL 60675
City        State  ZIP Code

Describe the property that secures the claim:

Stolen CAR
360,00

Column A: $ 360 K

As of the date you file, the claim is: Check all that apply.
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who owes the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☒ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred  Dec 2021    Last 4 digits of account number ___ ___ ___ ___

---

**GM Financial**

Creditor's Name

P.O Box 650595
Number    Street

Suite

Dallas TX 75265
City        State  ZIP Code

Describe the property that secures the claim:

Stolen CAR 25K

Column A: $ 25K

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who owes the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred  NA    Last 4 digits of account number ___ ___ ___ ___

---

**Synchrony Bank**

Creditor's Name

777 Long Ridge Rd
Number    Street

S

Stamford CT 06902
City        State  ZIP Code

Describe the property that secures the claim:

Value
unv 6,000. Stolen
Polaris

Column A: $ Not Sure

As of the date you file, the claim is: Check all that apply.
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who owes the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred  NA    Last 4 digits of account number  NA

---

Add the dollar value of your entries in Column A on this page. Write that number here:  $ _____

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  $ _____

Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page ___ of ___

Debtor 1  [handwritten] _Lynn Miller Latimore_

First Name   Middle Name   Last Name

Case number (if known) _25-15276-MAM_

## Part 2:  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name  _Bank of America_

Number  Street  _P.O. Box 17237_

City  State  ZIP Code  _Wilmington  DE  19886_

On which line in Part 1 did you enter the creditor? _None_

Last 4 digits of account number _N A_

☐ Name

Number  Street

City  State  ZIP Code

On which line in Part 1 did you enter the creditor? ____

Last 4 digits of account number ___ ___ ___ ___

☐ Name

Number  Street

City  State  ZIP Code

On which line in Part 1 did you enter the creditor? ____

Last 4 digits of account number ___ ___ ___ ___

☐ Name

Number  Street

City  State  ZIP Code

On which line in Part 1 did you enter the creditor? ____

Last 4 digits of account number ___ ___ ___ ___

☐ Name

Number  Street

City  State  ZIP Code

On which line in Part 1 did you enter the creditor? ____

Last 4 digits of account number ___ ___ ___ ___

☐ Name

Number  Street

City  State  ZIP Code

On which line in Part 1 did you enter the creditor? ____

Last 4 digits of account number ___ ___ ___ ___

Creditors Who Have Claims Secured by Property  page ___ of ___

Fill in this information to identify your case:

Debtor 1    hgan    nlee    Latimore
            First Name    Middle Name    Last Name

Debtor 2
(Spouse, If filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Southern District of Florida

Case number    25-15276-MAM
(If known)

☐ Check if this is an
amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule
A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is
needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of
any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☑ No. Go to Part 2.
   ☐ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For
   each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and
   nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority
   unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

| | |
|---|---|
| Priority Creditor's Name | Last 4 digits of account number ___ ___ ___ ___    $_____  $_____  $_____ |
| Number    Street | When was the debt incurred? _____ |
| | As of the date you file, the claim is: Check all that apply. |
| City    State    ZIP Code | ☐ Contingent |
| Who incurred the debt? Check one. | ☐ Unliquidated |
| ☐ Debtor 1 only | ☐ Disputed |
| ☐ Debtor 2 only | Type of PRIORITY unsecured claim: |
| ☐ Debtor 1 and Debtor 2 only | ☐ Domestic support obligations |
| ☐ At least one of the debtors and another | ☐ Taxes and certain other debts you owe the government |
| ☐ Check if this claim is for a community debt | ☐ Claims for death or personal injury while you were intoxicated |
| Is the claim subject to offset? | ☐ Other. Specify _____ |
| ☐ No | |
| ☐ Yes | |

**2.2**

| | |
|---|---|
| Priority Creditor's Name | Last 4 digits of account number ___ ___ ___ ___    $_____  $_____  $_____ |
| Number    Street | When was the debt incurred? _____ |
| | As of the date you file, the claim is: Check all that apply. |
| City    State    ZIP Code | ☐ Contingent |
| Who incurred the debt? Check one. | ☐ Unliquidated |
| ☐ Debtor 1 only | ☐ Disputed |
| ☐ Debtor 2 only | Type of PRIORITY unsecured claim: |
| ☐ Debtor 1 and Debtor 2 only | ☐ Domestic support obligations |
| ☐ At least one of the debtors and another | ☐ Taxes and certain other debts you owe the government |
| ☐ Check if this claim is for a community debt | ☐ Claims for death or personal injury while you were intoxicated |
| Is the claim subject to offset? | ☐ Other. Specify _____ |
| ☐ No | |
| ☐ Yes | |

Debtor 1 _Ivan nils Gilmore_                          Case number (if known) 25-15276-MAM
         First Name   Middle Name   Last Name

**Part 1:    Your PRIORITY Unsecured Claims — Continuation Page**

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

Priority Creditor's Name _____

Number     Street _____

_____

City          State    ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___      $_____  $_____  $_____

When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify_____

---

Priority Creditor's Name _____

Number     Street _____

_____

City          State    ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___      $_____  $_____  $_____

When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify_____

---

Priority Creditor's Name _____

Number     Street _____

_____

City          State    ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___      $_____  $_____  $_____

When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify_____

Debtor 1 ~~Ivan~~ _Ivan_ ~~miles~~ _miles_ ~~Latimore~~ _Latimore_

First Name    Middle Name    Last Name

Case number (if known) _25-15276-MAM_

**List All of Your NONPRIORITY Unsecured Claims**

3. Do any creditors have nonpriority unsecured claims against you?

☑ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | **Total claim** |
|---|---|---|

**4.1**

Nonpriority Creditor's Name

Number    Street

City    State    ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

$ _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**4.2**

Nonpriority Creditor's Name

Number    Street

City    State    ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

$ _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**4.3**

Nonpriority Creditor's Name

Number    Street

City    State    ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

$ _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Debtor 1 ___Ivan___ ___riley___ ___Cashmere___        Case number (if known) 25-15276-MAM
         First Name    Middle Name    Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    Total claim

_____

Nonpriority Creditor's Name

Number        Street

City                        State    ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        $_____

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

_____

Nonpriority Creditor's Name

Number        Street

City                        State    ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        $_____

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

_____

Nonpriority Creditor's Name

Number        Street

City                        State    ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        $_____

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

Debtor 1   Ivan Miles Castanons                                          Case number (if known) 25-15276 MAM

First Name   Middle Name   Last Name

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

Name _____

Number   Street

_____

City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number   Street

_____

City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number   Street

_____

City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number   Street

_____

City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number   Street

_____

City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number   Street

_____

City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number   Street

_____

City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Debtor 1 _Ivan _____ _Wes_ _____ _Latimore_____      Case number *(if known)* _25-15276-MAM_
First Name   Middle Name   Last Name

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claim**

**Total claims from Part 1**

6a. Domestic support obligations                   6a.  $ _0_

6b. Taxes and certain other debts you owe the government    6b.  $ _0_

6c. Claims for death or personal injury while you were intoxicated   6c.  $ _0_

6d. Other. Add all other priority unsecured claims. Write that amount here.   6d.  + $ _0_

6e. Total. Add lines 6a through 6d.               6e.  $ _0_

**Total claim**

**Total claims from Part 2**

6f. Student loans                             6f.  $ _0_

6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims   6g.  $ _0_

6h. Debts to pension or profit-sharing plans, and other similar debts   6h.  $ _0_

6i. Other. Add all other nonpriority unsecured claims. Write that amount here.   6i.  + $ _0_

6j. Total. Add lines 6f through 6i.               6j.  $ _0_

Fill in this information to identify your case:

Debtor    Ivan    Miley    LATMORE
     First Name      Middle Name      Last Name

Debtor 2
(Spouse if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: South   District of   Florida

Case number   25-15276
(if known)

☐ Check if this is an
    amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. Do you have any executory contracts or unexpired leases?
   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number   Street | |
| City    State   ZIP Code | |
| **2.2** | |
| Name | |
| Number   Street | |
| City    State   ZIP Code | |
| **2.3** | |
| Name | |
| Number   Street | |
| City    State   ZIP Code | |
| **2.4** | |
| Name | |
| Number   Street | |
| City    State   ZIP Code | |
| **2.5** | |
| Name | |
| Number   Street | |
| City    State   ZIP Code | |

Debtor 1 _____     Case number *(if known)* _____
          First Name   Middle Name   Last Name

### Additional Page If You Have More Contracts or Leases

Person or company with whom you have the contract or lease        What the contract or lease is for

**2.2**

Name _____

Number   Street _____

City _____ State ___ ZIP Code _____

**2.__**

Name _____

Number   Street _____

City _____ State ___ ZIP Code _____

**2.__**

Name _____

Number   Street _____

City _____ State ___ ZIP Code _____

**2.__**

Name _____

Number   Street _____

City _____ State ___ ZIP Code _____

**2.__**

Name _____

Number   Street _____

City _____ State ___ ZIP Code _____

**2.__**

Name _____

Number   Street _____

City _____ State ___ ZIP Code _____

**2.__**

Name _____

Number   Street _____

City _____ State ___ ZIP Code _____

**2.__**

Name _____

Number   Street _____

City _____ State ___ ZIP Code _____

Fill in this information to identify your case:

Debtor 1 _Ivan_ _____ _Latinum_
       First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _Southern_ District of _Florida_

Case number _25-15276-MAM_
(If known)

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. Do you have any codebtors? (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No

   ☐ Yes

2. Within the last 8 years, have you lived in a community property state or territory? (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.

   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No

      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number    Street

      _____
      City    State    ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

Column 1: Your codebtor

Column 2: The creditor to whom you owe the debt

Check all schedules that apply:

**3.1**
_____
Name

Number    Street

City    State    ZIP Code

   ☐ Schedule D, line _____
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____

**3.2**
_____
Name

Number    Street

City    State    ZIP Code

   ☐ Schedule D, line _____
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____

**3.3**
_____
Name

Number    Street

City    State    ZIP Code

   ☐ Schedule D, line _____
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____

Debtor 1 _____     Case number (if known)_____
         First Name  Middle Name  Last Name

## Additional Page to List More Codebtors

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

**3.___**

Name _____

Number    Street _____

City _____ State ____ ZIP Code ____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.___**

Name _____

Number    Street _____

City _____ State ____ ZIP Code ____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.___**

Name _____

Number    Street _____

City _____ State ____ ZIP Code ____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.___**

Name _____

Number    Street _____

City _____ State ____ ZIP Code ____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.___**

Name _____

Number    Street _____

City _____ State ____ ZIP Code ____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.___**

Name _____

Number    Street _____

City _____ State ____ ZIP Code ____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.___**

Name _____

Number    Street _____

City _____ State ____ ZIP Code ____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.___**

Name _____

Number    Street _____

City _____ State ____ ZIP Code ____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

page ____ of ____

**Fill in this information to identify your case:**

Debtor 1 ___Wayne___ ___Miles___ ___Latimore___
First Name   Middle Name   Last Name

Debtor 2 _____  _____  _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: ___Southern___ District of ___Florida___

Case number ___25-15276-MAM___
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

___ / ___ / _____
MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income                              12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed ☑ Not employed | ☐ Employed ☐ Not employed |
| Occupation | unemployed | |
| Employer's name | | |
| Employer's address | | |
|  | Number  Street | Number  Street |
|  | City    State   ZIP Code | City    State   ZIP Code |
| How long employed there? | | |

## Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0 | $ |
| 3. Estimate and list monthly overtime pay. | 3. | + $ 0 | + $ |
| 4. Calculate gross income. Add line 2 + line 3. | 4. | $ 0 | $ |

Debtor 1 ___Ivan Niles Cathmons___  Case number (if known) __25-15276-MAM__
    First Name   Middle Name   Last Name

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here.................................... → | 4. | $ 0 | $ |
| **5. List all payroll deductions:** | | | |
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0 | $ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0 | $ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0 | $ |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0 | $ |
| 5e. Insurance | 5e. | $ 0 | $ |
| 5f. Domestic support obligations | 5f. | $ 0 | $ |
| 5g. Union dues | 5g. | $ 0 | $ |
| 5h. Other deductions. Specify: _____ | 5h. +$ 0 | + $ |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 0 | $ |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 0 | $ |

**8. List all other income regularly received:**

| | | | |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0 | $ |
| 8b. Interest and dividends | 8b. | $ 0 | $ |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0 | $ |
| 8d. Unemployment compensation | 8d. | $ 0 | $ |
| 8e. Social Security | 8e. | $ 0 | $ |
| 8f. Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0 | $ |
| 8g. Pension or retirement income | 8g. | $ 0 | $ |
| 8h. Other monthly income. Specify: _____ | 8h. +$ 0 | + $ |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0 | $ |
| 10. Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 0 + $ = $ | |

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____      11. + $ 0

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies      12. $ 0

**Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?

☑ No.

☐ Yes. Explain: _____

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | *Lynn* | *Miles* | *Latimore* | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: *Southern* District of *Florida*

Case number *25 15276 MAM*
(If known)

**Check if this is:**

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. Is this a joint case?

☑ No. Go to line 2.
☐ Yes. Does Debtor 2 live in a separate household?

☐ No
☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. Do you have dependents?

Do not list Debtor 1 and
Debtor 2.

Do not state the dependents'
names.

☐ No
☑ Yes. Fill out this information for
each dependent..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| *Son* | *12* | ☑ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. Do your expenses include
expenses of people other than
yourself and your dependents?

☑ No
☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | | Your expenses |
|---|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ | *0* |
| If not included in line 4: | | | |
| 4a. Real estate taxes | 4a. | $ | *0* |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ | *0* |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ | *0* |
| 4d. Homeowner's association or condominium dues | 4d. | $ | *0* |

Debtor 1   Ivan mls LAmons                    Case number (if known) 2 5-15276-MAu
        First Name  Middle Name  Last Name

| | | Your expenses |
|---|---|---|

5.  Additional mortgage payments for your residence, such as home equity loans   5. $ 0

6.  Utilities:
    6a.  Electricity, heat, natural gas   6a. $ 600.00 gas
    6b.  Water, sewer, garbage collection   6b. $
    6c.  Telephone, cell phone, Internet, satellite, and cable services   6c. $ 100.00
    6d.  Other. Specify: _____   6d. $

7.  Food and housekeeping supplies   7. $ 500.00

8.  Childcare and children's education costs   8. $ 400.00

9.  Clothing, laundry, and dry cleaning   9. $ 50.00

10.  Personal care products and services   10. $ 500.00

11.  Medical and dental expenses   11. $ NA

12.  Transportation. Include gas, maintenance, bus or train fare.
     Do not include car payments.   12. $ 450.00

13.  Entertainment, clubs, recreation, newspapers, magazines, and books   13. $ 0

14.  Charitable contributions and religious donations   14. $ 0

15.  Insurance.
     Do not include insurance deducted from your pay or included in lines 4 or 20.
     15a.  Life insurance   15a. $ 0
     15b.  Health insurance   15b. $ 0
     15c.  Vehicle insurance   15c. $ 0
     15d.  Other insurance. Specify: _____   15d. $ 0

16.  Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.
     Specify: _____   16. $ 0

17.  Installment or lease payments:
     17a.  Car payments for Vehicle 1   17a. $ 0
     17b.  Car payments for Vehicle 2   17b. $ 0
     17c.  Other. Specify: _____   17c. $ 0
     17d.  Other. Specify: _____   17d. $ 0

18.  Your payments of alimony, maintenance, and support that you did not report as deducted from
     your pay on line 5, Schedule I, Your Income (Official Form 106I).   18. $ 0

19.  Other payments you make to support others who do not live with you.
     Specify: _____   19. $ 0

20.  Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.
     20a.  Mortgages on other property   20a. $ 0
     20b.  Real estate taxes   20b. $ 0
     20c.  Property, homeowner's, or renter's insurance   20c. $ 0
     20d.  Maintenance, repair, and upkeep expenses   20d. $ 0
     20e.  Homeowner's association or condominium dues   20e. $ 0

Debtor 1  _Ivan Mbs  Latmanz_
First Name    Middle Name    Last Name

Case number (if known) _25-15276-MAM_

21.  Other. Specify: _____  21. +$ ___0___

22.  **Calculate your monthly expenses.**

22a. Add lines 4 through 21.                                      22a.  $ __2500__

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.  $ ___0___

22c. Add line 22a and 22b. The result is your monthly expenses.   22c.  $ __2500__

23.  **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.  $ __2500__

23b. Copy your monthly expenses from line 22c above.             23b. –$ __2500__

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.                         23c.  $ ___0___

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.   Explain here:  I Can not  work  or get around
to find a Jobs at this Time

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Ivan _____ niles _____ Latimer _____ |
| | First Name   Middle Name   Last Name |
| Debtor 2 | _____ _____ _____ |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: Southern District of Florida |
| Case number 25 - 15276 - MAM |
| (if known) |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J-2

# Schedule J-2: Expenses for Separate Household of Debtor 2   12/15

Use this form for Debtor 2's separate household expenses ONLY IF Debtor 1 and Debtor 2 maintain separate households. *If Debtor 1 and Debtor 2 have one or more dependents in common, list the dependents on both Schedule J and this form.* Answer the questions on this form only with respect to expenses for Debtor 2 that are not reported on Schedule J. Be as complete and accurate as possible. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1. Do you and Debtor 1 maintain separate households?

☑ No. Do not complete this form.

☐ Yes

2. Do you have dependents?

Do not list Debtor 1 but list all other dependents of Debtor 2 regardless of whether listed as a dependent of Debtor 1 on Schedule J.

Do not state the dependents' names.

☐ No

☐ Yes. Fill out this information for each dependent..................

| Dependent's relationship to Debtor 2: | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. Do your expenses include expenses of people other than yourself, your dependents, and Debtor 1?

☐ No

☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | | Your expenses |
|---|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | | 4. | $ _____ |
| If not included in line 4: | | | |
| 4a. Real estate taxes | | 4a. | $ _____ |
| 4b. Property, homeowner's, or renter's insurance | | 4b. | $ _____ |
| 4c. Home maintenance, repair, and upkeep expenses | | 4c. | $ _____ |
| 4d. Homeowner's association or condominium dues | | 4d. | $ _____ |

Debtor 1 _____   Case number (if known)_____
First Name   Middle Name   Last Name

|  |  | Your expenses |
|---|---|---|
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. | $_____ |
| 6. Utilities: | | |
|   6a. Electricity, heat, natural gas | 6a. | $_____ |
|   6b. Water, sewer, garbage collection | 6b. | $_____ |
|   6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $_____ |
|   6d. Other. Specify:_____ | 6d. | $_____ |
| 7. Food and housekeeping supplies | 7. | $_____ |
| 8. Childcare and children's education costs | 8. | $_____ |
| 9. Clothing, laundry, and dry cleaning | 9. | $_____ |
| 10. Personal care products and services | 10. | $_____ |
| 11. Medical and dental expenses | 11. | $_____ |
| 12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $_____ |
| 13. Entertainment, clubs, recreation, newspapers, magazines, and books | 13. | $_____ |
| 14. Charitable contributions and religious donations | 14. | $_____ |
| 15. Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
|   15a. Life insurance | 15a. | $_____ |
|   15b. Health insurance | 15b. | $_____ |
|   15c. Vehicle insurance | 15c. | $_____ |
|   15d. Other insurance. Specify:_____ | 15d. | $_____ |
| 16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:_____ | 16. | $_____ |
| 17. Installment or lease payments: | | |
|   17a. Car payments for Vehicle 1 | 17a. | $_____ |
|   17b. Car payments for Vehicle 2 | 17b. | $_____ |
|   17c. Other. Specify:_____ | 17c. | $_____ |
|   17d. Other. Specify:_____ | 17d. | $_____ |
| 18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | 18. | $_____ |
| 19. Other payments you make to support others who do not live with you. Specify:_____ | 19. | $_____ |
| 20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | | |
|   20a. Mortgages on other property | 20a. | $_____ |
|   20b. Real estate taxes | 20b. | $_____ |
|   20c. Property, homeowner's, or renter's insurance | 20c. | $_____ |
|   20d. Maintenance, repair, and upkeep expenses | 20d. | $_____ |
|   20e. Homeowner's association or condominium dues | 20e. | $_____ |

Debtor 1 _____     Case number (if known)_____

First Name     Middle Name     Last Name

21. Other. Specify: _____     21.    +$_____

22. Your monthly expenses. Add lines 5 through 21.
    The result is the monthly expenses of Debtor 2. Copy the result to line 22b of Schedule J to calculate the
    total expenses for Debtor 1 and Debtor 2.     22.    $_____

23. Line not used on this form.

24. Do you expect an increase or decrease in your expenses within the year after you file this form?

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.
    ☐ Yes.    Explain here:

Fill in this information to identify your case:

Debtor 1    Ivan      nile      Catuurs
        First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the: Surdan District of Florens

Case number   25- 1527 Ce MAM
(If known)

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules     12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes.   Name of person_____. Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ _____      ✗ _____
Signature of Debtor 1                   Signature of Debtor 2

Date 05-15-3025            Date _____
     MM / DD / YYYY                   MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1 Ivan Wles LATMORE
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Southern District of Florida

Case number 25-15276
(If known)

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy   04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1. What is your current marital status?

   ☐ Married
   ☑ Not married

2. During the last 3 years, have you lived anywhere other than where you live now?

   ☐ No
   ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 5555 gun club RD<br>Number   Street | From 2021<br>To 2024 | Number   Street | From _____<br>To _____ |
| West PB FL 33415<br>City   State   ZIP Code | | City   State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 320 Royal Palm Dr<br>Number   Street | From 2019<br>To 2021 | Number   Street | From _____<br>To _____ |
| Beverly hills CA 90210<br>City   State   ZIP Code | | City   State   ZIP Code | |

3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory? (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2: Explain the Sources of Your Income

Debtor 1 _____    Case number *(if known)* 25-15276-MAM
First Name   Middle Name   Last Name

---

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $_____ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For last calendar year:**<br>(January 1 to December 31, 2024)<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ On tax returns | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2023)<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ On tax Returns | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | NO | $_____<br>$_____<br>$_____ | | $_____<br>$_____<br>$_____ |
| **For last calendar year:**<br>(January 1 to December 31, 2024)<br>YYYY | Yes | $ Tax<br>$ Return | | $_____<br>$_____<br>$_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2023)<br>YYYY | Yes | $ Tax<br>$ returns | | $_____<br>$_____<br>$_____ |

---

Debtor 1 _____   Case number *(if known)* 25-15276-MAM

## Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy

6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

☑ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Creditor's Name _____ | _____ | $_____ | $_____ | ☐ Mortgage ☐ Car ☐ Credit card ☐ Loan repayment ☐ Suppliers or vendors ☐ Other _____ |
| Number    Street _____ | _____ | | | |
| City    State    ZIP Code | | | | |
| Creditor's Name _____ | _____ | $_____ | $_____ | ☐ Mortgage ☐ Car ☐ Credit card ☐ Loan repayment ☐ Suppliers or vendors ☐ Other _____ |
| Number    Street _____ | _____ | | | |
| City    State    ZIP Code | | | | |
| Creditor's Name _____ | _____ | $_____ | $_____ | ☐ Mortgage ☐ Car ☐ Credit card ☐ Loan repayment ☐ Suppliers or vendors ☐ Other _____ |
| Number    Street _____ | _____ | | | |
| City    State    ZIP Code | | | | |

Debtor 1 Ivan mls Catamse          Case number *(if known)* 25-15276-MAM

First Name   Middle Name   Last Name

---

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number   Street | | | | |
| | | | | |
| City   State   ZIP Code | | | | |
| Insider's Name | | $ | $ | |
| Number   Street | | | | |
| | | | | |
| City   State   ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number   Street | | | | |
| | | | | |
| City   State   ZIP Code | | | | |
| Insider's Name | | $ | $ | |
| Number   Street | | | | |
| | | | | |
| City   State   ZIP Code | | | | |

---

Official Form 107     **Statement of Financial Affairs for Individuals Filing for Bankruptcy**     page 4

Debtor 1  Ivan Miller Lafnune
First Name   Middle Name   Last Name

Case number (if known)  25-15276-MAM

---

**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☒ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title Forclosure | Property forclosure | Souther District Court Name County Civil Number Street City State ZIP Code | ☒ Pending ☐ On appeal ☐ Concluded |
| Case number 24·CA 008934 | | | |
| Case title Judgement | Judgemnt of a stolen FERRARI | Souther District Court Name County Civil Number Street City State ZIP Code | ☒ Pending ☐ On appeal ☐ Concluded |
| Case number | | | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| DAVID lawrence Creditor's Name | Leea on property | | $ 33.K |
| Number Street A fisher Gd Cunnighan Law. COM City State ZIP Code | **Explain what happened** ☐ Property was repossessed. ☒ Property was foreclosed. ☐ Property was garnished. ☐ Property was attached, seized, or levied. | | |
| Louis CANE Creditor's Name 2501 dot pim Stret Number Street Suite 300 Home wbb AL 35223 City State ZIP Code | 3555 gun club Rd. West Palm Blvd PL 33415 | | $ 600 K |
| | **Explain what happened** ☐ Property was repossessed. ☒ Property was foreclosed. ☐ Property was garnished. ☐ Property was attached, seized, or levied. | | |

---

Official Form 107        Statement of Financial Affairs for Individuals Filing for Bankruptcy        page 5

Debtor 1 _Iyza nde Lastning_
First Name    Middle Name    Last Name

Case number (if known) _25-15276-MAM_

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | $ |
| Number    Street | | | |
| City    State    ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors; a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

## Part 5:   List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No

☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Child help
Person to Whom You Gave the Gift

NA
Number    Street

City    State    ZIP Code

Person's relationship to you ___ | my friend asked me to donate to the children I didnt have mony but thy put me on the spot and borrowd it off a credit cArd | Apvl 1. 2025 | $ 1000.00

$ ___ |
| Gifts with a total value of more than $600 per person

Person to Whom You Gave the Gift

Number    Street

City    State    ZIP Code

Person's relationship to you ___ | | | $ ___

$ ___ |

Debtor 1 _____  _____  _____    Case number (if known) 25-15276-MAM
          First Name    Middle Name   Last Name

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | | $_____ |
| Charity's Name | | | $_____ |
| | | | |
| Number    Street | | | |
| | | | |
| City    State    ZIP Code | | | |

---

## Part 6: List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☐ No
☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss. Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|
| All tools, Materials Stolen | 20,000 lent to Mortgage Company | NA | $75,000 |

---

## Part 7: List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $_____ |
| Number    Street | | | $_____ |
| City    State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

---

Debtor 1 _Var mls Lafmme_   First Name   Middle Name   Last Name      Case number (if known)_ 25-15276 MAM_

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $ |
| Number   Street | | | $ |
| City   State   ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, If Not You | | | |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☑ No
❏ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $ |
| Number   Street | | | $ |
| City   State   ZIP Code | | | |

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
❏ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number   Street | | | |
| City   State   ZIP Code | | | |
| Person's relationship to you _____ | | | |
| Person Who Received Transfer | | | |
| Number   Street | | | |
| City   State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

Debtor 1 _____  Case number (*If known*) 25-15276-MAM

First Name    Middle Name    Last Name

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution _____ | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| Number  Street _____ City  State  ZIP Code | | | | |
| Name of Financial Institution _____ | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | | $_____ |
| Number  Street _____ City  State  ZIP Code | | | | |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution _____ | Name _____ | | ☐ No ☐ Yes |
| Number  Street _____ City  State  ZIP Code | Number  Street _____ City  State  ZIP Code | | |

Debtor 1 ___Lynn___ ___Riley___ ___[signature]___     Case number (if known) __25-15276-MAM__
         First Name   Middle Name   Last Name

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☐ No
☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Public Storage<br>Name of Storage Facility<br>1263<br>Number  Street<br>West Palm Beach<br>City<br>FL 33415<br>State  ZIP Code | _____<br>Name<br>_____<br>Number  Street<br>_____<br>City State  ZIP Code | Clothes, speakers<br>Paper work, toys<br>Car, Sons stuff<br>Items agured from<br>friends | ☑ No<br>☐ Yes |

## Part 9:  Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☑ No
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| _____<br>Owner's Name<br>_____<br>Number  Street<br>_____<br>City          State  ZIP Code | _____<br>Number  Street<br>_____<br>City          State   ZIP Code | | $_____ |

## Part 10:  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

☐ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

☐ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

☐ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____<br>Name of site<br>_____<br>Number  Street<br>_____<br>City       State   ZIP Code | _____<br>Governmental unit<br>_____<br>Number  Street<br>_____<br>City        State  ZIP Code | | |

Debtor 1 _Ivan_ _Wlis_ _Latimore_    Case number *(if known)* _25-15276-MAM_
         First Name  Middle Name  Last Name

25. Have you notified any governmental unit of any release of hazardous material?

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| City          State      ZIP Code | City          State     ZIP Code | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | Court Name | | ☐ Pending |
| | Number   Street | | ☐ On appeal |
| Case number_____ | City          State   ZIP Code | | ☐ Concluded |

## Part 11:   Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| Latimore Enterprises | Describe the nature of the business | Employer identification number |
|---|---|---|
| Business Name | Luxury gyms | Do not include Social Security number or ITIN. |
| 320 Royal Palm | | EIN: ___ - ___ ___ ___ ___ ___ ___ |
| Number   Street | | |
| Beverly hills | Name of accountant or bookkeeper | Dates business existed |
| CA 90210 | | From 2019 To 2024 |
| City          State   ZIP Code | | |
| Gifted 30 LLC | Describe the nature of the business | Employer identification number |
| Business Name | Luxury gym/Try homes | Do not include Social Security number or ITIN. |
| 340 Royal Poinciana Wy | | EIN: ___ - ___ ___ ___ ___   NA |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| Palm Beach Fl 33470 | | From 2022 To 2024 |
| City          State   ZIP Code | | |

Debtor 1 _Ivan_ _Riley_ _Catmore_ Case number _(if known)_ _25-15276-MAM_
First Name   Middle Name   Last Name

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| Business Name | | EIN: __ __ – __ __ – __ __ __ __ __ |
| Number  Street | Name of accountant or bookkeeper | Dates business existed |
| | | |
| City          State    ZIP Code | | From _____ To _____ |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

Date issued

Name _____   MM / DD / YYYY

Number  Street _____

_____

City          State    ZIP Code

---

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _Signature_   ✗ _____

Signature of Debtor 1          Signature of Debtor 2

Date _5-15-2025_   Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☐ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

**Fill in this information to identify your case:**

Debtor 1    IVAN     Miles     LATIMORE
      First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing)   First Name     Middle Name     Last Name

United States Bankruptcy Court for the: Southern District of FLORIDA

Case number   25-15276 -MAM
(if known)

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information.
Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | **List Your Creditors Who Have Secured Claims** |
| --- | --- |

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
| --- | --- | --- |
| Creditor's name: _____ <br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: _____ | ☐ No <br> ☐ Yes |
| Creditor's name: _____ <br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: _____ | ☐ No <br> ☐ Yes |
| Creditor's name: _____ <br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: _____ | ☐ No <br> ☐ Yes |
| Creditor's name: _____ <br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: _____ | ☐ No <br> ☐ Yes |

Debtor 1 ___Ivan___ ___Niles___ ___Latimore___
First Name   Middle Name   Last Name

Case number (*if known*) 25 - 15276-MAM

**List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |

**Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _Signature_

Signature of Debtor 1

X _____

Signature of Debtor 2

Date 5-16-25
    MM / DD / YYYY

Date _____
    MM / DD / YYYY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Ivan nilr Latmure

Case No. 25-15276-MAM
Chapter

_____ Debtor _____ /

## DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING CREDITOR INFORMATION

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(D), or 1019-1(B) upon the filing of an amendment to the debtor's lists, schedules or statements, pursuant to Bankruptcy Rules 1007, 1009, 1019 or 5010-1(B). I certify that:

[ ]  The paper filed <u>adds</u> creditor(s) as reflected on the <u>attached list</u> (include name and address of each creditor being added). I have:
1.  remitted the required fee (unless the paper is a Bankruptcy Rule 1019(5) report);
2.  provided the court with a supplemental matrix <u>of only the added creditors</u> on a CD or memory stick in electronic text format (ASCII or MS-DOS text), or electronically uploaded the added creditors in CM/ECF;
3.  provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)];
4.  filed an amended schedule(s) and summary of schedules; and
5.  filed a motion to reopen accompanied by the required filing fee (if adding creditors pursuant to Local Rule 5010-1(B)).

[ ]  The paper filed <u>deletes</u> a creditor(s) as reflected on the <u>attached list</u> (include name and address of each creditor being deleted). I have:
1.  remitted the required fee;
2.  provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
3.  filed an amended schedule(s) and summary of schedules.

[ ]  The paper filed <u>corrects</u> the name and/or address of a creditor(s) as reflected on the <u>attached list</u>. I have:
1.  provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
2.  filed an amended schedule(s) or other paper.

[ ]  The paper filed <u>corrects</u> schedule D or E/F amount(s) or classification(s). I have:
1.  remitted the required fee;
2.  provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
3.  filed an amended schedule(s) and summary of schedules.

[✓]  None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It □ does □ does not require the filing of an amended schedule and summary of schedules.

I also certify that, if filing amended schedules, Bankruptcy Form 106 "Declaration About an Individual Debtor's Schedules" (signed by both debtors) or Bankruptcy Form 202 , "Declaration Under Penalty of Perjury for Non-Individual Debtors" has been filed as required by Local Rules 1007-2(B), 1009-1(A)(2) and (D)(1), or 1019-1(B).

Dated: 5-15-2025

Ivan Lat Mure
_____
Attorney for Debtor (or Debtor, if pro se)

Ivan Latmure
_____
Print Name

_____
Florida Bar Number

_____
Joint Debtor (if applicable)

_____
Address

_____
Phone Number

LF-4 (rev. 12/01/15)