UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| IVAN NILES LATIMORE, | Case No. 25-15276-MAM |
| Debtor. | |
| FERRARI FINANCIAL SERVICES, INC. | Adv. Case No. 25-01273-MAM |
| Plaintiff, | |
| v. | |
| IVAN NILES LATIMORE, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on March 17, 2026, a true and correct copy of the **Order Setting Briefing Schedule [DE 25]** was served via electronic mail on Ivan Niles Latimore at Showup33@icloud.com

Dated: March 17, 2026

**SAUL EWING LLP**

By:  /s/ Carmen Contreras-Martinez
Carmen Contreras-Martinez
Florida Bar No. 93475
Turner N. Falk (admitted *pro hac vice*)
701 Brickell Avenue
Suite 1700
Miami, Florida 33131
Telephone: 305-428-4500
carmen.contreras-martinez@saul.com
turner.falk@saul.com
*Attorneys for Ferrari Financial Services, Inc.*

57509478.1