United States Bankruptcy Court

Southern District of Florida

Ferrari Financial Services, Inc.,

    Plaintiff

                                                       Adv. Proc. No. 25-01273-MAM

Latimore,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 113C-9 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 16, 2026 | Form ID: pdf004 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

**Symbol**         **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Mar 17 2026 00:39:00 | Guy Van Baalen, DOJ-Ust, 501 E. Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Mar 17 2026 00:38:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Mar 17 2026 00:38:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 17 2026 00:38:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Mar 17 2026 00:38:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-0699 |
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Mar 17 2026 00:38:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Mar 17 2026 00:38:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Mar 17 2026 00:38:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Mar 17 2026 00:39:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Mar 17 2026 00:38:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Mar 17 2026 00:38:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Mar 17 2026 00:38:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |

District/off: 113C-9                                      User: admin                                      Page 2 of 2

Date Rcvd: Mar 16, 2026                                  Form ID: pdf004                                  Total Noticed: 13

ust                    +  Email/Text: ustpregion21.tp.ecf@usdoj.gov
                                                         Mar 17 2026 00:39:00   United States Trustee - TPA7/13, Timberlake
                                                                                Annex, Suite 1200, 501 E Polk Street, Tampa, FL
                                                                                33602-3949

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2026                       Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carmen Contreras-Martinez | on behalf of Plaintiff Ferrari Financial Services  Inc. carmen.contreras-martinez@saul.com, aida.mclaughlin@saul.com;litigationdocketing@saul.com |
| Turner N Falk | on behalf of Plaintiff Ferrari Financial Services  Inc. turner.falk@saul.com, tnfalk@recap.email |

TOTAL: 2



**ORDERED in the Southern District of Florida on March 16, 2026.**

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Case No.: 25-15276-MAM |
| Ivan Niles Latimore, | |
| Debtor. | Chapter 7 |
| _____/ | |
| | |
| Ferrari Financial Services, Inc., | Adv. Proc. No. 25-01273-MAM |
| Plaintiff. | |
| v. | |
| Ivan Niles Latimore, | |
| Defendant. | |
| _____/ | |

## ORDER SETTING BRIEFING SCHEDULE

Plaintiff(s) Ferrari Financial Services, Inc ("<u>Movant(s)</u>") filed a motion for

summary judgment (ECF No. 23) (the "Motion"). The Court **ORDERS** that:

1. Defendant(s) Ivan Niles Latimore ("Respondent(s)") must file any desired response (the "Response") to the Motion on or before **April 10, 2026.** The Response must not exceed 10 pages, including any accompanying memoranda of law.

2. Movant(s) must file any desired reply (the "Reply") on or before **April 24, 2025**. The Reply must not exceed 5 pages.

3. The Response and Reply must:

   a. Provide pinpoint citations to the record and legal authority for each asserted argument;

   b. Adhere to page limitations;

   c. Use 12-point font (preferably Times New Roman or Century Schoolbook) and double-spacing of lines; and

   d. Contain a pdf bookmark for each section.

4. Failure to provide proper citations or adhere to page limitations may result in the Court striking the relevant portions of the brief.

5. Movant(s) and Respondent(s) must file a joint stipulation of undisputed facts (the "Joint Stipulation") on or before **May 1, 2026** that is no longer than 10 pages.[1]

6. On the same date as submission of the Joint Stipulation, Movant(s)

---

[1] The parties are excused from any requirement to file a unilateral statement of facts set forth in paragraph 8 of the *Order Setting Scheduling Conference and Establishing Procedures and Deadlines*.

2

must file a notice informing the Court that briefing is complete (the "Notice of Completion of Briefing").[2]

      7.  Failure to timely comply with the deadlines and requirements of this Order may result in determination of the Motion without a hearing.

      8.  The Court retains discretion to determine whether summary judgment is appropriate regardless of compliance with this Order.

###

Copy furnished to:

Carmen Contreras-Martinez, Attorney for Movant(s)
*Attorney for Movant(s) must serve this Order upon all interested parties in compliance with all applicable rules and file a conforming certificate of service.*

---

[2] The Notice of Completion of Briefing must be uploaded to CM/ECF using the "Notice of Filing" event code.

3