United States Bankruptcy Court

Southern District of Florida

Ferrari Financial Services, Inc.,

    Plaintiff

Latimore,

    Defendant

Adv. Proc. No. 25-01273-MAM

# CERTIFICATE OF NOTICE

| District/off: 113C-9 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 13, 2026 | Form ID: pdf004 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Apr 13 2026 23:40:00 | Guy Van Baalen, DOJ-Ust, 501 E. Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Apr 13 2026 23:39:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Apr 13 2026 23:40:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 13 2026 23:40:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Apr 13 2026 23:40:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-0699 |
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Apr 13 2026 23:39:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Apr 13 2026 23:39:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Apr 13 2026 23:39:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Apr 13 2026 23:40:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Apr 13 2026 23:39:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Apr 13 2026 23:39:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Apr 13 2026 23:39:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |

District/off: 113C-9            User: admin            Page 2 of 2

Date Rcvd: Apr 13, 2026            Form ID: pdf004            Total Noticed: 13

ust           +   Email/Text: ustpregion21.tp.ecf@usdoj.gov

                                      Apr 13 2026 23:40:00    United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2026            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carmen Contreras-Martinez | on behalf of Plaintiff Ferrari Financial Services  Inc. carmen.contreras-martinez@saul.com, aida.mclaughlin@saul.com;litigationdocketing@saul.com |
| Turner N Falk | on behalf of Plaintiff Ferrari Financial Services  Inc. turner.falk@saul.com, tnfalk@recap.email |

TOTAL: 2



**ORDERED in the Southern District of Florida on April 9, 2026.**

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Case No.: 25-15276-MAM |
| Ivan Niles Latimore,<br>        Debtor.<br>_____/ | Chapter 7 |
| Ferrari Financial Services, Inc.,<br>        Plaintiff, | Adv. Proc. No.: 25-01273-MAM |
| v. | |
| Ivan Niles Latimore,<br>        Defendant.<br>_____/ | |

## <u>AMENDED[1] ORDER SETTING BRIEFING SCHEDULE</u>

---

[1] Amended by the Court for the reasons stated on the record during the April 8, 2026, hearing in the adversary proceeding styled as Nicole Mehdipour v. Ivan Niles Latimore, Adv. Proc. No. 25-01271-MAM.

Plaintiff Ferrari Financial Services, Inc. ("Movant(s)") filed a motion for summary judgment (ECF No. 23) (the "Motion"). The Court **ORDERS** that:

1.      Defendant(s) Ivan Niles Latimore ("Respondent(s)") must file any desired response (the "Response") to the Motion on or before **April 24, 2026**. The Response must not exceed 10 pages, including any accompanying memoranda of law.

2.      Movant(s) must file any desired reply (the "Reply") on or before **May 8, 2026**. The Reply must not exceed 5 pages.

3.      The Response and Reply must:

    a.  Provide pinpoint citations to the record and legal authority for each asserted argument;

    b.  Adhere to page limitations;

    c.  Use 12-point font (preferably Times New Roman or Century Schoolbook) and double-spacing of lines; and

    d.  Contain a pdf bookmark for each section.

4.      Failure to provide proper citations or adhere to page limitations may result in the Court striking the relevant portions of the brief.

5.      Movant(s) and Respondent(s) must file a joint stipulation of undisputed facts (the "Joint Stipulation") on or before **May 15, 2026**, that is no longer than 10 pages.[2]

---

[2] The parties are excused from any requirement to file a unilateral statement of facts set forth in paragraph 8 of the *Order Setting Scheduling Conference and Establishing Procedures and Deadlines*.

6.      On the same date as submission of the Joint Stipulation, Movant(s) must file a notice informing the Court that briefing is complete (the "Notice of Completion of Briefing").[3]

7.      Failure to timely comply with the deadlines and requirements of this Order may result in determination of the Motion without a hearing.

8.      The Court retains discretion to determine whether summary judgment is appropriate regardless of compliance with this Order.

###

Copy to:

Carmen Contreras-Martinez, Esq.

*Attorney Contreras-Martinez is directed to serve this Order in accordance with all applicable rules and file a certificate of service.*

---

[3] The Notice of Completion of Briefing must be uploaded to CM/ECF using the "Notice of Filing" event code.