United States Bankruptcy Court
Southern District of Florida
West Palm Beach Division

Ivan n LATIMORE                    chapter 7

    Debtor                    CASE # 25-15276-MAM

FERRARi Financial Services

    Plaintiff                    ADV. CASE # 25-01273-MAM

vs
Ivan M LATIMORE
    Defendant

FILED-USBC, FLS-WPB
'26 APR 16 AM 11:18

## Response to Summary Judgment

Defendant, Ivan n LATIMORE      by my response moves this Court to dismiss summary Judgment made by Ferrari Financial Services in support of my submissions Prior filings.

Ferrari and I did agree to a contract December 18, 2021, however I did report the car stolen in 2022. I refute all allegations I have the Car or have done anything to hinder this process. I am the victim in this matter that I worked very hard to ever afford a Ferrari and Im just very apaulled this is how IM being treated. I have submitted the police Report to this Court and to ferrari

they claim I did not. So that is a false claim by them. The insurance company and ferrari have colluded against me to deny my claim. I never waited in excess of two years to report the claim. The insurance company dragged their feet once they knew ferrari was award a default judgment of which I was dealing with 3 family member deaths. There was no fraud transfer of property. I got in debt and owed many people money. I was not working due to my families needing me to help out in the deaths. I was not making money and I needed to cleare my self of all debt correctly and that is the only Reason I filed Bankrupty. CASA De greatness LLC is not my company as they claim. I also submitted Factual evidence of my being out of USA when they claimed I was at a tire shop. I have never filed bankrpty so If I've made mistakes in my submissions it was an honest mistake as this is not something I have full knowlge how to do. I dont have money to hire A lawyer. Ferrari has submitted countless papers of which I dont understand or believe Are true. They claim I closed bank

Accounts. Yes I did they took the tax refund that belong to my son. That account was his and needed to be closed. I dont have a personal bank account and have not had one since 2019. The Ferrari was stolen and Reported when it happened in 2022. I submitted all evidence to clear me of any wrong doing they continue to tell this court. I ask this court to dismiss this gregarys claim against me as I have coperated with honesty and integrity in my bankruptcy fillings. I am homeless and have no where to keep any documents Ferrari is claimy I should have I have never admitted I was or am in possession of the car. The debt I owed I was asking to be discharged. I claimed I had an interest due to the fact I wanted to assure the remaining debt I owed was part of my bankruptcy. As I close out my rant of an answer to these false allegations I'm truy appauled I even have done business with ferrari or State farm.

I lost my grandmother who raised me, lost my 2 aunts that helped her as well. they molded me to become an honest hard working woman and I spoke to them daily, weekly, monthly, yearly and losing my 3 most loving and caring support system I felt I couldn't move on. I had to arrange funerals for 3 woman that were in 3 sepeats states Washington State. New York State and Townsen Maryland. All doing this put me in finance ruins as I needed to help my family in this dire heart breaking time. I stopped everything I was doing to be there for all of my family and that is now and why I become finanally Ruined. I ask this court to understand I needed to file bankruptcy due to my unability to get back on my feet without cleary this huge debt I put myself in as a result of being there for my immedate family, please Deny ferrari. any so many Judgment or relief as I have proven otherwise.

IVAN N LATIMORE
Show up 33 @ Icloud.com

Certificate of Service
APRIl 15. 2026    a true & correct copy of the foragoing was served to FERRAR. Famed via EMAIl. Turner.Falk @ Saul. COM