In the Circuit Court of
the 15th Judical Circuit
in and for Palm Beah
County Florida

Circuit Civil Division

CASE# 50-2022-CA-010741-xx

Supp. CASE 50-2024 CA-007453.

xxxx - MB

CASE # 25-15276-MAM
ADV Case #25-01273-MAM

Ferrari financial services inc
    plaintiff

vs

Ivan Latimore
    Defendant

Status Report

FILED-USBC, FLS-WPB
'26 APR 27 PM1:19

I, Ivan Latimore Defendant continue to get
bombarded with Ferrari lawyer Complaints
and filings to prevent my bankruptsy Discharge
of which I am Entitled to by Fedil Law to
obtain a fresh Start by eliminating debt, stop
creditors harrasment. I am in need of financial
rehabilitatin due to the overwhelming debt incurred
by 3 deaths that took a toll on any finances
I had. I've ask this Court to see I have
complied and filed Chapter 7 to the best of
My abcity. I do not have any Car (Ferrari)
they Continue to slander I have or even
know where it is. I do not have a phone
in my name to stay on top of all

Ferraris serving documents. Due to the size and I informed the court of this. Now Ferrari is saying the Trustee successfully prosecuted a motion for the 2016 insurance check that has absoutly nothing to do withe Ferrari yet they inform the court of such. The Porsche Also has nothing to do in this Matter that now they want to bring in this Matter. I have already been in Contact with Detectives and Insurance Company that Vehicle was owned by state farm as they paid the Insurance company 2-3 years prior to my May 12 2025 filing of Bankroptsy. Casa De gratuies LLC. and I have NO affililation or interaction that they keep saying I am part of that Company. At no time have I been a part of that company. I really ask this court to dismiss all of Ferrani's

False Motions and attempts to Stop my Bankruptsy discharge of Continue grounds of lies and harrasment of which they were obligated to stop once I filed bankruptsy. I also am submitting Email Correspondents from the LA Detective OMAR RUIZ who I have been proactively trying to assist in location of the stolen Vechicle (FERRARI) to show that I have nothing and wish the Car was found. I would like the court to also see all my filings to Ferrari in regards to denying any of their Motions to stop my Chapter 7 discharge of which I have filed to the best of my ability. I am and have been homeless since the MAY 12 2025 filings. I would like to get my life back and stop all these Court hearings.

Respectfully
Submitted
IVAN whimore
Show up 33 @ I clouden

Certification of Service

I hereby Certify that on
April 27th 2026 a true and
Correct Copy of The foregoing
Was Served to Ferrari via
Email to Turner.falk@saul.com



**< Back**   **20 Messages**
**DR# 24-08-075...**  ∧  ∨

---

**OR**  **OMAR RUIZ**                              4/14/26
To: latimore █████████  >

*the Black owl
is my 13 year old
son's email.*

I just got off the phone with LAPD's Vehicle Processing Unit; they double checked & BOTH the VIN & the Lic Plt are on both the CA Stolen ==Vehicle System & on the national NCIC list.== I just verified it myself as well.

Are you sure that the insurance company is running the OLD VIN in the NCIC database? What if they trying to run the NEW/fake VIN instead?

---

**From:** ██████Latimore <████████████>
**Sent:** Tuesday, April 14, 2026 9:39 AM
**To:** OMAR RUIZ <42815@lapd.online>
**Subject:** Re: Case DR# 24-08-07595

**ATTENTION: This email originated outside of LAPD. Do not click on links or open attachments unless you recognize the sender and know the content is safe.**

Plate is FLORIDA 95BDKL
2019 Ferrari vin
ZFF89FPA6K0239003
Ivan latimore registered owner
Thank you



< Back  **DR# 24-08-075...**  ⋀  ⋁

On Feb 25, 2026, at 6:31 PM,
██████████  ░░░░░░░
<██████████████████> wrote:

The task force came was unreal
they discovered it was definitely
chopped up but couldn't keep car
till I get Seriel numbers of my
custom seats
ADOG



On Feb 25, 2026, at 6:22 PM,
OMAR RUIZ
<<u>42815@lapd.online</u>> wrote:

How did it go with the investigation? Were
they able to read the VIN? If off tomorrow, but
I'll back on Friday.

---

**From:** ██████████ <██████████████████>
**Sent:** Wednesday, February 25, 2026 7:28 AM
**To:** OMAR RUIZ <<u>42815@lapd.online</u>>
**Subject:** Re: Case DR# <u>24-08-07595</u>

OMAR RUIZ                           4/14/26
OR
To: latimore █████████ >

# Re: Case DR# 24-08-07595

I'm not allowed to share the following information, but in order to expedite this, here's how it shows on our end:

NCIC

4OF5Y002RUL.IJ

CA0194276

WARNING -
THE FOLLOWING VEHICLE RECORD CONTAINS EXPIRED LICENSE PLATE
DATA.  USE CAUTION, CONTACT ENTERING AGENCY TO CONFIRM STATUS.
MKE/STOLEN VEHICLE
ORI/CA0194208 LIC/95BDKL LIS/
FL LIY/2025 LIT/PC
VIN/ZFF89FPA6K0239003 VYR/2019
VMA/FERR VMO/PTF VST/2D VCO/
BLK DOT/20240404
OCA/240807595
NOA/N

20 Messages

‹ Back    DR# 24-08-075

SVS

4OF5Y002RUL.IA

QV.CA0194276.LIC/95BDKL.LIS/FL

INQUIRY MATCH ON LIC/95BDKL
STOLEN VEHICLE
LIC/95BDKL LIS/FL LIY/2025 LIT/PC
2019 FERR PTF 2D BLK VIN/
ZFF89FPA6K0239003
ORI/CA0194208 OCA/
240807595 FCN/2742409503055
DOT/20240404
NIC/V275951793
MIS/PH2-PLUS 33755531779
NOA/N
ENT/ON CALIF AND NCIC FILES
IMMEDIATELY CONFIRM WITH ORI/
CA0194208 LAPD -
 WEST LA AREA MNE/LOP0
TELEPHONE 310 444-0712 IF NO AN
SWER CALL TELEPHONE 213 486-8
260

CHECKING NCIC
* * * * * * * *  VICTIM  DATA  * * * * * * *
VNM/LATIMORE,IVAN NILES
VAD/340 ROYAL POINCIANA
VCY/PALM BEACH        VSA/
FL VZP/33480

< **Back**   **DR#24-08-075...**   ∧ ∨

On Feb 23, 2026, at 3:34 PM, OMAR RUIZ <42815@lapd.online> wrote:

As I suspected, my supervisor suggested the same thing: rent the vehicle and have a local sheriff's dept or nearby state police agency read the VIN. We do not send our people out of state to read VINs nor do we make the arrangements to have the VIN read. However, if another agency does locate your vehicle, I have no problem speaking to them about this case or forwarding them any information that they need from us.

---

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓
<▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Thursday, February 19, 2026 8:26 AM
**To:** OMAR RUIZ <42815@lapd.online>
**Subject:** Case DR# 24-08-07595

**ATTENTION: This email originated outside of LAPD. Do not click on links or open attachments unless you recognize the sender and know the content is safe.**