UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re:<br><br>IVAN NILES LATIMORE,<br><br>  Debtor.<br><hr><br>FERRARI FINANCIAL SERVICES, INC.<br><br>  Plaintiff,<br><br>v.<br><br>IVAN NILES LATIMORE,<br><br>  Defendant. | Chapter 7<br><br>Case No. 25-15276-MAM<br><br><br><br>Adv. Case No. 25-01273-MAM |

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on July 27, 2026, a true and correct copy of the **Order Denying Ferrari Financial Services, Inc.'s Motion for Summary Judgment [DE 40]** was served via electronic mail on Ivan Niles Latimore at Showup33@icloud.com

Dated: July 27, 2026

        **SAUL EWING LLP**

By: */s/ Carmen Contreras-Martinez*
   Carmen Contreras-Martinez
   Florida Bar No. 93475
   Turner N. Falk (admitted *pro hac vice*)
   701 Brickell Avenue
   Suite 1700
   Miami, Florida  33131
   Telephone: 305-428-4500
   carmen.contreras-martinez@saul.com
   turner.falk@saul.com
   *Attorneys for Ferrari Financial Services, Inc.*

57509478.1