United
States Bankruptsy Court
Southern District of Florida

FILED-USBC, FLS-
'26 JUL 29 AM10:3

Case #
25-15276-MAM
25-D1273-MAM

Ferrari Financial Servces inc
Plaintff

VS Debtor

Ivan Latimore
Defendant

## Relief from Cart.

I, Ivan Latimore have been in Contect with MR. Turner Falk snce July 10th 2024 in regards to them try to do a depsition. of which I do not have a lawyer for or am in the state they are telling me to appear. I'm able to do Zoom that I have explained in le emails. I ask this Court for Relief in this MAtter. The Bankrupty has been forcing on my life. It wes suppose to help me Start over and has been a Complete NIGHTMARE with All thois EXTRA DRAMA I DO NOT NeeD. That Car WAS Stolen and Ferrari and State farm have been Harrassing me to no end. I filed Bankrupty as a normal Citizen with Rights to do so and they are not met

I ask this court to intervene and set a zoom hearing for this deposition and allow me to find a lawyer to help me as I do not feel comfortable answering these insane questions fairly.

Turner w Falk

Turner.Falk@Saul.com

701 Brickell Ave
Suite 1700
Miami  Fl  33131

Ivan Latanoro

Show up 33@iCloud.com

# CERTIFICATE OF SERVICE

I, _____Ivan Latimer_____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by: EMAIL.

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _____     Signature: _____
July 29 2026

| Print Name: | Ivan Latimer | | |
| --- | --- | --- | --- |
| Address: | Show up 33 @ Icloud.com | | |
| City: | | State: | Zip: |