United States Bankruptsy Court
Southern District of Florida

FILED-USBC, FLS-
'26 JUL 29 AM10:3

Case #
25- 15276- MAM
25- D1273 -MAM

FeRRARi Financial Serues inc
Plaintff

VS Debtor

IvAN LATimoRE
Defendant

## Relief from Court.

I, Ivan Latimore have been in Contact with MR. Turner Falk snce July 10th 2024 in regards to them try to do a depsition. of which I do not have a lawyer fir or am in the state they are telling me to appear. I'M able to do Zoom that I have explained in Ce emails. I ask this Court for Relief in this MAtter. The Bankrupty has been taxing on my life. It was suppose to help me stort over and has been a Complete NightMARE with All this EXtRA DRAMA I DO Not NeeD. That Car WAS Stolen and FerRARi and State farm Have been Harrasscing me to no end. I filed Bankrupty as a normal Citizen with Rights to do So and they are not met

I ask this court to intervene and set a zoom hearing for this deposition and allow me to find a lawyer to help me as I do not feel comfortable answering these insane questions fairly.

Turner w Falk

Turner.Falk@Saul.com
701 Brickell Ave
Suite 1700
Miami Fl 33131

Ivan Latanoko
Showup33@iCloud.com

# CERTIFICATE OF SERVICE

I, _____Ivan  Latimore_____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by: Email.

☐ **Mail Service:** Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

☐ **Residence Service:** By leaving the process with the following adult at:

☐ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

☐ **Publication:** The defendant was served as follows: [Describe briefly]

☐ **State Law:** The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _____    Signature: _____
July 29 2026

| Print Name: | Ivan Latimore |
| Address: | Show up 33 @ Icloud.com |
| City: | State: | Zip: |