UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re:<br><br>IVAN NILES LATIMORE,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-15276-MAM |
| FERRARI FINANCIAL SERVICES, INC.<br><br>Plaintiff,<br><br>v.<br><br>IVAN NILES LATIMORE,<br><br>Defendant. | Adv. Case No. 25-01273-MAM |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on August 14, 2026, a true and correct copy of the **Notice of Hearing [DE 53]** on **Motion to Compel Debtor To Respond To Interrogatories, Produce Documents; Deeming Admitted All Requests For Admissions; Compelling Debtors Deposition; or in the Alternative, Entering Judgment as a Sanction Filed by Plaintiff Ferrari Financial Services, Inc. [DE 52]** on was served via electronic mail on Ivan Niles Latimore at Showup33@icloud.com.

Dated: August 17, 2026

**SAUL EWING LLP**

By: */s/ Carmen Contreras-Martinez*

Carmen Contreras-Martinez
Florida Bar No. 93475
Turner N. Falk (admitted *pro hac vice*)
701 Brickell Avenue, Suite 1700
Miami, Florida 33131
Telephone: 305-428-4500
carmen.contreras-martinez@saul.com
turner.falk@saul.com

*Attorneys for Ferrari Financial Services, Inc.*