UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re:<br><br>IVAN NILES LATIMORE,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-15276-MAM |
| FERRARI FINANCIAL SERVICES, INC.<br><br>Plaintiff,<br><br>v.<br><br>IVAN NILES LATIMORE,<br><br>Defendant. | Adv. Case No. 25-01273-MAM |

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on September 3, 2026, a true and correct copy of the **Order Denying Defendant's Motion for Judicial Assistance [DE 57]** entered on September 2, 2026, was served via electronic mail on Ivan Niles Latimore at Showup33@icloud.com.

Dated: September 3, 2026

**SAUL EWING LLP**

By: */s/ Carmen Contreras-Martinez*
Carmen Contreras-Martinez
Florida Bar No. 93475
Turner N. Falk (admitted *pro hac vice*)
701 Brickell Avenue, Suite 1700
Miami, Florida 33131
Telephone: 305-428-4500
carmen.contreras-martinez@saul.com
turner.falk@saul.com

*Attorneys for Ferrari Financial Services, Inc.*