United States Bankruptcy Court
Southern District of Florida

Ferrari Financial Services, Inc.,
Plaintiff

Adv. Proc. No. 25-01273-MAM

Latimore,
Defendant

# CERTIFICATE OF NOTICE

District/off: 113C-9 User: admin Page 1 of 2
Date Rcvd: Sep 02, 2026 Form ID: pdf004 Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Sep 03 2026 00:15:00 | Guy Van Baalen, DOJ-Ust, 501 E. Polk Street, Tampa, FL 33602-3949 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Sep 03 2026 00:15:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Sep 03 2026 00:15:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 03 2026 00:15:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Sep 03 2026 00:15:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-0699 |
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Sep 03 2026 00:15:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Sep 03 2026 00:15:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Sep 03 2026 00:15:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Sep 03 2026 00:15:00 | United States Trustee - FTM, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, FL 33602-3949 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Sep 03 2026 00:15:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Sep 03 2026 00:15:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Sep 03 2026 00:15:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | | |

| | | | |
|---|---|---|---|
| | | Sep 03 2026 00:15:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Sep 03 2026 00:15:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carmen Contreras-Martinez | on behalf of Plaintiff Ferrari Financial Services Inc. carmen.contreras-martinez@saul.com, aida.mclaughlin@saul.com;litigationdocketing@saul.com |
| Turner N Falk | on behalf of Plaintiff Ferrari Financial Services Inc. turner.falk@saul.com, tnfalk@recap.email |

TOTAL: 2

**ORDERED in the Southern District of Florida on September 2, 2026.**

Mindy A. Mora, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re: Chapter 7

IVAN NILES LATIMORE, Case No. 25-15276-MAM

Debtor.
_____________________________________/

FERRARI FINANCIAL SERVICES, INC. Adv. Case No. 25-01273-MAM

Plaintiff,

v.

IVAN NILES LATIMORE,

Defendant.
_____________________________________/

**ORDER GRANTING FERRARI FINANCIAL SERVICES, INC.'S CROSS-MOTION FOR ENTRY OF AN ORDER (I) COMPELLING DEBTOR TO RESPOND TO INTERROGATORIES, PRODUCE DOCUMENTS, (II) DEEMING ADMITTED ALL REQUESTS FOR ADMISSIONS, (III) COMPELLING DEBTOR'S DEPOSITION**

This matter having come before the Court on September 1, 2026 on account of the cross-motion of Plaintiff, FERRARI FINANCIAL SERVICES, INC. ("**FFS**") to compel discovery

("**Motion**") [DE 52], and after notice and a hearing, and for the reasons stated on the record, it is hereby **ORDERED** that:

1. The Motion is GRANTED as set forth herein.
2. FFS shall re-serve its previous interrogatories ("**Interrogatories**"), requests for production ("**RFP**") and requests for admissions ("**RFA**") upon the Debtor by email on or before September 1, 2026.
3. The Debtor is ORDERED to respond to the Interrogatories, RFP and RFA on or before September 14, 2026.
4. Any documents not produced to FFS by the Debtor on or before September 14, 2026 may not be introduced by the Debtor at trial in this matter.
5. If the Debtor does not respond in writing to the RFA on or before September 14, 2026, the RFA are deemed admitted.
6. The Debtor is ORDERED to appear for a remote deposition, to be scheduled by FFS on or before September 21, 2026.

# # #

Submitted by:

Carmen Contreras-Martinez
Florida Bar No. 93475
Turner N. Falk, *Admitted Pro Hac Vice*
SAUL EWING LLP
701 Brickell Avenue, Suite 1700
Miami, Florida 33131
Telephone: 305-428-4500
carmen.contreras-martinez@saul.com

*Attorney Contreras-Martinez is directed to serve a copy of this Order on all interested parties and file a Certificate of Service.*