UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| IVAN NILES LATIMORE, | Case No. 25-15276-MAM |
| Debtor. ______________________________/ | |
| FERRARI FINANCIAL SERVICES, INC. | Adv. Case No. 25-01273-MAM |
| Plaintiff, | |
| v. | |
| IVAN NILES LATIMORE, | |
| Defendant. ______________________________/ | |

**EXHIBIT REGISTER**

Exhibit register exhibits submitted on behalf of: Plaintiff, Ferrari Financial Services, Inc.

Matter set for hearing/trial: October 16, 2026

Related docket entry number(s): Docket No. 1 (Complaint)

Date of hearing/trial: October 16, 2026

By: SAUL EWING LLP

*/s/ Carmen Contreras-Martinez*

Carmen Contreras-Martinez
Florida Bar No. 93475
Turner N. Falk (admitted *pro hac vice*)
701 Brickell Avenue, Suite 1700
Miami, Florida 33131
Telephone: 305-428-4500
carmen.contreras-martinez@saul.com
turner.falk@saul.com

Dated: October 9, 2026

| **Exhibit Number** | **Description** | **Admitted** | **Refused** | **Not Offered Into Evidence** |
|---|---|---|---|---|
| Plaintiff Ex. 1 | Transcript of July 15, 2024 hearing on Defendant's Claim of Exemption | | | |
| Plaintiff Ex. 2 | Letter Construed as Answer to Complaint | | | |
| Plaintiff Ex. 3 | Defendant's Driver's License | | | |
| Plaintiff Ex. 4 | Latimore's Schedules and Statement of Financial Affairs | | | |
| Plaintiff Ex. 5 | Vehicle Contract | | | |
| Plaintiff Ex. 6 | Payment History | | | |
| Plaintiff Ex. 7 | Final Judgment | | | |
| Plaintiff Ex. 8 | 2022 Police Report | | | |
| Plaintiff Ex. 9 | 2024 Police Report | | | |
| Plaintiff Ex. 10 | Passport with stamps | | | |
| Plaintiff Ex. 11 | Emails with Insurance company | | | |
| Plaintiff Ex. 12 | Invoice/payment for tires | | | |
| Plaintiff Ex. 13 | Map between addresses | | | |
| Plaintiff Ex. 14 | Transcript: 341 meeting | | | |
| Plaintiff Ex. 15 | Contract: David Lawrence Architecture | | | |
| Plaintiff Ex. 16 | Fraudulent Deed | | | |
| Plaintiff Ex. 17 | Transcript: Hearing on Objection to Exemptions | | | |
| Plaintiff Ex. 18 | Property Photos of 5555 Gun Club Road | | | |
| Plaintiff Ex. 19 | Police report: identity theft | | | |
| Plaintiff Ex. 20 | Arrest: Probable Cause Affidavit | | | |
| Plaintiff Ex. 21 | Adversary Complaint | | | |
| Plaintiff Ex. 22 | Plaintiff's Discovery Requests to Defendant | | | |
| Plaintiff Ex. 23 | Defendant's Admissions | | | |
| Plaintiff Ex. 24 | Sima Fisher's Motion to File Late Proof of Claim | | | |
| Plaintiff Ex. 25 | Transcript: Deposition of Defendant | | | |