IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT, IN AND FOR
PALM BEACH COUNTY, FLORIDA

No: 502022CA010741XXXX

FERRARI FINANCIAL SERVICES, INC.,
a Delaware corporation,

Plaintiff,

vs.

IVAN LATIMORE, an individual,

Defendant.
_________________________________/

The above-entitled cause came on for hearing before the HONORABLE JUDGE CAROLYN BELL, as Presiding Judge at the Palm Beach County Courthouse, All Parties Appeared Remotely Pursuant to Florida Supreme Court Order AOSC20-23 on the 15th day of July 2024, commencing at 3:30 p.m.

REPORTED BY:
LAURA LENTOSKI, Court Reporter
Notary Public - State of Florida

APPEARANCES OF COUNSEL

ON BEHALF OF THE PLAINTIFF:
SAUL EWING, LLP,
701 Brickell Avenue, 17th Floor,
Miami, FL 33131
(305) 428-4500
BY: ALEXANDRA SPAW, Esquire,
BY: CARMEN CONTRERAS-MARTINEZ, Esquire.

ON BEHALF OF THE DEFENDANT:

IVAN LATIMORE, Pro Se



(Thereupon, the following proceedings were held in open court.)

THE COURT: We're here on the Ferrari matter; is that right?

MS. SPAW: Yes, Your Honor.

THE COURT: Good morning. What am I saying? Good afternoon.

MS. SPAW: Good afternoon.

THE COURT: This was to be an in-person hearing, correct?

MS. SPAW: Yes, Your Honor.

THE COURT: Yes, repeatedly, correct?

MS. SPAW: Yes.

THE COURT: So, I'm just going to put this on, so it's very clear that it's an in-person hearing. All right?

So, please, be seated. And we do have a court reporter, correct?

MS. SPAW: Yes, Your Honor.

THE COURT: All right. I want to be very clear, we're here now on the Ferrari Financial Services versus Ivan Latimore matter. I see that Mr. Latimore is in the courtroom, via Zoom. However, this was scheduled for an in-person hearing. So, I just want to put on the record that



Mr. Latimore will not be appearing today because he is not here in person, but I do recognize he is here via Zoom. And I'll be happy to keep the camera on, but other than that, I'm not going to be recognizing Mr. Latimore because he's not here in person and we do have reasons for having in-person hearings.

So, with that, if you could please make your appearance?

MS. SPAW: Alexandra Spaw, from Saul Ewing, on behalf of Ferrari Financial Services.

THE COURT: All right. And how do you spell that?

MS. SPAW: S-P-A-W.

THE COURT: Thank you, so much.

MS. SPAW: You're welcome.

THE COURT: Okay. So, we're here for the Defendant's claim for exemption. And, then, what else are we here for?

MS. SPAW: Our motion for proceeding supplementary.

THE COURT: Okay. What would you like to do first?

MS. SPAW: Let's do the motion first.

THE COURT: Okay. Any evidence?



MS. SPAW: So, we filed -- we're here moving today, under Florida Statute 56.29, for proceeding supplementary. Specifically, we're moving under Subsection Nine, which allows a judgment creditor to file a fraudulent transfer complaint, against Defendant. The statute requires that we file a motion and an affidavit, saying that the debt is still valid and outstanding.

We have done both of those things. So, at this point, we would respectfully request that Your Honor grant our motion for proceeding supplementary, and issue an order commencing such motion, so that we may file our fraudulent transfer complaint against the Defendant.

THE COURT: All right. I did have the opportunity to review the affidavit and the complaint. It does appear to be in order.

Ma'am, are you aware of any legal basis, for me not to grant the relief that you seek?

MS. SPAW: I am not, at this time.

THE COURT: All right. So ordered.

Let's move on to the claim for exemption.

MS. SPAW: Well, I would say that the Defendant has the burden to prove his claim of exemption, under Florida law.

THE COURT: Hang on, one moment.
Are you an attorney, ma'am?
MS. CONTRERAS-MARTINEZ: Yes, I am.
THE COURT: And who do you represent?
MS. CONTRERAS-MARTINEZ: The plaintiff, Ferrari Financial Services.
THE COURT: Okay. I'm sorry. And what is your name?
MS. CONTRERAS-MARTINEZ: Carmen Contreras-Martinez.
THE COURT: Thank you, Ms. Contreras-Martinez.
MS. CONTRERAS-MARTINEZ: Thank you.
THE COURT: All right. And, obviously, we've already gotten started, here.
MS. CONTRERAS-MARTINEZ: Yes, my prime associate, I told her go ahead.
THE COURT: There you go.
All right. So, it is the Defendant's burden and the Defendant is not present, correct?
And, again, I do note that Mr. Latimore is here via Zoom. I assume he's here via Zoom. I don't see him actually in the picture. I see some kind of --
MR. LATIMORE: Your Honor, I'm here, but you're not acknowledging me. So, I read your



docket. It says I can appear via Zoom and I did exactly what it said to appear via Zoom.
THE COURT: Actually, sir, my docket says that you need to get Court approval, and you did not. This is the kind of hearing, sir, that we do in person, as I ordered. And you were repeatedly told, by my judicial assistant, that you needed to appear in person, and there was no order recognizing your appearance, otherwise. So, we can put you back on mute.
MR. LATIMORE: Okay. But, Miss, I filed --
THE COURT: Thank you, so much. And just, again, so the record is very clear, my divisional instructions are very clear that you need Court approval, before you can appear remotely, in a case -- in a matter, in a hearing, where the Court has set something in person. This is the kind of matter that we set in person and that is, in fact, what I did.
Mr. Latimore, I'm going to put you back on mute. Thank you, sir.
All right. Let's move on to Mr. Latimore's claim for exemption.
MS. CONTRERAS-MARTINEZ: Surely, Your Honor. I'm happy to take it from here.



So, Your Honor, as you said, the burden of proof is on Mr. Latimore. He's not filed anything. We do have something that Your Honor could use to make a determination today and that is, in fact, the financial information sheet, fact information sheet.
THE COURT: Okay. I'm going to ask because this is your record, ultimately. Do you want me to recognize Mr. Latimore, despite the fact that he's not here?
MS. CONTRERAS-MARTINEZ: No, Your Honor. As you said, your judicial assistant was very clear, he needed to ask for approval, twice. I believe she responded that he needed to apply for appearing, by Zoom, and he did not.
THE COURT: Okay.
MS. CONTRERAS-MARTINEZ: I believe our office also indicated --
THE COURT: Okay. And there is no evidence that was filed, in the court file, or that was -- madam clerk, was any evidence sent to you, for today?
THE CLERK: No, Your Honor.
MS. CONTRERAS-MARTINEZ: None, by Mr. Latimore, Your Honor.



THE COURT: Okay. And it is his burden, correct?
MS. CONTRERAS-MARTINEZ: Correct, Your Honor.
THE COURT: All right. So, Mr. Latimore, even if you --
MR. LATIMORE: You guys are lying. I sent in information. This is unfair that you continue to grant these people this motion when I filed paperwork.
THE COURT: Mr. Latimore, as I said, you're not here in person. Not only that, I cannot see your face.
MR. LATIMORE: I'm right here, but you guys are overlooking --
THE COURT: Mr. Latimore.
MR. LATIMORE: You're not being fair.
THE COURT: Mr. Latimore.
MR. LATIMORE: Don't yell at me. I'm not a kid.
THE COURT: Excuse me, sir.
MR. LATIMORE: Excuse me.
THE COURT: Mr. Latimore, what evidence would you like me to consider?
MR. LATIMORE: Ma'am, I have sent the Ferrari people, over there --

THE COURT: What evidence would you like me to consider, sir? That's my question to you.

MR. LATIMORE: I would like you -- the evidence that I submitted to Ferrari, that I e-mailed them, should be considered for exemption, because the money that was withdrawn is not an account that belongs to me. And I submitted it to Ferrari.

THE COURT: This is your claim for exemption and you have to show me that there's a basis for your exemption. You have not done so.

Please, be seated, by the way.

And you're not here, in order to do so. So, I'm not sure --

MR. LATIMORE: You're not going to swear me in, to take my evidence?

THE COURT: What evidence do you have, sir?

MR. LATIMORE: I have the evidence that I submitted to Ms. Spaw, to show that the taxes that were filed for that -- Latimore Enterprises --

THE COURT: We're beyond that, sir. We're on your claim for exemption. Okay?

MR. LATIMORE: And that's what I just said. So, the money that was withdrawn from that account doesn't belong to me. So, the money that was taken



doesn't belong to me. So, I'm trying to submit the evidence. That's why I'm here for, today, correct?

THE COURT: Okay. Thank you, Mr. Latimore. I'll put you back on mute.

Okay. So, Ms. Spaw, for purposes of this claim -- well, first of all, is there any evidence that is before me? Am I missing something?

MS. SPAW: No, Your Honor. He sent us a screen shot, from H & R Block, that said congratulations on submitting your tax return. That's all he had sent to me, so...

THE COURT: Okay. And what does that have to do with anything that we're here for today?

MS. SPAW: I don't believe that it is relevant.

THE COURT: Okay. What year was it from?

MS. CONTRERAS-MARTINEZ: I believe the credit was a deposit for this year. So, I suppose his 2023 tax return.

THE COURT: It was a deposit for this year?

MS. CONTRERAS-MARTINEZ: It was a deposit --

THE COURT: For how much?

MS. CONTRERAS-MARTINEZ: I want to say it was 5,000 and change.

THE COURT: Okay. In what way -- assuming,



assuming that I was to consider that, in what way would that change the legal basis for your request for proceeding supplementary?

MS. CONTRERAS-MARTINEZ: That does not, at all.

THE COURT: Okay. And for purposes of the claim for exemption, in what way, as a matter of law, would that change anything, with respect to the claim for exemption?

MS. CONTRERAS-MARTINEZ: It does not, Your Honor.

THE COURT: All right. Okay. I believe that to be correct.

So, Mr. Latimore, I have considered your evidence, and I do not find that it has any basis for purposes of the matters that we're here for, today.

So, let me continue with the claim for exemption.

Ms. Spaw, what would be your position --

MR. LATIMORE: How can you grant this?

THE COURT: Thank you, sir. I'll put you back on mute. You're not here, because as I said, you're not physically present. If you turn yourself off of mute again, I will be removing you



from our courtroom.

So, Ms. Spaw, talk to me about the claim for exemption.

MS. SPAW: So, Florida law is clear, Your Honor, that a debtor claiming head of family exemption from garnishment has the burden of proven entitlement to the statutory exemption. And that comes from John Brock versus Westport Recovery Corporation, 832 So.2d 209, 4th District Court of Appeal. And Mr. Latimore submitted no evidence to support his claim of head of family. So, we would respectfully request that Your Honor deny his claim of exemption.

THE COURT: Okay. Ad even if he were head of family, how would that affect the full amount that you would be seeking?

MS. SPAW: I believe it could potentially reduce it, but since he doesn't qualify for the exemption, we didn't do the math on that number.

THE COURT: Okay. But you would still be able to get an amount, it would just be a reduced amount.

MS. SPAW: Correct.

THE COURT: But it is his burden to bring evidence, before the Court, that he is the head of

household, correct?
MS. SPAW: Correct.
THE COURT: All right. And is there any evidence, before the Court, of that?
MS. SPAW: No.
THE COURT: Okay. And I would note that -- did he send you anything that would, in any way, affect that?
MS. SPAW: No, he filled out the fact information sheet, and he actually listed that he did not contribute to child support, currently, on his fact information sheet. He put not applicable. So, actually, his own evidence would go to the contrary that he supports a family.
THE COURT: Okay. And the claim that he said that he submitted, that was for one child, correct?
MS. SPAW: Correct.
THE COURT: And it's up to him to provide evidence of that, correct?
MS. SPAW: Correct.
THE COURT: And you're telling me that the fact information that he submitted, that was under oath, correct?
MS. SPAW: Correct.
THE COURT: Said that it was not applicable.



All right. Anything else?
MS. SPAW: I believe that's everything, from us, Your Honor.
THE COURT: So, what is the relief that you seek, with respect to the claim for exemption.
MS. SPAW: We would respectfully request that you deny his claim for exemption.
THE COURT: All right.
MS. CONTRERAS-MARTINEZ: And a judgment, with respect to the writ of garnishment, with respect to Bank of America, so that they can disperse the funds to the creditor, Ferrari Financial Services.
THE COURT: Do you mind if I just have Mr. Latimore put whatever he wants to put on the record, so that way we have a very clear record?
MS. CONTRERAS-MARTINEZ: No.
THE COURT: All right. Mr. Latimore, I -- you are welcome to unmute. Is there any evidence that you would like to give?
MR. LATIMORE: Yeah, ma'am. So, what Ferrari is claiming, they didn't get any evidence, that is not true. So, they're trying to --
THE COURT: Mr. Latimore, it's up to you, to present the evidence, in court, so that I can review it. Holding up your documents is not



presenting your evidence, in court. That's not how it works. You need to have hard copies of the evidence that I can review and determine whether they're admissible, and then determine what the impact is of them. So --
MR. LATIMORE: Okay. So, Ferrari is continuing lying to you and saying I didn't give them evidence. I have e-mails to them.
THE COURT: Once again, Mr. Latimore, it doesn't matter what you gave or didn't give to Ferrari. That's called discovery. What matters is what you are presenting here, in court, today, and there is no --
MR. LATIMORE: So, can I ask for an extension --
THE COURT: No.
MR. LATIMORE: -- since I can't be there? Can we postpone this matter, since you're not allowing me to be here?
THE COURT: I am not denying you being here. I gave you lots of notice that you needed to be here.
MR. LATIMORE: Ma'am, I went on your website and it said if I spoke to your JA I could appear by Zoom.
THE COURT: It does not say that, number one.



MR. LATIMORE: Can I read what it says, on your page?
THE COURT: You were specifically advised repeatedly --
MR. LATIMORE: Ma'am, can I speak for once?
THE COURT: You may not when the Court is speaking, Mr. Latimore. That is how this works.
MR. LATIMORE: You guys are just bullies.
THE COURT: As I said, Mr. Latimore, now is your time to present any evidence, to me, on either of these issues. We're not going to have a continuance. And even if I were allowing you to -- which I am, essentially, allowing you to appear, via Zoom, it's up to you to present the evidence that I need. Not sending it to Ferrari, ahead of time, presenting the evidence in court. Where is the evidence, sir?
MR. LATIMORE: Okay. So, can I just say, on my sheet, it says in-person hearing guidelines.
THE COURT: Mr. Latimore, where is your evidence, sir?
MR. LATIMORE: I have it, right here, but you're telling me that you're not allowing me to appear, via Zoom, but I'm reading what your court thing says.

Page 18

THE COURT: You are here. You are on Zoom. What is it you want me to consider? You still need to be able to present evidence.

MR. LATIMORE: So, I have the 1040 tax income, the 1040 income return. It says I'm the head of household, for my child, Morocco Latimore. So, the court paperwork that I submitted to Ferrari, they have a copy of my tax returns, that says that that refund is a tax credit, from my child. So, I am head of household.

The fact sheet that they sent, I don't even know how to fill any of this stuff out. NA means not available, not applicable. So, I don't follow like your rules and regulations because I don't really know that stuff. So, they're trying to hold me liable for something that I filed the paperwork for them. So, they're trying to garnish my bank account --

THE COURT: Is there anything else you would like me to consider, sir?

MR. LATIMORE: No, I sent in a bank account that doesn't belong to me. That's my son's bank account. Latimore Enterprises is in California. It's not a statue of Florida. So, the law does not allow Florida to take money from a bank that's in

Page 19

California. That account is a California account. So, Florida doesn't have the law to garnish wages, from a California account. That's a law.

THE COURT: Okay. Mr. Latimore, is there any evidence that you'd like me to consider?

MR. LATIMORE: Yes, the tax returns that were submitted to Ferrari. And I submitted it to them. That's what it says you need me to do.

THE COURT: Okay. Thank you, so much.

All right. I'm going to issue my ruling now. Is there anything you'd like to add, Ms. Spaw?

MS. SPAW: No, Your Honor.

THE COURT: Okay. All right. With respect to the motion for proceeding supplementary and with respect to the Defendant's claim for exemption, I find that the Defendant has presented no persuasive evidence. In fact, I find that the Defendant has presented no evidence of any kind, despite the fact that he was allowed to appear via Zoom, despite the fact that I had specifically ordered that this was to be an in-person hearing.

Even if I were to consider --

MR. LATIMORE: But you say otherwise, on your paperwork.

THE COURT: Even if I were to consider --

Page 20

MR. LATIMORE: Unbelievable. You never rule in my favor. You have no ethical background.

THE COURT: Even if I were to consider the tax returns, that Mr. Latimore has said show that he's the head of household, I would not find that to be persuasive, in this case, given the fact information sheet that was filed, and given the fact that we've had no other evidence, of any kind, that would, in any way, support that statement.

So, for all of these reasons, I'm going to deny the claim for exemption. And as I said, I've already ordered the motion for proceeding supplementary.

Is there anything else, Ms. Spaw?

MS. SPAW: No, Your Honor.

THE COURT: And as I note, despite the fact that Mr. Latimore was ordered to appear in person --

MR. LATIMORE: Ma'am, I'm not coming into your courtroom, lady. You're crazy. You're wasting my time.

THE COURT: I did allow him to appear, via Zoom.

MR. LATIMORE: You didn't allow me. These people are idiots.

Page 21

THE COURT: I am very glad that this is all being taken down, by our court reporter.

MR. LATIMORE: Okay. So, what does that mean?

THE COURT: So, that way, we have a very clear record of the fact that this Court did allow Mr. Latimore to present whatever he wanted to present, despite --

MR. LATIMORE: You didn't allow me anything. Every time I try to do something, you keep muting me. So, that's not true. You kept rushing me to do what I needed to do. So, no, you did not allow me to do it.

THE COURT: Then, I will ask you, one more time, Mr. Latimore, what evidence do you want me to consider?

MR. LATIMORE: You're not even giving me any consideration. I sent in documentation and I filed paperwork, with the Court, to say that my exemption should be reconsidered because that bank account is a California bank account. And it says in the state of taxes, they cannot garnish wages from the I.R.S. That's a law. You can not garnish wages, from the bank account, from the I.R.S. And you're not considering that.

THE COURT: Thank you, so much.

All right. If you could please prepare orders, on these matters, we are adjourned. Thank you.

MS. SPAW: Thank you, Your Honor.

MR. LATIMORE: You're a fucking idiot. This fucking Court is so full of shit, the shit they pull. Fucking people, man.

THE COURT: Please, make sure that this is all included as part of the record.

MR. LATIMORE: You think that I care. Record whatever you want. I'll say anything I want. You guys are nobodies over there. Corn hole courtrooms. Simple matters, you think I care. You guys are idiots. Keep recording. Good. Fucking clown-ass people.

THE COURT: All right.

I'd like a copy of that transcript, please.

MS. CONTRERAS-MARTINEZ: For sure.

THE COURT: Actually, I can't order it. My apologies.

MS. SPAW: We'll order it.

MS. CONTRERAS-MARTINEZ: And we'll do a notice of filing of the transcript, when it arrives.

Your Honor, just as a preview, I guess we're going to be filing something else, with the Court,



because it came to our attention, on Friday, that Mr. Latimore actually does have the vehicle that we haven't been able to locate, that he said was stolen, and for which he completed a false police report, in California.

THE COURT: I thought he's in New York.

MS. CONTRERAS-MARTINEZ: That's correct, and the car was serviced in New York. He bought new tires. He signed for the tires. He paid in cash, but he clearly presented identification, and the tire shop took down the VIN number of the vehicle accurately, the color, and the type of the vehicle.

THE COURT: This isn't before me.

MS. CONTRERAS-MARTINEZ: No, Your Honor. We're going to file a motion to try to get a writ, in Connecticut.

THE COURT: You can do whatever it is you're going to do.

MS. CONTRERAS-MARTINEZ: Yes, ma'am.

THE COURT: I was doing whatever was before me. Right now, that's not before me. Thank you, all, so much. Have a nice day.

We are adjourned.

(Thereupon, the above proceedings were concluded at 3:54 P.M.)



COURT CERTIFICATE

STATE OF FLORIDA
COUNTY OF PALM BEACH

I, LAURA LENTOSKI, Court Reporter and Notary Public, certify that I was authorized to and did stenographically report the foregoing proceedings and that the transcript is a true and complete record of my stenographic notes.

Dated this 25th day of July, 2024.

Laura Lentoski

LAURA LENTOSKI, Court Reporter
Notary Public - State of Florida

**1**

**1040**
18:4,5

**2**

**2023**
11:19

**209**
13:9

**3**

**3:54**
23:25

**4**

**4th**
13:9

**5**

**5,000**
11:24

**56.29**
5:2

**8**

**832**
13:9

**A**

**able**
13:20 18:3 23:3

**about**
13:2

**above**
23:24

**account**
10:7,24 18:18,21, 23 19:1,3 21:19, 20,23

**accurately**
23:12

**acknowledging**
6:25

**actually**
6:22 7:3 14:10,13 22:19 23:2

**Ad**
13:14

**add**
19:11

**adjourned**
22:2 23:23

**admissible**
16:4

**advised**
17:3

**affect**
13:15 14:8

**affidavit**
5:7,16

**afternoon**
3:7,8

**again**
6:20 7:13 12:25 16:9

**against**
5:5,14

**ahead**
6:16 17:15

**Alexandra**
4:10

**all**
3:16,20 4:12 5:15, 21 6:13,18 7:22 9:4 11:6,11 12:5, 12 14:3 15:1,8,17 19:10,13 20:10 21:1 22:1,8,16 23:22

**allow**
18:25 20:22,24 21:5,8,11

**allowed**
19:19

**allowing**
16:18 17:12,13,23

**allows**
5:4

**already**
6:14 20:12

**also**
8:18

**am**
3:6 5:20 6:3 11:7 16:20 17:13 18:9 21:1

**America**
15:11

**amount**
13:15,21,22

**any**
4:25 5:18 8:21 11:6 12:15 14:3,7 15:18,21 17:10 18:12 19:4,18 20:8,9 21:16

**anything**
8:2 11:13 12:8 14:7 15:1 18:19 19:11 20:14 21:8 22:11

**apologies**
22:20

**Appeal**
13:10

**appear**
5:17 7:1,2,8,15 16:23 17:13,24 19:19 20:17,22

**appearance**
4:9 7:9

**appearing**
4:1 8:15

**applicable**
14:12,25 18:13

**apply**
8:14

**approval**
7:4,15 8:13

**arrives**
22:23

**ask**
8:7,13 16:14 21:13

**assistant**
7:7 8:12

**associate**
6:16

**assume**
6:21

**assuming**
11:25 12:1

**attention**
23:1

**attorney**
6:2

**available**
18:13

**aware**
5:18

## B

**back**
7:10,20 11:4 12:22

**background**
20:2

**bank**
15:11 18:17,21,22, 25 21:19,20,23

**basis**
5:18 10:10 12:2,15

**because**
4:1,5 8:7 10:6 12:23 18:14 21:19 23:1

**before**
7:15 11:7 13:25 14:4 23:13,20,21

**behalf**
4:11

**believe**
8:13,17 11:14,17 12:12 13:17 15:2

**belong**
10:25 11:1 18:22

**belongs**
10:7

**beyond**
10:21

**Block**
11:9

**both**
5:9

**bought**
23:8

**bring**
13:24

**Brock**
13:8

**bullies**
17:8

**burden**
5:24 6:18 8:1 9:1 13:6,24

## C

**California**
18:23 19:1,3 21:20 23:5

**called**
16:11

**came**
23:1

**camera**
4:4

**can**
7:1,9,15 12:21 15:11,24 16:3,14, 17 17:1,5,18 21:22 23:17

**can't**
16:17 22:19

**cannot**
9:11 21:21

**car**
23:8

**care**
22:10,13

**Carmen**
6:9

**case**
7:16 20:6

**cash**
23:9

**change**
11:24 12:2,8

**child**
14:11,16 18:6,9

**claim**
4:18 5:22,24 7:23 10:9,22 11:6 12:7, 9,18 13:2,11,12 14:15 15:5,7 19:15 20:11

**claiming**
13:5 15:21

**clear**
3:15,21 7:13,14 8:12 13:4 15:15 21:4

**clearly**
23:10

**clerk**
8:21,23

**clown-ass**
22:15

**color**
23:12

**comes**
13:8

**coming**
20:19

**commencing**
5:12

**complaint**
5:5,14,17

**completed**
23:4

**concluded**
23:25

**congratulations**
11:10

**Connecticut**
23:16

**consider**
9:23 10:2 12:1 18:2,20 19:5,22,25 20:3 21:15

**consideration**
21:17

**considered**
10:5 12:14

**considering**
21:24

**continuance**
17:12

**continue**
9:7 12:18

**continuing**
16:7

**contrary**
14:14

**Contreras-**
6:9

**Contreras-martinez**
6:3,5,9,11,12,15 7:24 8:11,17,24 9:3 11:17,21,23 12:4,10 15:9,16 22:18,22 23:7,14, 19

**contribute**
14:11

**copies**
16:2

**copy**
18:8 22:17

**Corn**
22:12

**Corporation**
13:9

**correct**

3:10,12,18 6:19 9:2,3 11:2 12:13 13:23 14:1,2,16, 17,19,20,23,24 23:7

**could**
4:8 8:3 13:17 16:23 22:1

**court**
3:2,3,6,9,12,14,17, 20 4:12,15,17,22, 25 5:15,21 6:1,4,7, 11,13,17 7:3,4,12, 14,16 8:7,16,19,20 9:1,4,10,15,17,20, 22 10:1,9,17,21 11:3,12,16,20,22, 25 12:6,12,22 13:9,14,20,24,25 14:3,4,6,15,18,21, 25 15:4,8,13,17, 23,24 16:1,9,12, 16,20,25 17:3,6,9, 16,20,24 18:1,7,19 19:4,9,13,25 20:3, 16,22 21:1,2,4,5, 13,18,25 22:6,8, 16,19,25 23:6,13, 17,20

**courtroom**
3:23 13:1 20:20

**courtrooms**
22:13

**crazy**
20:20

**credit**
11:17 18:9

**creditor**
5:4 15:12

**currently**
14:11

**D**

**day**
23:22

**debt**
5:7

**debtor**
13:5

**Defendant**
5:6,14,24 6:19 19:16,17

**Defendant's**
4:18 6:18 19:15

**deny**
13:12 15:7 20:11

**denying**
16:20

**deposit**
11:18,20,21

**despite**
8:9 19:18,19 20:16 21:7

**determination**
8:4

**determine**
16:3,4

**didn't**
13:19 15:21 16:7, 10 20:24 21:8

**discovery**
16:11

**disperse**
15:11

**District**
13:9

**divisional**
7:13

**docket**
7:1,3

**documentation**
21:17

**documents**
15:25

**doesn't**
10:25 11:1 13:18 16:10 18:22 19:2

**don't**
6:22 9:18 11:14 18:11,13,14

**done**
5:9 10:11

**down**
21:2 23:11

**E**

**e-**
10:4

**e-mails**
16:8

**either**
17:10

**else**
4:19 15:1 18:19 20:14 22:25

**Enterprises**
10:20 18:23

**entitlement**
13:7

**essentially**
17:13

**ethical**
20:2

**Every**
21:9

**everything**
15:2

**evidence**
4:25 8:19,21 9:22 10:1,4,16,17,18 11:2,6 12:15 13:10,25 14:4,13, 19 15:18,21,24 16:1,3,8 17:10,14, 16,17,21 18:3 19:5,17,18 20:8 21:14

**Ewing**
4:10

**exactly**
7:2

**Excuse**
9:20,21

**exemption**
4:18 5:22,25 7:23 10:5,9,11,22 12:7, 9,19 13:3,6,7,13, 19 15:5,7 19:15 20:11 21:18

**extension**
16:15

**F**

**face**
9:12

**fact**
7:18 8:4,5,9 14:9, 12,22 18:11 19:17, 18,20 20:6,8,16 21:5

**fair**
9:16

**false**
23:4

**family**
13:5,11,15 14:14

**favor**
20:2

**Ferrari**
3:3,21 4:11 6:6 9:24 10:4,8 15:12, 20 16:6,11 17:15 18:7 19:7

**file**
5:5,6,13 8:20 23:15

**filed**
5:1 7:11 8:2,20 9:8 10:20 18:16 20:7 21:17

**filing**
22:23,25

**fill**
18:12

**filled**
14:9

**financial**
3:21 4:11 6:6 8:5 15:12

**find**
12:15 19:16,17 20:5

**first**
4:23,24 11:6

**Florida**
5:2,25 13:4 18:24, 25 19:2

**follow**
18:13

**following**
3:1

**fraudulent**
5:5,13

**Friday**
23:1

**from**
4:10 7:25 10:24 11:9,16 13:1,6,8 15:2 18:9,25 19:3 21:21,23

**fucking**
22:5,6,7,14

**full**
13:15 22:6

**funds**
15:12

## G

**garnish**
18:17 19:2 21:21, 22

**garnishment**
13:6 15:10

**gave**
16:10,21

**get**
7:4 13:21 15:21 23:15

**give**
15:19 16:7,10

**given**
20:6,7

**giving**
21:16

**glad**
21:1

**go**
6:16,17 14:13

**going**
3:14 4:4 7:20 8:7 10:15 17:11 19:10 20:10 22:25 23:15, 18

**Good**
3:6,7,8 22:14

**gotten**
6:14

**grant**
5:11,19 9:8 12:21

**guess**
22:24

**guidelines**
17:19

**guys**
9:6,13 17:8 22:12, 14

## H

**had**
11:11 19:20 20:8

**Hang**
6:1

**happy**
4:3 7:25

**hard**
16:2

**has**
5:24 7:17 12:15 13:6 19:16,17 20:4

**have**
3:17 4:6 5:9,15 8:3 9:24 10:10,11,17, 18 11:12 12:14 15:13,15 16:2,8 17:11,22 18:4,8 19:2 20:2 21:4 23:2,22

**haven't**
23:3

**having**
4:6

**he**
4:1,2 8:13,14,15 11:8,11 13:14,18, 25 14:7,9,10,12, 14,15,16,22 15:14 19:19 21:6 23:3,4, 8,9,10

**he's**
4:5 6:21 8:2,9 20:4 23:6

**head**
13:5,11,14,25 18:5,10 20:5

**hearing**
3:10,15,25 7:5,16 17:19 19:21

**hearings**
4:7

**held**
3:2

**her**
6:16

**here**
3:3,21 4:2,3,5,17, 19 5:1 6:14,21,24 7:25 8:10 9:11,13 10:13 11:2,13 12:16,23 16:12,19, 20,21 17:22 18:1

**him**
6:22 14:18 20:22

**his**
5:24 9:1 11:18 13:11,12,24 14:12, 13 15:7

**hold**
18:15

**Holding**
15:25

**hole**
22:12

**Honor**
3:5,11,19 5:11 6:24 7:24 8:1,3,11, 23,25 9:3 11:8 12:11 13:5,12 15:3 19:12 20:15 22:4, 24 23:14

**household**
14:1 18:6,10 20:5

**I**

**I'D**
22:17

**I'LL**
4:3 11:4 12:22 22:11

**I'M**
3:14 4:4 6:7,24 7:20,25 8:7 9:13, 18 10:14 11:1,2 17:24 18:5 19:10 20:10,19

**I'VE**
20:11

**I.R.S.**
21:22,23

**identification**
23:10

**idiot**
22:5

**idiots**
20:25 22:14

**impact**
16:5

**in**
3:2,23 4:2,5 5:17 6:22 7:5,8,15,16, 17,18 8:4,20 9:6, 11 10:13,16 11:25 12:1,7 14:7 15:24 16:1,12 17:16 18:21,23,25 19:17 20:2,6,9,17 21:17, 20 23:5,6,8,9,15

**in-person**
3:9,15,24 4:6 17:19 19:21

**included**
22:9

**income**
18:4,5

**indicated**
8:18

**information**
8:5 9:7 14:10,12, 22 20:7

**instructions**
7:14

**into**
20:19

**isn't**
23:13

**issue**
5:12 19:10

**issues**
17:11

**it's**
3:15 14:18 15:23 17:14 18:24

**Ivan**
3:22

**J**

**JA**
16:23

**John**
13:8

**judgment**
5:4 15:9

**judicial**
7:7 8:12

**just**
3:14,25 7:12 10:23 13:21 15:13 17:8, 18 22:24

**K**

**keep**
4:3 21:9 22:14

**kept**
21:10

**kid**
9:19

**kind**
6:23 7:5,17 19:18 20:8

**know**
18:12,15

**L**

**lady**
20:20

**Latimore**
3:22,23 4:1,5 6:20, 24 7:11,20 8:2,9, 25 9:4,6,10,13,15, 16,17,18,21,22,24 10:3,15,18,20,23 11:3 12:14,21 13:10 15:14,17,20, 23 16:6,9,14,17,22 17:1,5,7,8,9,18,20, 22 18:4,6,21,23 19:4,6,23 20:1,4, 17,19,24 21:3,6,8, 14,16 22:5,10 23:2

**Latimore's**
7:22

**law**
5:25 12:8 13:4 18:24 19:2,3 21:22

**legal**
5:18 12:2

**Let's**
4:24 5:22 7:22

**liable**
18:16

**listed**
14:10

**locate**
23:3

**lots**
16:21

**lying**
9:6 16:7

**M**

**ma'am**
5:18 6:2 9:24 15:20 16:22 17:5 20:19 23:19

**madam**
8:21

**mailed**
10:5

**make**
4:8 8:4 22:8

**man**
22:7

**Martinez**
6:10

**math**
13:19

**matter**
3:3,22 7:16,18

12:7 16:10,18

**matters**
12:16 16:11 22:2, 13

**may**
5:13 17:6

**me**
5:19 6:25 8:8 9:18, 20,21,23 10:1,7, 10,15,25 11:1,7,11 12:18 13:2 14:21 16:19 17:10,23 18:2,16,20,22 19:5,8 20:24 21:8, 10,12,14,16 23:13, 21

**mean**
21:3

**means**
18:12

**mind**
15:13

**Miss**
7:11

**missing**
11:7

**moment**
6:1

**money**
10:6,24,25 18:25

**more**
21:13

**morning**
3:6

**Morocco**
18:6

**motion**
4:20,24 5:7,11,13 9:8 19:14 20:12 23:15

**move**
5:22 7:22

**moving**
5:1,3

**much**
4:15 7:12 11:22 19:9 21:25 23:22

**mute**
7:10,21 11:4 12:23,25

**muting**
21:9

**my**
6:15 7:3,7,13 10:2, 16 17:19 18:6,8,9, 17,22 19:10 20:2, 20 21:18 22:19

**N**

**NA**
18:12

**name**
6:8

**need**
7:4,14 16:2 17:15 18:2 19:8

**needed**
7:7 8:13,14 16:21 21:11

**never**
20:1

**new**
23:6,8

**nice**
23:22

**Nine**
5:4

**no**
7:8 8:11,19,23 11:8 13:10 14:5,9 15:16 16:13,16 18:21 19:12,16,18 20:2,8,15 21:11 23:14

**nobodies**
22:12

**None**
8:24

**not**
4:1,2,4,5 5:19,20 6:19,25 7:4 8:2,10, 15 9:11,16,18 10:6,11,13,14,15 12:4,10,15,23,24 14:11,12,25 15:22, 25 16:1,18,20,25 17:6,11,15,23 18:13,24 20:5,19 21:10,11,16,22,24 23:21

**note**
6:20 14:6 20:16

**notice**
16:21 22:22

**now**
3:21 17:9 19:10 23:21

**number**
13:19 16:25 23:11

**O**

**oath**
14:23

**obviously**
6:13

**off**
12:25

**office**
8:17

**Okay**
4:17,22,25 6:7 7:11 8:7,16,19 9:1 10:22 11:3,5,12, 16,25 12:6,12 13:14,20 14:6,15 16:6 17:18 19:4,9, 13 21:3

**on**
3:3,14,21,25 4:4, 10 5:22 6:1 7:10, 20,22 8:2 10:21 11:4,10 12:23 13:19 14:11 15:14 16:22 17:1,10,18 18:1 19:23 22:2 23:1

**once**
16:9 17:5

**one**
6:1 14:16 16:25 21:13

**only**
9:11

**open**
3:2

**opportunity**
5:16

**order**
5:12,17 7:8 10:13 22:19,21

**ordered**
5:21 7:6 19:20 20:12,17

**orders**
22:2

**other**
4:4 20:8

**otherwise**
7:9 19:23

**our**
4:20 5:11,13 8:17 13:1 21:2 23:1

**out**
14:9 18:12

**outstanding**
5:8

**over**
9:25 22:12

**overlooking**
9:14

**own**
14:13

P

**P.M.**
23:25

**page**
17:2

**paid**
23:9

**paperwork**
9:9 18:7,16 19:24 21:18

**part**
22:9

**people**
9:8,25 20:25 22:7, 15

**person**
4:2,6 7:6,8,17,18 9:11 20:18

**persuasive**
19:16 20:6

**physically**
12:24

**picture**
6:22

**plaintiff**
6:5

**please**
3:17 4:8 10:12 22:1,8,17

**point**
5:10

**police**
23:4

**position**
12:20

**postpone**
16:18

**potentially**
13:17

**prepare**
22:1

**present**
6:19 12:24 15:24 17:10,14 18:3 21:6

**presented**
19:16,18 23:10

**presenting**
16:1,12 17:16

**preview**
22:24

**prime**
6:15

**proceeding**
4:20 5:2,11 12:3 19:14 20:12

**proceedings**
3:1 23:24

**proof**
8:2

**prove**
5:24

**proven**
13:6

**provide**
14:18

**pull**
22:7

**purposes**
11:5 12:6,16

**put**
3:14,25 7:10,20 11:4 12:22 14:12 15:14

Q

**qualify**
13:18

**question**
10:2

R

**read**
6:25 17:1

**reading**
17:24

**really**
18:15

**reasons**
4:6 20:10

**recognize**
4:2 8:9

**recognizing**
4:5 7:9

**reconsidered**
21:19

**record**
3:25 7:13 8:8 15:15 21:5 22:9,10

**recording**
22:14

**Recovery**
13:8

**reduce**
13:18

**reduced**
13:21

**refund**
18:9

**regulations**
18:14

**relevant**
11:15

**relief**
5:19 15:4

**remotely**
7:15

**removing**
12:25

**repeatedly**
3:12 7:6 17:4

**report**
23:5

**reporter**
3:18 21:2

**represent**
6:4

**request**
5:10 12:2 13:12 15:6

**requires**
5:6

**respect**
12:8 15:5,10 19:13,15

**respectfully**
5:10 13:12 15:6

**responded**
8:14

**return**
11:10,19 18:5

**returns**
18:8 19:6 20:4

**review**
5:16 15:25 16:3

**right**
3:4,16,20 4:12 5:15,21 6:13,18 7:22 9:4,13 12:12 14:3 15:1,8,17 17:22 19:10,13 22:1,16 23:21

**rule**
20:1

**rules**
18:14

**ruling**
19:10

**rushing**
21:10

## S

**S-P-A-W**
4:14

**said**
7:2 8:1,12 9:10 10:23 11:9 12:23 14:15,25 16:23 17:9 20:4,11 23:3

**Saul**
4:10

**say**
5:23 11:23 16:25 17:18 19:23 21:18 22:11

**saying**
3:6 5:7 16:7

**says**
7:1,3 17:1,19,25 18:5,8 19:8 21:20

**scheduled**
3:24

**screen**
11:9

**seated**
3:17 10:12

**see**
3:22 6:22 9:11

**seek**
5:19 15:5

**seeking**
13:16

**send**
14:7

**sending**
17:15

**sent**
8:21 9:6,24 11:8, 11 18:11,21 21:17

**serviced**
23:8

**Services**
3:22 4:11 6:6 15:12

**set**
7:17,18

**she**
8:14

**sheet**
8:5,6 14:10,12 17:19 18:11 20:7

**shit**
22:6

**shop**
23:11

**shot**
11:9

**should**
10:5 21:19

**show**
10:10,19 20:4

**signed**
23:9

**Simple**
22:13

**since**
13:18 16:17,18

**sir**
7:3,5,21 9:20 10:2, 17,21 12:22 17:17, 21 18:20

**So.2d**
13:9

**some**
6:22

**something**
7:17 8:3 11:7 18:16 21:9 22:25

**son's**
18:22

**sorry**
6:7

**Spaw**
3:5,8,11,13,19 4:10,14,16,20,24 5:1,20,23 10:19 11:5,8,14 12:20 13:2,4,17,23 14:2, 5,9,17,20,24 15:2, 6 19:11,12 20:14, 15 22:4,21

**speak**
17:5

**speaking**
17:7

**specifically**
5:3 17:3 19:20

**spell**
4:12

**spoke**
16:23

**started**
6:14

**state**
21:21

**statement**
20:9

**statue**
18:24

**statute**
5:2,6

**statutory**
13:7

**still**
5:8 13:20 18:2

**stolen**
23:4

**stuff**
18:12,15

**submit**
11:1

**submitted**
10:4,7,19 13:10 14:16,22 18:7 19:7

**submitting**
11:10

**Subsection**
5:4

**supplementary**
4:21 5:3,12 12:3 19:14 20:13

**support**
13:11 14:11 20:9

**supports**
14:14

**suppose**
11:18

**sure**
10:14 22:8,18

**Surely**
7:24

**swear**
10:15

**T**

**take**
7:25 10:16 18:25

**taken**
10:25 21:2

**talk**
13:2

**tax**
11:10,19 18:4,8,9 19:6 20:3

**taxes**
10:19 21:21

**telling**
14:21 17:23

**than**
4:4

**Thank**
4:15 6:11,12 7:12, 21 11:3 12:22 19:9 21:25 22:2,4 23:21

**that**
3:4,15,22,25 4:4,8, 13 5:6,7,10,13,19, 23 6:20 7:3,5,7,14, 18 8:3,4,9,14,20 9:7,11 10:4,6,7,10, 18,19,20,21,24,25 11:7,9,12,13,14 12:1,2,4,8,12,15, 16 13:5,7,12,15, 19,25 14:4,6,7,8, 10,14,15,16,19,21, 22,25 15:4,6,11, 15,18,21,24 16:3, 21,25 17:7,15,23 18:7,8,11,15,16,22 19:1,5,6,16,17,19, 20 20:4,5,7,8,9,17 21:1,3,4,5,18,19, 24 22:8,10,17 23:1,2,3

**that's**
10:2,23 11:2,11 15:2 16:1,11 18:22,25 19:3,8 21:10,22 23:7,21

**them**
10:5 16:5,8 18:17 19:7

**then**
4:18 16:4 21:13

**there**
6:17 7:8 8:19 9:25 11:6 14:3 15:18 16:13,17 18:19 19:4,11 20:14 22:12

**there's**
10:10

**thereupon**
3:1 23:24

**these**
9:8 17:11 20:10,24 22:2

**they**
15:11,21 18:7,11 21:21 22:6

**they're**
15:22 16:4 18:15, 17

**thing**
17:25

**things**
5:9

**think**
22:10,13

**this**
3:9,14,24 5:10,20 7:5,17 8:8 9:7,8 10:9 11:5,18,20 12:21 16:18 17:7 18:12 19:20 20:6 21:1,5 22:5,8 23:13

**those**
5:9

**thought**
23:6

**time**
5:20 17:10,16 20:21 21:9,14

**tire**
23:11

**tires**
23:9

**today**
4:1 5:2 8:4,22 11:2,13 12:17 16:12

**told**
6:16 7:7

**took**
23:11

**transcript**
22:17,23

**transfer**
5:5,13

**true**
15:22 21:10

**try**
21:9 23:15

**trying**
11:1 15:22 18:15, 17

**turn**
12:24

**twice**
8:13

**type**
23:12

**U**

**ultimately**
8:8

**Unbelievable**
20:1

**under**
5:2,3,25 14:22

**unfair**
9:7

**unmute**
15:18

**up**
14:18 15:23,25 17:14

**us**
11:8 15:3

**use**
8:3

**V**

**valid**
5:8

**vehicle**
23:2,11,12

**versus**
3:22 13:8

**via**
3:23 4:3 6:21 7:1,2 17:14,24 19:19 20:22

**VIN**
23:11

**W**

**wages**
19:2 21:21,22

**want**
3:20,25 8:8 11:23 18:2 21:14 22:11

**wanted**
21:6

**wants**
15:14

**wasting**
20:20

**way**
10:12 11:25 12:1,7 14:7 15:15 20:9 21:4

**we**
3:17 4:6,19 5:1,6, 9,10,13 7:5,9,18 8:3 13:11,19 15:6, 15 16:18 21:4 22:2 23:2,23

**we'll**
22:21,22

**we're**
3:3,21 4:17 5:1,3 10:21 11:13 12:16 17:11 22:24 23:14

**we've**
6:13 20:8

**website**
16:22

**welcome**
4:16 15:18

**went**
16:22

**were**
3:1 7:6 10:20 13:14 17:3,12 19:6,22,25 20:3 23:24

**Westport**
13:8

**what**
3:6 4:18,22 6:7 7:2,19 9:22 10:1, 17,23 11:12,16,25 12:1,7,20 15:4,20 16:4,10,11,12 17:1,24 18:2 19:8 21:3,11,14

**whatever**
15:14 21:6 22:11 23:17,20

**when**
9:8 17:6 22:23

**where**
7:16 17:16,20

**whether**
16:3

**which**
5:4 17:13 23:4

**who**
6:4

**why**
11:2

**will**
4:1 12:25 21:13

**with**
4:8 11:13 12:8,18 15:5,9,10 19:13,14 21:18 22:25

**withdrawn**
10:6,24

**works**
16:2 17:7

**would**
4:22 5:10,23 9:22 10:1,3 12:2,8,20 13:11,15,16,20,21 14:6,7,13 15:6,19 18:19 20:5,9

**writ**
15:10 23:15

**Y**

**Yeah**
15:20

**year**
11:16,18,20

**yell**
9:18

**Yes**
3:5,11,12,13,19 6:3,15 19:6 23:19

**York**
23:6,8

**you**
4:8,12,15,22 5:18, 19 6:2,4,11,12,17 7:4,6,7,10,12,14, 15,20,21 8:1,8,12, 21 9:5,6,7,13,23 10:1,2,3,10,11,17 11:3,4 12:21,22, 24,25 13:16,20 14:7 15:4,7,13,17, 19,23 16:2,7,10, 12,20,21 17:3,6,8, 12,13,14 18:1,2,19 19:8,9,23 20:1,2, 24 21:8,9,10,11, 13,14,22,25 22:1, 3,4,10,11,13 23:17,21

**you'd**
19:5,11

**you're**
4:16 6:25 9:10,16 10:13,15 12:23,24 14:21 16:18 17:23 20:20 21:16,23 22:5 23:17

**your**
3:5,11,19 4:8 5:10 6:8,24,25 7:9,24 8:1,3,8,11,12,23, 25 9:3,12 10:9,11, 22 11:8,10 12:2, 10,14,20 13:4,12 15:3,25 16:1,22,23 17:2,10,20,24 18:14 19:12,23 20:15,19 22:4,24 23:14

**yourself**
12:25

**Z**

**Zoom**
3:23 4:3 6:21 7:1,2 8:15 16:24 17:14, 24 18:1 19:19 20:23