United states Bankrupty Court
Southern District of FLORIDA

CASE # 25-15276-MAM
Adversary # 25-01273-MAM

NAME of Debtor:
IVAN LATIMORE

FERRARI Financial Services
plaintiff
VS

IVAN LATIMORE
Defendant

FILED-USBC, FLS-WPB
'25 OCT 24 AM11:18

Objection to Claims in
Adversary Proceedings

I. IVAN LATIMORE did purchase a 2019 Protofino FERRARI.
I reported the CAR stolen to my insurance company State farM
Exhibit A:

All police Reports and Emails with State farm and FERRARI detailing the loss of theft

FERRARI still filed a case when they knew I reported the CAR stolen.

FERRARI Made claims my insurance didnt pay out because they contacted them and informed them they got a Judgment on me

FedEx Office

# Fax Cover Sheet

Date ____________________ Number of pages ______ (including cover page)

## To:

Name ____________________

Company ____________________

Telephone ____________________

Fax ____________________

## From:

Name ____________________

Company ____________________

Telephone ____________________

Comments ____________________

*4900*
Fax - Local Send

*4901*
Fax - Domestic Send

*4902*
Fax - International Send

**fedex.com 1.800.GoFedEx 1.800.463.3339**

© 2025 FedEx. All rights reserved. Products, services and hours vary by location. 725.MK16.001

2188309R

FFSINL 0019

Exhibit B.
My insurance company then requested
and EUO after the fact of being
in touch with FERRARi investigator and
LAWyeRS. this is a deceitful tactic to not
pay out. The Car Registration was said
to get renewed because the original
temporary plate that was issued was not
valid and there Was no Valid plate attached
to the Car. The detective was trying
to enter CAR in the NCIC System. They
also MAde Claims I took car to a time
place. I was not in the United States
as my passport Stamps CAn be seen in
Exhibit C. DAVID LAwrence project proposal why house was
Knocked down. Another issue 5555 gun club has nothing
to do with FERRARi The property was sold
to stop debt I incurred to another Company
CASA De greatness LLC of which I am not
a part of that they keep claiming.
I never said I didnt report the Vehicle
stolen. If you read the police report it
SAYS 2022. The Detective who took the
report Dated it April 4th 2024 to put in
the NCIC System. I claimed I had an
interest in the property solely to Assure the
Mortgage on the Property was Discharged

FedEx® Office

# Fax Cover Sheet

Date ______________________ Number of pages ______ (including cover page)

## To:

Name ______________________

Company ______________________

Telephone ______________________

Fax ______________________

## From:

Name ______________________

Company ______________________

Telephone ______________________

Comments ______________________

______________________

______________________

______________________

*4900*
Fax - Local Send

*4901*
Fax - Domestic Send

*4902*
Fax - International Send

**fedex.com 1.800.GoFedEx 1.800.463.3339**

© 2025 FedEx. All rights reserved. Products, services and hours vary by location. 725.MK16.001

2188309R

FFSINL 0021

I have filed the bankrupsty
because I lost all my financal
stability and had 3 deaths in my
imediate family that caused me
severe pain and stress to have to
help my family out. I own nothing
I have clothes and Backpacks.
I worked hard my whole life
the last thing I would do is
conceal assetts I worked hard
to aquire. I request my discharge be
granted that way I can regain
some sort of normal life without
all of these lawyers making me out
to be something I am not.

Dated October 17th 2025

Ivan Latimore
Showup33@Icloud.com

FedEx Office

# Fax Cover Sheet

Date ______________________________ Number of pages _____ (including cover page)

## To:

Name ______________________________

Company ______________________________

Telephone ______________________________

Fax ______________________________

## From:

Name ______________________________

Company ______________________________

Telephone ______________________________

Comments ______________________________

______________________________

______________________________

______________________________

*4900*
Fax - Local Send

*4901*
Fax - Domestic Send

*4902*
Fax - International Send

**fedex.com 1.800.GoFedEx 1.800.463.3339**

© 2025 FedEx. All rights reserved. Products, services and hours vary by location. 725.MK16.001

2188309R

FFSINL 0023

# Certificate of Service

I hereby Certify that on October 24th 2025, a true and Correct copy of the foregoing was Served via Electronic Mail on All parties listed to receive Electronic notice in this matter.

Carmen.Contreras-Martinez@Saul.com
Turner.Falk@Saul.com
Attorneys for Ferrari Financial Services inc

Ivan Latimore
showup33@Icloud.com

FedEx® Office

# Fax Cover Sheet

Date ______________________________ Number of pages ______ (including cover page)

## To:

Name ____________________________________________

Company ____________________________________________

Telephone ____________________________________________

Fax ____________________________________________

## From:

Name ____________________________________________

Company ____________________________________________

Telephone ____________________________________________

Comments ____________________________________________

____________________________________________

____________________________________________

____________________________________________

*4900*
**Fax - Local Send**

*4901*
**Fax - Domestic Send**

*4902*
**Fax - International Send**

**fedex.com 1.800.GoFedEx 1.800.463.3339**

© 2025 FedEx. All rights reserved. Products, services and hours vary by location. 725.MK16.001

2188309R