





Due to Fraud
FLORIDA DMV
Changed my DL #

TR20181717







You Can See my new number Changed the last Digit from 0 to 1