Dealer Name: Ferrari Of Central Florida

Dealer Phone #: 407-667-4300
Dealer Fax #: 407-667-4301

**PLEASE PRINT - INCOMPLETE APPLICATIONS WILL NOT BE PROCESSED.**

INSTRUCTIONS:
You may apply for credit in your name alone, whether or not you are married.
(1) Please indicate whether you are applying for ☒ Individual Credit ☐ Joint Credit ☐ Community Property State ☐ Business Application
(2) ☒ If you are applying for individual credit in your name and relying on your own income or assets and not the income or assets of another person as the basis of repayment of the credit requested, complete only Section A.
(3) ☐ If you are applying for joint credit with another person, complete sections A and B. We intend to apply for joint credit.

Applicant ____________ Co-Applicant ____________

* If you are married and live in a community property state, please complete Section A about yourself and Section B about your spouse. You must sign this application. Your spouse must sign this application only if s/he wishes to be a Co-Applicant.

## A. APPLICANT INFORMATION

| | | | | |
|---|---|---|---|---|
| Last Name: LATIMORE | First Name: IVAN | Middle Initial: | Social Security Number: [redacted] | Birth Date: 06/27/1974 |
| Address: 5555 GUN CLUB ROAD | Apt # / Suite #: | P.O. Box: | Rural Route: | City: WEST PALM BEACH; State: FL; Zip: 33415 |
| Home Phone: (516)448-1198 | Cell Phone: | Residential Status: ☒ Homeowner ☐ Rent ☐ Family ☐ Other | Time at Address: 1 Yrs. 8 Mos. | Rent/Mtg. Pmt. $ 2700.00 |
| E-Mail Address: | Driver's License No.: | Driver's License State: | Time at Previous Address: 9 Yrs. 8 Mos. | |
| Previous Full Address (if less than 2 years): 1650 LINTON LAKE DR | Apt # / Suite #: | P.O. Box: | Rural Route: | City: DELRAY BEACH; State: FL; Zip: 33340 |
| Employer Name: LATIMORE ENTERPRISES | Employment Type: ☒ Employed ☐ Unemployed ☐ Self-employed ☐ Military ☐ Retired ☐ Student ☐ Other | | | |
| Salary: 20000 | Salary Type: ☐ Weekly ☐ Bi-Weekly ☒ Monthly ☐ Annually | Occupation: SPORTS SPECIALIST | Length of Employment: 15 Yrs. 8 Mos. | Work Phone Number *: (516)448-1198 |
| Previous Employer Name: | Previous Employment Type: ☐ Employed ☐ Unemployed ☐ Self-employed ☐ Military ☐ Retired ☐ Student ☐ Other | | | |
| Previous Occupation: | Length of Employment: ___ Yrs. ___ Mos. | Previous Work Phone Number: | | |

Alimony, child support, or separate maintenance income need not be revealed if you do not choose to have it considered as a basis for repaying this obligation.

| | | |
|---|---|---|
| Other Income (Monthly): | Source of Other Income: | By Signing, you certify that the income entered on this Credit Application is accurate. X [signature] |

Comments:

## AGREEMENT

The words "we," "us," "our" and "ours" as used below refer to us, the dealer, and to the financial institution(s) selected to receive your application. You understand and agree that you are applying for credit by providing the information to complete and submit this credit application. We may keep this application and any other application submitted to us and information about you whether or not the application is approved. You certify that the information on the application and in any other application submitted to us, is true and complete. You understand that false statements may subject you to criminal penalties. The words "you," "your" and "yours" mean each person submitting this application. You authorize us to submit this application and any other application submitted in connection with the proposed transaction to the financial institutions disclosed to you by us the dealers; in addition, in accordance with the Fair Credit Reporting Act, you authorize that such financial institutions may submit your applications to other financial institutions for the purpose of fulfilling your request to apply for credit. This application will be reviewed by the dealer and such financial institutions.

You agree that we may obtain a consumer credit report periodically from one or more consumer reporting agencies (credit bureaus) in connection with the proposed transaction and any update, renewal, refinancing, modification or extension of that transaction. You also agree that we or any affiliate of ours may obtain one or more consumer credit reports on you at any time during the term of your financing.. If you ask, you will be told whether a credit report was requested, and if so, the name and address of any credit bureau from which we or our affiliate obtained your credit report. You agree that the dealer and the financial institutions may verify your employment, pay, assets and debts, and that anyone receiving a copy of this is authorized to provide such dealer and financial institutions with such information. You further authorize the dealer and the financial institutions to gather whatever credit and employment history each considers necessary and appropriate in evaluating this application and any other applications submitted in connection with the proposed transaction. You understand that we will rely on the information in this credit application in making our decision. The dealer and the financial institutions may monitor and record telephone calls regarding your account for quality assurance, compliance, training, or similar purposes.

You consent to receive autodialed, prerecorded and artificial voice calls and text messages for servicing and collection purposes from us at the telephone number(s) provided in this credit application, including any cell phone numbers. The consent applies to the dealer, who is the originating creditor in this transaction, as well as any assignee who may purchase your credit contract. You agree that this consent applies regardless of whether you agree to receive telemarketing/sales calls and text messages as provided below.

**You consent to receive autodialed, pre-recorded and artificial voice telemarketing and sales calls and text messages from or on behalf of dealer (or any financing source to which dealer assigns my contract) at the following number(s)** (516)448-1198 **including any cell phone numbers. You understand that this consent is not a condition of purchase or credit.**

**You opt in** ☐ **You do not opt in** ☐

Signature of Applicant for election above: ____________

Your dealer will inform you of the name and address of the financing sources to which this application shall be sent.

***BY SIGNING BELOW, YOU CERTIFY THAT YOU HAVE READ AND AGREE TO THE TERMS AND DISCLOSURES ON ALL PAGES OF THIS APPLICATION.***

X [signature] APPLICANT'S SIGNATURE    12/17/21 DATE


© 2017 Dealertrack, Inc. All rights reserved.
DT 6/17
Printed on FFSINL00079

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

DEAL# 17590
CUST# 15643

086892

| Buyer Name and Address | Co-Buyer Name and Address | Seller - Creditor (Name and Address) |
|---|---|---|
| IVAN LATIMORE<br>5555 GUN CLUB RD<br>WEST PALM BEACH, FL 33415<br>PALM BEACH | N/A | FERRARI OF CENTRAL FLORIDA INC.<br>4891 VINELAND ROAD<br>ORLANDO, FL 32811<br>407-667-4300 |
| Buyer's Birth Month: June | Co-Buyer's Birth Month: | |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller-Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis at the Base Rate of 4.99 % per year. The Truth-In-Lending Disclosures below are part of this contract.
You have thoroughly inspected, accepted, and approved the vehicle in all respects.

| New/Used/ Demo | Year | Make and Model | Weight (lbs.) | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2019 | FERRARI PORTOFINO | N/A | ZFF89FPA6K0239003 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural ☐ N/A |

You agree that we advised you whether, based on seller's knowledge, the vehicle was titled, registered, or used as a taxicab, police vehicle, short term rental or is a vehicle that is rebuilt or assembled from parts, a kit car, a replica, a flood vehicle, or a manufacturer buy back.

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 10584.34 is |
|---|---|---|---|---|
| 4.99 % | $ 49794.09 | $ 266491.11 | $ 316285.20 | $ 326869.54 |

**Your Payment Schedule Will Be:** (e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 84 | 3765.30 | Monthly beginning 01/16/2022 |
| N/A | N/A | N/A |

Or As Follows:

N/A

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5 % of each installment.

**Prepayment.** If you pay early, you may have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, prepayment penalties, any required repayment in full before the scheduled date and security interest.

Returned Payment Charge: If any check or other payment instrument you give us is dishonored or any electronic payment you make is returned unpaid, you will pay a charge of $25 if the payment amount is $50 or less; $30 if the payment amount is over $50 but not more than $300; $40 if the payment amount is over $300; or such amount as permitted by law.

Florida documentary stamp tax required by law in the amount of $ 932.75 has been paid or will be paid directly to the Department of Revenue.
Certificate of Registration No. ______________.

You assign all manufacturer rebates and cash back incentives used as a downpayment on this contract to seller. You agree to complete all documents required for assignment of rebates and incentives.

**APPLICABLE LAW**
Federal law and the law of the state of Florida apply to this contract.

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance): If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft, concealment, skip). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. **You may choose the insurance company through which the VSI insurance is obtained.** If you elect to purchase VSI insurance through the Creditor, **the cost of this insurance is $** N/A and is also shown in item 5B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.
You authorize us to purchase Vendor's or Lender's Single Interest Insurance.

Buyer Signs X N/A Co-Buyer Signs X N/A Date: N/A

| Trade-In Vehicle | Trade-In Vehicle |
|---|---|
| Year 2016 Make FERRARI | Year N/A Make |
| Model 488 GTB | Model |
| VIN ZFF79ALA4G0214421 | VIN N/A |
| Gross Trade-In Allowance $ 260000.00 | Gross Trade-In Allowance $ N/A |
| Payoff Made by Seller $ 259415.66 (e) | Payoff Made by Seller $ N/A (e) |
| Lienholder FERRARI FINANCIAL SVCS | Lienholder |

**You assign to Seller all of your rights, title and interest in such trade-in vehicle(s). Except as expressly stated to Seller in writing, you represent that your trade-in vehicle(s) has not been involved in an accident, has not had any major body damage or required any major engine repair, and was not previously used as a taxicab, police vehicle, short term rental or is a vehicle that is rebuilt or assembled from parts, a kit car, a replica, a flood vehicle, or a manufacturer buy back.**

**Buyer Initials** X [signature] **Co-Buyer Initials** N/A

**Trade-In Payoff Agreement:** Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle to arrive at the trade-in payoff amount shown above and in item 2 of the Itemization of Amount Financed as the Pay Off Made by Seller. You understand that the amount quoted is an estimate.
Seller agrees to pay the payoff amount shown above and in item 2 to the lienholder or lessor of the trade-in vehicle, or its designee. If the actual payoff amount is more than the amount shown above and in item 2 you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown above and in item 2 Seller will refund to you any overage Seller receives from your prior lienholder or lessor. Except as stated in the "NOTICE" on page 4 of this contract, any assignee of this contract will not be obligated to pay the Pay Off Made by Seller shown above and in item 2 or any refund.

**Buyer Signature** X [signature] **Co-Buyer Signature** X N/A

DEAL# 17390 CUST# 13043

ITEMIZATION OF AMOUNT FINANCED

1 Cash Price (including $ 649.70 sales tax) $ 270644.70 (1)

2 Total Downpayment =

Gross Trade-In Allowance $ 260000.00

Less Pay Off Made By Seller (e) $ 259415.66

Equals Net Trade In $ 584.34

+ Cash $ 10000.00

+ Other N/A $ N/A

+ Other N/A $ N/A

(If total downpayment is negative, enter "0" and see 5J below) $ 10584.34 (2)

3 Unpaid Balance of Cash Price (1 minus 2) $ 260060.36 (3)

4 Predelivery Service Fees

A Predelivery Service Charge $ N/A

B Electronic Registration Filing Fee $ N/A

C N/A $ N/A

**These charges represent costs and profit to the dealer for items such as inspecting, cleaning, and adjusting vehicles, and preparing documents related to the sale.**

Total Predelivery Service Fees $ N/A (4)

5 Other Charges Including Amounts Paid to Others on Your Behalf (Seller may keep part of these amounts):

A Cost of Optional Credit Insurance Paid to Insurance Company or Companies.

Life $ N/A

Disability $ N/A $ N/A

B Vendor's Single Interest Insurance Paid to Insurance Company $ N/A

C Other Optional Insurance Paid to Insurance Company or Companies $ N/A

D Optional Gap Contract $ N/A

E Official Fees Paid to Government Agencies $ N/A

F Government Documentary Stamp Taxes $ 932.75

G Government Taxes Not Included in Cash Price $ 288.00

H Government License and/or Registration Fees

LICENSE FEE $ 410.00

I Government Certificate of Title Fees $ N/A

J Other Charges (Seller must identify who is paid and describe purpose)

to N/A for Prior Credit or Lease Balance (e) $ 0.00

to N/A for N/A $ N/A

to N/A for N/A $ N/A

to FERRARI OF CENTRAL FLORIDA for SERVICE CONTRACT $ 4800.00

to N/A for N/A $ N/A

to N/A for N/A $ N/A

to N/A for N/A $ N/A

to N/A for N/A $ N/A

to N/A for N/A $ N/A

to N/A for N/A $ N/A

Total Other Charges and Amounts Paid to Others on Your Behalf $ 6430.75 (5)

6 Loan Processing Fee Paid to Seller (Prepaid Finance Charge) $ N/A (6)

7 Amount Financed (3 plus 4 plus 5) $ 266491.11 (7)

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 7, is paid in full on or before N/A, Year N/A. SELLER'S INITIALS N/A

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 5D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term N/A Mos. N/A Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X N/A

**Insurance.** You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked on page 1 of this contract. Your choice of insurance providers will not affect our decision to sell you the vehicle or extend credit to you.

If any insurance is included in this contract, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

**Optional Credit Insurance**

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both

Term N/A

☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Term N/A

Premium:

Credit Life $ N/A

Credit Disability $ N/A

Insurance Company Name N/A

Home Office Address N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 5A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments.

If the box above is checked to indicate that you want credit life insurance, please read and sign the following acknowledgments:

1. You understand that you have the option of assigning any other policy or policies you own or may procure for the purpose of covering this extension of credit and that the policy need not be purchased from us in order to obtain the extension of credit.

X N/A Buyer — N/A Date

X N/A Co-Buyer — N/A Date

2. You understand that the credit life coverage may be deferred if, at the time of application, you are unable to engage in employment or unable to perform normal activities of a person of like age and sex. (You need not sign this acknowledgement if the proposed credit life insurance policy does not contain this restriction.)

X N/A Buyer — N/A Date

X N/A Co-Buyer — N/A Date

3. You understand that the benefits under the policy will terminate when you reach a certain age and affirm that your age is accurately represented on the application or policy.

X N/A Buyer — N/A Date

X N/A Co-Buyer — N/A Date

**Other Optional Insurance**

☐ N/A Type of Insurance — N/A Term

Premium $ N/A

Ins. Co. Name & Address N/A N/A N/A

☐ N/A Type of Insurance — N/A Term

Premium $ N/A

Ins. Co. Name & Address N/A N/A N/A

☐ N/A Type of Insurance — N/A Term

Premium $ N/A

Ins. Co. Name & Address N/A N/A N/A

☐ N/A Type of Insurance — N/A Term

Premium $ N/A

Ins. Co. Name & Address N/A N/A N/A

☐ N/A Type of Insurance — N/A Term

Premium $ N/A

Ins. Co. Name & Address N/A N/A N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked in this box.

X N/A Buyer Signature — N/A Date

X N/A Co-Buyer Signature — N/A Date

**LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED IN THIS CONTRACT.**

JURY TRIAL WAIVER. By entering this contract, you agree to waive your right to trial by jury.

Buyer Signature X [signature] Co-Buyer Signature X N/A

Buyer Initials X [initials] Co-Buyer Initials X N/A

12/17/2021, 04:00 pm

1. **FINANCE CHARGE AND PAYMENTS**
   a. **How we will figure Finance Charge.** We will treat any Prepaid Finance Charge as fully earned on the date of this contract. We will figure the rest of the finance charge on a daily basis at the Base Rate on the unpaid part of your Principal Balance. Your Principal Balance is the sum of the Amount Financed and the Prepaid Finance Charge, if any.
   b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of your Principal Balance and to other amounts you owe under this contract in any order we choose as the law allows.
   c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
   d. **You may prepay.** You may prepay all or part of your Principal Balance at any time. If the contract is paid in full within six months after the date you sign it, we may impose an acquisition charge, not exceeding $75, for services performed on your behalf for processing this contract. If you prepay, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.
   e. **You may ask for a payment extension.** You may ask us for a deferral of the scheduled due date of all or any part of a payment (extension). If we agree to your request, we may charge you a $15 extension fee. You must maintain the physical damage insurance required by this contract (see below) during any extension. If you do not have this insurance, we may buy it and charge you for it as this contract says. You may extend the term of any optional insurance you bought with this contract to cover the extension if the insurance company or your insurance contract permits it, and you pay the charge for extending this insurance.
   If you get a payment extension, you will pay additional finance charges at the Base Rate on the amount extended during the extension. You will also pay any additional insurance charges resulting from the extension, and the $15 extension fee if we charge you this fee.

2. **YOUR OTHER PROMISES TO US**
   a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.
   b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.
   c. **Security Interest.**
   You give us a security interest in:
   - The vehicle and all parts or goods put on it;
   - All money or goods received (proceeds) for the vehicle;
   - All insurance, maintenance, service, or other contracts we finance for you; and
   - All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

   This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.
   d. **Insurance you must have on the vehicle.**
   You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. You agree to name us on your insurance policy as an additional insured and as loss payee.If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge at the highest rate the law permits. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.
   e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we obtain a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**
   a. **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.
   If you pay late, we may also take the steps described below.
   b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
   - You do not pay any payment on time;
   - You give false, incomplete, or misleading information during credit application;
   - You start a proceeding in bankruptcy or one is started against you or your property; or
   - You break any agreements in this contract.

   The amount you will owe will be the unpaid part of your Principal Balance plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.
   c. **You may have to pay collection costs.** If we hire an attorney to collect what you owe, you will pay the attorney's fee and court costs as the law allows. This includes any attorneys' fees we incur as a result of any bankruptcy proceeding brought by or against you under federal law.
   d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.
   e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.
   f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
   We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.
   g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. **WARRANTIES SELLER DISCLAIMS**
   **Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**
   This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

5. **Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**
   **Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

6. **OPTIONAL SERVICE CONTRACTS**
   You are not required to buy a service contract to obtain credit. Your choice of service contract providers for any service contracts you buy will not affect our decision to sell or extend credit to you.

7. **REJECTION OR REVOCATION**
   If you are permitted under Florida's Uniform Commercial Code to reject or revoke acceptance of the vehicle and you claim a security interest in the vehicle because of this, you must either: (a) post a bond in the amount of the disputed balance; or (b) deposit all installment payments as they become due into the registry of a court of competent jurisdiction.

8. **SERVICING AND COLLECTION CONTACTS**
   You agree that we may try to contact you in writing, by e-mail, or using pre-recorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

FESINL0082

Buyer Initials X ________ Co-Buyer Initials X N/A

Seller's Right to Cancel

a. Seller agrees to deliver the vehicle to you on the date this contract is signed by Seller and you. You understand that it may take a few days for Seller to verify your credit, locate financing for you on the exact terms shown on page 1 of this contract, and assign this contract to a financial institution. You agree that Seller has the number of days stated below to assign this contract. You agree that if Seller is unable to assign this contract within this time period to any one of the financial institutions with whom Seller regularly does business under an assignment acceptable to Seller, Seller may cancel this contract. Seller's right to cancel this contract ends upon assignment of this contract.

b. If Seller elects to cancel per Paragraph a above, Seller will give you written notice (or in any other manner in which actual notice is given to you). In that event, you may have the option of negotiating and signing a new contract with different financing terms (for example, a larger down payment, a higher annual percentage rate, a required cosigner, etc.) or you may pay with alternate funds arranged by you.

c. Upon receipt of the notice of cancellation, you must return the vehicle to Seller within 48 hours in the same condition as when sold other than reasonable wear for the time you had it. Except as described below, Seller must give you back all consideration Seller has received from you in connection with this contract.

d. If you do not return the vehicle within 48 hours after receipt of the notice of cancellation, you agree that Seller may use any lawful means to take it back (including repossession if done peacefully) and you will be liable for all expenses incurred by Seller in taking the vehicle from you, including reasonable attorney's fees. If you fail to return the vehicle within 48 hours after receipt of the notice of cancellation, you agree to pay Seller the charge shown in the Seller's Right to Cancel provision below for each day you do not return the vehicle after receipt of the notice of cancellation.

e. While the vehicle is in your possession, all terms of this contract, including those relating to use of the vehicle and insurance for the vehicle, are in full force and you assume all risk of loss or damage to the vehicle. You must pay all reasonable costs for repair of any damage done to the vehicle while the vehicle is in your possession. Seller may deduct from any consideration due to you under paragraph c. above Seller's reasonable costs to repair the vehicle and any daily charges you incur if you fail to return the vehicle within 48 hours after receipt of the notice of cancellation. If Seller cancels this contract, the terms of this Seller's Right to Cancel provision (including those below) remain in effect even after you no longer have possession of the vehicle.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

**SELLER'S RIGHT TO CANCEL - If Buyer and Co-buyer sign here, the provisions of the Seller's Right to Cancel section above, which gives the Seller the right to cancel if Seller is unable to assign this contract within N/A days, will apply. If you fail to return the vehicle within 48 hours after receipt of the notice of cancellation, you agree to pay Seller a charge of $ N/A per day from the date of cancellation until the vehicle is returned or repossessed.**

X N/A
Buyer Signs

X N/A
Co-Buyer Signs

**NO COOLING OFF PERIOD**

**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

***The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.***

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X [signature] Co-Buyer Signs X N/A
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
**See the rest of this contract for other important agreements.**

**NOTICE TO THE BUYER: a) Do not sign this contract before you read it or if it contains any blank spaces. b) You are entitled to an exact copy of the contract you sign. Keep it to protect your legal rights.**

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs X [signature] Date 12/17/2021 Co-Buyer Signs X N/A Date N/A

If the "business" use box is checked in "Primary Use for Which Purchased": Print Name N/A Title N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X Address

Seller Signs FERRARI OF CENTRAL FLORIDA INC. Date 12/17/2021 By X [signature] Title [signature]

Seller assigns its interest in this contract to FERRARI FINANCIAL SERVICES INC (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse ☒ Assigned without recourse ☐ Assigned with limited recourse

Seller FERRARI OF CENTRAL FLORIDA INC. By [signature] Title [signature]

FINANCIAL SERVICES

# AutoPay Form

**(Electronics Funds Transfer (EFT) Enrollment Form)**

Please complete this form and send with an original voided check (checking account only) to 250 Sylvan Ave Englewood Cliffs, NJ 07632 or email it at FFScredit_fna@ferrari.com or fax it to 201.541.8488.

You will be notified of the start date for the EFT transfer. Until that time, please continue to make your payments manually by check or money order. If you have any questions, please call Customer Service at 800.206.9828 for **RETAIL** Accounts and 800.401.3928 for **LEASE** Accounts.

FFS Account # or VIN# ZFF89FPA6K0239003 Daytime Phone# ____________

Customer Name: IVAN LATIMORE

Pay to the Order of: **Ferrari Financial Services, Inc** Payment Amount: ____________

Checking/Savings Bank Name: BANK OF AMERICA

Bank Address: ____________

Bank Routing #: 121000358 Acct Type (circle one): Checking (circled) Savings

Bank Account #: 325120270741

**Mandatory Information to be completed:**

- [x] **I/We request to opt in for ACH – please complete above information**
- [ ] **I/We request to opt out for ACH**

**Borrower Signature:** X [signature]

**Billing Email:** ____________

I/We hereby request and authorize Ferrari Financial Services to debit the deposit account listed above in an amount equal to the schedule of payments or other amounts due as described in the Loan contract referenced above. I/We hereby certify under penalty of perjury that I/we are authorized to make withdrawals from the deposit account indicated. This authorization may be cancelled at any time by Ferrari Financial Services with written notice to the Borrower. I/We may cancel this authorization by providing Ferrari Financial Services verbal or written notice at least 3 business days prior to the next scheduled electronic funds transfer.

**"Please be advised if a payment is due within 15 days of mailing your ACH form, then you must make the payment prior to setting up your account on ACH."**

Ferrari Financial Services, Inc.
250 Sylvan Ave Englewood Cliffs, NJ 07632
Retail 800.206.9828 ✧ Lease 800.401.3928

FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

# APPLICATION FOR CERTIFICATE OF TITLE WITH/WITHOUT REGISTRATION

**SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE**

www.flhsmv.gov/offices/

DEAL#: 17590
CUST#: 15643

CHECK APPLICATION TYPE: ☐ ORIGINAL ☒ TRANSFER VEHICLE TYPE: ☒ MOTOR VEHICLE ☐ MOBILE HOME ☐ VESSEL OFF-HIGHWAY VEHICLE: ☐ ATV ☐ ROV ☐ MC

## 1 OWNER / APPLICANT INFORMATION

| Customer Number | Check this box if you are requesting the certificate of title to be printed. | | Owner | Co-Owner | Unit Number | Fleet Number |
|---|---|---|---|---|---|---|
| 15643 | ☐ | Are you a Florida resident? | ☐yes ☐no | ☐yes ☐no | | |
| | | Are you an alien? | ☐yes ☐no | ☐yes ☐no | | |

☐ OR ☐ AND NOTE: When joint ownership, please indicate if "or" or "and" is to be shown on title when issued. If neither box is checked, the title will be issued with "and."

If applicable: ☐ Life Estate/Remainder Person ☐ Tenancy By the Entirety ☐ With Rights of Survivorship ☐ Owner's County of Residence: **PALM BEACH**

| Owner's Name As It Appears on Driver License (First, Full Middle/Maiden, & Last Name) | Owner's Email Address | Date of Birth | Sex | FL Driver License or FEID/Suffix # |
|---|---|---|---|---|
| IVAN LATIMORE | | 06/27/74 | | L356414742270 |
| **Co-Owner/Lessee's Name As It Appears on Driver License (First, Full Middle/Maiden, & Last Name)** | **Co-Owner's/Lessee's Email Address** | **Date of Birth** | **Sex** | **FL Driver License or FEID/Suffix #** |
| | | | | |

| Address | City | State | Zip |
|---|---|---|---|
| Owner's Mailing Address (Mandatory unless a member of the Military): 5555 GUN CLUB RD | WEST PALM BEACH | FL | 33415 |
| Co-Owner's/Lessee's Mailing Address (Mandatory unless a member of the Military): | | | |
| Owner's/Lessee's Physical Street Address in Florida (Mandatory unless a member of the Military): 5555 GUN CLUB RD | WEST PALM BEACH | FL | 33415 |
| Mobile Home Physical Address (if applicable) Check if in a mobile home rental park with 10 or more lots. ☐ N/A | | | |

| Mail To Customer Name (If different From Above Owner) | Mail To Customer's Email Address | Date of Birth | Sex | FL Driver License or FEID/Suffix # |
|---|---|---|---|---|
| N/A | | | | |

| Mail To Customer Address (If different From Above Mailing Address) | City | State | Zip |
|---|---|---|---|
| N/A | | | |

## 2 MOTOR VEHICLE , MOBILE HOME OR VESSEL DESCRIPTION

| Vehicle/Vessel Identification Number | Make/Manufacturer | Year | Body | Color | Florida Title Number |
|---|---|---|---|---|---|
| ZFF89FPA6K0239003 | FERRARI | 2019 | CV | BLACK | |

| Previous State of Issue | License Plate or Vessel Registration Number | Weight | Length Ft. In. | BHP/CC | GVW/LOC | VAN USE, IF APPLICABLE |
|---|---|---|---|---|---|---|
| | | | | | | ☐ PASSENGER ☐ OTHER |

TYPE: ☐ Open Motorboat ☐ Houseboat ☐ Personal Watercraft ☐ Cabin Motorboat ☐ Pontoon ☐ Canoe ☐ Auxiliary Sailboat ☐ Airboat ☐ Other ______ Specify ☐ Inflatable ☐ Sailboat

HULL MATERIAL: ☐ Wood ☐ Aluminum ☐ Fiberglass ☐ Steel ☐ Wood/Fiberglass ☐ Other______ Specify

PROPULSION: ☐ Outboard ☐ Sail ☐ Inboard ☐ Air Propelled ☐ Inboard/Outboard ☐ Other______ Specify

FUEL: ☐ Gas ☐ Diesel ☐ Electric ☐ Other______ Specify

*DRAFT OF VESSEL (The depth of water a vessel draws) FT.______ IN.______ *For all vessels 26' or more in length and all sailboats

USE OF VESSEL: ☐ Recreational (Pleasure) ☐ Dealer/Manuf. ☐ Commercial Fish ☐ Exempt ☐ Hire (Livery) ☐ Commercial Blue Crab ☐ Commercial Live Bait ☐ Commercial Mackerel ☐ Commercial Stone Crab ☐ Commercial Shrimp Recip. ☐ Commercial Shrimp Non-Recip. ☐ Government ☐ Commercial Charter ☐ Commercial Oyster ☐ Commercial Sponge ☐ Commercial Other ______ ☐ Commercial Spiney Lobster

PREVIOUS OUT-OF-STATE REGISTRATION NUMBER:

Previously Federally Documented Vessel, Attach Copy of: ☐ U.S. Coast Guard Release From Documentation Form; or ☐ Copy of Canceled Documentation Papers

State of Principal Use

## 3 BRANDS, USAGE AND TYPE (Check Applicable Boxes)

☐ SHORT TERM LEASE ☐ LONG TERM LEASE ☐ REBUILT ☐ POLICE VEHICLE ☐ PRIVATE USE ☐ TAXI CAB ☐ FLOOD ☐ ILEV ☐ CUSTOM
☐ ASSEMBLED FROM PARTS ☐ BONDED TITLE ☐ KIT CAR ☐ GLIDER KIT ☐ MANUF. BUY BACK ☐ REPLICA ☐ AUTONOMOUS ☐ ELECTRIC ☐ STREET ROD

## 4 LIENHOLDER INFORMATION

| CHECK IF ELT CUSTOMER ☐ | ☐ FEID # ☐ DL # and Sex and Date of Birth ☐ DMV Account # | Date of Lien | Lienholder's Name | | |
|---|---|---|---|---|---|
| | | 12/17/2021 | FERRARI FINANCIAL SERVICES INC | | |
| **Lienholder's Email Address** | **Lienholder's Address** | | **City** | **State** | **Zip** |
| | PO BX 510 | | WILLIAMSVILLE | NY | 14231 |

☐ If Lienholder authorizes the Department to send the motor vehicle or mobile home title to the owner, check box and countersign: ______________ (Signature of Lienholder's Representative)
(Does not apply to vessels). If box is not checked, title will be mailed to the first lienholder.

## 5 TRANSFER TYPE

IF OWNERSHIP HAS TRANSFERRED, HOW AND WHEN WAS THE VEHICLE, MOBILE HOME, OR VESSEL ACQUIRED?

☒ SALE ☐ GIFT ☐ REPOSSESSION ☐ COURT ORDER ☐ OTHER (SPECIFY) ______ DATE ACQUIRED ____/____/____

## 6 ODOMETER DECLARATION

WARNING: Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS 0 0 4 , 8 4 0 .XX (NO TENTHS) MILES, DATE READ 12 / 17 / 2021 AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☒ 1. REFLECTS ACTUAL MILEAGE. ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS. ☐ 3. IS NOT THE ACTUAL MILEAGE.

## 7 DEALER SALES TAX REPORT AND VEHICLE TRADE IN INFORMATION (IF APPLICABLE)

| FLORIDA SALES TAX REGISTRATION NUMBER | DATE OF SALE | DEALER LICENSE NUMBER | AMOUNT OF TAX | DEALER/AGENT SIGNATURE |
|---|---|---|---|---|
| 58-8012319089-2 | 12/17/2021 | VF10022561 | 937.70 | |

| YEAR OF TRADE IN | MAKE OF TRADE IN | TITLE NUMBER OF TRADE IN (IF KNOWN) | VEHICLE IDENTIFICATION NUMBER OF TRADE IN |
|---|---|---|---|
| N/A | FERRARI | | ZFF79ALA4G0214421 |

FFSINL 0085

**8** MOTOR VEHICLE IDENTIFICATION NUMBER VERIFICATION

THIS SECTION REQUIRES A PHYSICAL INSPECTION AND A VERIFICATION OF THE VEHICLE IDENTIFICATION NUMBER (VIN) (OR THE MOTOR NUMBER FOR MOTOR VEHICLES MANUFACTURED PRIOR TO 1955) OF THE MOTOR VEHICLE DESCRIBED ON THIS FORM BY A LICENSED DEALER, FLORIDA NOTARY PUBLIC, POLICE OFFICER, OR FLORIDA DIVISION OF MOTOR VEHICLES EMPLOYEE OR TAX COLLECTOR EMPLOYEE. IF THE VIN IS VERIFIED BY AN OUT OF STATE MOTOR VEHICLE DEALER, THE VERIFICATION MUST BE SUBMITTED ON THEIR LETTERHEAD STATIONERY. COMPLETE THIS SECTION ON ALL USED MOTOR VEHICLES, INCLUDING TRAILERS, (WITH ABBREVIATION OF "TL" WITH A WEIGHT OF 2,000 POUNDS OR MORE) NOT CURRENTLY TITLED IN FLORIDA.

I, the undersigned, certify that I have physically inspected the above described vehicle and find the vehicle identification number to be: **ZFF89FPA6K0239003** (Vehicle Identification Number)

**12/17/2021** DATE ______ SIGNATURE ______ **NICHOLAS GALATI** PRINTED NAME

Law Enforcement Officer or Florida Dealer/Agency Name **FERRARI OF CENTRAL FLORIDA INC** Badge # or Florida Dealer # ______ Notary Stamp or Seal

FL DMV/Tax Collector Employee ______ Florida Compliance Examiner/Inspector Badge or ID Number ______

COMMISSIONED NAME OF FLORIDA NOTARY: ______ (Print, Type or Stamp) NOTARY'S SIGNATURE ______

**9** SALES TAX EXEMPTION CERTIFICATION

THE PURCHASE OF A RECREATIONAL VEHICLE TO BE OFFERED FOR RENT AS LIVING ACCOMMODATIONS DOES NOT QUALIFY FOR EXEMPTION. I CERTIFY THE RECREATIONAL VEHICLE, MOBILE HOME OR VESSEL DESCRIBED HAS BEEN PURCHASED AND IS EXEMPT FROM THE SALES TAX IMPOSED BY CHAPTER 212, FLORIDA STATUTES, BY:

☐ PURCHASER (STATE AGENCIES, COUNTIES, ETC.) HOLDS VALID EXEMPTION CERTIFICATE ______ CONSUMER'S CERTIFICATE OF EXEMPTION NUMBER

☐ MOTOR VEHICLE ☐ MOBILE HOME ☐ VESSEL WILL BE USED EXCLUSIVELY FOR RENTAL ______ SALES TAX REGISTRATION NUMBER

I hereby certify that ownership of the motor vehicle, mobile home or vessel described on this application, is not subject to Florida Sales and Use Tax for the following reason: ☐ INHERITANCE ☐ GIFT

☐ DIVORCE DECREE ☐ TRANSFER BETWEEN A MARRIED COUPLE ☐ EVEN TRADE OR TRADE DOWN (State the facts of the even trade or trade down and the transferor information, including the transferor's name and address, below under "Other: Explain.")

☐ OTHER: (EXPLAIN) ______

**10** REPOSSESSION DECLARATION

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THIS MOTOR VEHICLE, MOBILE HOME OR VESSEL WAS REPOSSESSED UPON DEFAULT IN THE TERMS OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.
☐ (VESSEL) A PHOTOCOPY OF THE LIEN INSTRUMENT FOR THE VESSEL IS REQUIRED AND ATTACHED.
☐ I AM REQUESTING THAT AN ORIGINAL CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME IN LIEU OF A TITLE (REPOSSESSION).
☐ I AM REQUESTING THAT A DUPLICATE CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME, AS THE ORIGINAL HAS BEEN LOST OR DESTROYED.

**11** NON-USE AND OTHER CERTIFICATIONS

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.
☐ THE VEHICLE IDENTIFIED WILL NOT BE OPERATED ON THE STREETS AND HIGHWAYS OF THIS STATE UNTIL PROPERLY REGISTERED.
☐ THE VESSEL IDENTIFIED WILL NOT BE OPERATED ON THE WATERS OF THIS STATE UNTIL PROPERLY REGISTERED.
☐ OTHER: (EXPLAIN) ______

**12** APPLICATION ATTESTMENT AND SIGNATURES

I/WE PHYSICALLY INSPECTED THE ODOMETER/VIN AND FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS. (More than one form HSMV 82040 may be used for additional signatures.)

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

X ______ SIGNATURE OF APPLICANT (OWNER) **12/17/2021** Date **N/A** SIGNATURE OF APPLICANT (CO-OWNER) **12/17/2021** Date

**13** RELEASE OF SPOUSE OR HEIRS INTEREST

The undersigned person(s) state(s) as follows: That ______ (Name of Deceased) died on ______ (Date).

☐ testate (with a will) ☐ intestate (without a will) and left the surviving heir(s) named below.

☐ When applicable, the heir(s) (named below) certifies that the certificate of title is lost or destroyed.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.
(More than one form HSMV 82040 may be used for additional signatures.)

| Print or Type Name of Spouse, Co-owner or Heir(s) | Signature of Spouse, Co-Owner or Heir(s) |
|---|---|
| | |
| | |
| | |

That at the time of death the decedent was owner of the motor vehicle, mobile home or vessel described in section 2 of this form. The person(s) signing above hereby releases all of his/her/their right, title, interest and claim as heir(s) at law, legatee(s), devisee(s), or otherwise to the aforesaid motor vehicle, mobile home or vessel to:

______ Name of Applicant(s) (Print or Type)

RESIDENTS OF FLORIDA AND ALL VESSEL OWNERS, RESIDING IN FLORIDA OR OUT OF STATE, SHOULD SUBMIT THIS FORM AND ALL REQUIRED DOCUMENTATION TO A LOCAL FLORIDA TAX COLLECTOR'S OFFICE OR THE FLORIDA TAX COLLECTOR'S OFFICE LOCATED IN THE APPLICANT'S COUNTY OF RESIDENCE FOR PROCESSING.

Check your local phone book government pages or visit the following website for current mailing addresses: http://www.flhsmv.gov/offices/ www.flhsmv.gov

54947*1*FCF-FI

FINANCIAL SERVICES

| ACCOUNT # |
|---|
| |

**DEAL#: 17590**
**CUST#: 15643**

# AGREEMENT TO PROVIDE INSURANCE FORM – RETAIL

WE THE UNDERSIGNED AGREE AND REPRESENT TO THE SELLER AND ITS ASSIGNS THAT WE SHALL PROVIDE VALID INSURANCE AS REQUIRED BY THE LOAN AGREEMENT WHICH GOVERNS THE FINANCED PURCHASE OF THE VEHICLE DESCRIBED BELOW.

Physical damage insurance covering theft, loss or damage to the vehicle for the term of the contract is required. Policies must contain a clause providing for at least 30 days prior written notice before cancellation.

IMPORTANT: Buyer(s) are strongly encouraged to purchase greater levels of insurance coverage to help protect themselves in the event of an accident.

| Buyer signature | - DATE - | Buyer signature | - DATE - |
|---|---|---|---|
| [signature] | 12/17/2021 | N/A | N/A |

| BUYER(S) | | |
|---|---|---|
| Buyer Name: **IVAN LATIMORE** | Drivers License State Number & Expiration Date: **FL** | |
| Buyer Name: **N/A** | Drivers License State Number & Expiration Date: **N/A** | **N/A** |

| VEHICLE | | | |
|---|---|---|---|
| YEAR | MAKE | MODEL | VEHICLE IDENTIFICATION NUMBER |
| **2019** | **FERRARI** | **PORTOFINO** | **ZFF89FPA6K0239003** |

| INSURANCE | |
|---|---|
| Insurance Company Name: **STATE FARM** | Policy Number: **J977618D0159** |
| Agent or Contact | Telephone Number: **561/328-7911** |

FERRARI FINANCIAL SERVICES, INC. (FFS) must be named as Loss Payee
PO Box 398052, Minneapolis, MN 55439-8052

I certify that I have verified the insurance coverage meeting the above requirements and that the coverage is in effect with the above listed insurance company for the above described vehicle. I also certify that the insurance policy names FFS as Loss Payee at PO Box 398052, Minneapolis, MN 55439-8052

| Dealer Name | Dealer Representative (Printed Name) | Dealer Representative, Signature and Date |
|---|---|---|
| FERRARI OF CENTRAL FLORIDA INC. | NICHOLAS GALATI | [signature] 12/17/2021 |

11326*1*FCF-FI

# Binder of Insurance

Pending issuance and delivery of a policy pursuant to the application of the insured and to all the terms and conditions of the policy issued by the company the

State Farm Mutual Automobile Insurance Company

Does hereby insure: IVAN LATIMORE
5555 GUN CLUB RD
WEST PALM BCH, FL 33415-2501

with loss payable to: FERRARI FINANCIAL SERVICES PO BOX 398052
MINNEAPOLIS MN 55439-8052

Policy Number: J97 7618-D01-59

| Year | Make | Vehicle Identification Number (VIN) |
| --- | --- | --- |
| 2019 | FERRARI PORTOFINO 2D CV | ZFF89FPA6K0239003 |

Coverages

| Liability | Comprehensive | Collision Ded |
| --- | --- | --- |
| 10/20/10 | $500 | $500 |

Effective December 17, 2021, expiring not to exceed thirty (30) days hence and to become void immediately upon the issuance of a policy in place hereof.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS SUCH PERSON TO CRIMINAL AND CIVIL PENALTIES.

Date 12/17, 2021 *Mirenia Ceballo*
Authorized Representative