FINANCIAL SERVICES
P.O. BOX 510
WILLIAMSVILLE, NY 14231

Date: 10/31/2022
Account Number: 0270031676

IVAN N LATIMORE
340 ROYAL POINCINA WAY
PALM BEACH, FL 33480

Dear IVAN N LATIMORE,

Attached you will find the Payment History Statement you requested which provides a schedule of amounts assessed and applied to your account.

Listed below is the original contract information.

| | | | |
|---|---|---|---|
| Contract Date: | 12/17/2021 | Year: | 2019 |
| Term: | 84 | Make: | FERRARI |
| Payment Amount: | $3,765.30 | Model: | PORTOFINO |
| | | VIN: | ZFF89FPA6K0239003 |

Should you have any questions in regards to your Payment History Statement or need other assistance with your account, please contact us at 1-800-206-9828.

Sincerely,

Customer Service Department
Ferrari Financial Services

# Payment History Statement of Account

**Name: IVAN N LATIMORE** **Account: 0270031676**

| Effective Date | Transaction Date | Posting Code | Total Amount | Payment Type |
|---|---|---|---|---|
| 10/26/2022 | 10/26/2022 | LATE CHARGE | $188.27 | Invoiced |
| 10/16/2022 | 10/17/2022 | PAYMENT AMOUNT | $3,765.30 | Invoiced |
| 09/26/2022 | 09/26/2022 | LATE CHARGE | $188.27 | Invoiced |
| 09/16/2022 | 09/16/2022 | PAYMENT AMOUNT | $3,765.30 | Invoiced |
| 08/26/2022 | 08/26/2022 | LATE CHARGE | $188.27 | Invoiced |
| 08/16/2022 | 08/16/2022 | PAYMENT AMOUNT | $3,765.30 | Invoiced |
| 07/26/2022 | 07/26/2022 | LATE CHARGE | $188.27 | Invoiced |
| 07/16/2022 | 07/18/2022 | PAYMENT AMOUNT | $3,765.30 | Invoiced |
| 06/29/2022 | 06/29/2022 | PAYMENT AMOUNT | ($3,765.00) | Payment |
| 06/27/2022 | 06/27/2022 | LATE CHARGE | $188.27 | Invoiced |
| 06/27/2022 | 06/27/2022 | LATE CHARGE | ($50.00) | Invoiced |
| 06/16/2022 | 06/16/2022 | PAYMENT AMOUNT | $3,765.30 | Invoiced |
| 05/26/2022 | 05/26/2022 | LATE CHARGE | $188.27 | Invoiced |
| 05/16/2022 | 05/16/2022 | PAYMENT AMOUNT | $3,765.30 | Invoiced |
| 04/22/2022 | 04/22/2022 | PAYMENT AMOUNT | ($3,765.30) | Payment |
| 04/16/2022 | 04/18/2022 | PAYMENT AMOUNT | $3,765.30 | Invoiced |
| 03/24/2022 | 03/24/2022 | PAYMENT AMOUNT | ($3,765.30) | Payment |
| 03/16/2022 | 03/16/2022 | PAYMENT AMOUNT | $3,765.30 | Invoiced |
| 03/11/2022 | 03/11/2022 | PAYMENT AMOUNT | ($3,765.30) | Payment |
| 02/28/2022 | 02/28/2022 | PAYMENT AMOUNT | ($3,765.30) | Payment |
| 02/28/2022 | 02/28/2022 | LATE CHARGE | $188.27 | Invoiced |
| 02/18/2022 | 02/18/2022 | RETURN ITEM FEE | $25.00 | Invoiced |
| 02/16/2022 | 02/18/2022 | PAYMENT AMOUNT | $0.30 | Reversed |
| 02/16/2022 | 02/18/2022 | PAYMENT AMOUNT | $3,765.00 | Reversed |
| 02/17/2022 | 02/17/2022 | RETURN ITEM FEE | $25.00 | Invoiced |
| 02/15/2022 | 02/17/2022 | PAYMENT AMOUNT | $3,765.00 | Reversed |
| 02/16/2022 | 02/16/2022 | PAYMENT AMOUNT | ($0.30) | Payment |
| 02/16/2022 | 02/16/2022 | PAYMENT AMOUNT | ($3,765.00) | Payment |
| 02/16/2022 | 02/16/2022 | PAYMENT AMOUNT | $3,765.30 | Invoiced |
| 02/15/2022 | 02/15/2022 | PAYMENT AMOUNT | ($3,765.00) | Payment |
| 01/26/2022 | 01/26/2022 | LATE CHARGE | $188.27 | Invoiced |
| 01/20/2022 | 01/20/2022 | RETURN ITEM FEE | $25.00 | Invoiced |
| 01/18/2022 | 01/20/2022 | PAYMENT AMOUNT | $3,765.30 | Reversed |
| 01/18/2022 | 01/18/2022 | PAYMENT AMOUNT | ($3,765.30) | Payment |
| 01/16/2022 | 01/18/2022 | PAYMENT AMOUNT | $3,765.30 | Invoiced |
| 12/17/2021 | 12/20/2021 | PRINCIPAL | $266,491.11 | |