IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.: CASE NO.: 50-2022-CA-010741-XXXX

FERRARI FINANCIAL SERVICES, INC.,
a Delaware corporation,

Plaintiff,

v.

IVAN LATIMORE, an individual,

Defendant.
_______________________________________/

# DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court for hearing on August 17, 2023 (the "Hearing"), for consideration on Plaintiff's, **FERRARI FINANCIAL SERVICES , INC**., *Motion for Entry of Default Final Judgment Against Defendant Ivan Latimore* dated June 28, 2023 (the "Motion"). The Court having reviewed the file, having listened to argument of both Plaintiff's counsel and pro se Defendant, Ivan Latimore, and good cause having been shown, it is hereby:

**ORDERED AND ADJUDGED AS FOLLOWS:**

1. Plaintiff's Motion is **GRANTED**.

2. A Default Final Judgment is hereby entered in favor of Plaintiff, FERRARI FINANCIAL SERVICES, INC., ("Plaintiff") and against Defendant, IVAN LATIMORE ("Defendant").

3. The Court has subject matter jurisdiction over this matter, and jurisdiction over the Defendant.

4. The Court finds that Defendant had adequate notice of the Hearing, did in fact appear and make argument at the Hearing, but failed to present any valid legal argument which would defeat the Plaintiff's Motion.

5. Accordingly, a Default Final Judgment for breach of contract and resulting damages is entered against Defendant, IVAN LATIMORE, in which the Court finds no material disputes and that Plaintiff is entitled to its damages and attorney's fees and costs. *Fla. R. Civ. P.* 1.510; *Volusia County v. Aberdeen at Ormond Beach*, L.P., 760 So.2d 126, 130 (Fla. 2000).

6. As demonstrated in Plaintiff's Motion, Plaintiff shall recover from Defendant damages in the amount of $260,442.57, plus $16,033.77 in pre-judgment interest. In addition, Plaintiff shall recover its reasonable attorney's fees and costs incurred in this litigation pursuant to the Contract between Plaintiff and Defendant, in an amount of $24,814.27, for a grand total sum of $**301,290.61**, for which let execution lie.

7. The total sum mentioned in paragraph 6 will bear interest at the prevailing statutory interest rate of 6.58% per year from this date through December 31 of this current year. Thereafter, on January 1 of each succeeding year until the judgment is paid, the interest rate will adjust in accordance with Fla. Stat. §55.03.

8. Plaintiff's last known address is 250 Sylvan Avenue, Englewood Cliffs, New Jersey 07632.

9. Defendant's last known mailing address is 5555 Gun Club Road, West Palm Beach, Florida 33415 and last known e-mail addresses are pem1776@icloud.com and racco33@icloud.com. The Court notes that at the Hearing, Defendant claimed these are no longer valid addresses, but refused to provide the Court with an alternate mailing address, email address, or phone number where he can otherwise be contacted.

10. It is further ordered and adjudged that Defendant shall complete under oath Florida Rule of Civil Procedure Form 1.977(a)(Fact Information Sheet for Individuals), including all required attachments, and serve them on Plaintiff's attorney within 45 days of this Default Final Judgment, unless it is satisfied or post-judgment discovery is stayed.

11. Jurisdiction of this case is retained to enter further Orders that are proper, including, but not limited to, orders authorizing writs of garnishment, orders authorizing writs of execution, and orders compelling Defendant, as a judgment debtor, to complete Form 1.977(a), including all required attachments, and serve it on Plaintiff's attorney.

**DONE AND ORDERED** in Chambers at Palm Beach County, Florida

FINAL DISPOSITION FORM
(Fla.R.Civ.P. Form 1.998)
THE CLERK IS DIRECTED TO CLOSE THIS FILE MEANS OF FINAL DISPOSITION
Disposed by Judge

50-2022-CA-010741-XXXX-MB 08/24/2023
Carolyn Bell Circuit Judge
ADMINISTRATIVE OFFICE OF THE COURT

50-2022-CA-010741-XXXX-MB 08/24/2023
Carolyn Bell
Circuit Judge

A copy of this order is being served on the following parties by E-Filing Portal:

Carmen Contreras-Martinez
*Counsel for Plaintiff*
Saul Ewing LP
701 Brickell Avenue, Suite 1700
Miami, Florida, 33131

Plaintiff's counsel shall serve a copy of this order on the following parties immediately and file a certificate of service in this court file:

Ivan Latimore
*Defendant*
5555 Gun Club Road
West Palm Beach, Florida 33415
Racco33@icloud.com
pem1776@icloud.com