# Case Report

## Summary

**Print Date/Time:** 09/19/2022 13:04
**Login ID:** dcoursey
**Case Number:** 2022-00039566

BEVERLY HILLS POLICE DEPARTMENT
**ORI Number:** CA0191000

### Case

**Case Number:** 2022-00039566
**Location:** 300 BLOCK N PALM DR
BEVERLY HILLS, CA 90210
**Reporting Officer ID:** 05076 - COOKE

**Incident Type:** VEHICLE - STOLEN
**Occurred From:** 06/01/2022 00:00
**Occurred Thru:** 06/18/2022 23:59
**Disposition:**
**Disposition Date:**
**Reported Date:** 09/12/2022 20:36 Monday

### Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| 1 | State | 240 | 487(D) PC-F | GRAND THEFT AUTO | 2 |

### Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| VICTIM | 1 | LATIMORE, IVAN NILES | 320 N PALM DR 204<br>BEVERLY HILLS, CA 90210 | | BLACK | MALE | |

### Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|

### Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|
| 09/12/2022 | STOLEN | VEHICLE | DODGE | DURANGO | 2 SKINNY RED RACING STIRPES. HELLCAT PACKAGE. | | |
| 09/12/2022 | STOLEN | VEHICLE | CHEVY | SEE DESCRIPTION | 2 BLACK RACING STRIPES. #3 AND SKULL NEAR REAR LICENSE PLATE. | | |

### Vehicles

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|---|---|---|---|---|---|---|---|---|