STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL

STOLEN VEH

# VEHICLE REPORT

CHP 180 (Rev. 4-16) OPI 061 RD 0807

NOTE: CHP 180 IS FURNISHED TO ALL PEACE OFFICERS BY THE CALIFORNIA HIGHWAY PATROL

FCN 2742409503055

REPORTING DEPARTMENT: LAPD - WLA
LOCATION CODE: 1942
DATE / TIME OF REPORT: 4/4/24, 1313
NOTICE OF STORED VEHICLE DELIVERED PERSONALLY: ☐
FILE NO.: 24-08-07595

LOCATION TOWED / STORED FROM: 2807 N. BEVERLY GLEN BLVD
ODOMETER READING: UNK
VIN CLEAR IN SVS? ☐ YES ☒ NO
LIC. CLEAR IN SVS? ☐ YES ☒ NO
DATE / TIME DISPATCH NOTIFIED: 4/4/24, 1410
LOG NO.: N1629

YEAR: 19
MAKE: FERRARI
MODEL: PORTO FINO
BODY TYPE: 2-DR
COLOR: BLK
LICENSE NO.: 95BDKL
☒ ONE ☐ TWO
MONTH / YEAR: 06/25
STATE: FL

VEHICLE IDENTIFICATION NO.: ZFF89FPA6KØ239ØØ3
ENGINE NO.: UNK
VALUATION BY ☐ OFFICER ☒ OWNER
☐ 0-500 ☐ 501-4000 ☐ 4001+ ☒ $ 200-250K

REGISTERED OWNER:
IVAN N. LATIMORE #317
340 ROYAL POINCIANA WAY
PALM BEACH FL 33480

☒ SAME AS R/O

LEGAL OWNER:

☐ STORED ☐ IMPOUNDED RELEASED RECOVERED - VEHICLE / COMPONENT

TOWING / STORAGE CONCERN *(NAME, ADDRESS, PHONE)*

STORAGE AUTHORITY / REASON

REASON FOR STOP

AIRBAG? ☐ YES ☐ NO ☐ 1 ☐ 2

DRIVEABLE? ☐ YES ☐ NO ☐ JUNK ☐ UNK

VIN SWITCHED? ☐ YES ☐ NO

| CONDITION | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | TIRES / WHEELS | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WRECKED | | | SEAT (FRONT) | | | REGISTRATION | | | CAMPER | | | LEFT FRONT | |
| BURNED HULK per 431(c) CVC | | | SEAT (REAR) | | | ALT. / GENERATOR | | | VESSEL AS LOAD | | | RIGHT FRONT | |
| VANDALIZED | | | RADIO | | | BATTERY | | | FIREARMS | | | LEFT REAR | |
| ENG. / TRANS. STRIP | | | TAPE DECK | | | DIFFERENTIAL | | | OTHER | | | RIGHT REAR | |
| MISC. PARTS STRIP | | | TAPES | | | TRANSMISSION | | | | | | SPARE | |
| BODY METAL STRIP | | | OTHER RADIO | | | AUTOMATIC | | | | | | HUB CAPS | |
| SURGICAL STRIP per 431(b) CVC | | | IGNITION KEY | | | MANUAL | | | | | | SPECIAL WHEELS | |

RELEASE VEHICLE TO: ☐ R/O OR AGENT ☐ AGENCY HOLD ☐ 22850.3 CVC

GARAGE PRINCIPAL / AGENT STORING VEHICLE *(SIGNATURE)* DATE / TIME

NAME OF PERSON / AGENCY AUTHORIZING RELEASE I.D. NO. DATE

CERTIFICATION: I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT I AM LEGALLY AUTHORIZED AND ENTITLED TO TAKE POSSESSION OF THE ABOVE DESCRIBED VEHICLE.

SIGNATURE OF PERSON AUTHORIZING RELEASE

SIGNATURE OF PERSON TAKING POSSESSION

☒ STOLEN VEHICLE / COMPONENT ☐ EMBEZZLED VEHICLE ☐ PLATE(S) REPORT

DATE / TIME OF OCCURRENCE: 9/9/22, [illegible] - 9/12/22, 1200
DATE / TIME REPORTED: 4/4/24, 1200
NAME OF REPORTING PARTY (R/P): R/O
DRIVER LICENSE NO. / STATE: FLORIDA D-L #L356-424-74-207

LAST DRIVER OF VEHICLE: R/O / NA
DATE / TIME: 8/3/22, 1200
ADDRESS OF R/P: R/O
TELEPHONE OF R/P: (808)399-3069 +33755531779

I CERTIFY OR DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNATURE OF PERSON MAKING REPORT: TELEPHONIC

## REMARKS

[LIST PROPERTY, TOOLS, VEHICLE DAMAGE, ARRESTS]

DRIVER'S NAME
ARRESTED / SECTION? ☐ YES ☐ NO
REPORTED BY
CARGO / TYPE? ☐ YES ☐ NO
VALUE $
☐ BILL OF LADING ATTACHED

INC #240404002688




SIGNATURE OF OFFICER TAKING REPORT: RUIZ
I.D. NO.: 42815
SUPERVISOR: 34277
REQUIRED NOTICES SENT TO REGISTERED AND LEGAL OWNERS PER 22852 CVC? ☒ YES ☐ NO
DATE NOTIFIED: 4/4/24

*An Internationally Accredited Agency*