
Out of USA
are endowed by their Creator
pursuit of happiness.
Declaration of Independence
Visas
F
15.08.24 78
ROISSY - CDG
F
20.08.24 78
NICE COTE D'AZUR
1251
23.05.24 50
SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR
PASSPORT
PASSEPORT
PASAPORTE
UNITED STATES OF AMERICA
USA
Type / Type / Tipo
P
Code / Code / Código
USA
Passport No. / No. du Passeport / No. de Pasaporte
[redacted]
Surname / Nom / Apellidos
LATIMORE
Given Names / Prénoms / Nombres
IVAN NILES
Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento
27 Jun 1974
Place of birth / Lieu de naissance / Lugar de nacimiento
NEW YORK, U.S.A.
Sex / Sexe / Sexo
M
Date of issue / Date de délivrance / Fecha de expedición
03 Oct 2017
Authority / Autorité / Autoridad
United States
Department of State
Date of expiration / Date d'expiration / Fecha de caducidad
02 Oct 2027
Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 51
USA
P<USALATIMORE<<IVAN<NILES<<<<<<<<<<<<<<<<<<<<
5612537913USA7406276M2710028504033638<877554

[redacted]




My Passport Picture to Validate out of USA At time of Accusations

8-20-24




May 23, 2024

then France
8-15-24

In Geneva
5-23-24

So I cant be
getting Times changed on
a stolen CAR while in France