11:23

Sent

Doug Goldman 9/22/22
To: racco33@icloud.com

# I am working on getting you a contact

Claim: 5937M511L

Mr. Latimore-

Mr. Diaz is out of the office today. I am working on getting you another contact . I will email you when I have it.

Thank you.

Doug

Douglas Goldman CLU, CIFI, FCLS, ARM, MIAAI
State Farm Insurance Companies
Claim Specialist
Special Investigative Unit
South Florida

11:25

Sent **59-54Q4-85T**

**Douglas Goldman** CLU, CIFI, FCLS, ARM, MIAAI
State Farm Insurance Companies
Claim Specialist
Special Investigative Unit
South Florida

(Desk) 309-994-1391
(Cell) 305-206-0396

FL Adjuster Lic A099289

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*

StateFarm®

August 23, 2023

Ivan Latimore
340 Ryl Poinc Way Ste 328
Palm Beach FL 33480-4006

State Farm Claims
PO Box 52257
Phoenix AZ 85072-2257

RE: Claim Number: 59-54Q4-85T
Policy Number: J97761859A
Date of Loss: September 19, 2022

Dear Ivan Latimore:

The loss you reported to State Farm® insurance has been reassigned to our Special Investigative Unit. The reassignment allows for a more detailed investigation.

I will be the claim representative working with you to resolve your claim. If we have not spoken by the time this letter has been received, please contact me to discuss the ongoing investigation.

Sincerely,

Doug Goldman
Claim Specialist- SIU
(800) 331-1169 Ext. 3099941391
Fax: (844) 236-3646

*For your protection, when emailing State Farm, please do not include sensitive personal information such as Social Security Number, credit/debit card number (financial account number), driver's license number, or health/medical information in an email. Please contact us at (800) 331-1169 Ext. 3099941391 to discuss sensitive information.*

State Farm Mutual Automobile Insurance Company

11:26 76

Sent

Found in racco33@icloud.com I...

**Doug Goldman** 3/19/24
To: racco33@icloud.com >

# Your case # 202200039564

Douglas Goldman CLU, CIFI, FCLS, ARM, MIAAI
State Farm Insurance Companies
Claim Specialist
Special Investigative Unit
South Florida

(Desk) 309-994-1391
(Cell) 305-206-0396

FL Adjuster Lic A099289

11:26

Sent 59-54Q4-85T

(Desk) 309-994-1391
(Cell) 305-206-0396

FL Adjuster Lic A099289

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*

StateFarm®

April 3, 2024

Ivan Latimore
340 Ryl Poinc Way Ste 328
Palm Beach FL 33480-4006

**State Farm Claims**
PO Box 52257
Phoenix AZ 85072-2257

| | | |
|---|---|---|
| RE: | Claim Number: | 59-54Q4-85T |
| | Date of Loss: | September 19, 2022 |
| | Our Insured: | Ivan Latimore |
| | Policy Number: | J97761859A |

Dear Ivan Latimore:

As per our last conversation, I was checking on the status of your contact with the police in California to confirm if they have updated your vehicle as being stolen and listed on NCIC the national theft database for law enforcement.

Please let me know the status of your conversations with the police department regarding the theft reporting.

Thank you.

If you have questions or need assistance, call us at (800) 331-1169 Ext. 3099941391.

Sincerely,

Doug Goldman
Claim Specialist
(800) 331-1169 Ext. 3099941391
Fax: (844) 236-3646
statefarmclaims@statefarm.com

*For your protection, when emailing State Farm, please do not include sensitive personal information such as Social Security Number, credit/debit card number (financial account number), driver's license number, or health/medical information in an email. Please contact us at (800) 331-1169 Ext. 3099941391 to discuss sensitive information.*

State Farm Mutual Automobile Insurance Company

11:27 75

Sent

Found in racco33@icloud.com I...

**Doug Goldman** 8/26/24

To: racco33@i... & 2 more >

# Mr. Latimore Status update - Reservation of Rights

Mr. Latimore –

Our investigation is continuing since your Examination Under Oath. Please find the updated Reservation of Rights where we raise questions of coverage. This letter updates you on potential coverage issues we are investigating.

If you have any questions, please contact Mr. Kirwan's office or myself or if you have legal counsel, please have them contact us.

Thank you.

Doug

11:30 74

Sent

To: Doug Goldman >

**Re: 5954Q485T**

I was waiting for the call my phone didn't ring

Mr.Latimore

> On Sep 7, 2023, at 2:19 PM, Doug Goldman <doug.goldman.ctrb@statefarm.com> wrote:
>
> Mr. Latimore-
>
> Tried to call you for our 2 PM recorded statement on 9/7/2023, but you did not answer. I could not leave you a voice mail and your voice mail was not set up.
>
> Thank you.

11:34

Inbox **Records 22-395...**

**Sent:** Monday, September 19, 2022 12:38 PM
**To:** PD Records Mailbox
<PD_Records_Mailbox@beverlyhills.org>
**Subject:** Records

CAUTION: External Sender
Use caution when clicking links or opening attachments

---

Hello this is Ivan latimore
I would like a copy of report #22-39566
For my State Farm insurance thank you.




Racco33@icloud.com

The City keeps a copy of all E-mails sent and received for a minimum of 2 years. All retained E-mails will be treated as a Public Record per the California Public Records Act, and may be subject to disclosure pursuant to the terms, and subject to the exemptions, of that Act.

11:39

Inbox

To: HOME CLMS-STATE... >

# Latimore

2 Cases dismissed due to identity theft and licenses changed by Florida DMV
LAPD Delagana took report sept 12 2022 Also spoke to operators 258, 757 and 444 Also Hollywood police 323 464 1402
44426@lapd.online was email I was given. If there are any other questions just let me know. Thank you .

pdf **TR201801717 Ivan Latimore Records.pdf**
4.4 MB

Mr.Latimore

11:45 70

8 Messages

< Inbox **59-54Q4-85T** ^ v

Claim: 5954Q485T
Insured : Ivan Latimore
Vehicle: 2019 Ferrari Portofino

This Email is Due to Ferrari And S.F working together.

Mr. Latimore-

Per your policy conditions, we will need a follow up Examination Under Oath, as we have additional investigation that needs to take place following the receipt of your recent police report , and per other information that we have received that is material to our investigation. Mr. Kirwan's office will contact you with a date to schedule your Examination Under Oath. If you are hiring an attorney to represent you for the follow up Examination Under Oath, please provide letter of representation to Mr. Kirwan.

Should you no longer cooperate with our investigation then you may be jeopardizing your insurance coverage for your 2019 Ferrari.

Doug Goldman

See More

OP **Optimus Prime** 4/22/24
Bro there will be no other EUO...

DG **Doug Goldman** 4/9/24

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*

State Farm®

August 17, 2023

Ivan Latimore
340 Ryl Poinc Way Ste 328
Palm Beach FL 33480-4006

**State Farm Claims**
PO Box 52257
Phoenix AZ 85072-2257

| | | |
|---|---|---|
| RE: | Claim Number: | 59-54Q4-85T |
| | Date of Loss: | September 19, 2022 |
| | Our Insured: | Ivan Latimore |

Dear Mr. Latimore:

Thank you for taking my call today.

Per our discussion, please forward police report information with contact names and numbers and documentation showing your identity was stolen.

I will order the police report but please continue efforts on your end.

I look forward to talking to you soon.

If you have questions or need assistance, call us at (800) 331-1169 Ext. 3099942787.

Sincerely,

Debbie Meadows
Claim Specialist
FL License # E089240
(800) 331-1169 Ext. 3099942787

State Farm Mutual Automobile Insurance Company

11:43 70

< Inbox **4 Messages**

**Found in racco33@icloud.com...**

OP **Optimus Prime** 3/13/24
To: William Belmont >
*Ferrari investigator*

# Re: 2019 Ferrari Portofino

I've been waiting on insurance myself
So there is nothing I can do. They paid out on the other cars that were stolen so LAPD is backlogged 28 months on providing a police report
.

> On Mar 13, 2024, at 3:46 PM, William Belmont <bill@thebelmontgrp.com> wrote:

See More

11:44

2 Messages

Inbox **2019 Ferrari Por...**

Found in racco33@icloud.com...

OP **Optimus Prime** 4/16/24

To: William Belmont >

That's not what happened the car was registered cause State Farm said it wasn't on NCIC so the police said it needed to be registered.
Please stop contacting me

On Apr 16, 2024, at 12:31PM, William Belmont <bill@thebelmontgrp.com> wrote:

Ivan,

I hope all is well.

FL DMV is reporting that you found the Ferrari and registered it on March 27. Great news. Can we arrange to pick it up from you?

11:47 69

7 Messages

‹ Inbox **DR# 24-08-075...**

**OMAR RUIZ** 4/4/24

To: latimore Goodson ›

Here is your copy of the police report that I wrote. The report number is the DR#

24-08-07595

Officer Ruiz #42815
LAPD - West LA Div
Auto Table
310-444-1535

---

**From:** SafeQScan@lapd.online
<SafeQScan@lapd.online>
**Sent:** Thursday, April 4, 2024 3:31 PM
**To:** OMAR RUIZ <42815@lapd.online>
**Subject:** Your scanned document

## The document scanned by OMAR RUIZ on 2024-04-04 is attached in this e-mail.

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
**VEHICLE REPORT**
CHP 180 (Rev. 4-18) OPI 061

STOLEN VEH

RD 0807 FCN 2742409503055

NOTE: CHP 180 IS FURNISHED TO ALL PEACE OFFICERS BY THE CALIFORNIA HIGHWAY PATROL

REPORTING DEPARTMENT: LAPD - WLA
LOCATION CODE: 1942
DATE / TIME OF REPORT: 4/4/24, 1313
NOTICE OF STORED VEHICLE DELIVERED PERSONALLY: ☐
FILE NO.: 24-08-07595

LOCATION TOWED / STORED FROM: 2807 N. BEVERLY GLEN BLVD
ODOMETER READING: UNK
VIN CLEAR IN SVS? ☐ YES ☒ NO
LIC. CLEAR IN SVS? ☐ YES ☒ NO
DATE / TIME DISPATCH NOTIFIED: 4/4/24, 1410
LOG NO.: W1629

YEAR: 19
MAKE: FERRARI
MODEL: PORTOFINO
BODY TYPE: 2-DR
COLOR: BLK
LICENSE NO.: 95BDKL
☒ ONE ☐ TWO
MONTH / YEAR: 06/25
STATE: FL

VEHICLE IDENTIFICATION NO.: ZFF89FPA6K0239003
ENGINE NO.: UNK
VALUATION BY ☐ OFFICER ☒ OWNER
☐ 0-800 ☐ 801-4000 ☐ 4001+ ☒ $ 200-250,

REGISTERED OWNER:
IVAN N. LATIMORE #313
340 ROYAL POINCIANA WAY
PALM BEACH FL 33480

☒ SAME AS R/O
LEGAL OWNER:

11:36 73

3 Messages

< Inbox **Ferrari Financial...**

MG **Latimore G** 2/7/23
To: Carmen Contreras-Ma... >

Hello yes I spoke with him as I gave him all the information I have .

Mr.Latimore

See More

**Found in pem1776@icloud.com...**

CC **Carmen Contreras-...** 2/3/23
To: Latimore G >

Good morning,

I understand you contacted Mr. Belmont yesterday regarding the police report issue.

Please kindly contact me at on my cell below or provide me with a

11:47
69

< Inbox 16 Messages

# RE: EUO***Latimore, Ivan (EUO) ; [claim] 5954Q485T ; Matter# 23-29239:

Good Morning,

Please see attached, did your attorney not relay the information to you?

Topic: EUO of Ivan Latimore*23-29239 *595Q485T
Time: Jul 30, 2024 09:00 AM Eastern Time (US and Canada)

Join Zoom Meeting
https://ucrinc.zoom.us/j/82168233193?pwd=QgCXdrB7t8hNuoG0bjqEevloHsvdEk.1

Meeting ID: 821 6823 3193
Passcode: 877308

**Christy Christopher**
**Legal Assistant to Christopher Kirwan, Esq.**
200 South Andrews Avenue
8th Floor
Fort Lauderdale, Florida 33301
Phone:954.463.3008
Fax:954.463.3010
cchristopher@kdapa.com

11:40

‹ Inbox — 2 Messages — 59-54Q4-85T

As you can see they sent me multiple emails in regards to the fraud and identity theft

**From:** Fraud <Fraud@flhsmv.gov>
**Date:** February 15, 2022 at 1:45:30 PM EDT
**To:** ice Latimore <racco33@icloud.com>
**Subject: FW: fraud form**

Thank you for contacting the Florida Department of Highway Safety and Motor Vehicles regarding your driver license. We received the fraud investigation form via fax requestion DL number change.

The Driver License number is a unique combination of numbers, which represents your first- last- middle name, DOB and Gender. Even if a person changes his/her name, the old number will be tied to the new one. For example, if you search the old number in the system, it will bring you to the new number.

Please read the following information as it pertains to the question "Would the victim like to have his/her record flagged?" Reply "Yes or No?"

The "Verify ID Flag" may be helpful in preventing a person from trying/continuing to pretend to be you in the following ways:

The "Verify ID Flag" may be helpful in preventing a person from trying/continuing to pretend to be you in the following ways:
Law enforcement will know that someone may be using your identity. The officer should require two or more pieces of identification from the person. "However, if you are stopped by law enforcement, you

Fraud on my FL DL they changed my Number in 2022.