I hereby authorize the repair work listed herein, including sublet work, to be done along with necessary materials. You and your employees may operate the described vehicle for the purposes of testing, inspection or delivery at my risk. An express lien is acknowledged on said vehicle to secure the amount of repairs thereto. You will not be held responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft, accident or any other cause beyond your control. Customer agrees to pay all collection costs and /or attorneys fees in the event that default is made in any payment due. If vehicle is returned to customer without repair service being performed, a diagnostic and handling fee (including reassembly) may be charged. I have read and understand the above and acknowledge receipt of an estimate.

X Signed 6/17/2024 9:03AM

Terms: CASH unless arrangements made prior to authorization. Vehicles left after repair is completed may be subject to a storage fee.


# Star Tires Plus Wheels

888 Wethersfield Ave.
Hartford, CT 06114
(860) 296-9799


Lowest Prices on Tires and Wheels
Thank You for your Business!

**Invoice # 77631**

**ICE LATIMORE**
224 OCEAN TERR
Palm Beach, FL 33480

(808) 399-3069 Home

**2019 Ferrari Portofino Base**

**VIN: ZFF89FPA6K0239003**
Engine: V8 3.9L, 3855cc, DOHC, GAS, FI
Trans:

License #
Odom: 31330
Color:
Mfg. Date:

**Unit #**

Inv Date: 6/17/2024 @ 9:01am

Service Writer: Jen R
Status: Posted
Driver: LATIMORE, ICE
**PO #**
**Key Tag / Hat #**

| Vehicle Problems / Requests for Service / Services Performed | Hrs | Qty | Price | | Ext |
|---|---|---|---|---|---|
| **Customer requests that: Both Front Tires Need Replacement** | | | | | **425.80** |
| Labor Service - Spin Balance 19"-22" | 2.00 | | 19.95 | | 39.90 |
| *New LXNST202035040 Lexani 245-35-20 LX-Twenty 95W XL BK (STG) - 2453520* | | 2.00 | 189.95 | | 379.90 |
| Labor Service - Tire Disposal | 2.00 | | 3.00 | | 6.00 |
| Labor Service - Customer has been advised AWD/4WD vehicles should have matching tread depths and matching tread patterns. Customer acknowledges this information and release Star Tire from all liability with the installation of anything other than the vehicle manufacturer recommendations. | 1.00 | | | | 0.00 |
| **Customer requests that: STPW has done a courtesy check for recalls** | | | | | **0.00** |
| Labor Service - A manufacturer recall search has been performed on your car. A recall has been found. We have printed the report and have attached it for you. You must contact your local dealer to make arrangements for the repair through them. On the report we printed is a recall number that appears at the top, you should use this number when scheduling the service. Feel free to check at any time in the future as something may be added. https://www.nhtsa.gov/recalls | 1.00 | | | | 0.00 |

**Warranties and Notices**

- *All new tires have a lifetime workmanship and materials warranty and are pro-rated to 2/32". If a defect appears, STPW at our option, will repair the tire at our expense or replace it. In the case of replacement, you pay only for what you used, pro-rate, based on tread depth. Tires, which have become unserviceable due to weather cracking, are covered from three years from the date of purchase. If your tire has a mileage warranty and your tires wear out evenly to the tread indicators before the stated mileage, STPW will give you a credit towards the the purchase of replacement tires, based on the mileage not received, by the odometer reading. All warranty claims must be accompanied by the original sale invoice. Transfer of ownership voids warranty.
  *All warranties shall become invalid if the customer does not permit STPW to install the necessary parts needed to restore the system that has been repaired on the vehicle to the original working standards. All warranties do not in any way extend to consequential damage. There are no warranties expressed or implied beyond those listed. No Star Tire Plus Wheels employee or agent has the authority to make any representation, promise of agreement, except as stated herein.
  *Deposits on special orders and lay-a-ways are non-refundable and non-transferable. Lay-a-ways expire after 90 days.Customer is responsible for freight, restocking fees and othe costs on cancelled orders; customer agrees to pay all costs incurred if in excess of deposit.
  *Star Tires Plus Wheels does not provide customers with copies of vehicle history or receipts.
  *Any tires and/or wheels left more than 3 days will be discarded.
  *NO REFUNDS ON ALL PURCHASES AND USED TIRES ARE SOLD AS IS. NO HAY REEMBOLSOS EN TODAS LAS COMPRAS Y LAS GOMAS USADAS SE VENDEN COMO ESTÁN.

I hereby authorize the repair work listed herein, including sublet work, to be done along with necessary materials. You and your employees may operate the described vehicle for the purposes of testing, inspection or delivery at my risk. An express lien is acknowledged on said vehicle to secure the amount of repairs thereto. You will not be held responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft, accident or any other cause beyond your control. Customer agrees to pay all collection costs and /or attorneys fees in the event that default is made in any payment due. If vehicle is returned to customer without repair service being performed, a diagnostic and handling fee (including reassembly) may be charged. I have read and understand the above and acknowledge receipt of an estimate.

X [signature] Signed 6/17/2024 9:03AM

Terms: CASH unless arrangements made prior to authorization. Vehicles left after repair is completed may be subject to a storage fee.

# Star Tires Plus Wheels

888 Wethersfield Ave.
Hartford, CT 06114
(860) 296-9799
Lowest Prices on Tires and Wheels
Thank You for your Business!

**Invoice # 77631**

**ICE LATIMORE** | **2019 Ferrari Portofino Base** | License # | Inv Date: 6/17/2024 @ 9:01am

Continued from previous page

**Warranty**

Auto repair labor warranty - 60 days. Deposits on special orders and layaways are not refundable ortransferable. Layaways expire after 90 days. RIMS SHOULD BE WASHED WITH MILD SOAP. ALL LUG NUTS ON NEW WHEELS MUST BE RETORQUED AT 30 MILES OR STAR WILL NOT BE RESPONSIBLE FOR ANY POSSIBLE DAMAGE. TODAS LAS TUERCAS EN AROS NUEVOS DEBEN SER RETORNADOS A 30 MILLAS O STAR NO SERÁ RESPONSABLE DE NINGÚN DAÑO POSIBLE.

We do not warranty low profile tires due to the condition of Connecticut roads, please contact CTDOT with any concerns.

The items you are buying are first quality products covered by applicable manufacturers' limited warranties. They are, however, available in limited quantities at this time and are not expected to be available in the future.

X [signature] Signed 6/17/2024 10:03AM

Customer acknowledges receipt of merchandise and services and warranty and notice as stated above.

**Posted 6/17/24 10:01AM**

| | |
|---|---|
| Cash | 452.83 |

**Invoice Summary**

| | |
|---|---|
| Parts | 379.90 |
| Labor | 45.90 |
| Sub Total | 425.80 |
| Sales Tax (DEF) | 27.03 |
| **Total** | **452.83** |

Discard old parts

Original Estimate: 452.83



FFSINL 0117