Best 18 min 58 min —

300 N Palm Dr, Beverly Hills, CA 90210

2807 N Beverly Glen Blvd, Los Angeles, C

Add destination

Leave now

Options

Send directions to Google Pixel 9 Pro

Copy link

**via N Beverly Glen Blvd** 18 min
6.4 miles
Best route now due to traffic conditions

Details Preview

**via N Crescent Dr and N Beverly Glen Blvd** 17 min
6.2 miles

**via Sunset Blvd and N Beverly Glen Blvd** 20 min
6.2 miles
Slower traffic than usual

Explore nearby 2807 N Beverly Glen Blvd

Restaurants Hotels Gas stations Parking Lots More

New! Continue your trip, tap the notification on your phone to get directions

