David Lawrence Architecture Inc.
1655 Palm Beach Lakes Blvd. Suite 503 West Palm Beach, FL 33401
Ph 561.588.5070
License number AR 0016260
E-mail: dbl@dlarchitect.com

January 19, 2023

## Contract for Architectural Services

| Client: | Architect: |
|---|---|
| Mr. Ivan Latimore<br>5555 Gun Club Road<br>West Palm Beach Gardens, FL | David Lawrence Architecture Inc<br>1655 Palm Beach Lakes Blvd.<br>West Palm Beach, FL 33401 |

**The scope of work**:

The scope of work is as follows: A two-story single-family home at the above referenced address. The style is to be modern. The square footage will be around 13,500 square feet under air. The fee is valid for a variance of up to five percent larger or smaller. If the variance exceeds five percent, the architect is entitled to additional fees since our engineering costs are determined by the square footage. The list of spaces is as follows:

Foyer
Living room
Dining room
Family room
Kitchen & butler's pantry for a chef to prepare meals for parties of ten or more
10 bed rooms each with full bath and walk in closets.
Pool bath
Powder room (2)
Fitness/gym area
Game room
Rehabilitation area
- Hot/cold plunge pools
- In water treadmill

Dressing area for basketball court
Full regulation size indoor basketball court with large screen similar to commercial courts
3 car garage
Covered porches off of living areas with a summer kitchen
Elevated roof deck for entertaining
Elevator serving the two floors

Site features:

Swimming pool with jacuzzi and sun shelf
Pickleball court(s)
Walls fences and gates as needed
Driveways and parking areas

General:

We will organize the house,walls and landscape so there is privacy from the street and the subdivision on the east side of the canal.
Gated entry to motor court.

The description of spaces is preliminary and will be finalized with the client prior to commencement with the design.

**Phase I: Design development**

David Lawrence Architecture Inc. hereafter referred to, as "The architect" will provide a design development package consisting of floor plans and elevations based on the client's list of spaces. Schematic design does not include any zoning services as none are anticipated. The fee is based on a "linear" approval process, outlined as follows:

1. The architect will visit the site and complete his analysis of site conditions.
2. The owner and architect will revised the list of spaces for house. The list will be reviewed and approved by the client before we proceed with the design.
3. The Architect will prepare the floor plan layout. Based on your comments, we will adjust the layout. The Architect will prepare up to four layouts and adjust it as necessary for the client to be satisfied with the plan as part of the base fee. Additional layouts are at the hourly rates as shown in the general conditions.
4. We will then develop the elevations to achieve the look of the building. We will adjust based on your comments. During this phase we will develop an exterior three-dimensional computer model of the building and give you a walk around in our office. Detailed modeling of the interior of the building is not included in the base fee.

Once one of the steps is complete and accepted by the client, revisiting previous decisions may result in additional costs if the changes cause us to revise work previously completed. Changes made after drawings are complete or while the project is under construction will be at the hourly rates indicated in the general conditions.

When the design is complete, we will present the client with a design development package for final review and acceptance. Commencement of work on the construction plans constitutes acceptance, provided the client is aware that construction documents have commenced.
The interior elevations and material selections will be done by the interior designer.

**Phase II: Construction documents**

Architectural services:

Phase II, or the construction documents phase, will begin once the client has approved the architect's design development package or authorized commencement with the construction documents. Documentation shall include drawings as necessary for permitting and construction of the structure. The base construction plans, to use a term of art, are a "builders set". It does not contain interior elevations, finish specifications, plumbing or lighting selections. Cabinetry elevations are not included in the design development package. If the owner elects for the architect to do the interior design, this is an additional service. The kitchen company will do the kitchen design. The cabinet contractor will prepare shop drawings for review and approval. Once complete, the architect will turn electronically signed and sealed pdf's to the contractor who will handle application for building permit. The pool and deck layout will be by the architect and the pool contractor will prepare engineered shop drawings for the pool.

Structural engineering:

A structural engineer will be retained to provide structural analysis and construction documents for the structural portion of the house. The fee is based on the following structural system:

1. Poured concrete slab for first floor.
2. Exterior balconies above grade to be poured concrete.
3. Exterior walls will be masonry and reinforced concrete walls.
4. Foundation system will be on slab on grade
5. Second floor to poured concrete or wood truss at owner's option
6. The roof will be pre-engineered wood trusses.

The fee assumes that the soils conditions will not require pilings. Pilings will result in a higher structural engineering fee as the foundation system is more complicated to create. To date, none of our houses along this part of Flagler have required pilings. We have an add alternate in the engineering fee in the event pilings are included. The base fee does not include the add alternate.

Mechanical Design:

The fee will include the design of the air conditioning and ventilation systems.
The fee includes the manual J load calculations and the energy calculations required for building permit.

Electrical Design:

The fee includes design of the buildings electrical system including placement of all electrical light fixtures and receptacles. The base fee includes provisions for a partial or whole house generator. The lighting control system will be by others if you choose to have one. Landscape lighting is included.

Plumbing Design:

The fee includes all plumbing waste risers and diagrams required by code. Fresh water risers are not required or included. The fee includes a gas riser for gas appliances and generator.

Geotechnical engineering:

This service is not included in the contract. The owner will contract these services directly and furnish a soils report to the engineer before he commences his work.

Landscape Architecture

Design of the landscaping and irrigation is included in this proposal. The landscape design will be more minimal in nature, complying with the code requirements as well as needed screening.

Interior design

The interior designer will be selected by the owner. The project will be a team approach, meaning the owner, architect and designer will have meetings to discuss the project. If the interior designer is going to offer opinions with respect to the building exterior, the architect needs to be present at those meetings to discuss their input. The architect is the prime professional when it comes to the exterior of the building.

Grading and drainage plan by Civil Engineer

This service is excluded in the contract. A drainage plan will be required to apply for and obtain a building permit. The owner will furnish topographic survey data (not included) so the engineer can do the grading plan.

Surveys

Surveys are not included in this contract. The architect will be furnished with a boundary survey with all easements as well as a topographic survey. We need a recent and valid survey to commence.

**Phase III: Bidding Assistance.**

If the owner elects to competitively bid the house, the architect will assist with providing a list of bidders. We will hold a pre-bid meeting with the bidders. During the bidding process we will field questions from the bidders and issue clarifications to all bidders. Once the bids are turned in, we will do a comparative analysis and make recommendations.

**Phase IV: Permitting** included in fee

The architect and his consultants will turn over electronically signed and sealed plans to the contractor who will handle application for building permit. He will need to fill out the building applications as well as provide the truss shop drawings needed for building application. Fees quoted do not include the cost of a permit, impact fees or application costs. Fees include any revisions required to obtain a building permit.

The contractor will furnish the truss shop drawings (if needed) and product approvals. The architect's fee does not include preparation of the product approval package. This shall be done by the general contractor. The architect and his consultant will review and stamp them as part of the base fee. We will respond to the plan review comments and provide the contractor with the revised sheets. We will meet with the building plan reviewer if needed to resolve issues as part of the base fee. The fee does not include any permit fees.

**Phase V: Construction period phase: Administration of the Construction Contract**

During the construction process, the contractor may have questions and require clarifications. Also, the architect will need to visit the job site and review work to see it conforms with the intent of the design at critical construction phases. The architectural shop drawing review is included in the fee. We do not charge for visits required to address issues with the drawings.
We also strongly recommend using a roofing consultant to inspect the roof work.

**General conditions**

Fee Structure: The fee for design and construction documents is as follows:

| | |
|---|---|
| Design development | $25,000 |
| Construction Documents | |
| Architectural | $50,000 |
| Structural Engineering (add alt. pilings $4,000) | $32,000 |
| Mechanical, Electrical and Plumbing | $24,000 |
| Grading plan (Civil) | $6,000 |
| Landcape architecture | $8,000 |
| **Fee for construction documents and design** | **$145,000** |

| | |
|---|---|
| Bidding assistance | hourly rates |
| Construction period services | hourly rates |
| Roofing consultant inspections | pass-through billing |

Additional services:

**Payment Schedule:**

| | |
|---|---|
| Retainer: | $5,000 |
| Upon acceptance of design | $20,000 |
| Upon submittal of 50% bid package | $35,000 |
| Upon receipt of plans for bid or permit | $80,000 |
| Upon receipt of approval of comments from plan review | $5,000 |
| **Fee for documents** | **$145,000** |

Construction period services shall be at the hourly rates as outlined in the general conditions. Full-time on-site construction supervision is not included in the fee. Interior design services are not included in the scope of work except as described in the design development section of the contract or as an additional service. We will select exterior colors and materials at no additional cost if the owner wishes as part of the base fee. If the architect is expected to sign the A.I.A certificate of payment documents, the owner must notify the architect in advance so he may make periodic visits to review the work as it progresses. Additional design services for work outside the scope will be provided at the owner's request as additional services in the line item above.

Hourly fees for services are:

| | | | |
|---|---|---|---|
| Architect | $200 | Project Manager/Sr. Draftsman | $115 |
| Draftsman | $90 | Office Staff | $55 |
| Structural Engineer | $150 | Civil Engineer | $150 |

| | | | |
|---|---|---|---|
| Truss shop drawing review | included | Concrete testing review | included |
| E-mail of plot files to printer | no charge | | |
| Copies and postage | reimbursable expense at 1.25 times cost | | |

Once the architect has received owner approval of the design development package, changes will be at the hourly rates shown in the general conditions. Should there be changes to reduce costs, the architects and the consultants will make changes based on hourly rates outlined above and in the consultant's documents. We will endeavor to work with the client to design the building using what we agree (client and architect) are the most economical methods of construction prior to commencement of final construction plans.

Either party may terminate this contract for any or no reason. The architect shall be compensated for services rendered up to the point of termination of the contract. In the unlikely event that any dispute leads to litigation, the owner and architect agree to submit to binding arbitration. If the owner terminates the contract, they are entitled to use the design to complete the project.

Except as outlined above, costs for document reproductions shall be at the rates shown above. The owner may elect to use his own printing service if he so chooses. The architect will furnish progress prints at intermediate progress, and sets as necessary as part of the fee. Prints for bidding are not included. We will furnish you with PDF's for bidding. If the project is placed on hold prior to application for building permit, the plans are good for the code version they are designed in. Additionally, if the project is placed on hold during design, the fee for engineering and architectural plans quoted in this proposal is good for six months from the date of the contract.

The designs and documents including electronic files are instruments of service of David Lawrence Architecture Inc. and are licensed for this singular use for the fee quoted. This agreement permits the architect to take and use photographs and drawings of the building for marketing in any chosen media. The name, location and cost of the project will be withheld if the owner requests. This contract permits the architect to place his professional sign on the property.

**Limitation of Liability**: To the fullest extent permitted by law, the total liability of Architect and Architect's officers, directors, employees, and agents to Client and any one claiming by, through or under Client, for any and all injuries, claims, losses, expenses, or damages arising out of or in any way related to Architect's services, the project or this Agreement, from any cause or causes whatsoever, including but not limited to, the negligence, errors, omissions, strict liability, breach of contract, breach of warranty of Engineer or its officers, directors, employees, agents, or any of them, shall not exceed $300,000 or the amount paid to Architect for professional services provided under this Agreement, whichever is greater. Client and Architect agree that this limitation of liability clause bears a reasonable commercial relationship to this Agreement and that this limitation is negotiated in large measure to allocate certain risks of Architect. The client agrees that it may obtain a higher limitation of liability for an additional negotiated cost prior to commencement of Architect's professional services under this Agreement.

The Client and Architect waive all claims against each other for consequential damages arising out of or relating to the services provided pursuant to this Agreement, including, but not limited to, claims for rental expenses, losses of use, income, profit, financing, business, and reputation, and for loss of management or employee productivity out of the services of such persons.

PURSUANT TO FLORIDA STATUTE § 558.035, AN INDIVIDUAL EMPLOYEE OR AGENT OF DAVID LAWRENCE ARCHITECTURE, INC. MAY NOT BE HELD INDIVIDUALLY LIABLE FOR DAMAGES RESULTING FROM NEGLIGENCE OCCURRING WITHIN THE COURSE AND SCOPE OF PROFESSIONAL SERVICES RENDERED UNDER THIS AGREEMENT.

The undersigned is authorized to execute contracts as owner for the property.

Accepted by:

______________________________ __________________
Signature Date

______________________________
Ivan Latimore
(Please print name of signer)
Client