UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re: Chapter 7

IVAN NILES LATIMORE, Case No. 25-15276-MAM

Debtor.
_______________________________________/

FERRARI FINANCIAL SERVICES, INC. Adv. Case No. 25-01273-MAM

Plaintiff,

v.

IVAN NILES LATIMORE,

Defendant.
_______________________________________/

**WITNESS LIST**

Witness List submitted on behalf of: Plaintiff, Ferrari Financial Services, Inc.

Matter set for hearing/trial: October 16, 2026

**PLAINTIFF MAY CALL THE FOLLOWING WITNESSES:**

**Ivan Niles Latimore, Debtor-Defendant**

**Any witnesses called by any other party**

Dated: October 9, 2026

By: SAUL EWING LLP

*/s/ Carmen Contreras-Martinez*
Carmen Contreras-Martinez
Florida Bar No. 93475
Turner N. Falk (admitted *pro hac vice*)
701 Brickell Avenue, Suite 1700
Miami, Florida 33131
Telephone: 305-428-4500
carmen.contreras-martinez@saul.com
turner.falk@saul.com