UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re: Chapter 7

IVAN NILES LATIMORE, Case No. 25-15276-MAM

Debtor.
_______________________________________/

FERRARI FINANCIAL SERVICES, INC. Adv. Case No. 25-01273-MAM

Plaintiff,

v.

IVAN NILES LATIMORE,

Defendant.
_______________________________________/

**FERRARI FINANCIAL SERVICES, INC.'S STATEMENT REGARDING STIPULATION OF FACTS IN ADVANCE OF TRIAL**

Plaintiff, FERRARI FINANCIAL SERVICES, INC. ("**FFS**"), through its undersigned counsel, submits this statement regarding the trial in the above-captioned adversary set for 9:00 a.m. on October 16, 2026:

1. Pursuant to the *Order Setting Evidentiary Hearing And Establishing Related Deadlines* [Docket No. 43] entered July 28, 2026, FFS and the Debtor-Defendant were ordered to file a stipulation of facts in advance of trial.

2. Counsel for FFS prepared a draft stipulation of facts setting forth the basic background in a neutral manner, to streamline the trial presentation to those facts actually in dispute.

3. Counsel for FFS circulated this draft stipulation of facts to the Debtor-Defendant, and asked him to either remove facts he could not stipulate to, or add facts he believed both parties could stipulate to.

4. The Debtor refused to stipulate to any facts, including the date of his bankruptcy petition, his own name, or information in his sworn schedules and statements of financial affairs.

5. The Debtor also refused to offer his own facts for potential stipulation.

6. For this reason, FFS is unable to provide the Court with any stipulated facts.

Dated: October 14, 2026

**SAUL EWING LLP**
Attorneys for Ferrari Financial Services, Inc.

By: *_/s/ Carmen Contreras-Martinez_*
Carmen Contreras-Martinez
Florida Bar No. 93475
Turner N. Falk, *Admitted Pro Hac Vice*
701 Brickell Avenue, Suite 1700
Miami, Florida 33131
Telephone: 305-428-4500
carmen.contreras-martinez@saul.com
turner.falk@saul.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on October 14, 2026, a true and correct copy of the foregoing was served on Defendant, Ivan Niles Latimore, via email to showup33@icloud.com.

*_/s/ Carmen Contreras-Martinez_*
Carmen Contreras-Martinez